**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**FILED**
**CLERK**

7/17/2026 1:33 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

LILI NATALE, LAURIE CHARLTON, NATALIA YBARRA, LATOYA HANKINS, MARK ZIELINSKI, PATRICK LUCIGNANI, VICTOR GUTIERREZ, RON MCKINNON, BILL CHALFANT, KEVIN MURDAH, and ANNEMARIE PEACE, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES U.S.A, INC., AISIN CORPORATION, Ltd. (f/k/a Aisin AW Co., Ltd., and Aisin Seiki Co., Ltd.), and AISIN WORLD CORP. OF AMERICA, INC.,

        Defendants.

Case No. 2:25-cv-06150-JMA-ARL

**ORDER CONSOLIDATING RELATED CIVIL ACTIONS**

This matter comes before the Court upon the Plaintiffs and Defendants Toyota Motor North America, Inc., and Toyota Motor Sales, U.S.A., Inc. (collectively, "Toyota"), and AISIN World Corp. of America, Inc. ("AISIN," and with Toyota, the "Defendants") joint request to consolidate the following related class actions with this action for all purposes: (1) *Neil Pallaya v. Toyota Motor Sales U.S.A., Inc., et al.*, No. 2:26-cv-00411-JMA-ARL (E.D.N.Y.) ("*Pallaya*"); (2) *James LeBoutheller v. Toyota Motor Sales U.S.A., Inc. et al.*, No. 2:26-cv-01209-JMA-ARL (E.D.N.Y.) ("*LeBoutheller*"); and (3) *Pszwaro, et al. v. Toyota Motor Sales U.S.A., Inc., et al.*, Case No. 2:26-

cv-01792-JMA-ARL (E.D.N.Y.) ("*Pszwaro*"), each assigned to the Honorable Judge Joan M. Azrack.

WHEREAS, the parties in *Pallaya*, *LeBoutheller* and *Pszwaro* (the "Related Cases") transferred their cases to this District pursuant to 28 U.S.C. § 1404(a) for the express purpose of consolidating their cases with this action for unified litigation before a single court (*see Pallaya*, ECF No. 24; *LeBoutheller*, ECF No. 8; *Pszwaro,* ECF No. 14);

WHEREAS, on March 31, 2026, Plaintiffs and Defendants in the above-captioned matter, with the consent of the parties in the Related Cases, filed a pre-motion letter seeking permission to file a joint motion to consolidate the above-captioned matter and the Related Cases for all purposes (ECF No. 48);

WHEREAS, on May 20, 2026, this Court ordered in the *Pallaya* and *LeBoutheller* actions that any party who opposes consolidation to show cause, in writing, why these cases should not be consolidated for all purposes by May 27, 2026 (no ECF Nos. provided);

WHEREAS, on May 21, 2026, Magistrate Judge Lindsay scheduled an initial conference in this action for July 8, 2026;

WHEREAS, no initial conferences are currently scheduled in the Related Cases;

WHEREAS, no party in the Related Cases filed a written objection to consolidation by the May 27, 2026 deadline;

WHEREAS, the Plaintiffs and Defendants in this action and the Related Cases support consolidation for all purposes, and submit consolidation will avoid confusion and allow all four cases to proceed on the same schedule.

WHEREAS, the Court finds that, for purposes of Fed. R. Civ. P. 42(a), all four cases share common facts and law, and consolidation will avoid inefficiencies, confusion, and a waste of judicial and party resources;

WHEREAS, having considered the Parties' request and for good cause shown;

**IT IS HEREBY ORDERED** that:

(1)    Pursuant to Rule 42(a), *Natale et al. v. Toyota Motor Corporation et al.*, No. 2:25-cv-06150-JMA-ARL, *Neil Pallaya v. Toyota Motor Sales U.S.A., Inc., et al.*, Case No. 2:26-cv-00411-JMA-ARL, *James LeBoutheller v. Toyota Motor Sales U.S.A., Inc. et al.*, Case No. 2:26-cv-01209-JMA-ARL, and *Pszwaro, et al. v. Toyota Motor Sales U.S.A., Inc., et al.*, Case No. 2:26-cv-01792-JMA-ARL, are consolidated for all purposes;

(2)    The file in *Natale et al. v. Toyota Motor Corporation et al.*, No. 2:25-cv-06150-JMA-ARL shall constitute the master file for every action in the consolidated action.

(3)    The Clerk is hereby directed to consolidate these four actions, administratively close the *Pallaya*, *LeBoutheller*, *and Pszwaro* actions, and make the appropriate notation upon the docket sheet.

**IT IS SO ORDERED:**

Dated: ___July 17, 2026___

/s/Joan M. Azrack

_____

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York

3