# *EXHIBIT 5*

1. On February 3, 2017, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[1]

> 2017 TOYOTA HIGHLANDER SE AWD ("VEHICLE"). ON JANUARY 26, 2017 AT APPROXIMATELY 11:15 P.M., PACIFIC TIME, I WAS DRIVING THE VEHICLE ON THE INTERSTATE 10 FREEWAY NEAR THE LA BREA AVENUE EXIT. IT WAS DARK BUT CLEAR WITH LIGHT TO MEDIUM TRAFFIC. WHILE I WAS DRIVING AROUND 80 MPH AND MERGING TOWARD AN INNER LANE, THE VEHICLE SUDDENLY - ON ITS OWN - SLOWED TO AROUND 30 OR 40 MPH. CONCOMITANTLY, THE VEHICLE'S MESSAGING SYSTEM (BETWEEN THE TACHOMETER AND SPEEDOMETER) BEGAN BLINKING AND ALERTING ME THAT THE ALL WHEEL DRIVE SYSTEM WAS EXPERIENCING FAILURE AND THAT THE VEHICLE NEEDED IMMEDIATE SERVICING. A SMALL ORANGE TRIANGULAR INDICATOR WITH AN EMBEDDED EXCLAMATION POINT FLASHED AS WELL. I ENGAGED THE HAZARD LIGHTS AND THEN MANIPULATED THE TRANSMISSION SHIFTER INTO VARIOUS POSITIONS WHILE FULLY DEPRESSING THE ACCELERATOR, BUT THE VEHICLE WOULD NOT ACCELERATE OVER 30 OR 40 MPH. FACED WITH THE POSSIBILITY OF BEING REAR ENDED, I DISENGAGED THE HAZARD LIGHTS, SIGNALED TO THE RIGHT, AND EVENTUALLY MADE IT OFF THE FREEWAY. THE FOLLOWING DAY, JANUARY 27, 2017, I TOOK MY VEHICLE TO A TOYOTA DEALERSHIP WHERE I BELIEVE IT IS STILL BEING DIAGNOSED. THE LONGER THE DIAGNOSIS TAKES, THE MORE I AM CONCERNED THAT TOYOTA HAS NOT DETERMINED THE REMEDY FOR THIS ISSUE. GIVEN TOYOTA'S HISTORY, I AM ALSO CONCERNED THEY MAY RETURN THE VEHICLE TO ME WITHOUT DETERMINING CONCLUSIVELY HOW THE PROBLEM OCCURRED AND WITHOUT FIXING THE ISSUE SO THAT IT WILL NOT POSE A THREAT TO MY PASSENGERS, INCLUDING MY OWN FAMILY, AND THE PUBLIC. ACCORDINGLY, IT IS MY DUTY TO REPORT THIS TO THE NHTSA AND TO SEEK THE NHTSA'S GUIDANCE ABOUT STEPS I CAN TAKE TO ENSURE THAT TOYOTA DOES NOT HAND ME BACK THE VEHICLE, WHICH MAY BE A DEATHTRAP. I DON'T USE SUCH INFLAMMATORY WORDS LIGHTLY, BUT THE MORE I CONTEMPLATE, THE MORE I FEEL THAT THIS WAS A POTENTIALLY LIFE-THREATENING EVENT.

2. On April 7, 2017, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[2]

---

[1] NHTSA ID: 10949488.

[2] NHTSA ID: 10971162.

> TL* THE CONTACT OWNS A 2017 TOYOTA HIGHLANDER. WHILE ATTEMPTING TO ACCELERATE FROM A STOP, THE VEHICLE WOULD NOT DRIVE FORWARD AND ROLLED BACKWARDS. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE REAR AXLE SHAFT SUPPORT BEARING RETAINING RING FAILED AND CAUSED THE AXLE TO SEPARATE FROM THE TRANS AXLE. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 192.

3. On July 14, 2017, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[3]

> WHILE DRIVING VEHICLE LOST POWER TO APPX 5MPH AND CHECK ENGINE, CHECK ALL WHEEL DRIVE SYSTEM, VISIT DEALER, LIGHTS APPEARED ON DASH, VEHICLE WAS ON HIGHWAY DRIVING AT APPX 50MPH AT TIME OF INCIDENT , DEALER REPROGAMMED ECM, AND RETURNED CAR TO OWNER AND NEXT DAY WHILE DRIVING INCIDENT HAPPENED AGAIN

4. On July 20, 2017, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[4]

> TL* THE CONTACT OWNS A 2017 TOYOTA SIENNA. THE CONTACT STATED THAT WHILE THE ACCELERATOR PEDAL WAS DEPRESSED, THE VEHICLE FAILED TO RESPOND. IN ADDITION, THE VEHICLE WAS SHIFTED INTO PARK THEN INTO THE DRIVE POSITION AND RESTARTED THE VEHICLE BUT STILL THE VEHICLE FAILED TO RESPOND. THE CONTACT MENTIONED THE ACCELERATOR PEDAL WAS DEPRESSED WITH FORCE AND THE VEHICLE STARTED TO OPERATE HOWEVER, AN ABNORMAL GRINDING NOISE WAS COMING FROM UNDERNEATH THE VEHICLE. THE VEHICLE WAS TOWED TO A BILL FOX TOYOTA AT 755 S ROCHESTER RD, ROCHESTER HILLS, MI 48307 WHERE THE FAILURE WAS UNDETERMINED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THAT APPROXIMATE FAILURE MILEAGE WAS 2,873.

---

[3] NHTSA ID: 11005233.

[4] NHTSA ID: 11006495.

5. On December 7, 2017, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[5]

> TL* THE CONTACT OWNS A 2017 TOYOTA HIGHLANDER. WHILE THE BRAKE PEDAL WAS DEPRESSED, THE ENGINE REVVED AND ALL THE WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO ISLAND TOYOYA (1591 HYLAN BLVD, STATEN ISLAND, NY), BUT THE FAILURE COULD NOT BE REPLICATED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 17,100.

6. On December 13, 2017, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[6]

> I PURCHASED MY VEHICLE ABOUT I MONTH A GO THE PROBLEM IS WHEN I SLOW DOWN TO AROUND 5 MPH AND THEN HIT THE GAS TO GO AGAIN THE CAR PICKS UP SPEED SUPER SLOWLY AND IT I HIT THE ACCELERATOR HARD THE TRANSMISSION JERKS REALLY HARD ALMOST LIKE SOMEONE IS HITTING ME FROM THE BACK , I TOOK IT TO TOYOTA THEY KEEP SAYING THE CAR IS JUST FINE . WORST CHOICE EVER IAM NEVER BUYING TOYOTA AGAIN I DROVE A 2015 CAMRY MUCH BETTER THEN THE [XXX] 2018 CAMRY THEY SAID IT'S BETTER BUT I SAY IT'S CHEAPER AND PROBABLY WON'T BE AS RELIABLE AS IT'S OLDER VERSION.. IT SUCK TO DRIVE IN THE CITY , ALSO THE ENGINE IS SUPER LOUD . INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

7. On December 13, 2017, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[7]

> DRIVING APPROXIMATELY 72 MPH WHEN VEHICLE DIED CAUSING A POTENTIALLY VERY HAZARDOUS SITUATION - CHECK ENGINE LIGHT CAME ON, MASTER WARNING LIGHT CAME ON, SEE DEALER FOR REPAIR MESSAGE DISPLAYED. WAS ABLE TO LIMP TO SIDE OF ROAD AND HAD VEHICLE TOWED TO DEALERSHIP. AFTER 2 DAYS OF DIAGNOSTIC TESTING THE ENGINE CONTROL MODULE (ECM) WAS REPLACED UNDER WARRANTY (LESS THAN 12,000 MILES ON

---

[5] NHTSA ID: 11052913.

[6] NHTSA ID: 11054478.

[7] NHTSA ID: 11054422.

> VEHICLE). THE VEHICLE IS RUNNING, HOWEVER, NOW NOTICE A DECREASE IN GAS MILEAGE AND DIFFERENCE IN TRANSMISSION SHIFTING SINCE REPLACEMENT.

8. On December 29, 2017, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[8]

> WHILE DRIVING UP THE I-5 GRAPEVINE AT 72 MPH THE CAR SUDDENLY SLOWED WITHOUT ANY WARNING TO UNDER 20 MPH. THE CHECK ENGINE LIGHT TURNED ON AND THE DASH SAID AWD SYSTEM DISENGAGED OR ERROR OR SOME SIMILAR MESSAGE AND TO TAKE TO THE DEALER. I WAS BARELY ABLE TO ACCELERATE TO GET OFF THE ROAD. I PULLED OFF, TURNED THE CAR OFF AND BACK ON, AND IT STARTED RUNNING AGAIN. I'M LUCKY I WAS NOT REAR ENDED.

9. On January 11, 2018, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[9]

> 2017 TOYOTA SIENNA. CONSUMER WRITES IN REGARDS TO TRANSMISSION ISSUES. *LD CONSUMER SENT ADDITIONAL CORRESPONDENCE. *LD THE CONSUMER STATED THE STEERING WAS IMPRECISE. THE VEHICLE WANDERED ON THE ROAD. THE HEATER/AC FAN HAD AN ANNOYING NOISE. THE VEHICLE WOULD NOT ACCELERATE IMMEDIATELY UPON DEPRESSING THE PEDAL. THE TRANSMISSION WOULD CONSTANTLY SHIFT UP AND DOWN ON VERY SMALL HIGHWAY INCLINES. *JS

10. On January 17, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[10]

> AS I WAS TURNING LEFT AT A GREEN ARROW ACROSS A DIVIDED HIGHWAY, THE CAR STOPPED MOVING IN THE MIDDLE OF THE INTERSECTION. THERE WERE NO WARNING LIGHTS OR ALARMS IN ADVANCE OF THE STOP, NOR WERE THERE ANY CRUNCHING OR GRINDING SOUNDS AT THE TIME THE CAR STOPPED. I COULD TELL WHEN I STEPPED ON THE ACCELERATOR AT THE TIME THE LIGHT TURNED GREEN THAT SOMETHING WASN'T RIGHT. AFTER THE CAR

---

[8] NHTSA ID: 11057498.

[9] NHTSA ID: 11054313.

[10] NHTSA ID: 11063286.

> STOPPED, I TRIED TO RE-START 2X IN THE INTERSECTION, THEN PUSHED THE CAR OUT OF THE INTERSECTION. THE LIGHTS AND ELECTRICAL CAME ON, BUT WHEN I PUT IT IN GEAR AND HIT THE ACCELERATOR, THE ENGINE REVVED AND THE RPMS WENT UP, BUT THE TIRES DID NOT ENGAGE. TOYOTA DEALERSHIP WITH CALLS TO TOYOTA ENGINEERING TOOK 2 DAYS TO DIAGNOSE IT AS A TRANSMISSION " PRODUCTION ERROR" THAT REQUIRED A "COUNTERMANDED" REPLACEMENT. THEY HAVE HAD THE CAR IN FOR SERVICE FOR OVER 30 DAYS. I WAS CONTACTED LAST FRIDAY THE 12TH TO BE TOLD THAT THE REPLACEMENT PART WAS IN, BUT HAVE NOT BEEN CONTACTED TO PICK UP.

11. On January 31, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[11]

> THE TRANSMISSION CLUNKS WHEN THE LOWER FORWARD TRANSMISSION GEAR ENGAGES WHEN ACCELERATING ON TO THE HIGHWAY. THIS TRANSMISSION DEFECT CAN ALSO BE DESCRIBED AS A THUD THAT GIVES THE DRIVER THE IMPRESSION THE CAMRY TRANSMISSION WILL FAIL SHOULD THE DRIVER CONTINUE TO APPLY PRESSURE ON THE ACCELERATOR PEDAL.

12. On February 22, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[12]

> 4 WEEKS AGO THERE WAS A NOTICEABLE HIGH PITCHED WHINE DURING ACCELERATION FROM 40 MPH AND UP. THE WHINE'S PITCH WOULD CHANGE UP OR DOWN WHEN THE AUTOMATIC TRANSMISSION CHANGED GEARS AND THE VEHICLE'S SPEED CHANGED. ON 2/12/2018, THE TRANSMISSION LET GO (THE ENGINE WOULD REV, BUT NO POWER TO THE WHEELS) WHILE MY WIFE WAS DRIVING ON A BUSY 45 MPH STREET. FORTUNATELY, THE PERSON BEHIND HERE DIDN'T REAR-END HER AND MY WIFE WAS ABLE TO PULL THE VEHICLE INTO A TURNING LANE AND STOP WITH FLASHERS ON. SHE TURNED THE VEHICLE OFF AND ON. THE TRANSMISSION ENGAGED AND SHE WAS ABLE TO DRIVE THE VEHICLE HOME. RIGHT BEFORE THE TRANSMISSION LET GO, SHE HEARD A GRINDING NOISE. WHEN I DROVE THE VEHICLE TO THE DEALERSHIP, THE WHINE WAS GONE ON ACCELERATION, BUT NOW IT WOULD WHINE ON DECELERATION! THE MECHANIC AT THE DEALERSHIP DETERMINED THE TRANSMISSION NEEDED TO BE

---

[11] NHTSA ID: 11065982.

[12] NHTSA ID: 11074214.

REPLACED DUE TO AN INTERNAL CLIP THAT BECOMES UNSEATED. THE CLIP CAN CAUSE INTERNAL DAMAGE TO THE TRANSMISSION. THEY WERE WORKING ON ANOTHER HIGHLANDER WITH THE EXACT SAME PROBLEM. THERE IS A CONVERSATION PUBLISHED ON EDMUNDS.COM WITH OTHER PEOPLE REPORTING THE SAME ISSUE I HAD WITH MY HIGHLANDER'S 8-SPEED AUTOMATIC TRANSMISSION. MY HIGHLANDER HAD 13.200 MILES ON IT WHEN I TOOK IT TO THE SHOP. IT TOOK 9 CALENDAR DAYS TO GET THE VEHICLE FIXED DUE TO LIMITED AVAILABILITY OF THE TRANSMISSION. THE DEALERSHIP TOLD ME MY REPLACEMENT TRANSMISSION WAS THE ONLY ONE IN THE COUNTRY (USA) WHEN THEY ORDERED IT! IF THIS IS HAPPENING WITH SO MANY HIGHLANDERS WITH THIS 8-SPEED AUTOMATIC TRANSMISSION, IT'S JUST A MATTER OF TIME BEFORE A SERIOUS ACCIDENT RESULTS FROM THE TRANSMISSION FAILING ON SOMEONE ELSE.

13. On February 22, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[13]

THE CAR HAS ACCELERATION/SPEED PROBLEMS. THE CAR HAS ONLY 200 MILES, TOOK IT IN TE HIGHWAY AND TAKES TOO LONG TO REACH HIGHWAY SPEED. IT RARELY REACHES AND STAYS AT LOWER SPEED. LIKE OTHERS IT SEEMS THIS CAMRY WILL HAVE A LOT REAR-END ACCIDENTS DUE TO THE LACK OF SPEED PERFORMANCE. I FEEL SCARE TO DRIVE THIS CAR, TOO DIFFICULT TO CHANGE LANES, TOO DIFFICULT TO KEEP UP WITH TRAFFIC. IF CARS ARE APPROACHING AT HIGHWAY SPEED AND YOU ARE CHANGING LINES YOU MORE THAN LIKELY WILL END UP REAR- END. IT TOOK ME TWO AND A HALF HOURS TO COMPLETE A 1 HOUR TRIP DUE TO LACK OF SPEED, CAR NOT RESPONDING AND FEAR OF GETTING REAR-END BY OTHER CARS WHO WERE HURNING BECAUSE CAR WOULDN'T SPEED UP. CAR IS TOO UNSAFE. I DON'T KNOW WHAT HAPPENED TO TOYOTA. WORST CAR EVER.

14. On February 26, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[14]

I PURCHASED BRAND NEW 2018 CAMRY SE NOVEMBER 2017 ABOUT A WEEK AFTER PURCHASE I NOTICED THE CAR SHIFTS INTO GEAR ROUGHLY AND JERKS A LOT WHEN DRIVING SIMILAR TO DRIVING A MANUAL TRANSMISSION CAR SO I ATTEMPTED TO CONTACT THE

---

[13] NHTSA ID: 11074305.

[14] NHTSA ID: 11074996.

> SALESMAN WHO SOLD ME THE CAR ONLY TO GET THE RUNAROUND ABOUT WHO TO TALK TO FINALLY WHEN I TOOK MY CAR IN THEY CHECKED ALL 20 SOMETHING COMPUTERS ON THE CAR AND SAID THEY SAW NO ERRORS BEING REPORTED WENT FOR A TEST DRIVE NOTHING SO THEY SENT ME ON MY WAY CAR WAS STILL DOING THE SAME THING SO I TRIED A DIFFERENT TOYOTA DEALER LEFT THE CAR ALL DAY THEY CHECKED SYSTEMS SAID IT WAS UPDATED AND THAT I PROBABLY NEED TO DRIVE THE CAR MORE SO IT CAN GET ACCLIMATED WITH MY DRIVING SO I HAD THIS CAR FOR 3 MONTHS AND IT STILL DOES THE SAME THING HESITATION WHEN STEPPING ON THE GAS, REVS UP PRETTY HIGH BEFORE SWITCHING GEARS, HARD SHIFTS INTO GEARS, AND JERKING EXCESSIVELY THIS CAR SO FAR HAS BEEN A NIGHTMARE IM VERY UNSATISFIED WITH MY NEW CAR PURCHASE

15. On March 7, 2018, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[15]

> TL* THE CONTACT OWNS A 2017 TOYOTA SIENNA. WHILE DRIVING 35 MPH, THE RPMS REVVED INDEPENDENTLY AND THE TRANSMISSION SEIZED WITHOUT WARNING. THE VEHICLE WAS TOWED TO SHEEHY TOYOTA OF FREDERICKSBURG (3507 JEFFERSON DAVIS HWY, FREDERICKSBURG, VA 22408, (540) 507-0076) WHERE IT WAS DIAGNOSED THAT A SOFTWARE FAILURE CAUSED THE TRANSMISSION TO SELECT AN IMPROPER GEAR WHILE THE VEHICLE WAS ALREADY IN THE APPROPRIATE DRIVE GEAR. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED CASE NUMBER: 171130377. THE APPROXIMATE FAILURE MILEAGE WAS 14,000.

16. On March 7, 2018, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[16]

> TL* THE CONTACT OWNS A 2017 TOYOTA SIENNA. WHILE DEPRESSING THE ACCELERATOR PEDAL AFTER A STOP, THERE WAS A HARD JERK AND THE RPMS INCREASED. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT STATED THAT THE FAILURE WAS AN ONGOING ISSUE WITH THE VEHICLE EVER SINCE IT WAS PURCHASED. THE MIRACLE TOYOTA (37048 US-27, HAINES CITY, FL 33844, (863) 956-1123) STATED THAT THE VEHICLE HAD TRANSMISSION FAILURE, WHICH WOULD DISAPPEAR AFTER DRIVING

---

[15] NHTSA ID: 11076669.

[16] NHTSA ID: 11076633.

> THE VEHICLE FOR AWHILE. WHILE THE CONTACT'S WIFE WAS DRIVING THE VEHICLE, A LOUD WHINING NOISE WAS HEARD. THE CONTACT'S WIFE WAS ABLE TO TURN OFF AND RESTART THE VEHICLE. AFTER A FEW MINUTES, THE NOISE DISAPPEARED. THE CONTACT RESEARCHED THE FAILURE ONLINE AND FOUND A TSB ISSUED BY TOYOTA FOR A SOFTWARE UPDATE. THE VEHICLE WAS TAKEN TO MIRACLE TOYOTA (37048 US-27, HAINES CITY, FL 33844, (863) 956-1123) WHERE IT WAS DIAGNOSED WITH NEEDING THE SOFTWARE UPDATED FOR THE ECU. THE UPDATE WAS PERFORMED, BUT THE FAILURE PERSISTED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND A CASE WAS OPENED. THE APPROXIMATE FAILURE MILEAGE WAS 10.

17. On March 7, 2018, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[17]

> TL* THE CONTACT OWNS A 2017 TOYOTA SIENNA. WHILE DRIVING APPROXIMATELY 25 MPH, THE VEHICLE HESITATED AND ACCELERATED FORWARD. THE CONTACT STATED THAT THE FAILURE OCCURRED AT LEAST ONCE A DAY FOR THE PAST THREE MONTHS. THE VEHICLE WAS NOT TAKEN TO A DEALER OR AN INDEPENDENT MECHANIC FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 5,500.

18. On March 12, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[18]

> AT ABOUT 11,000 MILES, A HIGH PITCH WHINING SOUND APPEARED DURING ACCELERATION. THE DEALER IDENTIFIED A PROBLEM THAT REQUIRES A NEW TRANSMISSION. THE PARTS ARE BACK ORDERED. I WAS ADVISED TO CONTINUE TO DRIVE THE CAR UNTIL TOYOTA APPROVED THE REPAIR AND THE PARTS WERE AVAILABLE. RESEARCH INDICATED THAT THIS ISSUE IS COMMON AND MAY LEAD TO COMPLETE TRANSMISSION FAILURE PRESENTING A SAFETY ISSUE.

---

[17] NHTSA ID: 11076734.

[18] NHTSA ID: 11078623.

19. On March 13, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[19]

> 2018 CAMRY XSE V6 - IF THE CAR IS NOT FULLY WARMED UP AND YOU ACCELERATE FROM A STOP, THE SHIFT FROM 1ST TO 2ND GEAR IS VERY ROUGH. IT IS MORE PRONOUNCED IF YOU ARE ACCELERATING UP A HILL. THE ONLY WAY TO GET RID OF THE ROUGH 1ST TO 2ND GEAR SHIFT BEFORE THE CAR IS FULLY WARMED UP IS TO APPLY EXCESSIVE THROTTLE.

20. On March 30, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[20]

> THE POWERTRAIN IS VERY ROUGH AT LOW SPEED. WHEN PEDAL IS PUMPED SLOWLY THE GEAR CHANGES WITH A THUD AND JERKING. THIS FEELS WORSE THAN A MANUAL GEAR CAR. THE CAR DROVE AROUND 7500MILES. COMPLAINT THE DEALERSHIP AND THEY NOTIFIED IT MAY BE DUE TO CAR COMPUTER ISSUE.

21. On April 4, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[21]

> THE TRANSMISSION IN THE 2018 XSE V6 IS JUNK. IT IS JERKY ON ACCELERATION (LIKE DRIVING A MANUAL TRANSMISSION) AND WHEN SHIFTING FROM 1ST TO 2ND THE SHIFTS ARE HARD, AND CLUNKY. EVEN WORSE WHEN COLD. WHEN COMING TO A STOP, THE SHIFT FROM 2ND TO 1ST HAPPENS WITH A HUGE THUD. HAD DEALER TAKE A LOOK AND THEY TOLD ME NOTHING WAS WRONG AFTER HOOKING IT UP TO THEIR COMPUTERS. PRETTY DISAPPOINTED IN THE WAY THIS BRAND NEW CAR DRIVES. MAJOR HESITATIONS WHEN ACCELERATING. CAUSES ENTIRE CAR TO JERK UNTIL THE MOTOR SMOOTHS OUT. THIS LOYAL TOYOTA OWNER FOR OVER 30 YEARS IS STRONGLY THINKING ABOUT SWITCHING BRANDS. 5K MILES ON CAR.

---

[19] NHTSA ID: 11078969.

[20] NHTSA ID: 11082116.

[21] NHTSA ID: 11083232.

22. On May 2, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[22]

> WHILE DRIVING ON INTERSTATE ON CRUISE CONTROL AT 75 MPH, WITHOUT WARNING, ALERTS WENT OFF AND VEHICLE SLOWED TO ABOUT 40 MPH AND WOULD NOT LET ME GO ANY FASTER. THE AWD FAILURE ALERT SIGN CAME ON AS DID SYSTEM ENGINE FAILURE ALERT CAME ON. I WAS ABLE DRIVE AT THAT SLOW SPEED FOR APPROXIMATELY 4 MILES ON INTERSTATE RAMP WITH FLASHERS ON. MY SON ADVISED ME TO TURN ENGINE OFF FOR ONE MINUTE AND RESTART, WHICH IT DID WITHOUT ALERTS. THEN ABLE TO DRIVE THE 2O MILES HOME. NEXT DAY TOOK IT DEALERSHIP WHERE IT'S BEEN GOING ON 3 RD DAY. EXTREMELY BAD POSSIBLE OUTCOME COULD HAVE OCCURRED ON THE INTERSTATE BEING REAR-ENDED OR IF HAD BEEN TRYING TO PASS SOMEONE OR VICE VERSE. CAR PRESENTLY AT DEALERSHIP SO DO NOT HAVE VIN. OR ACTUAL MULES

23. On May 8, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[23]

> CAR IS HESITATING/SLUGGISH WHEN ACCELERATING FROM A STOP/ROLLING STOP. TAKES FOREVER TO GET TO HIGHWAY SPEEDS, WHICH IS EXTREMELY DANGEROUS. WHEN THERE IS TRAFFIC ON A HIGHWAY, CHANGING LANES INTO A LANE IN WHICH TRAFFIC IS GOING FASTER IS EXTREMELY HARD DUE TO FEAR BEING REAR-ENDED. CAR STRUGGLES TO GET FROM 0-45 AND WILL ONLY DO SO WHEN THE ACCELERATOR IS STEPPED DOWN ALL THE WAY. TRANSMISSION SHIFTS ARE VERY JERKY. SEEMS LIKE THE TRANSMISSION DOESN'T KNOW WHAT GEAR TO BE IN 90% OF THE TIME. ALL THESE SYMPTOMS APPEAR TO BE IN ONLY THE 4 CYLINDER MODEL OF THE 2018 CAMRYS.

24. On May 18, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[24]

> 2018 TOYOTA CAMRY HAS BAD TRANSMISSION SINCE THE 1 ST WEEK OF HAVING THIS CAR IT HAS BEEN GIVING ME PROBLEMS IT SLAMS

---

[22] NHTSA ID: 11091323.

[23] NHTSA ID: 11092567.

[24] NHTSA ID: 11096794.

INTO GEAR SOMETIMES, IT HESITATES WHEN STEPPING ON THE GAS LIKE IT DOESN'T KNOW WEATHER TO GO OR NOT IT JERKS LIKE IT CANT FIND WHICH GEAR TO GO INTO THE CAR IS REALLY BAD AND I CANT SEEM TO GET ANY HELP FROM TOYOTA THEY TOLD ME TO KEEP DRIVING MAYBE THE CAR NEEDS TO GET USE TO MY DRIVING. THEY TOLD ME ITS A 4 CYLINDER THAT'S HOW THEY DRIVE. THEY TOLD ME I SHOULD DRIVE IT MANUAL MODE. IM JUST FED UP .

25. On May 25, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[25]

WHEN THE CAR IN THE LOW SPEED AROUND 20 MILES/HOUR AND THE ENGINE AROUND 2000RPM, THE TRANSMISSION IS WIRED TRYING TO FIND SPECIFIED GEAR, MAKE THE CAR SPEED INCREASED AND DECREASED, IT LIKE JERK THE CAR. ANOTHER PROBLEM IS WHEN YOU TRYING TO SPEED UP CATCH UP CARS SPEED FROM LOWER SPEED ON HIGHWAY, PRESS THE GAS PEDAL, THE CAR JUST LIKE THINKING THE LIFE PHILOSOPHY THE RPM REACH 4000 THE CAR SUDDENLY SPEED UP.

26. On May 26, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[26]

TRANSMISSION IS FEELING VERY JERKY AFTER 5000 MILES. HOLDING ON TO LOW GEARS WAY TOO LONG. I'M DOING 40 MPH AND THE RPM IS OVER 3500. THE TRANSMISSION SEEMS TO KEEP MISSING GEARS. CONSTANTLY DOWNSHIFTING. MILEAGE HAS SURPRISINGLY GONE DOWN. EVEN ON THE HIGHWAY WHEN IM DOING 65+ ITS STRUGGLING TO FIND GEARS AND KEEPS DOWNSHIFTING.

27. On May 31, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[27]

TL* THE CONTACT OWNS A 2018 TOYOTA CAMRY. WHILE DRIVING APPROXIMATELY 25 MPH, THE VEHICLE STARTED TO SHIFT GEARS VERY ROUGHLY AND THEN CAME TO A COMPLETE STOP. THE ACCELERATOR PEDAL WAS DEPRESSED, BUT THE VEHICLE FAILED TO ACCELERATE. THE CONTACT STATED THAT THE FAILURE

---

[25] NHTSA ID: 11097879.

[26] NHTSA ID: 11098076.

[27] NHTSA ID: 11099058.

> OCCURRED EVERYDAY SINCE THE VEHICLE WAS PURCHASED THREE MONTHS AGO. THE VEHICLE WAS TAKEN TO DAYTONA TOYOTA (451 N NOVA ROAD ,DAYTONA BEACH, FLORIDA 32114) TWICE, BUT THE FAILURE WAS UNABLE TO BE DUPLICATED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 2,000.

28. On May 31, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[28]

> THIS CAR ONLY HAS 120 MILES ON IT, BUT THE PROBLEM HAS BEEN PRESENT SINCE I TOOK DELIVERY. UPON INITIAL ACCELERATION FROM A DEAD STOP, THERE IS A LONG DEAD ZONE IN THE ACCELERATOR LEADING TO POOR THROTTLE RESPONSE. IT'S HARD TO TELL WHEN THE VEHICLE IS GOING TO BEGIN MOVING. ONCE MOVING, THE TRANSMISSION JUMPS IN AND OUT OF VARIOUS GEARS, AND THE CAR CAN'T DECIDE WHICH GEAR TO USE. IT ALSO SLAMS IN AND OUT OF SOME GEARS WITH NO CONSISTENCY. IT SEEMS LIKE A PROGRAM ISSUE, BUT IT NEEDS TO BE HANDLED VERY SOON OR THIS TRANSMISSION MAY NOT LAST 10-20K MILES.

29. On June 7, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[29]

> NEW 2018 CAMRY SE WITH 458 MILES, 4 CYLINDER/8 SPEED AUTOMATIC TRANSMISSION. CAR HESITATES WHEN ACCELERATING AND CANNOT SEEM TO FIND THE CORRECT GEAR. MOST NOTICEABLE BETWEEN 1ST AND 3RD GEARS. ALSO, DYNAMIC BRAKING SUPPORT PUT ME IN A DEAD STOP AS I WAS TRYING TO DEPART THE LANE TO AVOID A FRONT AND REAR END COLLISION. I HAD ALREADY APPLIED ENOUGH MANUAL BRAKE BUT WANTED TO QUICKLY ACCELERATE OUT OF THE LANE TO CREATE SPACE. THIS AUTOMATIC DEAD STOP DUE TO THE DYNAMIC BRAKING SYSTEM WAS A SCARY SURPRISE THAT NEARLY CAUSED A PILE UP. TOYOTA NEEDS TO RECOGNIZE THESE ISSUES.

---

[28] NHTSA ID: 11098994.

[29] NHTSA ID: 11100321.

30. On June 13, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[30]

> TOYOTA CAMRY XLE V6 HAS TRANSMISSION ISSUES. FIRST 5000 MI SERVICE HAS ALREADY BEEN COMPLETED. CAR CURRENTLY HAS ~8K MILES AND HAS NOT IMPROVED. (1) FIRST GEAR DOES NOT SHIFT SMOOTHLY TO SECOND. CAR JOLTS DURING THIS SHIFT. ISSUE IS WORSE WHEN THE CAR IS COLD, BUT CAN BE REPRODUCED EVEN WHEN IT IS WARMED UP. (2) TRANSMISSION TAKES A LONG TIME TO DOWNSHIFT AFTER ACCELERATOR IS PRESSED. SEEMS TO BE VERY CONFUSED IN PICKING THE RIGHT GEAR. (3) TRANSMISSION IS TOO EAGER TO DOWNSHIFT WHEN ACCELERATOR IS NOT PRESSED AND CAR IS SLOWING DOWN. THIS RESULTS IN ROUGH JOLTS AS THE CAR IS SLOWING DOWN OR BRAKING.

31. On June 15, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[31]

> 2018 CAMRY 8 SPEED AUTOMATIC TRANSMISSION HAS DOWNSHIFTING PROBLEMS. THIS INVOLVES A DELAY IN DOWNSHIFTING THAT I HAVE FOUND ON 3 OCCASIONS COULD HAVE BEEN DANGEROUS. UPON COMPLETING A TURN AND REAPPLYING GAS PEDAL THE CAR APPEARED TO BE IN NEUTRAL OR STUCK BETWEEN GEARS. I HAD A DEAD GAS PEDAL FOR 3 OR 4 SECONDS. ON 1 OCCASION I COULD HAVE BEEN INVOLVED IN A REAR END COLLISION IF THE OTHER DRIVER HADN'T REALIZED SOMETHING WAS WRONG AND SWERVED TO AVOID MY CAR. I CURRENTLY HAVE LEMON LAW COMPLAINT FILED WITH THE STATE ATTORNEY GENERALS OFFICE INVOLVING THIS CAR AND IT'S TRANSMISSION.

32. On June 30, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[32]

> THE CAR HAS ACCELERATION/SPEED PROBLEMS. IT TAKES TOO LONG TO ACCELERATE WHEN CHANGING LANES, PASSING OTHER VEHICLE, OR ENTERING FREEWAY. THIS ISSUE IS GOING ON ALL AND EVERY TIME I DRIVE IT. I PURCHASED THE CAR ONE MONTH AGO. THIS IS MY 5TH CAMRY AND I NEVER HAD THIS PROBLEM. CAR IS

---

[30] NHTSA ID: 11101557.

[31] NHTSA ID: 11102223.

[32] NHTSA ID: 11104918.

UNSAFE AND IM SCARED TO DRIVE. TOYOTA, DO SOMETHING BEFORE SOMEONE DIES!!!!!!!!!!. I ALMOST GOT REAR-ENDED COUPLE OF TIMES

33. On July 1, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[33]

4-CYLINDER XSE HAS SIGNIFICANT ACCELERATION DELAY AFTER DEPRESSING THE PEDAL; THIS IS ESPECIALLY APPARENT WHEN ACCELERATING FROM A ROLLING STOP AT APPROXIMATELY 15-25 MPH. OCCASIONALLY, THE GEAR WILL ALSO SHIFT ABRUPTLY WHEN ACCELERATING FROM 15-25 MPH, CAUSING THE CAR TO LURCH FORWARD SUDDENLY. THIS IS DANGEROUS; IF THERE IS A CAR IN FRONT OF YOU, THERE IS A HIGH CHANCE OF CAUSING A REAR END ACCIDENT.

34. On July 11, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[34]

SINCE I LEASED BY HIGHLANDER I HAVE NOTICED THAT THE CAR SHIFTS VERY HARD, SOMETIMES SPUTTERING BETWEEN 5-10MPH AND THEN ACCELERATING. DEALER REFLASHED THE COMPUTER BASED ON TECHNICAL BULLETIN TSB-0194-17. THEY HAVE NOW HAD THE CAR FOR 3 DAYS AND HAVE REPLICATED THE ISSUE AND I AM AWAITING GUIDANCE. THE VEHICLE HAS 13,000 MILES ON IT, THERE SHOULD NOT BE MAJOR TRANSMISSION ISSUES. MY COMPLAINT DOESN'T SEEM ISOLATED.

35. On July 15, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[35]

VEHICLE HAS ISSUES WITH TRANSMISSION. THERE ARE TIMES WHEN THE CAR CAN'T SEEM TO DECIDE WHAT GEAR TO PICK AND WHEN TO ENGAGE IT RESULTING IN A SECOND OR TWO OF DEAD ACCELERATION. ONCE VEHICLE DECIDES WHAT TO DO, IT SENDS AN EXCESSIVE AMOUNT OF POWER TO THE WHEELS WITH UNINTENDED ACCELERATION RATES. THIS MOST COMMONLY HAPPENS WHEN SLOWING FOR A YIELD AND THEN GOING, STOP AND GO TRAFFIC,

---

[33] NHTSA ID: 11104946.

[34] NHTSA ID: 11110722.

[35] NHTSA ID: 11111444.

> AND PASSING ON THE HIGHWAY. FUEL ECONOMY IS ALL OVER THE PLACE AS WELL, MOST LIKELY DUE TO POOR TRANSMISSION. THIS HAS BEEN AN ISSUE SINCE CAR WAS FIRST BOUGHT IN NOVEMBER 2017....HAS NEARLY 8000 MILES AS OF JULY 18 AND STILL AN ISSUE.

36. On July 24, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[36]

> THIS HAPPENED TO THE VEHICLE REPEATEDLY AND UNDER 1000 MILES ON THE ODOMETER. UPON ACCELERATION THE CAR HESITATES AND AFTER A FEW SECONDS IF WILL FINALLY GO WITH A JERKING TO THE PASSENGERS. IT ALSO HAS A PROBLEM ACCELERATING ON THE HIGHWAY, IT SEEMS TO LACK THE POWER TO PASS ANYONE WHEN IN TRAFFIC. AT APPROXIMATELY 75 MILES PER HOUR THE CAR BEGAN TO SHAKE ALSO. WHEN MOVING INTO DIFFERENT GEARS THE CAR WOULD ALSO FEEL AS IF IT WERE JERKING INTO GEARS. SEEMS TO BE WORSE ON COLD STARTS BUT WAS DEFINITELY STILL A PROBLEM AFTER DRIVING AND HAVING TIME TO WARM UP.

37. On July 30, 2018, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[37]

> JULY 22 2018 AFTERNOON. I WAS DRIVING THE SIENNA 2017 ON A HIGHWAY IN SPEED 70MPH IN THE ECT MODE WITH MY WIFE AND KIDS. IT SEEMED EVERYTHING NORMAL AT THE BEGINNING. WHEN I WAS PRESSING GAS PEDAL THE CAR DID NOT ACCELERATE AT ALL. ON THE CONTRARY, THE MINI-VAN WAS SLOWING DOWN. I BECAME NERVOUS SINCE THAT WAS A 3 LANES HIGHWAY, I WAS IN LEFTIST LANE AND THERE WAS NARROW CUBE AND DID NOT HAVE ENOUGH SPACE TO STOP. I PRESSED GAS PEDAL HARDER, AND ENGINE GOT TO 6000 RPM HOWEVER THERE WAS NO POWER AT ALL. WHAT MADE ME MORE NERVOUS WAS THAT THE DISPLAY DID NOT SHOW THE TRANSMISSION INDICATOR AT ALL. THE DISPLAY SUPPOSES ALWAYS SHOW THE TRANSMISSION INDICATOR SUCH AS P/N/D'. HOWEVER, AT THAT TIME THE DISPLAY DID NOT SHOW ANY OF THAT, THE DISPLAY AREA WAS BLANK. I ALSO PULLED THE SHIFT HANDLER BACKWARD TO MAKE SURE THE GEAR WAS ON 'D' , INSTEAD OF 'N'. THAT DID NOT HELP. I ASKED MY WIFE TO TURN ON THE EMERGENCY LIGHT SINCE I HAD TO FOCUS TO CONTROL THE CAR. I WAS DOING PRESSED/RELEASE GAS PADDLE REPEAT AND IT

---

[36] NHTSA ID: 11113467.

[37] NHTSA ID: 11114698.

> PROVIDED A LITTLE BIT POWER TO THE CAR. I MANAGED SWITCHED TO THE RIGHTEST LANES AND GET TO A CLOSED EXIT. I STOPPED THE CAR, OPENED THE FRONT HOOK AND SAW NOTHING WRONG. ONCE I RESTART THE MINIVAN, I SAW THE 'P' SHOWED UP IN THE DISPLAY. I TESTED THE MINI VAN. SEEMED TO ME, IT WAS BACK TO NORMAL. I DROVE WITH EXTRA CAUTION AND FEAR BACK TO HOME. ALL THIS HAPPENED RIGHT AFTER THE VERY FIRST 5000 MILES SERVICE FOR MY NEW CAR. TRANSMISSION LOST POWER IN THE HIGHWAY IS VERY DANGEROUS. IT MAY CAUSE FATAL ACCIDENT. I AM WORRIED THIS MAY HAPPY AGAIN IN THE FUTURE. I AM SCARED TO DRIVE THIS CAR IN A HIGHWAY WITH MY FAMILY. I REQUEST THIS TO BE INVESTIGATED TO PREVENT IT FROM HAPPENING AGAIN.

38. On August 4, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[38]

> WHEN DRIVING THE CAR ON CITY STREETS AND HIGHWAYS THE CAR HESITATES FEELS LIKES THE TRANSMISSION IS SLIPPING OR THE CAR IS HAVING TROUBLE SHIFTING AT SOME POINTS THE CAR SHIFTS REALLY HARD CAUSING A WHIP LASH EFFECT, THE CAR NORMALS DOES THIS AT ABOUT ANYWHERE FROM 45 MILES PER HOUR UP TO 70 MILES PER HOUR. AT HIGHER SPEEDS SUCH AS 92 MILES PER HOUR TO BE EXACT THE CAR CONTINUES TO JUST HESITATE NON STOP AS IF IS STRUGGLING TO GO THAT SPEED?

39. On August 8, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[39]

> I BOUGHT 2018 CAMRY LE THE PROBLEM IS JERKEY SHIFTS FROM THE TRANSMISSION, AND SOMETIMES IS DOSEN'T ACCELERATE FROM A SLOW DOWN IF YOU ARE MERGING ON THE HIGHWAY. THIS CAN BE A BIG RISK BECAUSE IT DOESN'T GO WHEN IT THE GAS AFTER A FEW SECONDS ITS KICKS AND GOES REALLY FAST AND YOU DONT EVEN KNOW HOW FAST IT WILL GO ALSO THE TRANSMISSION IS SUPER JURKEY IN CITY TRAFFIC. SOMETIME IF YOU PUT THE ACCELERATION IT DOESN'T MOVE FORWARD WE AND OTHER TIMES ITS ACCELERATION IS TOO FAST AND YOU CAN CRASH WITH THE CAR IN FRONT OF YOU. ALSO THE GAS PEDAL IS REALLY STIFF AND IF YOU DRIVE FOR A LONG TIME YOUR FEET AND LEG GETS REALLY SORE FROM APPLYING SO MUCH PRESSURE TO THE GAS PEDAL.

---

[38] NHTSA ID: 11115696.

[39] NHTSA ID: 11118432.

40. On August 9, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[40]

> THE TRANSMISSION DOES NOT SHIFT PROPERLY, AND HESITATES. WHEN NEEDING TO MAKE A SUDDEN ACCELERATION, THE VEHICLE ROLLS SEVERAL SECONDS BEFORE ACCELERATING. I ALMOST GOT HIT SEVERAL TIMES

41. On August 22, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[41]

> HELLO, THERE. I WANT TO SHARE MY EXPERIENCE ABOUT HIGHLANDER PROBLEM. MY WIFE AND ME WENT TO MYSTIC,CT FROM MY HOME FOR PLEASURE AUGUST 8. I USED CRUISE CONTROL WITH 65 MPH ON HIGHWAY. AFTER I FINISHED TRAVELING THERE, I TRIED TO USE THE SAME CRUISE CONTROL ON THE WAY HOME. AND THEN SUDDENLY MY CAR MADE PROBLEM IN THE MIDDLE OF DRIVING ON HIGHWAY. RPM WENT UP TO OVER 3000 AND RPM NEEDLE ON DASHBOARD STARTED DANCING. AND I WATCHED 'CHECK AWD SYSTEM','TRACTION CONTROL TURNED OFF','CHECK ENGINE VISIT YOUR DEALERSHIP' COMING UP. AUTOMATICALLY MY CAR LOST POWER CONTROL. WE WERE VERY SCARED BECAUSE EVERYONE THERE WAS DRIVING A CAR WITH HIGH SPEED AT NIGHT. I TURNED ON EMERGENCY LIGHT AND PUT MY CAR ON SERVICE ROAD. FORTUNATELY, NO BODY FOLLOWED BEHIND MY CAR AT THAT TIME. IF SOMEONE KEPT APPROACHING MY CAR,WE WOULD HAVE MADE BIG TRAFFIC ACCIDENT. THIS IS SAFETY ISSUE FOR US. EVEN IF WE ARE STILL ALIVE, I DON'T HAVE ANY COURAGEOUS IDEA ABOUT MY CAR. I WILL NOT BE SATISFIED WITH MY CAR. WHENEVER I DRIVE IT, I HAVE TO THINK ABOUT MY CAR CONDITION. FOR EXAMPLE, I FOUND THE SAME STORY ABOUT MY HIGHLANDER THROUGH CARCOMPLAINTS.COM THAT CAR WAS EVENTUALLY BURNED IN THE MIDDLE OF HIGHWAY. SO I WANT MY MONEY BACK BY LEMON LAW.

42. On August 31, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[42]

---

[40] NHTSA ID: 11118842.

[41] NHTSA ID: 11121566.

[42] NHTSA ID: 11123855.

CITY STREET, TWO WHILE TURNING FROM A STOP AND TWO FROM A STATIONARY STOP. LOSS OF POWER. PRESSING ON ACCELERATOR HAD NO AFFECT BUT APPROXIMATELY 5-10 SECONDS REGAINED MOVEMENT AND CONTINUED ON. UNSURE/UNKNOWN OF THE SAFETY CAUSE. SCARING ESPECIALLY TURNING LEFT WITH ONCOMING TRAFFIC COMING AT YOU.

43. On August 31, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[43]

ON AUGUST 10TH 2018, I WAS DRIVING MY 2017 HIGHLANDER WITH 17,000 MILES ON A MAJOR HIGHWAY IN CALIFORNIA WHEN I ACCELERATED HARD TO PASS OTHER VEHICLES. SUDDENLY THE HIGHLANDER LOST ALL POWER WITH ALL THE BELLS AND WHISTLES SOUNDING. THE ORANGE TRIANGULAR WARNING/CHECK ENGINE LIGHTS CAME ON WITH THE ALL WHEEL DRIVE SYSTEM FAILURE FLASHING NEEDING IMMEDIATE SERVICE. I WAS ABLE THE GET TO THE SIDE OF THE HIGHWAY WITHOUT GETTING KILLED AND TURNED THE CAR OFF. AFTER A MINUTE I WAS ABLE TO RESTART THE CAR AND ALL THE WARNING LIGHTS RESET. THIS WAS THE SECOND TIME THIS HAPPENED. FIRST TIME THIS HAPPENED THE HIGHLANDER HAD ONLY 4,000 MILES ON IT AND WAS UNDER THE SAME CIRCUMSTANCES. I WAS TRYING TO PASS. WHEN I TOOK IT TO THE DEALERSHIP IN RENO NV THEY SAID ALL THE ERROR CODES WERE NOT CAPTURED AND THEY HAD NOT HEARD OF THIS ISSUE DESPITE MANY COMPLAINTS ON THE INTERNET AS WELL AS THIS SITE? I WAS TOLD THERE WAS NOTHING THEY COULD DO WITHOUT AN ERROR CODE. THEY SUGGESTED THE NEXT TIME IT HAPPENS, DO NOT RESTART THE CAR AND HAVE IT TOWED THE A DEALERSHIP TO TRY AND RECAPTURE AN ERROR CODE. I FILED A CLAIM WITH TOYOTA CORP BUT THEY LEAD ME TO THINK THAT THEY DON'T INVESTIGATE INCIDENTS LIKE THIS UNLESS THERE ARE NUMEROUS COMPLAINTS. I HAVE ADVISED MY FAMILY OF THIS DANGEROUS CONDITION WITH THE HIGHLANDER AND IF ANY ONE GETS HURT OR KILLED PLEASE SUE THE HECK OUT OF THEM. THIS IS A VERY DANGEROUS SYMPTOM WITH THE HIGHLANDER THAT IS GOING TO GET SOMEBODY KILLED AND TOYOTA DOESN'T SEEM TO CARE.

44. On September 11, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[44]

---

[43] NHTSA ID: 11123813.

[44] NHTSA ID: 11128728.

> WHEN THE VEHICLE STARTS AND IS STATIONARY, IT IDLES TOO HIGH OR IT STUDDERS WHILE IDLING. WHEN DRIVING AROUND 60 MPH TO 64 MPH WHEN SHIFTING GEARS FROM HIGH TOO LOW SPEEDS IT ALSO JERKS ABRUPTLY. IT ALSO DOES THIS WHEN I AM SLOWING DOWN TO LOWER SPEEDS AND WHEN I PUT IT IN DRIVE FROM REVERSE OR PARK TO REVERSE IT JERKS/JUMPS REALLY BADLY. SINCE OWNING THIS CAR, I BOUGHT IT BRAND NEW NO MILES, A WHELL BARRING HAS HAD TO BE REPLACED AS WELL.

45. On September 14, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[45]

> 2017 HIGHLANDER LIMITED. 11,800 MILES. OVER THE LAST 30 DAYS THE VEHICLE HAS HAD 3 SIMILAR EVENTS OF VEHICLE HESITATION OR STUMBLING FROM A FULL STOP, WHEN APPLYING FULL ACCELERATOR PEDAL TRAVEL. THE VEHICLE SEEMS TO ACCELERATE NORMALLY FOR A SECOND OR TWO, THEN JUST SEEMS TO HANG AT 5-10 MPH. PUMPING THE ACCELERATOR PEDAL QUICKLY FULL UP, FULL DOWN MAY HAVE FIXED THE PROBLEM, I'M NOT REALLY SURE, BUT THAT IS WHAT I DID.THE VEHICLE OPERATES NORMALLY AFTER THAT.IN THE LAST AND MOST FRIGHTENING EPISODE, I WAS AT A STOP,ON A SIDE STREET WAITING TO TURN ONTO A FRONTAGE ROAD WHERE TYPICAL SPEEDS ARE 60 MPH. I PRESSED THE ACCELERATOR PEDAL FULL DOWN TO THE FLOOR AND TURNED ONTO THE FRONTAGE ROAD. THE VEHICLE SEEMED TO ACCELERATE NORMALLY FOR 1-2 SECONDS, THEN AS BEFORE, JUST STAYED AT 5-10 MPH WITH A CAR COMING UPON MY REAR AT 60 MPH. FORTUNATELY FOR ME HE WAS ABLE TO CHANGE LANES AND AVOID RUNNING INTO ME. I PUMPED THE ACCELERATOR PEDAL AS DESCRIBED. THE VEHICLE THAN RESPONDED NORMALLY. I DON'T REMEMBER IF THE VEHICLE WAS IN POWER OR ECONOMY MODE. I TYPICALLY PUT IT INTO POWER MODE BEFORE ENTERING THE HIGHWAY (WHICH I WAS ABOUT TO DO ON THE FAR SIDE OF THE FRONTAGE ROAD) IF I REMEMBER. AS YOU MAY IMAGINE THIS LAST EPISODE LEFT ME QUITE DISTURBED. I ALWAYS USE REGULAR GRADE GASOLINE FROM TOP NAME GAS STATIONS. THESE EVENTS HAPPENED WITH DIFFERENT TANKS OF GAS FROM DIFFERENT STATIONS. I TOOK THE VEHICLE TO THE DEALERSHIP. THEY WERE NOT ABLE TO READ ANY ERROR CODES FROM THE COMPUTER, AND WERE UNABLE TO REPEAT THE PROBLEM IN A TEST DRIVE. THEY HAVE ESCALATED THE CASE TO THE TOYOTA ENGINEERING TEAM.

---

[45] NHTSA ID: 11129582.

46. On September 15, 2018, the owner of a 2018 Toyota Camry submitted the following complaint with NHTSA:[46]

> THE 2018 TOYOTA CAMRY SE HAS A MAJOR ISSUE WITH DELAYED ACCELERATION THAT IMPACTS THE SAFETY OF THE VEHICLE. THE CAR'S 8-SPEED TRANSMISSION HAS TROUBLE SELECTING THE PROPER GEAR WHEN THE DRIVER NEEDS TO ACCELERATE AFTER DECELERATION. FOR EXAMPLE, IMAGINE DRIVING STEADY AT 40MPH BEFORE DECELERATING TO AN INTERSECTION FOR A TURN, MAKING THE TURN, THEN PRESSING THE GAS AGAIN TO ACCELERATE. WHEN PRESSING THE GAS AGAIN TO ACCELERATE IN THIS SCENARIO, THE CAR STRUGGLES TO SELECT THE PROPER GEAR AFTER THE DOWNSHIFT FROM 40 MPH CAUSING THE VEHICLE TO PAUSE (NO ACCELERATION) FOR 3 SECONDS BEFORE VERY ROUGHLY CYCLING THROUGH TWO OR THREE GEARS BEFORE THE PROPER GEAR IS SELECTED. BOTH MY WIFE AND I EXPERIENCE THIS WHILE DRIVING THE CAR AND OFTEN FEEL VULNERABLE AND STUCK AS TRAFFIC MUST BRAKE UNEXPECTEDLY BECAUSE THE CAMRY WILL NOT SIMPLY SELECT A GEAR AND MOVE WHEN THE GAS IS PRESSED. ALSO, WHEN THE CAMRY FINALLY DOES MOVE, THERE IS NO PREDICTING HOW MUCH ACCELERATION THE DRIVER WILL EXPERIENCE. THIS CAUSES SAFETY CONCERN FOR BOTH GETTING REAR-ENDED WHILE THE CAMRY WON'T ACCELERATE, AND ALSO SAFETY CONCERN FOR REAR-ENDING SOMEONE ELSE WHEN THE CAMRY UNPREDICTABLY ACCELERATES. THE TOYOTA DEALER HAS DONE NOTHING TO FIX THIS AND STATES IT IS WORKING AS DESIGNED BECAUSE NO ERROR CODES ARE THROWN. THE TOYOTA DEALER DID ACKNOWLEDGE THAT 8-SPEED TRANSMISSIONS ARE NEW TO TOYOTA AND THEY HAVE HAD MAJOR ISSUES WITH THE 8-SPEED TRANSMISSION IN THE TOYOTA SIENNA.

47. On September 24, 2018, the owner of a 2018 Toyota Camry submitted the following complaint with NHTSA:[47]

> TL* THE CONTACT OWNS A 2018 TOYOTA CAMRY. WHILE OPERATING THE VEHICLE, THE TRANSMISSION SHIFTER WOULD ERRATICALLY DOWNSHIFT AND UP SHIFT, AND THE ENGINE RPMS WOULD REV VERY HIGH. WHILE PULLING INTO A PARKING SPACE, THE VEHICLE SUDDENLY ACCELERATED AND CRASHED INTO A SECOND VEHICLE. THERE WERE NO INJURIES AND A POLICE REPORT WAS NOT FILED.

---

[46] NHTSA ID: 11129619.

[47] NHTSA ID: 11130986.

> THE VEHICLE WAS TAKEN TO THE LOCAL DEALER (TOYOTA OF GRAND RAPIDS, 2555 28TH ST. SE, GRAND RAPIDS MI) AND THE TRANSMISSION WAS REPROGRAMMED, BUT THE FAILURES CONTINUED. IN ADDITION, WHILE OPERATING THE VEHICLE WITH THE AIR CONDITIONER ACTIVATED, THE WINDOWS INSIDE THE VEHICLE WOULD FOG UP AND CREATE A VISIBILITY HAZARD. THE CAUSE OF THE FAILURES WAS NOT DIAGNOSED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURES. THE FAILURE MILEAGE WAS 1,000.

48. On September 26, 2018, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[48]

> MY 2018 SIENNA LE IS EXPERIENCING ACCELERATION PROBLEMS. I HAD THE SOFTWARE UP DATED BUT AFTER APPROXIMATELY 1,000 MILES THE PROBLEM IS RETURNING. THIS PROBLEM IS ESPECIALLY UNSAFE WHEN MERGING ONTO THE HIGHWAY.

49. On October 13, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[49]

> IT SEEMS THAT THE TRANSMISSION IS NOT WORKING RIGHT...THE CAR CAN'T DECIDE WHEN TO ACCELERATE AND KEEPS JUMPING THROUGH...THIS HAPPENS FROM A STOP OR WHILE YOU'RE DRIVING..I TRIED TO ACCELERATE AND CAR WAS "DECIDING" TO MOVE FORWARD OR NOT...IT CAN HAPPEN IN MOTION, STATIONARY, TURNING....I DON'T FEEL SAFE AT ALL DRIVING MY 7 MONTHS 2018 TOYOTA CAMRY....DEALER SOLUTION=NONE...THEY JUST SAY THE COMPUTER IS NOT SHOWING ANYTHING WHILE I HAVE TO BE WORRIED ABOUT THE CAR...

50. On October 16, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[50]

> TRANSMISSION FAILURE. TOYOTA REPLACED ENTIRE TRANSMISSION

[48] NHTSA ID: 11131655.

[49] NHTSA ID: 11140148.

[50] NHTSA ID: 11140623.

51. On October 16, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[51]

> HI I RECENTLY PURCHASED A 2018 TOYOTA CAMRY IN SEPTEMBER WITH 7,000 MILES ON IT AND NOW IT HAS ALMOST 8,000 MILES ON IT. AFTER 1 WEEK OF PURCHASE I AM HAVING SOME PROBLEMS ESPECIALLY WITH THE ENGINE AND TRANSMISSION. ENGINE BECAUSE I AM FEELING A LOSE OF POWER WHEN ACCELERATING AND NOT SMOOTH WHEN DRIVING ALSO IT IS NOISY WHEN YOU START THE CAR. ALSO WHEN AT A FULL STOP I CAN FEEL THE VEHICLE SHAKE AND WHEN YOU PUT YOUR FOOT ON THE GAS PEDAL AND DRIVE AT 20 MPH YOU CAN FEEL THE PEDAL SHAKE. TRANSMISSION BECAUSE I CAN FEEL THE TRANSMISSION JERKING AND WHEN YOU PUT IT ON DRIVE IT DOESN'T FEEL LIKE YOU ARE ON DRIVE IT FEELS LIKE YOU ARE ON NEUTRAL DRIVING BECAUSE OF HOW ROUGH IT IS WHEN YOU ACCELERATE. I ALSO WENT TO THE DEALER FOR THIS MATTER BUT THEY COULDN'T DO ANYTHING. PLEASE HELP ME BECAUSE I AM VERY FRUSTRATED WITH TOYOTA BECAUSE MANY OF MY FAMILY MEMBERS HAVE TOYOTAS AND THEY NEVER HAD THIS ISSUE. THE CAR IS GOOD BUT THE LACK OF PERFORMANCE HAS DISAPPOINTED ME BECAUSE TOYOTAS HAVE A GREAT REPUTATION AND NOW THEY ARE JUST GIVING THAT ALL UP JUST TO SAVE MONEY ON FIXING THIS ISSUE THAT'S WHAT I FEEL THAT THEY ARE DOING. THATS WHY I AM DISAPPOINTED WITH TOYOTA AND THERE ENGINEERING BECAUSE I FEEL THAT THEY PUT IN TOO MUCH FOR THE REDESIGNED PART BUT NOT THE PERFORMANCE PART.

52. On October 29, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[52]

> TAKATA RECALL. I AM HAVING ISSUES WITH THE TRANSMISSION. SINCE THE DAY FIRST DAY I NOTICED THAT THE TRANSMISSION JERKS, CAN'T FIND IT'S GEAR AND STALLS. I HAVE HAD SEVERAL NEAR ACCIDENTS DUE TO THE TRANSMISSION NOT RESPONDING THE WAY IT SHOULD. ESPECIALLY DURING BUMPER/BUMPER TRAFFIC. AT LOW SPEEDS THE TRANSMISSION CAN'T FIND IT'S GEAR. TENDS TO UPSHIFT AND WHEN YOU NEED TO ACCELERATE IT MIGHT TAKE A FEW SECONDS BEFORE IT GOES AND EVERYONE KNOWS THAT A FEW SECONDS IS AN ETERNITY (ESPECIALLY WHEN TRYING TO CHANGE

---

[51] NHTSA ID: 11140554.

[52] NHTSA ID: 11143643.

LANES AND THERE IS A CAR COMING).

53. On November 2, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[53]

> MY VEHICLE WILL STALL AFTER A ROLLING STOP. THE TRANSMISSION ALSO SHUTTERS WHEN I AM IN STOP AND GO TRAFFIC. IT WILL RANDOMLY SHUTTER WHEN I AM DRIVING DOWN THE HIGHWAY. IT ALSO JERKS QUITE OFTEN.

54. On November 6, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[54]

> THIS CAR HAS A VERY JERKY TRANSMISSION. ON AN INTERMITTENT BASIS WHEN I'M SLOWING DOWN TO A STOP, THE TRANSMISSION CAN'T DECIDE WHAT GEAR TO GO IN AND A VIBRATION OCCURS AND LUNGES THE CAR FORWARD A BIT. IN THESE CASES, I HAVE TO PUSH THE BRAKE HARDER TO AVOID HITTING THE CAR IN FRONT OF ME, WHICH HAS NEARLY HAPPENED A COUPLE TIMES NOW. IN ADDITION TO THIS SHAKING THAT CAN BE FELT THROUGHOUT THE CAR AND THROUGH THE STEERING WHEEL, THERE HAVE BEEN A COUPLE OF OCCASIONS WHERE THE CAR HAS NEARLY STALLED ON ME AS WELL WHEN COMING TO A STOP ON A ROUND-ABOUT IN WHICH I NEEDED TO ACCELERATE RIGHT AFTER. THIS RANDOM UNPREDICTABLE BEHAVIOR MAKES IT VERY DIFFICULT TO SAFELY OPERATE THIS CAR AND AVOID HITTING THE CAR IN FRONT OF ME OR GETTING REAR-ENDED, ESPECIALLY WHEN IN STOP-AND-GO TRAFFIC. I CAN TELL IT'S A TRANSMISSION ISSUE, BECAUSE WHEN I SHIFT THE TRANSMISSION INTO "NEUTRAL" AND COME TO A STOP, THE ISSUE NEVER HAPPENS. I TOOK IT TO THE TOYOTA DEALERSHIP LAST WEEK, SINCE I PURCHASED IT BRAND NEW AND IT NOW HAS ONLY 1500 MILES ON IT. THEY SPENT A DAY ON IT AND TOLD ME THEY DON'T KNOW HOW TO FIX IT, SINCE IT'S INTERMITTENT AND THEY WERE ONLY ABLE TO REPRODUCE IT ONCE OR TWICE AFTER A LONG TEST-DRIVE. THEY'VE HEARD OTHERS COMPLAIN ABOUT THE TRANSMISSION ON THE NEW 2018 CAMRY'S THOUGH AS WELL, SO IT'S POSSIBLE TOYOTA KNOWS ABOUT THIS. AFTER READING ONLINE, I CAN SEE THAT MANY OTHERS ARE RUNNING INTO THE EXACT SAME ISSUE I AM.

---

[53] NHTSA ID: 11145057.

[54] NHTSA ID: 11149793.

55. On November 13, 2018, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[55]

> WHEN CAR IS RUNNING ON CITY STREET AND I LET GO THE GAS PEDAL, AND THEM I TRY TO PRESS THE GAS WHILE IS RUNNING THERE IS A BANG IN THE TRANSMISSION LIKE THE GEAR ARE NOT CHANGING SMOOTH. ANOTHER PROBLEM IS WHEN CAR IS RUNNING AND I PRESS THE GAS PEDAL THE CAR DOES NOT ACCELERATE, IT TAKE LIKE 2 SECOND FOR THE CAR TO ACCELERATE BUT THE CAR IT FEEL LIKE THE TRANSMISSION IS GOING BAD. TOOK IT TO THE DEALER 2 TIME AND THEY SAY EVERYTHING IS FINE. I HAVE THE CAR FOR ABOUT 8 MONTHS AND IT HAPPENING LIKE TWICE A MONTH.

56. On November 13, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[56]

> THE WAY THE CAR HANDLES IS HORRIBLE. WHEN I SLOW DOWN IT SPEEDS UP AND WHEN I TAKE OFF FROM A LIGHT IT DOESNT SEEM TO WANT TO GO MY RMP HITS ABOUT 4 BEFORE IT SMOOTHS OUT. I SWARE OTHER CARS THINK I WANT TO RACE. I DID ADVICE THE SALES MEN WHEN HE ASKED WHAT I THOUGHT ABOUT THE CAR AND HE SAID BECAUSE OF A NEW MODLE OF TRANSMISSION. I DO NOT LIKE THE WAY THE CAR SHAKES AND FEELS LIKE ITS GOING TO CUT OFF. IT IS FINE ON THE HIGH WAY. I AM JUST DIAPPOINTED IN MY PURCHACE AND FOR THE FIRST TIME OUT OF ALL 5 TOYOTAS IVE HAD THAT I WISH I WOULDNT HAVE BOUGHT IT. I WAS FINE IN MY 2012 WISH I WOULD HAVE KEPT IT.

57. On November 20, 2018, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[57]

> TRANSMISSION JERKS AND CANT SEEM TO FIND THE CORRECT GEAR. IF YOU COME TO A STOP THEN TRY TO CHANGE LANES THE TRANSMISSION CANT SEEM TO FIND THE CORRECT GEAR. I ALMOST GOT INTO A CRASH BECAUSE OF IT TOYOTA SHOULD RECALL AND UPDATE THE SOFTWARE BEFORE SOMEONE DIES OR GETS HURT!! ALSO THE TRANSMISSION JERKS INTO GEARS IT MAKES FOR A CRAP

---

[55] NHTSA ID: 11151359.

[56] NHTSA ID: 11151266.

[57] NHTSA ID: 11152774.

RIDE.

58. On November 20, 2018, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[58]

> 1. EVEN TO GO ON A SMALL UPHILL SLOPE, THE VEHICLE(V6) REALLY STRUGGLES. AND WHEN I TRY TO ACCELERATE, IT KIND OF STALLS OR SLOWS DOWN FOR A MOMENT, THEN TRIES TO SPEED UP BUT ITS STILL VERY SLOW. I'M FACING THIS ISSUE EVERY DAY. MY OTHER CAR 2011 CAMRY(V4) IS VERY SMOOTH AT THE EXACT SAME PLACES. CANT BELIEVE THE PICKUP IS THIS POOR WITH A NEW CAR. 2. ON HIGHWAYS, JUST TO MAINTAIN THE SPEED OVER 65 MPH ON A RECENT TRIP, I HAD TO PRESS REAL HARD ON GAS THE WHOLE TIME, EVEN AFTER THAT, I CAN CLEARLY TELL THE VEHICLE WAS WORKING EXTRA HARD JUST TO BE OVER 65. THIS ISSUE IS CONSISTENT EVERY TIME I GO ON HIGHWAYS. MANY OWNERS HAVE REPORTED THE ABOVE ISSUES AT TOYOTA OWNERS FORUM: HTTPS://WWW.TOYOTA.COM/OWNERS/COMMUNITY/ASK-AN-OWNER/QUESTION-DETAILS/ID/62777282 BOTH ISSUE#1 AND 2 MIGHT LEAD TO/TRIGGER A BACK END COLLISION BECAUSE THE CARS COMING FROM BEHIND WONT KNOW THAT THE VEHICLE WILL SLOW DOWN (DUE TO POOR PICKUP) ALL ON A SUDDEN ON EVEN A SMALLER SLOPE. SAME WITH HIGHWAYS TOO AND GOT TAILGATED ON MANY OCCASSIONS ON HIGHWAYS. RECENTLY DID THE DIAGONOSTICS AT THE DEALERHSIP RECENTLY BUT THEY SAID EVERYTHING LOOKS GOOD.

59. On November 28, 2018, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[59]

> AFTER VEHICLE HAS WARMED UP ENGINE RPM SPEED DROPS TO NEAR 500 WHEN BRAKE ENGAGED AT STOP LIGHTS AND VEHICLE IDLES ROUGH AND ATTEMPTS TO STALL. SHIFTING TO NEUTRAL BRINGS RPM SPEED BACK UP AND IDLES SMOOTH AGAIN. PROBLEM OCCURS DAILY OVER LAST TWO MONTHS. VEHICLE IS NEAR NEW, 1750 MILES. AUTO STOP START FEATURE IS NOT ENGAGED. TAKEN TO DEALER WHO ADVISED NO PROBLEM FOUND. RETURNING TO DEALER AGAIN FOR ANOTHER TRY AND HOPEFULLY BETTER RESULTS.

---

[58] NHTSA ID: 11152940.

[59] NHTSA ID: 11154634.

60. On December 5, 2018, the owner of a 2018 Toyota Camry submitted the following complaint with NHTSA:[60]

> THIS IS MY THIRD TOYOTA CAR THAT I BUY AS A BRAND NEW CAR AND I WAS SO EXCITED ABOUT GRTTING A 2018 CAMRY SE BUT AM VERY DISSPOINT IT WITH THIS SITUATION MAN SO THIS IS WHATS HAPPENING TO THE CAR THE VEHICLE HAS ISSUES WITH THE TRANSMISSION THERE ARE TIMES WHEN THE CAR CAN'T SEEM TO DECIDE WHAT GEAR TO PICK AND WHEN TO ENGAGE IT RESULTING IN A SECOND OR TWO OF DEAD ACCELERATION ONCE THE VEHICLE DECIDES WHAT TO DO, IT SENDS AN EXCESSIVE AMOUNT OF POWER TO THE WHEELS WITH UNINTENDED ACCELERATION RATES. THIS HAS BEEN AN ISSUE SINCE I BOUGHT THE CAR SO PLEASE LET ME KNOW WHAT WE CAN DO BECAUSE I DONT LIKE HOW THIS BRAND NEW TRANSMISSION WORKS. 2.THE SECOND PRONLEM IS THAT THAT CAR START SHAKING WHEN AM GOING OVER 70 MILES PER HOUR ON THE HIGHWAY AND I KNOW EXACTLY THAT IS NOT WITH BALANCE AND NOT ALIGHNMRNT BECAUSE IDONT FEEL THE STEERING WHEEL SHAKING I FELL THE SHAKING IS COMMING FROM THE ENGINE I CAN GUARANTEED U THAT IS COMING FROM THERE BECAUSE WHEN I STOP ACCELARETING IT GOES AWAY BUT ONCE I ACCELERATE AGAIN STARTS THAT VIBRATION AGAIN SO TOYOTA NEEDS TO BE MORE SPECIFIC AND MAKING SURE THAT THEY'RE CUSTOMER ARE 100%% HAPPY WITH THEIR CAR AND STOP TESTING THIS BRAND NEWS PLATFORM WITH THE PEOPLE MONEY BECAUSE I CAN TELK U THAT AT LEAST 40 PERCENT OF THE PEOPLE THEY ARE REGRETING OF BUYING THIS CAR JUST BECAUSE THIS KINDA OF PROBLEM SO I WISH THERES A REMEDY TGAT TOYOTA IT MIGHT XONSIDERING TO FIX THIS INDS OF PROBLEM WHICH I HATE ABOUT IT ST ALL

61. On December 23, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[61]

> WHILE COMING TO A STOP AT A RED LIGHT, THE VEHICLE STARTED JOLTING LIKE IT WAS GOING TO SHUT OFF. ONCE AT A FULL STOP, THE CAR DID NOT SHUT OFF. INSTEAD, ONCE I LIFTED MY FOOT OFF THE BREAK, THE VEHICLE WOULD NOT MOVE. I SHIFTED INTO PARK, BACK TO DRIVE, REVERSE, AND EVEN MANUAL BUT THE CAR WOULD NOT MOVE. I WAS STUCK ON A ROAD WHERE CARS DRIVE 60-70 MPH IF THE LIGHT IS GREEN I WAS AFRAID THAT I WOULD BE READ-

---

[60] NHTSA ID: 11156458.

[61] NHTSA ID: 11163218.

> ENDED. I WAS HELPED BY A GOOD SAMARITAN OFF THE ROAD AND WAS FORCED TO TOW THE VEHICLE TO MY HOUSE. NEXT MORNING, THE CAR STILL WOULD NOT MOVE AND WAS FORCED TO TOW IT TO THE TOYOTA DEALERSHIP. OUTSIDE OF SOME IRREGULAR DOWN-SHIFTING, THE DEALER COULD NOT DUPLICATE THE PROBLEM. ULTIMATELY, THE SYSTEM WAS REBOOTED AND THE VEHICLE WAS RETURNED TO ME AFTER I TEST DROVE IT WITH THE SHOP FOREMAN. BECAUSE THE PROBLEM WAS NOT DIAGNOSED, I FEEL UNSAFE DRIVING THE VEHICLE AND AFRAID THAT PROBLEM MAY REOCCUR, LEAVING ME IN A DANGEROUS SITUATION. THE DEALERSHIP ITSELF WAS VERY HELPFUL BUT THEY RELIED ON CORPORATE TOYOTA TO GUIDE THEM WITH DIAGNOSING AND FIXING THE PROBLEM. IT SEEMS THEY CAME UP SHORT.

62. On December 28, 2018, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[62]

> AUTOMATIC TRANSMISSION FAILED/QUIT WORKING AT A STOP LIGHT IN CHEYENNE, WYOMING 28 DECEMBER 2018 WITH ONLY 25,000 MILES ON THE VEHICLE. I HAD IT TOWED BACK TO THE DEALERSHIP FOR REPAIRS.

63. On January 5, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[63]

> THE ISSUES THAT I HAVE WITH THE POWER TRAIN IS THAT WHEN THE CAR SLOWS DOWN & HAS TO ACCELERATE QUICKLY OR WHEN YOU COME TO A COMPLETE STOP & TAKE OFF THE CAR HESITATES TO GO. IT SOMEWHAT STALLS & IS VERY DANGEROUS ESPECIALLY IN CITY TRAFFIC TRYING TO CROSS A BUSY STREET & THEN YOU STALL WITH ONCOMING TRAFFIC COMING TOWARDS YOU!! YOU CAN SOMETIMES PRESS THE GAS PEDAL TO THE FLOOR & IT STILL WON'T TAKE OFF LIKE IT SHOULD & THEN WHEN IT CATCHES THE CAR JERKS & THEN ACCELERATES. CRAZY HUH? I DON'T LIKE IT. I HAVE TAKEN MY CAR BACK TO THE DEALERSHIP 3 TIMES & EVERY TIME THEY SAY IT'S THE WAY THE NEW TRANSMISSION IS MADE IN THE 2018 MODELS & IT'S NOTHING THEY CAN DO. BUT IT HAPPENS EVERYDAY AT SOME POINT OF MY DRIVING TRIP. THIS IS A VERY DANGEROUS ISSUE & TOYOTA NEEDS TO FIX THE PROBLEM & TAKE THIS SERIOUS BEFORE SOMEONE REALLY GETS HURT. WITH THE VISIBILITY OR WIPERS, WHEN IT RAINS REALLY HARD THE VISIBILITY IS TERRIBLE...WIPERS

[62] NHTSA ID: 11163830.

[63] NHTSA ID: 11165306.

> ON HIGH & DEFROST ON IT'S STILL JUST TERRIBLE!! TOYOTA WE CAN DO BETTER THAN THIS NOW!!

64. On January 16, 2019, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[64]

> THE VAN STRUGGLES TO ACCELERATE. THERE IS NO WAY TO TURN OFF ECO MODE. NO BUTTON IS AVAILABLE. VAN STRUGGLES TO GO UP HILLS , EXCELERATE THRU INTERSECTIONS AND ALWAYS HUNTING FOR GEARS OR STUCK IN A GEAR AND SOUNDS AND ACTS VERY HEAVY ON POWER TRAIN END. THERE IS AN OPTION TO TURN OFF ECO LIGHT.TURNING OFF ECO LIGHT DOES NOTHING BUT HIDE THE PROBLEM. WE NEED AN OPTION TO COMPLETE DISABLE ECO MODE WITH UPDATE OR WITH A BUTTON.

65. On January 16, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[65]

> THE TRANSMISSION HAS HARSH SHIFTS. MULTIPLE TIMES COMING THROUGH THE CITY WITH STOP SIGNS IT WILL HAVE A DELAY AND JERK WHEN I START TO GO AGAIN. SOME TIMES WHEN I GO TO CROSS AN INTERSECTION THERE WILL BE A DELAY WHICH IS VERY DANGEROUS IF I'M CROSSING WHILE YIELDING TO ONCOMING TRAFFIC. I TOOK TO THE DEALER WHERE THEY STARTED ITS FUNCTIONING AS IT SHOULD ACCORDING TO THE COMPUTERS AND RECOMMENDED I USED THE DIFFERENT MODES FOR BETTER SHIFTING. I WOULD LIKE THE BETTER FUEL ECONOMY AND SHOULDN'T HAVE TO PUT IT IN SPORT MODE FOR IT TO SOMEWHAT SHIFT BETTER. EVEN IN SPORT MODE IT STILL CAN'T FIGURE OUT WHAT GEAR IT SHOULD BE IN. I WAS TOLD IT NEEDS TO LEARN MY DRIVING PATTERN BUT AT 10K MILES I'M STILL HAVE ING THE ISSUE. IF IT WASN'T A NEW CAR I WOULD SAY THE TRANSMISSION WAS GOING BAD WITH HOW JERKY THE CAR CAN BE AT TIMES. VERY DISAPPOINTING.

66. On January 17, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[66]

---

[64] NHTSA ID: 11170282.

[65] NHTSA ID: 11170297.

[66] NHTSA ID: 11170684.

> WHILE DRIVING, CAR HAS PROBLEM SELECTING THE RIGHT GEAR. I WAS DRIVING AND I DECELERATE NOT TO A COMPLETE STOP AND THEM TRY TO ACCELERATE AGAIN THAT WHEN I NOTICE CAR HAS STRUGGLE TO SELECT THE PROPER GEAR. CAR DOES NOT ACCELERATE FOR ABOUT 2 SECOND BEFORE A ROUGH FAST START THROUGH 2 OR 3 GEAR, THEM THE PROPER GEAR IS SELECTED.

67. On January 20, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[67]

> TRANSMISSION HESISTATING ON TAKE OFF AND WHEN CHANGING TO ANOTHER FORWARD SPEED. HAS HAPPENED ABOUT 2 - 3 TIMES A WEEK

68. On January 26, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[68]

> CAR IS OFTEN JUMPY AFTER ACCELERATING FROM A COMPLETE STOP OR ACCELERATING AFTER SLOWING DOWN. I WILL PUSH THE GAS PEDAL DOWN, AND THERE WILL BE A SLIGHT DELAY BEFORE THE CAR SELECTS THE PROPER GEAR, OFTEN RESULTING IN THE CAR LURCHING FORWARD. THIS ONLY HAPPENS IN TOWN, NOT ON THE HIGHWAY, AND SEEMS TO HAPPEN MORE OFTEN AFTER TURNING. AND IT DOESN'T HAPPEN ALL THE TIME, BUT ENOUGH FOR ME TO TAKE NOTICE AFTER HAVING THE CAR FOR A MONTH.

69. On January 28, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[69]

> TRANSMISSION HAS A VERY DANGEROUS DELAY . DOESN'T RESPOND WHEN YOU PRESS THE PEDAL WHEN ACCELERATING FROM A STOP THEN SUDDENLY REACS . WHEN SWITCHING LANES AND MERGING INTO HIGHWAY IVE HAD THE CAR NOT RESPOND WHEN PRESSING THE PEDAL CAUSING ME TO ALMOST GET REAR ENDED MULTIPLE TIMES . TOYOTA PLEASE DO SOMETHING FOR EVERYONE HAVING THIS PROBLEM !!!!! NOT A SAFE CAR

---

[67] NHTSA ID: 11171094.

[68] NHTSA ID: 11172252.

[69] NHTSA ID: 11172520.

70. On January 28, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[70]

> CAR CANNOT SEEM TO DETERMINE WHICH GEAR IT SHOULD BE IN. WHEN IN STOP AND GO TRAFFIC ON FREEWAY AND PEDAL IS NOT DEPRESSED, CAR LURCHES FORWARD AND A CLUNK IS HEARD AS THE VEHICLE DOWNSHIFTS. CLUNKING SOUND IS MADE WORSE IN COLD, HUMID, OR CLOUDY WEATHER. IN THE STREETS, WHEN TURNING A CORNER AND HITTING THE GAS, THERE IS A NOTICEABLE LAG (ABOUT 2 SECONDS) UNTIL THE CAR JERKS FORWARD AND INCREASES SPEED. IF YOU WANT TO PASS SOMEONE YOU NEED TO BE VERY CAREFUL BECAUSE THE CAR CAN SUDDENLY LURCH FORWARD AND A HIGHER SPEED THAN INTENDED, OR NOT ACCELERATE AT ALL. WHEN CAR AUTOMATICALLY BRAKES FOR YOU TO AVOID A COLLISION, A LOUD RATTLING NOISE IS HEARD AND FELT THROUGHOUT CABIN WHEN DEPRESSING PEDAL, WITH MOST OF THE NOISE CONCENTRATED IN THE AREA UNDER THE HOOD OF CAR.

71. On January 31, 2019, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[71]

> SEVERAL INSTANCES WITH VEHICLE MOVING ON A CITY STREET LESS THAN 5 MPH AND ATTEMPTING TO MAKE A LEFT TURN INTO A SIDE STREET THE VEHICLE LOSES ALL ENGINE POWER AT THE GAS PEDAL. ATTEMPTS TO PRESS THE GAS PEDAL HAS NO AFFECT, THEN AFTER ABOUT 5-8 SECONDS THE VEHICLE RESPONDS TO THE GAS PEDAL AND STARTS MOVING. I HAVE HAD THE SAME PROBLEM WHEN MOVING SLOWLY ON A CITY STREET AND ATTEMPTING TO CHANGE LANES, WHILE IN THE MIDDLE OF THE LANE CHANGE THE VEHICLE LOSES ALL POWER FOR 5-8 SECONDS AND THEN WILL START TO RESPOND TO THE GAS PEDAL. THEN RESPONDS TO THE GAS PEDAL. THIS IS POTENTIALLY A VERY DANGEROUS SITUATION AND AN ACCIDENT WAITING TO HAPPEN AS I'M UNSURE IF THE CAR WILL GO OR NOT WHEN THIS OCCURS. I HAVE HAD THE VEHICLE BACK TO TOYOTA'S SERVICE DEPARTMENT TWO TIMES FOR THIS PROB LEM AND THEY REPEATEDLY TELL ME THAT THEY CAN NOT DUPLICATE THE PROBLEM AND THAT THE VEHICLE IS OPERATING NORMALLY.

---

[70] NHTSA ID: 11172553.

[71] NHTSA ID: 11173270.

72. On February 3, 2019, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA: [72]

> I WAS DRIVING ON AN INTERSTATE WITH DYNAMIC SPEED CONTROL ON. THE CAR SLOWED APPROPRIATELY TO MATCH THE SPEED OF THE THE VEHICLE AHEAD OF ME. SUDDENLY SEVERAL WARNING LIGHTS AND MESSAGES APPEARED: MASTER WARNING LIGHT, CHECK ENGINE, CHECK AWD, GO TO TOYOTA DEALER, ENGINE POWER LOSS.THE CAR SLOWED TO ABOUT 35 MILES AN HOUR (IN A 65 MPH AREA) WHILE TRAFFIC IN FRONT OF ME WAS AT (OR ABOVE) THE SPEED LIMIT. I WAS ABLE TO SAFELY GET TO THE SHOULDER AND TURN THE CAR OFF. I TOOK A FEW MINUTES TO USE MY SMARTPHONE TO FIND THE NEAREST DEALER AND PLANNED TO GO OFF THE EXIT (WHICH WAS JUST A FEW YARD AHEAD) AND TRY TO MAKE IT TO THE DEALER ON SIDE ROADS. WHEN I RESTARTED THE CAR ALL LIGHTS AND WARNINGS WERE OFF AND THE CAR DROVE WITHOUT INCIDENT UNTIL I REACHED THE DEALER NEAR MY RESIDENCE, ABOUT 100 MILES AWAY. THE SERVICE REP AT THE DEALER ADVISED I HAD TRAVELED TOO FAR SINCE THE INCIDENT FOR THEIR COMPUTER ANALYSIS TO WORK AND HE HAD NO ADVICE EXCEPT TO GO TO THE NEAREST DEALER IF IT EVER HAPPENED AGAIN. I WOULD LIKE TO HAVE SOME INFO ON HOW TO AVOID SUCH AN INCIDENT AGAIN.

73. On February 9, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[73]

> I HAVE HAD CONSTANT PROBLEMS WITH MY 2018 CAMRY SINCE PURCHASING MAY 2018. MY CAR IS ALWAYS JERKING AS I ACCELERATE AND WHEN I'M DRIVING IN TOWN, FEELS LIKE I'M GETTING REAR-ENDED AND HESITATING ON HIGHWAY WHEN I HAVE TO ACCELERATE INTO TRAIFFIC WHICH IS VERY DANGEROUS WHEN THE CAR WON'T GET UP AND GO. I HAVE HAD IT TO THE DEALER SEVERAL TIMES. THEY RESET THE COMPUTER BECAUSE IT CAN SAVE SETTINGS FROM PREVIOUS DRIVERS. THAT DIDN'T HELP. THEY TOLD ME THAT IT'S A DIFFERENT TRANSMISSION AND IT TAKES FEW SECONDS FOR THE COMPUTER TO COMMUNICATE BACK TO TRANSMISSION. THIS IS A VERY UNSAFE FEATURE. THE CAR IS SUPER LOUD AND ROUGH FEELING WITH THE TIRES. I FEEL LIKE I'M DRIVING AN OLD VEHICLE FROM THE 80'S. THE ENTUNE APP HAS CONSTANT

---

[72] NHTSA ID: 11173789.

[73] NHTSA ID: 11175845.

> ISSUES OF NOT LOADING OR RECOGNIZING MY PHONE. TIRE PRESSURE LIGHT COMES ON ALL THE TIME AND PRESSURE TESTS FINE AT DEALER. MAINTENANCE LIGHT COMES ON EVERY 5000 MILES FOR TIRE CHECK AND OIL ONLY NEEDS CHANGED 10000. MAINTENANCE LIGHT SHOULD BE SEPARATE FROM OIL CHANGE SO YOU KNOW WHICH ONE NEEDS DONE.

74. On February 20, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[74]

> THE CAR HARD SHIFTS ABOUT 30 MILES PER HOUR... SEEMS TO ALWAYS BE SEARCHING FOR THE CORRECT GEAR, SOME LAG TIME WHEN ACCELERATING. THE PROBLEMS SEEM TO START ABOUT 5K-8K MILES. THE FIRST TIME, THE DEALER SAID TO SWITCH TO PREMIUM GAS, THE PROBLEM GOT PROGRESSIVELY WORSE. THE DEALER IS REPLACING THE TRANSMISSION; HOWEVER, IT IS ON BACK ORDER AND IT MAY TAKE 4 WEEKS TO GET THE NEW TRANSMISSION. DEALER IS ALSO UNAWARE OF ANY PROBLEMS WITH THE TRANSMISSION ON THE 2018 CAMRY.

75. On February 22, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[75]

> WHILE DRIVING, WITH OR WITHOUT CRUISE CONTROL ON THE FREEWAY, THE TRANSMISSION IS EXTREMELY JERKY. ANY SORT OF INCLINE SEEMS TO HIGHLIGHT THE ISSUE EVEN FURTHER! I HAVE TAKEN IT TO THE DEALER, ONLY FOR THEM TO TELL ME NOTHING IS WRONG. BUT WHAT WOULD I KNOW, EVEN THOUGH I DRIVE IT 110 MILES A DAY. THE PROBLEM HAS ALSO OCCURRED FROM TAKEOFF FROM A STOP SIGN OR STOP LIGHT. THE RPM'S WANT TO JUMP AND THE PEDAL IS VERY TOUCHY. I REALLY HATE THE TRANSMISSION JERKING THIS HARD WHEN I'M DRIVING 75-80 ON THE INTERSTATE. I ALSO DIDNT WANT TO PAY THIS MUCH FOR THE CAMRY, WHICH I HOLD IN HIGH REGARD, ONLY FOR THIS TO CONTINUE HAPPENING ON A DAILY BASIS. I HAD IT LOOKED AT WITH AROUND 6K MILES AND NOW I HAVE 13K ON THE CAR, WITH ZERO IMPROVEMENT. TOYOTA, PLEASE ACKNOWLEDGE AND FIX THIS ISSUE FOR ALL OWNERS EXPERIENCING THIS PROBLEM!

---

[74] NHTSA ID: 11181285.

[75] NHTSA ID: 11181971.

76. On February 25, 2019, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[76]

> 2018 TOYOTA SIENNA LE. CONSUMER WRITES IN REGARD TO DELAYED ACCELERATION WHICH IS CAUSING TRANSMISSION DAMAGE. *AS *TR

77. On February 27, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[77]

> WHEN I PUT THE CAR IN REVERSE AND THEN IN FORWARD THE CAR JERKS. WHEN I'M DRIVING THE CAR AT LOWER SPEEDS AND MY FOOT IS NOT ON THE GAS PEDAL AND THEN I PRESS THE GAS PEDAL THE CAR FEELS LIKE IT'S GOING TO STALL, OR SHIFTS DOWN OR UP JERKY LIKE IT SKIPS GEARS OR IT CAN'T DECIDE WHAT GEAR IT SHOULD BE IN. I UNDERSTAND THERE IS A TECHNICAL SERVICE BULLETIN TO RESOLVE THIS ISSUE THAT TOYOTA IS AWARE OF. THE BULLETIN RECOMMENDS THAT DEALERS REPROGRAM THE PCM MODULE. THE BULLETIN IS TSB #T-SB-0330-17. THE DEALER WON'T REPROGRAM BECAUSE IT'S NIT A RECALL ISSUE.

78. On March 4, 2019, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[78]

> IMMEDIATELY AFTER PURCHASING THIS NEW 2019 TOYOTA SIENNA I BECAME AWARE OF THE VEHICLE HAVING ACCELERATION PROBLEMS WHILE ATTEMPTING TO ACCELERATE GRADUALLY IN A LOW SPEED/LOW TORQUE SETTING. THIS OCCURS AT WHAT COULD BE DESCRIBED AS PARKING LOT SPEEDS, 5 TO 25 MPH, PRIMARILY, ALTHOUGH THE VEHICLE HESITATES AND THEN LURCHES ALSO AT HIGHER SPEEDS WHEN DOWNSHIFTING TO GAIN TORQUE IN A 30-50 MPH RANGE ALSO. THIS HESITATION, BALKING, AND THEN RAPID LURCHING FORWARD AT LOW SPEEDS HAS CAUSED PASSENGERS TO COMMENT ABOUT "WHIPLASH" AND BEING PUSHED BACK INTO THEIR SEATS WHEN THE VEHICLE DOES ENGAGE WITH UNEXPECTED FORWARD MOTION. THIS VEHICLE WAS PURCHASED ON 2-18-2019. AFTER DRIVING THE VEHICLE FOR A REASONABLE AMOUNT OF TIME AND MILES I CONTACTED OUR SALES AGENT WHO SET A SERVICE

---

[76] NHTSA ID: 11175491.

[77] NHTSA ID: 11182858.

[78] NHTSA ID: 11184017.

APPOINTMENT FOR MONDAY FEB 25, 2019. ON 2-25-2019 I DROVE THE VEHICLE TO THE DEALER'S SERVICE DEPT WITH "MILEAGE IN" OF 250 MI. AND "MILEAGE OUT" OF 251. SERVICE INVOICE NUMBER 784852 STATES THAT THE ECU WAS CALIBRATED AND RESET. UPON DRIVING THE VEHICLE IT BECAME OBVIOUS THAT THE PROBLEMS WERE NO DIFFERENT AND PERHAPS WORSE. ON MARCH 1, 2019 I RETURNED THE VEHICLE TO THE DEALER AND TOOK THE SERVICE MANAGER AND A TECH-EXPERT FOR A RIDE. THE TECH ACKNOWLEDGED THE STALL AND LURCH PHENOMENON AND SAID HE "HAS DEALT WITH THIS BEFORE". THE TECH AND THE SERVICE MANAGER TOLD ME THEY WERE OPENING A CASE WITH TOYOTA FOR POSSIBLE INPUT TO RESOLVE THIS PROBLEM. I BELIEVE THIS A SERIOUS POTENTIAL SAFETY ISSUE AS THE FORWARD LURCHING OF THE VEHICLE COULD RESULT IN SERIOUS INJURY AS A RESULT VEHICLE DESIGN AND ENGINEERING. OTHER TOYOTA OWNERS HAVE DISCUSSED THIS PROBLEM VIA INTERNET FORUMS. IT WOULD APPEAR TO AFFECT 2018 & 2019 SIENNAS WITH "THROTTLE BY WIRE" DESIGN AND THEIR 8 SPEED TRANSMISSION.

79. On March 4, 2019, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[79]

TL* THE CONTACT OWNS A 2018 TOYOTA SIENNA. WHILE DRIVING APPROXIMATELY 45-50 MPH, THE ACCELERATOR PEDAL WAS DEPRESSED, BUT FAILED TO RESPOND. ADDITIONALLY, THE VEHICLE DECELERATED INDEPENDENTLY ON OCCASION. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. LARRY H MILLER TOYOTA COLORADO SPRINGS (LOCATED AT 5115 NEW CAR DR, COLORADO SPRINGS, CO 80923, (719) 419-5832) WAS NOTIFIED OF THE FAILURE. THE CONTACT STATED THAT THE FAILURE RECURRED ON SEVERAL OCCASIONS. THE MANUFACTURER WAS NOT CONTACTED. THE APPROXIMATE FAILURE MILEAGE WAS 10,000. THE CONSUMER STATED THE WHILE BACKING OUT OF A PARKING SPACE, THE VEHICLE SUDDENLY STOPPED REVERSING AND THE ENGINE BEGAN TO REV UP AS IF THE GAS PEDAL WAS BEING DEPRESSED. THE VEHICLE WAS PUT INTO PARK AND BACK INTO REVERSE. THE ISSUE RESOLVED ITSELF. THE BRAKING SYSTEM WOULD SHUTTER WHEN IN SNOW OR ICE CAUSING THE VEHICLE TO VIBRATE VIOLENTLY AND LOSE TRACTION. *JS

---

[79] NHTSA ID: 11184028.

80. On March 5, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[80]

> TRANSMISSION SEEM VERY UNRESPONSIVE WHEN PRESSING ACCELERATOR. REVS UP TO 2500 BEFORE TRANSMISSION ENGAGES. ALMOST WAS HIT WHEN MAKING A LEFT TURN.

81. On March 11, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[81]

> REACCELARATION SHOCK, TRANSMISSION LAG, ESPECIALLY UPON RE-ACCELERATION FROM COASTING OR WHEN TRYING TO OVERTAKE SOMEONE ON THE HIGHWAY, DANGEROUS. LUGGING AND SHIFT SHOCK ON DOWNSHIFTING AND UPSHIFTING, FEELS LIKE YOU GET REAR ENDED SOMETIMES. WHEN ON A COMPLETE STOP AND STEP ON THE GAS PEDAL THE CAR FEELS LIKE IT'S STUCK IN NEUTRAL AND THEN IT JERKS INTO GEAR.

82. On March 11, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[82]

> LAG AND HESITATION WHEN GOING TO FULL THROTTLE ON THE GAS PEDAL. IT HESITATES FOR A SECOND AND THEN FINALLY GRABS ON TO ACCELERATE. IT HAS DONE THIS SINCE I PURCHASED IT BUT WAS HOPING IT WOULD WORK ITSELF OUT EVENTUALLY, BUT THIS HASN'T HAPPENED. TOYOTA DID A TSB SOFTWARE UPDATE FOR THE 4 CYLINDER BUT NOT THE V6.

83. On March 18, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[83]

> WHILE DRIVING THE CAR JERKS WHEN GOING INTO THE NEXT GEAR. IT FEELS LIKE THE TRANSMISSION IS SLIPPING. IT SEEMS LIKE IT DON'T KNOW WHAT HEAR TO GO IN AT TIMES

---

[80] NHTSA ID: 11184434.

[81] NHTSA ID: 11185878.

[82] NHTSA ID: 11185947.

[83] NHTSA ID: 11189722.

84. On March 22, 2019, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[84]

> I NOTICED A HESITATION WITH THE VEHICLE WHEN I PRESSED THE GAS PEDAL. ON ONE INCIDENT ON I-288 I PRESSED THE GAS TO PASS A CAR AND IT HESITATED AND THE RPM JUMPTED TO 51/2. FINALLY THE CAR ENGAGED SO I COULD PASS. I THOUGHT IT WAS GOING TO BLOW UP. ON THE WAY HOME ON I-295 IT REPEATED AGAIN ONLY THIS TIME THE RPM JUMPED TO 4. THIS WAS ON 3/20 AND THE DEALER STILL HAS THE VEHICLE AND CAN'T FIGURE OUT THE PROBLEM. THE SERVICE MANAGER DID DRIVE IT WITH ME AND FELT THE HESITATION.

85. On March 25, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[85]

> MOVING SLOWLY I TURNED THE WHEEL TO THE RIGHT TO CHANGE LANES AND ACCELERATED, THE TRANS SEEMED TO GO INTO NEUTRAL BY ITSELF. THE ENGINE REVVED UP BUT CAR WOULD NOT GO FOR ABOUT 3 SECONDS UNTIL IT FINALLY ENGAGED. THIS CREATED A DANGEROUS SITUATION WHERE CARS COMING UP BEHIND COULD HAVE COLLIDED WITH ME. THIS HAPPENED AT A BUSY INTERSECTION ON A CITY STREET. I WAS GOING ABOUT 5MPH WHEN I TURNED THE WHEEL TO THE RIGHT AND TRIED TO CHANGE LANES.

86. On March 28, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[86]

> EVERYTIME WE STEP ON THE ACCELERATOR IT DELAYS TAKE OFF RESPONSE AS OF THE TRANSMISSION STARTS ON 4TH GEAR THEN RAPIDLY DROPS IT TO 1ST OR 2ND WHICH THEN CREATES A REALLY JERKY EFFECT WHICH IS NOT COMFORTABLE, NOT SAFE AND NOT RELIABLE.

---

[84] NHTSA ID: 11190851.

[85] NHTSA ID: 11191430.

[86] NHTSA ID: 11192095.

87. On April 11, 2019, the owner of a 2019 Toyota Avalon submitted the following complaint to NHTSA:[87]

> TL* THE CONTACT OWNS A 2019 TOYOTA AVALON. WHILE DRIVING VARIOUS SPEEDS IN STOP AND GO TRAFFIC, THE ACCELERATOR PEDAL WAS APPLIED, BUT THE VEHICLE HESITATED AND SPONTANEOUSLY ACCELERATED. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO TOYOTA OF CEDAR PARK (5600 183A, LEANDER, TX 78641, (512) 379-7575) WHERE IT WAS DIAGNOSED THAT THE SOFTWARE NEEDED TO BE UPDATED, BUT STATED THAT THE VEHICLE WAS PERFORMING AS DESIGNED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS CONTACTED AND PROVIDED CASE NUMBER: 1904010349. THE MANUFACTURER ADVISED THE CONTACT TO CALL THE LOCAL DEALER. THE FAILURE MILEAGE WAS 3,500.

88. On April 15, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[88]

> I JUST BOUGHT A CAMRY SE 2018 AND EVERYTIME FROM TAKEOFF TO A STOP PEDALS OR TRANSMISSION FEEL ROUGT IS LIKE THE CAR DONT MOVE IF YOU GONNA TAKE OFF I NEED TO PRESS THE PEDAL SO HARD TO GET THE CAR MOVE TO PASS THE OTHERS CARS THE SAME THING I DONT FEEL SAFE IN THIS CAR I HAVE A 2017 ELANTRA AT THAT HYUNDAI HANDLE BETTER THAN THE CAMRY SO ACELERATION IS ROUGHT I JUST HAVE TWO DAYS DRIVING AND I KNOW THATS CANT BE LIKE THAT. SO THAT HAPPEN WHEN THE VEHICULE IS IN MOTION AFTER STOP WHEN PRESSING THE GAS PEDAL AFTER STOP WHEN GOING TO DRIVE AGAIN HARD ACELERATION AND CAR WASTING TO MUCH GAS CAMRY HAS 43K I BOUGHT IT USE AND THAT HAPPEN THE FIRST DAY I BOUGHT I WAS THINKING MAYBE IS ME CAUSE I HAVE A HYUNDAI BUT I DROVE BEFORE A 2014 CAMRY AND IS NOT LIKE THAT

89. On April 30, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[89]

> TL* THE CONTACT RENTED A 2019 TOYOTA RAV4. WHEN THE

[87] NHTSA ID: 11195557.

[88] NHTSA ID: 11196577.

[89] NHTSA ID: 11204698.

CONTACT ATTEMPTED TO SHIFT THE VEHICLE IN REVERSE, THE GEAR SHIFTER CAME OUT OF THE TRANSMISSION BOX. THE CONTACT QUICKLY PLACED THE GEAR SHIFTER BACK IN THE TRANSMISSION BOX AND NOTIFIED THE RENTAL FACILITY. THE CONTACT WAS ABLE TO DRIVE THE VEHICLE HOME. THE CONTACT WAS STILL WAITING TO SWITCH OUT THE VEHICLE WITH THE RENTAL COMPANY. THE CONTACT WAS UNSURE IF THE RENTAL COMPANY NOTIFIED THE DEALER AND MANUFACTURER. THE FAILURE MILEAGE WAS 5,218. THE VIN WAS UNKNOWN.

90. On May 15, 2019, the owner of a 2018 Toyota Carmy submitted the following complaint to NHTSA:[90]

GEAR SHIFTING IS WIRED BETWEEN 25 MPH AND 45 MPH SOME TIMES VERY ROUGH AND SOME TIMES IT DOWN SHIFT AND YOU FEEL MORE POWER THEN NORMAL

91. On May 20, 2019, the owner of a 2018 Toyota Carmy submitted the following complaint to NHTSA:[91]

FROM THE FIRST WEEK OF DRIVING, THERE BECAME A TERRIBLE AND ANNOYING HESITATION OF 3-5 SECONDS WHEN ACCELERATING. SINCE THIS IS A V6, IT ACCELERATES GREAT, BUT I REALIZED AFTER DECELERATION AND THEN ACCELERATING AGAIN, THERE WAS A LONG DELAY BEFORE THE ENGINE WOULD 'CATCH UP' WITH THE IDEA THAT WE WANTED TO GO AGAIN. UPON COMPLAINING TO SERVICE, THEY SAID IT TAKES SEVERAL HUNDRED MILES FOR THE COMPUTER TO LEARN HOW EACH INDIVIDUAL DRIVES. AGAIN, AFTER SEVERAL HUNDRED MILES, THE SAME OCCURRENCE, AND IT SEEMED TO EVEN GET WORSE AS I SOMETIMES SPIN THE FRONT TIRES (ON ICE AND SNOW AND WET ROADS) ONCE THE CAR'S COMPUTER ACTUALLY ACCELERATED. ONCE THE DEALER ACTUALLY 'RESET' THE COMPUTER WHICH MADE THINGS WORSE BECAUSE THE 'LEARNING' MODE STARTED OVER. SEVERAL TIMES I COMPLAINED AND FINALLY ONE OF THE MASTER TECHS ADMITTED THIS IS BECAUSE OF THE DRIVE-BY-WIRE SYSTEM THAT REPLACED THE MECHANICAL FOOT-PEDAL DIRECT ACCELERATION. HE SAID IT'S ALSO COMPLICATED BY THE 8-SPEED TRANSMISSION, THAT WHEN DECELERATING, THE TRANS UPSHIFTS TO MAYBE 6TH OR 8TH GEAR, AND ONCE THE DRIVER ACCELERATES AGAIN, THE DRIVE-BY-WORE SYSTEM , WHICH IS ALREADY DELAYING ACCELERATION FROM THE

[90] NHTSA ID: 11207824.

[91] NHTSA ID: 11208755.

DRIVERS FOOT PRESSURE, HAS TO THEN UP SHIFT SEVERAL GEARS 'IMMEDIATELY', THIS CAUSING A LURCHING (AND SOMETIMES TIRE SPIN). TOYOTA ACKNOWLEDGES THE 'PROBLEM', BUT SAYS SINCE OTHER SIMILAR CARS DO THE SAME THING, THAT IT'S 'NORMAL'. I DISAGREE. IT'S IS A FAULT, A DESIGN DEFECT, AND IT SHOULD BE INVESTIGATED AND REPAIRED. TOYOTA HAS BECOME SERVICE-LAZY IN RECENT YEARS AND REFUSES TO FIX DESIGN FLAWS, FORCING THEIR CUSTOMERS TO DEAL WITH FAULTY CARS.

92. On May 22, 2019, the owner of a 2018 Toyota Carmy submitted the following complaint to NHTSA:[92]

I PURCHASED MY TOYOTA 2018 CAMRY SE WITH 4 MILES ON IT. ALMOST IMMEDIATELY I NOTICED THAT THE CAR HAS MAJOR PROBLEMS ACCELERATING. WHILE RESUMING DRIVING ,FROM A STOP SIGN OR RED LIGHT AND MERGING ON TO A HIGHWAY, WHEN I PRESS THE GAS PEDAL THE CAR HAS A MAJOR DELAY IN ACCELERATION. IT MAKES A LOUD REVVING NOISE LIKE A SPORTS CAR WHEN I PUT MY FOOT ON THE GAS, AND THE CAR DOES NOT TAKE OFF WHEN PRESSING THE GAS PEDAL . IT IS A MAJOR DELAY .ITS VERY SLOW, AND YOU BARELY MOVE WHILE THE CAR IS MAKING A TREMENDOUS AND EMBARRASSING AMOUNT OF LOUD NOISE. IN ORDER TO TRY AND AVOID BEING HIT BY ONCOMING TRAFFIC, I PRESS THE GAS PEDAL TO THE FLOOR, AND AT THIS TIME I DON'T KNOW WHAT WILL HAPPEN. ITS TOTALLY RANDOM . I COULD TAKE OFF OUT OF SYNC WITH PRESSING THE GAS TOO QUICKLY , OR BARELY MOVE AT ALL. THIS IS HAZARDOUS. I HAVE COMPLAINED TO THE SERVICE DEPARTMENT TWICE AT THE TOYOTA DEALERSHIP, THAT I PURCHASED MY CAR WITH NO RESOLUTION. THE DEALERSHIP SAID BOTH TIMES, THAT THEY TEST DROVE MY CAR AND SAID NOTHING WAS WRONG WITH THE CAR. PLEASE DO A RECALL ON THIS CAR FOR OUR OWN SAFETY.

93. On May 24, 2019, the owner of a 2019 Toyota Rav4 submitted the following complaint to NHTSA:[93]

VEHICLE WILL NOT ACCELERATE WHEN PUSHING DOWN ON THE GAS PEDAL. THIS CAN OCCUR WHEN LEAVING A PARKING PLACE OR. FROM A TRAFFIC LIGHT. THE ENGINE DOES NOT STOP RUNNING. IT HAS ONLY HAPPENED THREE TIMES, BUT COULD CAUSE AN ACCIDENT. THE TOYOTA DEALER COULD NOT DUPLICATE THIS AT

---

[92] NHTSA ID: 11209244.

[93] NHTSA ID: 11209676.

THE 5000 MILE INSPECTION AND THERE ARE NO CODES SET NOR DOES IT SET A CHECK ENGINE LIGHT WHEN IT HAPPENS.

94. On May 25, 2019, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[94]

> INTERMITTENT LOW SPEED THROTTLE DOES NOT RESPOND, THEN SUDDENLY "CATCHES" AND RAPIDLY ACCELERATES ALMOST CAUSING ACCIDENT. HAPPENED 4 TIMES SO FAR. REPORTED TO PIERCEY TOYOTA AT EACH OF LAST 2 SERVICES. THEIR RESPONSE IS TECHNICIAN DROVE CAR AND CANNOT DUPLICATE.

95. On May 29, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[95]

> GRINDING FROM TRANSFER CASE AT 2000 MILES AT 20 - 25 MPH

96. On June 5, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[96]

> THE CAR HAS AN ISSUE WITH SHIFTING FROM 1ST TO 2ND. WHEN PRESSING GAS PEDAL THE CAR BRIEFLY ACCELERATES AND THEN THE RPM DROPS AND THE CAR ALMOST DECELERATES. WHEN PRESSING THE GAS PEDAL AGAIN THE CAR STARTS TO JERK BACK AND FORTH UNTIL THE GAS PEDAL IS RELEASED. THE PROBLEM IS VERY REPRODUCIBLE AND MY SALES MANAGERS AT TOYOTA SUNNYVALE WERE TRYING TO CONVINCE ME THAT THIS IS NORMAL. THEY EVEN CLAIMED TO HAVE DRIVEN A NUMBER OF OTHER SIMILAR CARS AND TOLD ME THAT ALL OF THEM HAVE THIS "NORMAL" BEHAVIOR (WHICH CONFIRMS THAT A LOT OF CARS SHOULD HAVE THIS PROBLEM). THEY ALSO SAID THE CAR IS "LEARNING", WHICH IS TOTALLY BOGUS. AFTER APPROACHING THEM WITH SERVICE BULLETIN T-SB-0330-17 WHICH DESCRIBES THE EXACT SAME PROBLEM BUT FOR 2018 MODEL, THEY CLAIMED MY CAR CAN'T HAVE THIS PROBLEM SINCE BULLETIN IS FOR 2018, BUT THE CARS HAVE EXACT SAME TRANSMISSIONS.

---

[94] NHTSA ID: 11209960.

[95] NHTSA ID: 11210541.

[96] NHTSA ID: 11217982.

97. On June 7, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[97]

> PURCHASED MY 2019 TOYOTA CAMRY XLE COUPLE OF WEEKS BACK WITH 5 MILES ON IT. NOTICED THE VEHICLE HAD ISSUES WITH ACCELERATION. WHEN RESUMING TO DRIVE FROM A RED LIGHT OR STOPPED POSITION, THE CAR SEEM TO HAVE A MAJOR DELAY IN ACCELERATION AND MAKES A LOUD ENGINE NOISE WHEN PRESSING THE GAS PEDAL. EVEN PRESSING DOWN A BIT MORE ON THE GAS PEDAL DURING THIS INITIAL ACCELERATION, THE CAR DOES NOT REACT MUCH AND BARELY PICKS UP SPEED. THERE IS A MAJOR DELAY, ONE THAT CAN BE DANGEROUS WHEN MERGING ONTO A HIGHWAY WHERE QUICK ACCELERATION IS NEEDED TO AVOID BEING A HAZARD TO OTHER MOTORISTS. HAVE NOT TAKEN VEHICLE BACK TO TOYOTA SERVICE DEALER BUT DID TEXT MY SALESMAN AND DESCRIBED THE ISSUE AND HE SAID TO SETUP AN APPOINTMENT. I HAVE A FEELING THE SERVICE DEPARTMENT WILL COME BACK SAYING IT'S NOTHING IS WRONG AND FUNCTIONING NORMALLY. TO ME THIS IS A MAJOR DESIGN FLAW THAT HAS SAFETY CONCERNS TIED TO IT. PLEASE HELP IN ANY WAY YOU CAN. NEED TOYOTA TO DO A RECALL ON THIS VEHICLE IN ORDER TO FIX THIS ISSUE.*DT

98. On June 8, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[98]

> WHILE DRIVING MY 2019 RAV4 ADVENTURE IN SLOW SPEEDS, SPECIALLY WHEN ACCELERATING AND BRAKING, I HEAR A NOISE COMING FROM THE TRANSMISIN. IT HAS AN 8 SPEED AUTOMATIC TRANSMISSION AND WHEN SHIFTING IN THE LOWER GEARS IT MAKES A SOUND NOT USUAL IN ANY VEHICLE I HAVE PREVIOUSLY DRIVEN. ONLY HAD IT FOR THREE MONTHS AND TOOK IT TO SERVICE TO BE NOTIFIED IT IS A CHARACTERISTIC OF THE ENGINE/TRANSMISSION. FIRST TIME I GET THAT AN UNUSUAL SOUND, A SOUND I CAN FEEL IN MY FEET WHILE DRIVING, IS A CHARACTERISTIC OF THE CAR. IT WASN'T MENTIONED IN THE FEATURES AND HAVE BEEN TOLD THAT PEOPLE HAVE COMPLAINED ABOUT IT IN THE DEALERSHIP. TOYOTA SHOULD ADDRESS THIS PROBLEM, IT IS VERY ANNOYING FOR A BRAND NEW CAR.

[97] NHTSA ID: 11218465.

[98] NHTSA ID: 11218654.

99. On June 14, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[99]

> AFTER CAR HAS WARMED UP, ACCELERATING AROUND 20-30MPH IT MAKES A GRINDING NOISE. TYPICALLY HAPPENS WHEN THE AWD SWITCHES TO 2WD.

100. On June 15, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[100]

> THE TRANSMISSION IS VERY CLUNKY THRU THE GEARS. I HAVE AN AUTOMATIC, SOMETIMES ITS DELAYED WHEN I'M TRYING TO ACCELERATE, ITLL HESITATE BEFORE TAKING OFF. IV FOUND IF YOU PULSE THE GAS PEDDLE AND LET UP RIGHT AS IT STARTS TO HESITATE THEN BACK DOWN AGAIN ITLL KINDA AVOID IT BUT I'M NOT ALWAYS SUCH AN ACTIVE DRIVER. EVEN DOWN SHIFTING ITLL BE CLUNKY AND TAKE A SEC TO FULLY DO IT. LIKE IF YOU PULL INTO A DRIVEWAY THAT'S SLANTED UP YOU FIRST OF ALL HAVE TO SLOW DOWN TO ENTER AND WHEN DOING THAT IT'S ALL SLOW AT DOWN SHIFTING THEN U GOTTA HIT THE GAS SOME TO GO UP THE DRIVEWAY AND IT'S ALL DELAYED AT ACCELERATING SO THE WHOLE PROCESS IS JUST CLUNKY AND DOES NOT FEEL RIGHT. MAKES ME FEEL THE TRANSMISSION IS GONNA BURN OUT EARLY. THEY SAY THE 2018 MODELS AND UP USE SOME COMPUTERIZED TRANSMISSION...I JUST WANT TO IT RESPOND ACCORDINGLY AND TO NOT BE SO SLUGGISH ABOUT IT. SOMETIMES I'M SCARED TO PULL OUT IN FRONT OF TRAFFIC BECAUSE IT WONT RESPOND RIGHT AWAY AND I'LL BE AT A CRAWLING SPEED TILL IT RESPONDS UNLESS I FLOOR IT FAST AND LET UP BEFORE IT REVS PAST 3 ON THE RPM THEN TAP IT AGAIN. IT'S LIKE IT WAKES IT UP OR SOMETHING I DONT UNDERSTAND.

101. On June 21, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[101]

> DEFECTIVE TRANSMISSION: 1: CAR HESITATES TO SPEED UP FROM A FULL STOP OR WHILE IN MOTION. 2: RPM'S GO OVER 3000 BEFORE CAR REACTS (2-3 SECONDS DELAY) , DANGEROUS SPECIALLY WHEN

---

[99] NHTSA ID: 11220019.

[100] NHTSA ID: 11220274.

[101] NHTSA ID: 11221663.

TAKING CURVES OR MERGING INTO TRAFFIC (HIGHWAYS, FAST TRAFFIC ROADS). 3: I FEEL A "HICCUP" LIKE MOVEMENT WHILE IN MOTION (SOMETIMES). 4: CAR HESITATES TO SHIFT OR SHIFTS WHIT EXCESSIVE POWER. 5: DOWNSHIFTS AND LOSS OF ACCELERATION (IT HAPPENS ERRATICALLY DEALER HAVE REPLACED THE VEHICLE TRANSMISSION, BUT THE PROBLEM PERSIST, NOW THEY ARE GOING TO REPLACE THE VEHICLE COMPUTER AND IF THE PROBLEM PERSIST THEY WILL REPLACE THE TRANSMISSION AGAIN. IT SEEMS LIKE THEY DON"T KNOW WHAT THE PROBLEM REALLY IS. UNTIL NOW THIS ARE THE SYMPTOMS I'M EXPERIENCING WITH MY 2018 CAMRY 4-CYL, CERTAINLY SOMETHING I WASN'T EXPECTING FROM A TOYOTA PRODUCT. THE UNPREDICTABLE BEHAVIOR OF THIS CAR IS DANGEROUS, I NEVER KNOW WHEN IS GOING TO RESPONSE AS IT SHOULD DO OR WHEN I'LL HAVE TO FLOOR IT SO IT CAN REV UP AND FINALLY MOVE.

102. On June 27, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[102]

I RECENTLY PURCHASED A 2019 TOYOTA CAMRY IN FEBRUARY. I'VE NOTICED THAT WHILE DRIVING THE VEHICLE, THE ENGINE SEEMS TO HESITATE AND JERK WHEN ACCELERATING. THIS IS A CAUSE FOR CONCERN BECAUSE WHEN SLOWING DOWN AND GIVING THE VEHICLE GAS, IT CAUSES THE RPMS TO SHOOT UP AND THE CAR JERKS FORWARD. THIS CAN CAUSE THE VEHICLE TO STRIKE A VEHICLE OR ANYTHING IN FRONT OF IT. IT IS NOT ANY DIFFERENT IF THE VEHICLE IS STATIONARY OR IN MOTION. IN EITHER SITUATION THE VEHICLE IS HESITATING AND JERKING WHILE ACCELERATING. IT IS ALSO DANGEROUS TO TURN INTO ONCOMING TRAFFIC. IF THE CAR STRUGGLES TO ACCELERATE IT CAN CAUSE A COLLISION.

103. On June 29, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[103]

TRANSMISSION HARD SHIFTING COMING TO A FULL STOP AND THE LURKING JERK WHEN NOT FULLY STOPPING AND THEN PRESSING GAS

[102] NHTSA ID: 11222998.

[103] NHTSA ID: 11228331.

104. On July 5, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[104]

> THE CAR IN HIGHWAY SPEED WHEN THE LAST SPEED ENGAGE THE CAR STARTS TO SHAKE FOR FEW SECONDS YOU CAN FEEL MORE ON HILLS AND WHEN PRESS THE GAS TO PASS A CAR I FEEL LIKE SOMETHING IS NO RIGHT AND WHEN YOU MAKE A STOP AND PRESS THE GAS TO GO FORWARD SOMETIMES THE TRANSMISSION FEELS LIKE IS NO PAIR WITH THE ENGINE I REALLY FEEL WORRIED FOR MY WIFE IF THIS CAR CAN BE IN NEUTRAL OR NO POWER ON THE HIGHWAY THE CAR DOESN'T FEELS RIGHT, THIS PROBLEM STARTS TO HAPPEN A WEEK AGO THE CAR ONLY HAVE 6000 MILES

105. On July 18, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[105]

> THE CAR FEELS LIKE IT'S GOING TO STALL WHEN ACCELERATING FROM A STOP SIGN OR SIGNAL LIGHT. THE TRANSMISSION FEELS VERY JERKY LIKE IT'S IN THE WRONG GEAR. I'M AFRAID THAT I'M GOING TO GET REAR-ENDED WHILE THE TRANSMISSION IS HESITATING TRYING TO FIGURE OUT WHICH GEAR TO SHIFT INTO.

106. On July 19, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[106]

> TL* THE CONTACT OWNS A 2019 TOYOTA CAMRY. WHILE DRIVING 5 MPH, THE ACCELERATOR PEDAL WAS DEPRESSED TO THE FLOORBOARD, BUT THE VEHICLE FAILED TO ACCELERATE. THE CONTACT HAD JUST HAD THE VEHICLE SERVICED AT MODESTO TOYOTA (LOCATED AT 4513 MCHENRY AVE, MODESTO, CA 95356, (209) 529-2933) WHERE THE TRANSMISSION WAS REPLACED. THE VEHICLE WAS TAKEN BACK TO THE DEALER, BUT THE FAILURE COULD NOT BE DUPLICATED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 9,617.

---

[104] NHTSA ID: 11229575.

[105] NHTSA ID: 11233249.

[106] NHTSA ID: 11233471.

107. On July 29, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[107]

> IN MOTION: TODAY 7/28/2019 WHILE PULLING OUT IN TRAFFIC THE CAR WOULD NOT ACCELERATE AND I LOOKED DOWN IN THE GEAR SHIFT DRIVE AND NEUTRAL WAS LIT AND THE NETRULA WAS FLASHING. NEXT, THE CHECK ENGINE LIGHT APPEARED, AND THE DASH START FLASHING STAR INFLATION MALFUNCTION AND SEE A DEALER IMMEDIATELY. I JUST PURCHASED . MY GRANDDAUGHTER WAS IN THE CAR THIS WAS VERY DANGEROUS AND SCARY.

108. On August 2, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[108]

> THE TRANSMISSION ON THIS CAR DOES NOT SHIFT THE WAY IT SHOULD. WHEN ACCELERATING FROM A STOP THE TRANSMISSION SEEMS TO HAVE TROUBLE DECIDING WHAT GEAR IT SHOULD BE IN AND THE SHIFT POINTS ARE TOO HIGH ESPECIALLY WHEN SHIFTING INTO 3RD OR 4TH GEAR. THERE IS SOME SERIOUS HESITATION THAT SHOULD NOT BE PRESENT. ALSO, WHEN DOWNSHIFTING IT FEELS LIKE SOMEONE TAPPED THE BRAKE PEDAL BECAUSE IT SLOWS DOWN SIGNIFICANTLY. IF A CAR BRAKES IN FRONT OF ME AND I HAVE TO SLOW DOWN AND THEN GET BACK ON THE GAS TO SPEED BACK UP IT TAKES TOO LONG FOR THE CAR TO GET UP TO SPEED TO KEEP UP WITH TRAFFIC. THIS HAS ALL HAPPENED ON SIDE STREETS AS I HAVE NOT TAKEN THE CAR ON THE HIGHWAY YET.

109. On August 6, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[109]

> VEHICLE IS SHUTTERING AT STOP SIGNS AND HAS A MAJOR LAG IN ACCELERATION WHICH HAS LEAD TO SOME CLOSE CALLS MERGING ONTO THE FREEWAY AND PULLING INTO TRAFFIC.

---

[107] NHTSA ID: 11240231.

[108] NHTSA ID: 11241254.

[109] NHTSA ID: 11241919.

110. On August 11, 2019, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[110]

> DELAY IN DOWNSHIFTING WHEN THROTTLE IS PRESSED. A DELAY OF 1 TO 2 SECONDS OCCURS THEN ABRUPTLY DOWNSHIFTS AND THE ENGINES REVS LOUDLY.

111. On August 12, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[111]

> MAKE INTERMITTENT SOFT GRINDING NOISE (THINK RASPBERRY) WHEN MOVING. MAKES NOISE IN ECO AND STANDARD MODE BUT NOT IN SPORT MODE. THE DEALERSHIP TOLD ME THEY COULD REPLACE THE WHOLE DRIVE TRAIN AND IT MIGHT MAKE THE NOISE.

112. On August 16, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[112]

> 1. TRANSMISSION SUDDEN JERKING/SHIFTING WHEN SLOWING DOWN IN CITY AT TRAFFIC LIGHTS THEN TRYING TO ACCELERATE ANYWHERE FROM 5-10 MPH WILL THEN JERK BACKWARDS THEN FORWARDS MAKING THE CAR JUMP ABOUT 10 INCHES FORWARD. CAN BE REPLICATED AT ANY TIME. 2. CARS FRONT END SUSPENSION SEEMS TO SQUEAK/GROAN WILL PULLING INTO MY BANK OR DRIVE WAY, ALMOST ANY UNLEVELED PAVEMENT. THIS HAPPENS AT LOWER SPEEDS WHEN I CAN HEAR IT WITH VERY LITTLE WIND NOISE. 3. MY SEAT IN THE VEHICLE BROKE AT 7,000 MILES. 4. MY BRAKES SOUND AS IF THE ROTORS ARE BENT WITH SLIGHT VIBRATION IN THE BRAKE PEDAL. 5. NO FIX FOR TRANSMISSION. TODAY THEY ARE REFLASHING THE PCM - POWERTRAIN CONTROL MODULE. WE'LL SEE IF THAT WILL FIX THE ISSUE BUT I HIGHLY DOUBT IT FROM THE DAMAGE THAT HAS ALREADY OCCURRED. I AM WORKING WITH TOYOTA CORPORATE WITH THE ISSUE.

---

[110] NHTSA ID: 11243088.

[111] NHTSA ID: 11243201.

[112] NHTSA ID: 11244389.

113. On August 16, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[113]

> CLUNKING/THUD IS HEARD FROM THE REAR/UNDER CARRIAGE. TO DUPLICATE THE ISSUE, IT MUST BE DRIVEN 30-40 MIN SO THAT DIFFERENTIAL OIL IS HOT AND DRIVE UP TO 30 MPH THEN SLOW DOWN TO BELOW 10 MPH TO CONFIRM THE ISSUE. THE ISSUE IS LIMITED TO 2019 RAV4 (WITH TORQUE VECTORING SYSTEM - ONLY ADVENTURE AND LIMITED TRIMS) NO KNOWN TSB TO FIX THE ISSUE. THE SOUND IS MORE LIKE A HEAVY OBJECT (LIKE A BOWLING BALL) IS DROPPED ON A CARPETED FLOOR AND LIKE A MUFFLED SOUND RATHER THAN A SHARP MECHANICAL GEAR ROTATING SOUND. THE NOISE IS MORE LIKE A THUD AND VERY PROMINENT ENOUGH TO DISTRACT DRIVING. IT HAPPENS AFTER AWD IS ENGAGED BY FALLING THE VEHICLE'S SPEED UNDER 20 MPH IN ECO OR NORMAL MODE. IT DOES NOT HAPPEN IN SPORT MODE WHERE AWD IS ENGAGED IN FULL-TIME.

114. On August 19, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[114]

> AT THIS TIME THERE AT LEAST 24 COMPLAINT ABOUT A "LURCHING" PROBLEM AT LOW SPEED AND RE ACCELERATION. A VERY SIGNIFICANT "LURCHING" ALMOST"STALLING" IS VERY APPARENT AS THE COMPLAINTS INDICATE. IN ADDITION, THE TRANSMISSION STARTS IN 4TH GEAR...NOT 1ST GEAR FROM A DEAD STOP. I WOULD CONSIDER THIS A SAFETY ISSUE. HAS BEEN AN ISSUE FROM DAY 1 OF CAR PURCHASE. VEHICLE NOW HAS 5600 MILES ON IT.

115. On August 21, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[115]

> GRINDING NOISE FROM TRANSFER CASE WHEN ACCELERATING OR DECELERATING AROUND 20-40 MPH. VEHICLES HAS A DRIVELINE LINE DISCONNECT ASSEMBLY THAT SEEMS TO GRIND DUE TO IMPROPER CLEARANCES. WE ARE NOT SURE HOW LONG THIS DEFECTIVE DRIVELINE DISCONNECT WILL HOLD UP.

---

[113] NHTSA ID: 11244357.

[114] NHTSA ID: 11245080.

[115] NHTSA ID: 11245608

116. On August 23, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[116]

> WHEN ACCELERATING OR DECELERATING FROM 20 MPH TO 30 MPH THERE IS A FARTING/GRINDING NOISE COMING FROM THE TRANSMISSION. I CAN FEEL IT THROUGH THE BRAKE AND GAS PEDAL ALSO.

117. On September 5, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[117]

> AFTER DRIVING FOR ABOUT 15-20 MINUTES CAR MAKES GRINDING NOISE WHEN ACCELERATING PAST 2-30 MPH AND ANOTHER GRINDING NOISE WHILE DECELERATING BELOW 20-30MPH. WAS TOLD THAT REAR DRIVELINE DISCONNECT FEATURE IS CAUSING THE ISSUE. STARTED HAPPENING AROUND 3000MILES ODO AND BEEN GETTING LOUDER

118. On September 10, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[118]

> 19 RAV4 XLE AWD TRANSMISSION ISSUE AND POWER TRAIN. MY VEHICLE HAS DRIVEN UNDER 5K MILES AND I NOTICED TWO MAJOR PROBLEMS. FIRST, RPM MOVES UP AND DOWN WHEN I SLOW DOWN THE VEHICLE. I DON'T SEE RPM SHIFTS WHEN I REDUCE THE SPEED IN RANGE OF 10MPH BUT I SEE RPM MOVES UP AND DOWN WHEN THE REDUCTION BECOMES GREATER LIKE 15 AND 20 MPH. FURTHERMORE, THERE IS A HESITATION AND LURCHES. ONCE THE VEHICLE'S SPEED IS REDUCED UPTO EITHER 4 MPH OR 5 MPH AND TRY TO SPEED UP, I CAN TELL IT HESITATES AND LURCHES. AS A RESULT, I WITNESSED RPM JUMPS HIGH ALL OF SUDDEN. THE VEHICLE HAD SOFTWARE UPDATE ON 9/9/2019 AND I TOOK VIDEO RECORD AND POSTED ON YOUTUBE. HTTPS://WWW.YOUTUBE.COM/WATCH?V=FRUVFZAUPTQ&T=11S

---

[116] NHTSA ID: 11246131.

[117] NHTSA ID: 11253499.

[118] NHTSA ID: 11254351.

119. On September 16, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[119]

> THE TRANSMISSION SHIFT ERRATICALLY, WHEN CRUISING AT A CONSTANT SPEED THE TRANSMISSION JERKS. IT FEELS LIKE IT DOWN SHIFT THEN UP SHIFTED, THIS HAPPENS A FEW OF TIMES A WEEK TOYOTA SAYS THIS IS NORMAL IN 4 CYLINDER, BUT THIS IS NOT NORMAL BEHAVIOR I HAVE 2013 CAMRY WITH NO SUCH ISSUE. THE MOST ANNOYING, BOTH THE DRIVER SIDE AND PASSENGER SIDE DOORS SOUND HOLLOW AND MAKE A LOUD BANGING SOUND WHEN SHUTTING THE DOORS. THEY SOUND LIKE METAL BANGING OR HOLLOW TIN CANS. WHEN I SEARCHED ONLINE I FOUND THAT THE ADHESIVE ON THE DOOR SKIN COULD BE BAD CAUSING THE METAL THUMPING SOUND. I CAN MAKE A VIDEO AND SEND IT TO YOU GUYS IF NEEDED. THANK YOU.

120. On October 7, 2019, the other owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[120]

> WHEN TEST DRIVING VEHICLE FELT LIKE TRANSMISSION WAS NOT SHIFTING PROPERLY BUT NOT BEING A MECHANIC THOUGHT IT WAS JUST MY IMAGINATION. THEY WOULD NOT PUT A DEFECTIVE CAR ON THE LOT FOR SALE RIGHT? WRONG!!!! WHEN I DROVE IT AFTER GOT IT HOME IT WAS OBVIOUS THERE WAS A BIG PROBLEM. EVERY TIME I STOPPED AT A LIGHT THEN TOOK FOOT OFF OF BRAKE TO ACCELERATE CAR WOULD LURCH, SHAKE, SHUDDER BEFORE I EVEN GOT MY FOOT ON ACCELERATOR. THOUGHT IS WAS GOING TO DIE. WOULD HESITATE WHEN TRYING TO ACCELERATE WHEN PUT IT IN PARK TO TURN OFF ENGINE SAME LURCH SHAKE SHUDDER AND SOUNDS LIKE ENGINE DIED. CAR HAS 61 MILES ON IT. WAS DEFECTIVE WHEN SHIPPED FROM FACTORY TOOK IT BACK TO DEALER, SAID THERE ARE TONS OF COMPLAINTS ABOUT THIS SAME ISSUE. TOYOTA AWARE BUT HAS NO FIX IN PLACE. DEALER CLAIMS NOTHING THEY CAN DO BUT WAIT ON TOYOTA. SO NOW I HAVE A BRAND NEW CAR THAT I HAVE TO CONTINUE MAKING PAYMENTS ON WHILE TOYOTA CONTINUES BUSINESS AS USUAL AND MY CAR SITS IN THE GARAGE, AFRAID TO DRIVE IT.

---

[119] NHTSA ID: 11255744.

[120] NHTSA ID: 11266718.

121. On October 7, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[121]

> THE NEW CAR HAS DOES NOT ACCELERATE FOR SOMETIME AT STOP AND GO AND NO MATTER HOW MUCH U PRESS THE GAS PEDAL, AND WHEN YOU PRESS HARDER FOR A WHILE A JERKY QUICK GEAR CHANGE HAPPENS WITH UNINTENDED ACCELARATION RATES. THIS BECAME PARTICULARLY OF CONCERN ON FREEWAY/TOLLWAY WHEN I TRIED CHANGING LANES AS THE TRAFFIC STARTED CLEARING,PUTTING ME AT RISK WITH FAST MOVING TRAFFIC. THE ABOVE EXPERIENCE OF GEAR SHIFT OR ACCELARATION ISSUE IS CONSISTENT BEHAVIOR SINCE I OWNED THIS CAR FOR PAST 2 WEEKS

122. On October 15, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[122]

> MY 2018 TOYOTA CAMRY HAS A VERY ROUGH SHIFTING AUTOMATIC TRANSMISSION. I BEGAN TO NOTICE THE ISSUE WITH THE VEHICLE WHEN I REACHED ABOUT 20,000 MILES ON THE ODOMETER. WHEN EVER I PUT THE VEHICLE INTO DRIVE, REVERSE, OR PARK THE VEHICLE MAKES A THUD SOUNDS AND SHAKES A BIT. WHENEVER I AM DRIVING THE VEHICLE AND I AM ACCELERATING THE TRANSMISSION HAS A LARGE DELAY BEFORE IT SHIFTS INTO THE NEXT GEAR, AND IT FEELS LIKE IT IS SHIFTING INTO THE WRONG GEAR BECAUSE OF THE LACK OR POWER OR TOO MUCH POWER AT TIMES. IT IS ESPECIALLY TELLING WHEN I'M ON CITY STREETS AT LOW SPEEDS, BUT THAT DOESN'T MEAN IT DOESN'T HAPPEN ON THE HIGHWAY AS WELL AT HIGHER SPEEDS. I HAVE BROUGHT THIS ISSUE TO LIGHT TO THE TOYOTA AUTO DEALERSHIP IN THE PAST IN THE PAST TO WHICH THEY HAVE RESPONDED THAT THIS IS STANDARD WITH THE TRANSMISSIONS OF THESE 2018 CAMRY'S, AND THAT I AM NOT THE FIRST TO HAVE REPORTED SUCH A THING. I HAVE OWNED 3 TOYOTA CAMRYS BEFORE THIS 2018, AND NEVER HAD I HAD AN ISSUE LIKE THIS ON THEM. AND IT IS VERY UNUSUAL FOR A VEHICLE SO NEW AND WITH SUCH LOW MILEAGE TO EXHIBIT SUCH POOR PERFORMANCE.

---

[121] NHTSA ID: 11266792.

[122] NHTSA ID: 11268674.

123. On October 17, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[123]

> CAR DOEST NOT MOVE RIGHT AWAY AT A STOP EVEN WHEN STEPPING ON THE ACCELERATOR AT 3-4 RPM. VERY DANGEROUS WHEN YOUR IN THE INTERSECTION WHEN TURNING LEFT OR WHEN CROSSING THE STREET. SEEMS LIKE THE TRANSMISSION SLIPS

124. On October 18, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[124]

> THE TRANSMISSION STARTING FROM A COMPLETE STOP DOESN'T SEEM TO BE PROPER. IT REVS UP A LOT BEFORE SHIFTING GEAR. TRANSMISSION IS ALSO JERKY/HESISTANT WHEN DOING A SUDDEN DOWN-PRESS ON THE GAS-PEDAL

125. On October 29, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[125]

> TL* THE CONTACT OWNS A 2018 TOYOTA CAMRY. WHILE DRIVING 45 MPH, THE CONTACT ATTEMPTED TO INCREASE THE SPEED TO 50 MPH. AFTERWARDS, THE ENGINE MADE AN ABNORMALLY LOUD SOUND, THE VEHICLE DECELERATED, AND SMOKE APPEARED UNDER THE HOOD. THE VEHICLE WAS TOWED TO KOONS TOYOTA (8610 LEESBURG PIKE, VIENNA, VA 22182, 703-790-5920) WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION FAILED. THE DEALER RECOMMENDED THAT THE TRANSMISSION AXLE ASSEMBLY AND THE TRANSMISSION BE REPLACED. THE MANUFACTURER PROVIDED CASE NUMBER: 1910182445. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 75,000.

126. On October 30, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[126]

> THE TRANSMISSION IS VERY JERKY. IT SEEMS TO START IN 4TH GEAR AND IF I HAVE TO SPEED UP IN AN INTERSECTION, IT DOWNSHIFTS

---

[123] NHTSA ID: 11269095.

[124] NHTSA ID: 11269478.

[125] NHTSA ID: 11276911.

[126] NHTSA ID: 11277130.

> VIOLENTLY AND CAUSES A LOT OF JERKING WHILE DRIVING. NOT A GREAT EXPERIENCE AND WORRIED ABOUT THE LIFE OF THE TRANSMISSION.VEHICLE HAS 4200 MILES ON IT.

127. On November 3, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[127]

> TRANS MISSION JERKS HARD AFTER I COME TO A COMPLETE STOP AND DRIVE AGAIN.

128. On November 8, 2019, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[128]

> I PULLED ONTO A HIGHWAY AND REACHING ABOUT 25 MPH THE 2019 SIENNA HESITATED FOR AT LEAST 10 SECONDS AS IF IT WAS NOT GETTING GAS. I PRESSED THE GAS WANTING TO GET OUT OF THE WAY OF TRAFFIC AND IT JUMPED SLIGHTLY BUT WOULD NOT GO. THEN IT KICKED IN WITH A FEW HESITATIONS AND TOOK OFF. ANOTHER 100' OR SO, IT DID IT AGAIN. PRIOR TO THIS I HAD ALREADY BROUGHT IT TO TOYOTA COMPLAINING THAT THERE IS A HESITATION WHEN THE VAN IS NOT WARMED UP YET BETWEEN 20-40 MPH. IT IS ONLY SLIGHT, BUT NOTICEABLE AND FEELS LIKE IT IS NOT GETTING GAS. THE VAN DOES THIS EVERY TIME AFTER IT HAS BEEN SITTING LONG ENOUGH TO COOL DOWN. THE LONG HESITATION ONLY HAPPENED TWICE SO FAR (DANGEROUS ENOUGH!), THERE HAVE BEEN A FEW SHORTER ONES, AND THEN THERE IS THE EVERY TIME SLIGHT HESITATION. TOYOTA HAS TOLD ME NOTHING SHOWS IN THEIR DIAGNOSTICS AND THEY DO NOT KNOW WHAT IS WRONG. THEY TRIED CUTTING THE POWER TO THE COMPUTER TO RESET THE MEMORY, BUT THIS DID NOT CHANGE ANYTHING.

129. On November 13, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[129]

> HESITATION ON ACCELERATION FROM A SLOW ROLL OR ROLLING STOP. CAR EXHIBIT A HESITATION ON ACCELERATION FROM A SLOW ROLL OR ROLLING STOP UNDER THE FOLLOWING CONDITIONS. □ 6

---

[127] NHTSA ID: 11277809.

[128] NHTSA ID: 11278845.

[129] NHTSA ID: 11279740.

> MPH OR BELOW  IMMEDIATELY FOLLOWING A 3 ' 1 DOWNSHIFT  LESS THAN 40% ACCELERATOR PEDAL APPLICATION

130. On November 24, 2019, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[130]

> WHEN DRIVING THE VEHICLE, THE TRANSMISSION DOES NOT APPEAR TO KNOW WHAT GEAR TO BE IN AND IS ALWAYS SEARCHING. SO MUCH SO THAT IT WILL LUNGE AT TIMES WHEN ALL YOU ARE TRYING TO DO IS ACCELERATE. WHEN SLOWING DOWN AND THEN SLOWLY APPLYING GAS AGAIN, NOTHING HAPPENS FOR A GOOD 10 SECONDS AND THEN IT SURGES AND CAUSES MY HEAD TO SLAM INTO THE BACK OF THE HEAD REST. ALSO WHILE IDLING THE VEHICLE IS DECENTLY LOUD, MORE SO WHEN DEFROSTER IS ENGAGED. AT FREEWAY SPEEDS IT TENDS TO DO BETTER, BUT MOST ISSUES APPEAR TO BE IN CITY DAY TO DAY DRIVING FROM THE TRANSMISSION/ OR FUEL SYSTEM.

131. On November 25, 2019, the owner of a 2019 Toyota Avalon submitted the following complaint to NHTSA:[131]

> THESE ISSUES OCCUR CONSISTENTLY WHILE DRIVING ON A LOCAL SIDE STREETS AT LOW SPEEDS, BETWEEN 0-35 MPH. (1) WHEN EXECUTING A STOP AND GO EITHER AT A STOP LIGHT OR A STOP SIGN, MY 2019 AVALON XLE EMITS A "JERKING" MOTION BEFORE IT DECIDES TO KICK INTO GEAR. THE "JERKING" CAN EASILY BE FELT INSIDE THE VEHICLE. THERE ARE MULTIPLE DRIVERS EXPERIENCING THIS "JERKING". I THOUGHT THE "JERKING" WAS OCCURRING WHILE THE VEHICLE WAS WARNING UP, BUT "JERKING" OCCURS AT ALL TIMES. (2) WHEN TRAVELLING AT 30-35 MPH, AND AFTER RELEASING PRESSURE OFF THE ACCELERATOR, THE VEHICLE FEELS LIKE IF THE BRAKES ARE SLOWLY BEING APPLIED INSTEAD OF COASTING DOWN THE STREET. I BELIEVE THE TRANSMISSION IS DOWNSHIFTING IN SUCH A WAY THAT IT FEELS LIKE THE BRAKES ARE BEING APPLIED. THE ABOVE ISSUES HAVE BEEN OCCURRING SINCE PURCHASING THE VEHICLE WITH LESS THAN 10 MILES ON THE ODOMETER. I WAS TOLD TO WAIT FOR A TOYOTA SERVICE BULLETIN TO BE PUBLISHED, BUT I DID NOT RECEIVE ANY GUARANTEE THAT SUCH A BULLETIN WOULD EVER BE PUBLISHED. I HAVE FILED SEVERAL CASES AT TOYOTA HEADQUARTERS AND WAS TOLD MY CASE WOULD BE REVIEWED BY THE TRANSMISSION ENGINEERING DEPARTMENT.

---

[130] NHTSA ID: 11282087.

[131] NHTSA ID: 11282119.

AGAIN, NO GUARANTEE THAT THE TRANSMISSION ENGINEERING DEPARTMENT WOULD EVER REVIEW MY CASE. AND I HAVE NOT RECEIVED ANY RESPONSES OR FOLLOW UPS EMAILS FROM TOYOTA HEADQUARTERS RE: MY 2019 AVALON TRANSMISSION ISSUES.

132. On November 25, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[132]

A VERY SIGNIFICANT "LURCHING" ALMOST"STALLING" IS VERY APPARENT AS THE COMPLAINTS INDICATE. IN ADDITION, THE TRANSMISSION STARTS IN 4TH GEAR...NOT 1ST GEAR FROM A DEAD STOP. I WOULD CONSIDER THIS A SAFETY ISSUE. HAS BEEN AN ISSUE FROM DAY 1 OF CAR PURCHASE. VEHICLE NOW HAS 22,000 MILES ON IT

133. On December 8, 2019, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[133]

MY 2019 CAMRY SE HAS A JERKY TRANSMISSION. THE PROBLEM OCCURS AT LOW SPEED AND SEEMS MORE SYSTEMATIC WHEN REACCELERATING FROM A ROLLING STOP. AFTER SLOWING DOWN TO UNDER 15 MPH OR SO AND ATTEMPTING TO REGAIN SPEED (BEFORE REACHING A FULL STOP), THE CAR TYPICALLY TAKES A SECOND OR TWO TO RESPOND TO THROTTLE INPUT THEN LURCHES FORWARD IN AN AGGRESSIVE AND POTENTIALLY DANGEROUS WAY. THIS IS NOT A MINOR INCONVENIENCE THAT ONE GETS USED TO OR CAN LEARN TO LIVE WITH. I BELIEVE IT HAS THE POTENTIAL TO CAUSE HARM TO ME AND OTHERS IN BUSY TRAFFIC.

134. On December 13, 2019, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[134]

I LEASED A NEW 2019 TOYOTA RAV4 XLE IN APRIL AND SINCE THAT DAY HAVE HAD ISSUES. IF YOU ARE STOPPING AND THEN GO TO PUSH THE GAS AGAIN, YOU WILL LURCH FORWARD. ALSO IF YOU EASE OFF THE BREAK, IT WILL ROCK BACK AND FORTH. I DESCRIBE IT LIKE TRYING TO DRIVE A STICK SHIFT WHEN YOU DON'T KNOW HOW TO USE THE CLUTCH. ALSO IF YOU STOP AND GO TO TURN INTO TRAFFIC

---

[132] NHTSA ID: 11282328.

[133] NHTSA ID: 11287741.

[134] NHTSA ID: 11288863.

OR LEFT ACROSS AN INTERSECTION, IT WILL DELAY AND NOT GO FAST ENOUGH AND THEN YOU PUSH HARDER AND IT ROCKETS FORWARD. I HAVE EXPERIENCED 3 NEAR ACCIDENT SITUATIONS DUE TO THIS DELAY. I CALLED MY DEALERSHIP ABOUT THE ISSUE AND THEY SAID THEY DIDN'T KNOW ANYTHING ABOUT IT. I SPOKE TO THE CUSTOMER RELATIONS MANAGER AND HE SAID THE CAR NEEDS TO LEARN MY DRIVING HABITS, IT COULD TAKE UP TO 10K MILES, AND THAT IT'S NORMAL. I TOLD HIM I WASN'T HAPPY AND WANTED OUT OF THE VEHICLE AS IT'S A SAFETY ISSUE, UNCOMFORTABLE, AND KIND OF SCARY. HE TOLD ME I SIGNED A CONTRACT AND THERE WASN'T ANYTHING THEY COULD DO. I CALLED AND INFORMED TOYOTA CORPORATE. I BROUGHT THE CAR IN FOR A FULL DIAGNOSIS IN JUNE. THEY SAID EVERYTHING WAS NORMAL. I BROUGHT IT IN AGAIN IN OCTOBER. THEY DID THE SOFTWARE UPDATE. THE CAR DROVE BETTER FOR ABOUT 3-4 WEEKS AND STARTED UP AGAIN. I CALLED AND SCHEDULED TO BRING IT IN NOVEMBER. THEY SAID THE SOFTWARE UPDATE HADN'T TAKEN FULLY AND NEEDED TO BE RE-RUN. I LEFT AND STILL HAD THE ISSUE. I CALLED TOYOTA CORPORATE AGAIN AND STARTED THE PROCESS FOR LEMON LAW AND THE HAD MY CAR FOR 3 DAYS. THEY COULD NOT GET THE CAR TO RE-CREATE THE ISSUES AND SO THEREFORE THERE IS NOTHING THEY CAN DO AND THEY WILL NOT BE SENDING OUT THE CORPORATE MASTER TECHNICIAN. THEY SAID THE 1-2 SECOND DELAYS ARE NORMAL FOR THE COMPUTER WHILE IT TRIES TO DETERMINE IF IT SHOULD SHIFT UP OR DOWN.

135. On January 8, 2020, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[135]

29K ON THE CAR AND FOURTH TIME AT THE DEALERSHIP FOR TRANSMISSION PROBLEMS, THIS TIME THEY REPLACED THE TRANSMISSION.

136. On January 13, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[136]

THE VEHICLE DOES A WEIRD CLOCKING NOISE WHEN ACCELERATION AND AS I BREAK OR GO AT A LOWER SPEED OR HIGHER SPEED THE SOUND IS LESS OR MORE . THIS STARTS AT A SURTEN SPEED. ALSO WHEN THE CAR IS ON IT DOES THE NOISE LIKE A CLICKING SOUNDS IVE READ ABOUT THE RECALLS ON THIS

[135] NHTSA ID: 11302663.

[136] NHTSA ID: 11299115.

MODELS AND IM CONCERN DUE TO THE SAME INFO THE CAR ARE BEING CALLED FOR RECALLS. MINES DOING THE SAME NOISE AND PROBLEM NEVER HAD THIS PROBLEM BEFORE WHEN GOING ON THE FREEWAY OR HIGHWAY NOW I NOTICE IT GETTING WORSE RECALL NUMBER -18V200000 ALSO THERES A LIGHT THAT INDICATES THE FRONT CAMARA IS OF AND IT GOES OF AND ON ON ITS OWN SOMETIMES.

137. On January 16, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[137]

I AM HAVING ISSUES WITH MY 2019 CAMRY SE. WHEN I AM ON A COMPLETE STOP OR AFTER SLOWING DOWN TO OR UNDER 6 MPH AND ATTEMPTING TO REGAIN SPEED, THE CAR TAKES A SECOND OR TWO TO RESPOND. THIS IS VERY CONCERNING, ESPECIALLY WHEN YOU ARE ON A COMPLETE STOP AND THERE IS A LOT OF INCOMING TRAFFIC.

138. On January 19, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[138]

MY 2018 CAMRY 8 SPEED TRANSMISSION INTERMITTENTLY SHUDDERS/ SLIPS AT AROUND 30-40 MPH OR EVEN WHEN CRUISE IS SET AT 70-75MPH. IT SEEMS THE CPU HAS DIFFICULTY TRYING TO DETERMINE THE RIGHT GEAR FOR THE SPEED. WHEN I PRESS THE GAS, IT SOMETIMES HESITATES FOR OVER A SECOND.

139. On January 27, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[139]

TRANSMISSION STALLS WHEN ACCELERATING AND REVS WHEN ACCELERATING TO HIGHER SPEEDS.

140. On January 30, 2020, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[140]

---

[137] NHTSA ID: 11299932.

[138] NHTSA ID: 11300370.

[139] NHTSA ID: 11302293.

[140] NHTSA ID: 11303041.

> SLOW ACCELERATION DURING 1ST 1 OR 2 GEARS. ALMOST HAD MULTIPLE ACCIDENTS IN HIGHWAY DUE TO SLOW ACCELERATION WHEN CHANGING LANES. THE VEHICLE DOES NOT IMMEDIATELY RESPOND TO ACCELERATION WHEN ACCELERATOR PEDAL IS USED. THE VEHICLE HAS A COUPLE OF SECONDS DELAY UNTIL IT CHANGING INTO NEXT GEAR. DEALER NON RESPONSIVE. I BROUGHT IT INTO MY TOYOTA DEALER AND THE SERVICE TECHNICIAN DROVE MY CAR WITH ME IN THE PASSENGER SEAT. I EXPLAINED THAT MY PREVIOUS (3) V6 TOYOTA CAMRY'S DID NOT HAVE ANY PROBLEMS WITH ACCELERATION, HE TOTALLY UNDERSTOOD. THE NEW 8-SPEED TRANSMISSION HAS DIFFERENT SHIFT SETTINGS WHICH EXPLAINS THE ACCELERATION DELAY AND SOMETIMES CAUSES A JERKY MOTION FROM A DEAD STOP, DRIVING IN STOP & GO TRAFFIC OR WHILE ENTERING A HIGHWAY. ACCORDING TO THE TECH, THEY HAVE BEEN PROVIDED WITH NO FIXES FOR THIS PROBLEM AND THAT THE CAR WILL "LEARN" MY DRIVING HABITS THE MORE I DRIVE IT.

141. On February 2, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[141]

> TOYOTA HAS ISSUED A TECHNICAL SERVICE BULLETIN T-SB-0107-19 TITLED "HESITATION ON ACCELERATION FROM A SLOW OR ROLLING STOP". IT CALLS FOR REPROGRAMMING OF THE ELECTRONIC CONTROL MODULE BY A TOYOTA DEALER. IT GOES ON TO SAY THAT TOYOTA IS NOT NOTIFYING RAV4 OWNERS OF THIS FIX, YOU HAVE TO GO TO THE DEALER AND TELL THEM YOU ARE HAVING A PROBLEM.

142. On February 5, 2020, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[142]

> TL* THE CONTACT OWNS A 2017 TOYOTA HIGHLANDER. CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, WITHOUT WARNING THE VEHICLE WOULD VIOLENTLY SHAKE INTERMITTENTLY, LURCH AND ACCELERATE. THE CONTACT STATED THAT WHILE DRIVING IN A PARKING LOT THE VEHICLE INADVERTENTLY ACCELERATED WHILE DRIVING THROUGH A CROSSWALK. THE BRAKE PEDAL WAS DEPRESSED TO STOP THE VEHICLE. THE CONTACT STATED DUE TO THE VEHICLE LURCHING AND SHAKING, SHE HAS SUSTAINED INJURIES TO HER TONGUE, NECK AND BACK. NO MEDICAL ATTENTION WAS NEEDED. THE CONTACTED

---

[141] NHTSA ID: 11306542.

[142] NHTSA ID: 11311500.

STATED THAT VARIOUS WARNING LIGHTS WOULD ILLUMINATE, THE MOON ROOF WOULD RANDOMLY OPEN AND CLOSE, AS WELL AS THE VEHICLE WOULD SHIFT GEARS VIOLENTLY. THE VEHICLE WAS TAKEN TO DEALER WHOM PERFORMED A SOFTWARE UPDATE. THE CONTACT STATED THAT THESE WERE ONGOING FAILURES. THE VEHICLE WAS TAKEN TO TOYOTA OF GREENSBURG (4964 US-30, GREENSBURG, PA 15601 (724) 552-2761) WHERE THE FAILURE COULD NOT BE DUPLICATED AND DIAGNOSTIC TESTING RESULTS FOUND NO FAILURE. THE CONTACT STATED THAT AN INSPECTOR FROM THE MANUFACTURER TOYOTA WAS TO INSPECT THE VEHICLE HOWEVER, NO FINAL REPORTS HAVE BEEN COMPLETED. THE CONTACT MENTIONED THAT THE INSPECTOR STATED THAT HE WAS UNABLE TO DUPLICATE THE FAILURE. THE CONTACT WAS AWAITING CALL BACK FROM THE MANUFACTURER. THE FAILURE MILEAGE WAS APPROXIMATELY 23,000.

143. On February 10, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[143]

2019 RAV 4 XLE PREMIUM I PURCHASED A YEAR AGO CONTINUES TO LURCH WHEN SUDDENLY ACCELERATING FROM A ROLLING STOP. AN EXAMPLE IS WHEN PULLING UP TO A RED LIGHT AND THE LIGHT SUDDENLY TURNS GREEN, I'LL TAKE MY FOOT OF THE BRAKE AND TAP THE GAS AND THE CAR HESITATES THEN ACCELERATES. THIS MOTION JERKS ME AND OTHER PASSENGERS IN OUR SEATS.

144. On February 11, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[144]

I JUST BOUGHT MY CAR AND THE TRANSMISSION JERKS AND IS REALLY BAD. DEALER SAID HE'S AWARE BUY TOYOTA ISNT DOING ANYTHING ABOUT IT AND IT PASSES THE SOFTWARE TESTS. I READ ONLINE AND THERE'S HUNDREDS OF PEOPLE COMPLAINING OF THE SAME ISSUE. MY CAR IS A WEEK OLD... I REALLY HOPE YOU CAN INVESTIGATE THIS AND MAKE.TOYOTA FIX THEIR TRANSMISSIONS. THE ISSUE HAPPENS WHEN FIRST STARTING; WHEN DRIVING ON THE HIGHWAY AND REALLY ANY TIME I PRESS THE GAS.

---

[143] NHTSA ID: 11308296.

[144] NHTSA ID: 11308540.

145. On February 15, 2020, the owner of a 2019 Toyota Avalon submitted the following complaint to NHTSA:[145]

> I BOUGHT THIS CAR ABOUT 5 MONTHS AGO AND EVERYTHING WAS FINE UNTIL A MONTH AGO. EVERY TIME I'M DRIVING LESS THAN 35 MPH I FEEL A ROUGH DOWN SHIFT IS NOT THAT BAD, BUT I NOTICE IT. IT ONLY HAPPENS WHEN I'M DRIVING SLOW, MORE SPECIFICALLY IN THE CITY.TOYOTA HASN'T SENT ANYTHING REGARDING THIS PROBLEM. I THOUGHT IT WOULD GO AWAY BUT IT HASN'T.

146. On February 15, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[146]

> MY 2019 TORTOLA RAV4 XLE WITH 6401 MILES ON IT HAS BEEN EXPERIENCING PROBLEMS WITH STALLING SINCE I FIRST GOT IT IN AUGUST. I NOTICE IT ESPECIALLY WHEN I DON'T MAKE COMPLETE STOPS. IT WILL STALL AND YANK THE CAR FORWARD. IT IS ANNOYING AND EMBARRASSING THAT MY NEW CAR DOES NOT DRIVE SMOOTH. I WILL BE TAKING IT TO A TOYOTA DEALERSHIPS TO GET EVALUATED.

147. On February 17, 2020, the owner of a 2020 Toyota RAV4 submitted the following complaint to NHTSA:[147]

> I HAVE THE RAV4 LE BASE MODEL. IN THE FIRST 3 GEARS, TRANSMISSION JERKS A LOT DURING ACCELERATION, ALWAYS FEELING IT IS HAVING A HARD SHIFT. WHEN I PRESSED THE BRAKE PADEL PARTIALLY OR ROLLING STOP, THE CAR LURCHES, THIS IS PARTICULARLY DANGEROUS WHEN I MAKE TURNS, I FEEL THE CAR IS NOT STABLE. VERY DISAPPOINTED AT TOYOTA.

148. On February 21, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[148]

> TRANSMISSION: WHEN ACCELERATING HARD, SUCH AS ON AN ON RAMP, MY SPEED ONLY INCREASES SLIGHTLY WHILE THE ENGINE

---

[145] NHTSA ID: 11309436.

[146] NHTSA ID: 11309396.

[147] NHTSA ID: 11309701.

[148] NHTSA ID: 11310663.

REVS TO 5000+ RPMS. I LET OFF THE GAS & THEN IT SHIFTS AND SPEEDS UP. THE 8 SPEED AUTOMATIC TRANSMISSION WILL NOT SHIFT ON HARD ACCELERATION UNTIL I LET OFF THE GAS PEDAL. THIS IS CONSISTENT AND I BELIEVE, A SAFETY HAZARD. CRUISE CONTROL: THIS SYSTEM HAS WHAT TOYOTA CALLS A SAFETY FEATURE THAT AUTOMATICALLY SLOWS THE CAR IF IT THINKS THE VEHICLE OR OBJECT AHEAD IS TOO CLOSE. IN REALITY IT SLOWS THE CAR DRAMATICALLY WITHOUT ANYTHING IN FRONT OF ME AND A CLEAN WINDSHIELD. IT HAS A WINDSHIELD CAMERA TO DETECT SUCH THINGS, SO I HAVE TO KEEP IT CLEAN. THIS IS A RECURRING THING. I HAVE NOTIFIED TOYOTA. THERE SHOULD BE A REQUIRED FIX FOR SUCH SAFETY PROBLEMS.

149. On February 26, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[149]

1ST INCIDENT: SITTING AT STOP LIGHT FOR A FEW MINS AS NORMAL. WHEN TIME TO ACCELERATE, THE VEHICLE STARTED LURCHING FORWARD IN A HARD JERKING MOTION. 2ND INCIDENT: SLOWER TRAFFIC. WHEN DRIVING IN SLOWER TRAFFIC OR AT SLOWER SPEEDS, ~20-35MPH THE VEHICLE WILL START LURCHING JERKING FORWARD. TOOK BACK TO DEALERSHIP FOR INSPECTION, THERE WERE NO ISSUES FOUND. DEALERSHIP RESET INTERNAL COMPUTER, STATING THAT "VEHICLE IS OPERATING NORMALLY". NEITHER HAS ISSUE HAS YET TO CAUSE AN ACCIDENT WITH ANY OTHER DRIVERS AT THIS TIME. I DO TRAVEL WITH DOGS WHO ARE HARNESSED AND SEAT-BELTED IN THE BACKSEAT, THEY WOULD HAVE BEEN THROWN TO FLOOR OF CAR IF NOT SEAT-BELTED. FOR MYSELF, I GET TOSSED FORWARD SEVERAL INCHES AND HEAD THROWN FORWARD. WHEN DRIVING IN SLOWER TRAFFIC AND/OR STOP AND GO TRAFFIC, THE CAR LURCHING/HARD JERKING FORWARD WILL EVENTUALLY CAUSE AN ACCIDENT. ALL INCIDENTS HAVE HAPPEN ON DRY CITY STREETS. I WOULD ASSUME DURING THESE INCIDENTS OF THE JERKING FORWARD THAT THE BREAK LIGHTS DO NOT ALERT REAR DRIVERS THAT THE CAR IS IN A STOP/GO MOTION.

150. On March 5, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[150]

THE TRANSMISSION CAUSES THE CAR TO JERK WHEN ACCELERATING FROM A ROLLING STOP AND WHEN THE

[149] NHTSA ID: 11311751.

[150] NHTSA ID: 11316237.

> TRANSMISSION AUTOMATICALLY DOWNSHIFTS FROM 2ND GEAR TO 1ST WHEN COMING TO A STOP. TRANSMISSION ALSO TAKES TOO LONG TO FIND GEARS WHEN ACCELERATING WHICH CAUSES ALL KINDS OF, WHAT IT SEEMS LIKE, THROTTLE LAG.

151. On March 6, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[151]

> TWICE THIS VEHICLE HAS STUMBLED WHEN TRYING TO MAKE A LEFT TURN ACROSS TRAFFIC, APPLYING GAS FROM A NEAR DEAD STOP. BOTH TIMES WOULD HAVE BEEN AN ACCIDENT IF OTHER DRIVER WAS NOT DRIVING DEFENSIVELY. THIS RAV 4 IS UNSAFE! LESS THAN 5,000 MILES SINCE WE BOUGHT IT NEW.

152. On March 8, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[152]

> THE PROBLEM IS WHEN THE CAR WAS RUNNING AND I PRESSED THE GAS PEDAL THE CAR DID NOT ACCELERATE, IT TOOK AROUND 2 SECONDS FOR THE CAR TO ACCELERATE BUT IT SPEEDS UP SUDDENLY. THIS FACT MAY LEAD TO AN UNEXPECTED ACCIDENT FOR THE DRIVER. BESIDES I CHECKED THE VEHICLE ALERT HISTORY, THERE IS A RECORD THAT SHOWED A CHECK ENGINE ALERT REGARDING "A MALFUNCTION IN THE ELECTRONIC CONTROL OF THE ENGINE, THROTTLE, OR AUTOMATIC TRANSMISSION HAS BEEN DETECTED" (SEE THE ATTACHED IMAGE FOR DETAIL)

153. On March 20, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[153]

> THE TRANSMISSION IS VERY SLOW ON COMPUTING THE SPEED. IF YOU'RE DRIVING AND SLOW DOWN, THE CAR STILL STAYS IN THE GEAR BEFORE YOU SLOWED DOWN. IT ACTUALLY TAKES A WHILE FOR IT TO ADJUST MAKING THIS CAR A SAFETY HAZARD. MAKING TURNS AND ACCELERATING A VERY DANGEROUS IN THIS VEHICLE AND IT NEEDS TO BE ADDRESSED.

---

[151] NHTSA ID: 11316526.

[152] NHTSA ID: 11316917.

[153] NHTSA ID: 11318764.

154. On March 23, 2020, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[154]

> DURING MULTIPLE EPISODES WHETHER THE CAR IS AT A STOP OR IN MOTION THERE IS A DELAY FROM WHEN THE ACCELERATOR IS DEPRESSED TO WHEN THE ENGINE RESPONDS AND REVS LEADING TO MORE POWER AND SPEED. FOR EXAMPLE WHEN STOPPED AT A LIGHT TRYING TO MAKE A LEFT TURN, I PRESS THE ACCELERATOR DOWN AND THERE IS NO MAJOR CHANGE IN SPEED AND REVS UNTIL SECONDS LATER WHEN THEN ENGINE THEN GOES FROM 1000RPMS TO 3000RPMS. THIS CAN BE DANGEROUS AND ALMOST LED TO AN ACCIDENT AS THERE WAS AN ONCOMING CAR THAT ALMOST HIT ME AS I WAS TRYING TO MAKE THE TURN. ALSO HAPPENED WHEN I WAS TRYING TO ACCELERATE TO MERGE ONTO THE HIGHWAY AND THERE WAS AN ACCELERATION DELAY FOR A SAFE MERGE.

155. On March 24, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[155]

> WHEN ACCELERATING FROM DEAD STOP IN A RIGHT HAND TURN UP-HILL CAR IS SLOW TO MOVE FORWARD REQUIRING MORE PRESSURE ON GAS PEDAL, THEN TRANSMISSION SEEMS TO BE HUNTING FOR RIGHT GEAR CAUSING A JERKY MOTION.

156. On April 12, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[156]

> I BOUGHT A NEW TOYOTA CAMRY 2018 LE NEARLY 2 YEARS AGO. I BOUGHT A NEW CAR FOR WORK ALTHOUGH SINCE MY SON GAVE ME HIS CAR I STARTED USING HIS AND LEFT MINE TO USE FOR THE GYM. AS NOW I AM USING MY 2018 CAMRY NOW MORE FREQUENTLY I HAVE STARTED TO NOTICE WHEN I APPLY ACCELERATION HARD FROM STOP THERE IS A DELAY BEFORE CAR PICKS UP SPEED. ALSO WHEN I AM IN MOTION AND ACCELERATE I BELIEVE THE CAMRY IS DECIDING BETWEEN GEARS AND JERKS WHEN IT SELECTS THE GEAR IT WANTS.

---

[154] NHTSA ID: 11319053.

[155] NHTSA ID: 11319109.

[156] NHTSA ID: 11320914.

157. On April 12, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[157]

> TODAY I NOTICED DURING MY CAR PARKED AT START UP THERE WAS A TICKING SOUND TOWARDS THE FRONT END OF THE ENGINE. AFTER MAYBE ABOUT A MIN OR TWO IT QUIETED DOWN A LIL BUT IT IS STILL NOTICEABLE WHEN YOUR STANDING IN FRONT OF CAR. I CAN'T SEEM TO FIGURE OUT IF THERE IS A PROBLEM WITH THE FUEL PUMP OR IF THE TRANSMISSION IS SLIPPING AS TO MY PREVIOUS COMMENT ON ACCELERATION DELAY FROM A STOP.

158. On April 22, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[158]

> I HAVE AN ISSUE OF WHEN RESUMING ACCELERATION FROM A SLOW DOWN OR A COMPLETE STOP. THE CAR WILL HESITATE/ HICCUP AND GIVE STUTTERS WHILE ACCELERATING. A SUDDEN SPIKE IN RPM IS NOTICED AS WELL.

159. On April 22, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[159]

> ADVENTURE TRIM OF 2019 TOYOTA RAV4 MAKES AN ABNORMAL GROANING/BUZZING SOUND WHEN ACCELERATING. SOUND OCCURS BETWEEN 20-30 MPH WHEN AWD SYSTEM DISCONNECTS REAR WHEELS. A VIDEO RECORDING HAS CAPTURED THIS SOUNDS ON TWO SEPARATE OCCASIONS.

160. On May 18, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[160]

> HESITATION AND MAJOR JERK WHEN ACCELERATING AT LOW MPH FROM A ROLLING STOP. TSB #T-SB-0152-19_REV SHOULD BE APPLIED TO PRACTICALLY EVERY CAMRY FROM 2018 & 2019. UNFORTUNATELY I CAN NOT HAVE THIS DONE TO MY CAR BECAUSE MY VIN IS NOT SUPPORTED IN THIS BULLETIN, I HAVE NO IDEA WHY

---

[157] NHTSA ID: 11320918.

[158] NHTSA ID: 11321969.

[159] NHTSA ID: 11321949.

[160] NHTSA ID: 11324941.

IT WOULDN'T BE BUT IT DEFINITELY SHOULD BE BECAUSE THIS IS A MAJOR PROBLEM WITH MY CAR EVERY SINGLE DAY. IT'S GETTING EXTREMELY FRUSTRATING AND IT FEELS LIKE MY ENGINE/TRANSMISSION ARE GOING TO FAIL SOON AND MY CAR ONLY HAS 34000 MILES ON IT. TOTALLY UNACCEPTABLE. I HAVE NEVER EXPERIENCED THIS IN ANY OTHER CAR THAT I HAVE OWNED. PLEASE APPLY THIS BULLETIN TO MORE CAMRY VINS! *TR

161. On June 1, 2020, the owner of a 2020 Toyota Sienna submitted the following complaint to NHTSA:[161]

WHILE DRIVING ON HWY, SUDDENLY ENGINE LIGHT CAME ON. ALSO I LOST ACCELERATION. WHEN I PRESS GAS PEDAL NO RESPONSE FROM CAR. VEHICLE WAS SLOWING DOWN SO PULLED INTO GAS STATION. WHEN I STOPPED THE CAR, ENGINE LIGHT WAS STILL ON, TRACTION LIGHT CAME ON AND STEERING SYSTEM LIGHT CAME ON. ALSO ENGINE LIGHT WAS SOLID AND IT WAS NOT FLASHING

162. On June 2, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[162]

I RECEIVED 2 SPEEDING CAMERA TICKETS DUE TO SUDDEN ACCELERATION NOTICED TIME TO TIME, FRONT SUSPENSIONS ARE NOT EVEN AND ROUGH, TRANSMISSION IS NOT SMOOTH WHEN CHANGING GEARS AND/OR STOPPING VEHICLE. *TR

163. On June 10, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[163]

TRANSMISSION HESITATES WHEN SHIFTING UNDER PARTIAL AND FULL THROTTLE. TRANSMISSION SHIFTS UP TO TOO HIGH OF A GEAR IN THE ECONOMY MODE. *TR

164. On June 12, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[164]

---

[161] NHTSA ID: 11329923.

[162] NHTSA ID: 11327038.

[163] NHTSA ID: 11328117.

[164] NHTSA ID: 11328610.

WHEN THE CAR STOPS AND THEN GETS READY TO TAKE OFF THERE IS HESITATION WHEN APPLYING GAS. CAR OFTEN LAGS. DOES NOT ACCELERATE CONSISTENTLY AS IT SHOULD. PRIMARILY OCCURS AFTER CAR IS MOVING SLOWLY AND SEEMS AS IF THE CAR IS STRUGGLING TO TAKE OFF, THIS HAPPENS UPON STOPPING AT A TRAFFIC LIGHT AND TAKING OFF AND UPON DRIVING ON THE EXPRESSWAY THEN TRYING TO GET UP TO THE SPEED WITH TRAFFIC. *TR

165. On June 13, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[165]

AS I DRIVE THE VEHICLE AND COME TO A STOP AND RE-ACCELERATE IT JERKS VIOLENTLY! IT FEELS LIKE IT DOES THIS AS IT'S ACCELERATING IN FIRST GEAR ONLY. THIS SEEMS TO BE A POTENTIAL TRANSMISSION ISSUE, BUT I'M NOT COMPLETELY SURE. *TR

166. On June 23, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[166]

VEHICLE JERKS AFTER ACCELERATING FROM A "ROLLING STOP." IT SEEMS LIKE THERE IS AN ISSUE WITH THE THROTTLE - THERE SEEMS TO BE A DELAY WITH GOING, SO THE CAR JERKS TO KICK INTO THE SPEED IT SHOULD BE. I'VE TAKING MY CAR TO THE DEALERSHIP AT LEAST 3 TIMES TO RESOLVE THIS ISSUE, BUT THEY ALWAYS SAY THERE IS NOTHING WRONG WITH THE VEHICLE. *TR

167. On July 7, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[167]

MOANING, BUZZING NOISE OF FRONT DIFFERENTIAL WHEN ACCELERATION TO 35MPH, ALSO UPON DECELERATION, ESPECIALLY WHEN CAR IS HOT.

---

[165] NHTSA ID: 11328701.

[166] NHTSA ID: 11330393.

[167] NHTSA ID: 11337999.

168. On July 7, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[168]

> IN STOP AND GO TRAFFIC, TRAVELING AT SLOW SPEEDS WITH AC ON IN THE MIDDLE OF SUMMER, IF CHANGING TO A FASTER LANE, HAVING THE GAS FLOORED, THE CAR WOULDN'T ACCELERATE/DOWN SHIFT THAT LASTED ABOUT 5-10 SECONDS BEFORE IT ACCELERATED. ONE TIME, A CAR THAT WAS TWO CARS IN FRONT OF ME PULLED OUT AND HE WAS GONE, WHILE I WAS STILL SITTING THERE WITH NO ACCELERATION AND ANOTHER CAR QUICKLY APPROACHING FROM THE REAR! I WAS TOLD THAT OTHERS WERE COMPLAINING ABOUT THESE ISSUES, THEY FELT THE PROBLEM BUT IT IS NORMAL OPERATIONS FOR THE 4 CYL CAMRY'S, THAT THE TRANSMISSION IS COMPUTER CONTROLLED, AND THERE WASN'T ANYTHING THEY COULD DO UNTIL TOYOTA PUT OUT A MOD FOR THE COMPUTER. THEY SAID TOYOTA SHOULD HAVE SOMETHING OUT SOON WITH ALL THE COMPLAINTS, BUT IT HAS BEEN ALMOST A YEAR AND NO REPAIR AVAILABLE.

169. On July 26, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[169]

> MY 2019 MY 2019 ADVENTURE IS MAKING A GROANING SOUND WHEN I ACCELERATE CONSERVATIVELY BETWEEN 20-30 MPH. THIS HAPPENS PROBABLY 50% OF THE TIME. SEEMS TO BE THE AWD SYSTEM. THERE IS A BULLETIN REGARDING IT: HTTPS://STATIC.NHTSA.GOV/ODI/TSBS/2019/MC-10169438-9999.PDF . IT'S AN ONGOING PROBLEM. SEEMS LIKE THIS SHOULD BE A RECALL.

170. On August 3, 2020, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[170]

> TL* THE CONTACT OWNS A 2018 TOYOTA CAMRY. THE CONTACT STATED WHILE ATTEMPTING TO OVERTAKE ANOTHER VEHICLE WITH THE ACCELERATOR PEDAL DEPRESSED, THE RPM REVVED UP HOWEVER, THE VEHICLE FAILED TO RESPOND. THE CONTACT STATED THAT THERE WAS NO WARNING LIGHT ILLUMINATED. ON ANOTHER OCCASION WHILE DRIVING AT 45 MPH, THE VEHICLE

---

[168] NHTSA ID: 11337970.

[169] NHTSA ID: 11341490.

[170] NHTSA ID: 11342943.

DECELERATED WITH THE ACCELERATOR PEDAL DEPRESSED. THE CONTACT STATED THAT THE FAILURE RECURRED TWICE. THE VEHICLE WAS TAKEN TO TOYOTA OF ROCKWALL LOCATED AT 1250 E INTERSTATE 30, ROCKWALL, TX 75087, (469) 331-8372, HOWEVER, THE MECHANIC WAS UNABLE TO DUPLICATE THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS INFORMED OF THE FAILURE BY MAIL. THE FAILURE MILEAGE WAS 6,900.

171. On August 14, 2020, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[171]

1. CAR DOES NOT ALWAYS ACCELERATE WHEN TRYING TAKE OFF. MAJOR DELAY IN ACCELERATION. BECAUSE OF THIS I HAVE BEEN ALMOST HIT BY ONCOMING TRAFFIC WHEN CROSSING THE HIGHWAY SEVERAL TIMES. I HAVE TAKEN CAR INTO DEALERSHIP AND WAS TOLD THAT I HAVE TO WAIT FOR AN UPDATE IN CAR COMPUTER SYSTEM. 2. THE CAR STEREO SYSTEM RANDOMLY SHUTS OFF. THE STEREO ALSO RANDOMLY LOSES SOUND. I HAVE TAKEN CAR IN FOR THIS ALSO. I WAS TOLD TO WAIT FOR AN UPDATE.

172. On August 14, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[172]

MY CAR, SINCE THE PURCHASE AT 51 MILES, IS CONSTANTLY NOT ACCELERATING WHEN I PUSH THE GAS. I HAVE TAKEN IT TO ALLEN TOYOTA, 11 JULY 2020, WHERE THEY STATED THERE WAS A KNOWN ISSUE WITH CALIBRATION. THE CALIBRATION WAS COMPLETED, BUT THE CAR IS STILL DOING THE SAME THING. ONCE THE CAR HAS BEEN IN PARK AND STATIONARY FOR A FEW HOURS, IT IS AWFUL WHEN TAKING OFF BECAUSE THE CAR JERKS AND ACTS AS IF IT WILL TURN OFF. THE CAR NOW IS JERKING WHEN DRIVING ON THE INTERSTATE AT 70 MPH DAILY. THIS IS DANGEROUS SINCE I CANNOT DEPEND ON THE CAR TO SPEEDUP WHEN AND AS NEEDED AND I'M AFRAID IT MY STALL AND CAUSE AN ACCIDENT.

173. On August 21, 2020, the owner of a 2019 Lexus ES350 submitted the following complaint with NHTSA:[173]

---

[171] NHTSA ID: 11349343.

[172] NHTSA ID: 11349205.

[173] NHTSA ID: 11350581.

> 2 INCIDENTS- JULY 2020 DRIVING ON CITY STREETS, CAR WOULD NOT MOVE/ACCELERATE AFTER STOPPING AND HAD TO TURN OFF ENGINE AND RESTART ENGINE. THIS HAPPENED TWICE ON OUR WAY HOME. AUGUST 2020- DRIVING ON CITY STREET, CAR WAS AT STOP SIGNAL AND WOULD NOT ACCELERATE AFTER SEVERAL ATTEMPTS THE ACCELERATION DID RESUME.

174. On August 24, 2020, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[174]

> 2019 HIGHLANDER PURCHASED 12/2019. I GUESS I AM LUCKY, MINE HAS NOT STALLED YET. VERY POOR THROTTLE RESPONSE. TAKEN TO AUTIO NATION TOYOTA FT MYERS 3 TIMES INCLUDING HAVING A REGIONAL REP THERE. HE CLAIMS MINE IS OPERATING WITHIN FACTORY SPECS. SUPPOSEDLY MINE IS NOT A PART OF THE FUEL PUMP ISSUE. NOT THAT IT MATTERS TOYOTA SAYS THE PARTS ARE NOT AVAILABLE. FACTORY REP SAYS MINE HAS 41 COMPUTERS. WHAT COULD POSSIBLY GO WRONG? YEH RIGHT LOOK AT THIS WEB SITE AND SEE THE SIMILAR COMPLAINTS ACROSS THE TOTAL TOYOTA LINE INCLUDING LEXUS. WARNING IF YOU HAVE THE LANE DEPARTURE FEATURE (LDA) BE EXTRA CAREFU. IF THE LDA ACTIVATES AND YOURS IS ONE WITH THE LACK OF THROTTLE RESPONSE, IT MAY END UP MOVING YOU INTO ANOTHER LANE OR OFF THE ROADWAY.IT HAS HAPPENED TO ME. ACCCELRATER SHIFTED WAT DOWN AND ALMOST PUT ME IN ANOTHER LANE. LUCKILY NO OTHER VEHICLES PRESENT HOW MANY BODY BAGS WILL IT TAKE TO FORCE THE FEDS TO ACT? OH I FORGOT. THEY ARE NEEDED ELSE WHERE. TOYOTA WINS Y MORE LIKE A THUNDERSTORM. IF YOU BOTHER TO SCAN THIS FED WEB SITE YOU WILL SEE ALL TH ALL I KNOW IS TO THE CAR BUCKS, FAILS TO RESPOND TO NORMAL ACCELERATION, OR OVER DOWNSHIFTS. SO FAR I HAVEN'T TAKEN OUT ANY OTHER VHICLE ,PERSON, OR ME. IF YOUR VEHICLE IS EQUIPPED WITH THE LANE DEPARTURE FEATURE (LDA) WATCH OUT IF YOU TRYING TO ACCELERATE, MINE LDA ACTIVATED, AND ALMOST PUT ME IN ANOTHER LANE. LUCKLY THERE WASN'T ANOTHER ANOTHER CAR THERE. READ ALL THE SIMILAR COMPLAINTS ON THIS FEDERAL WEBSITE COVERING ALL MODELS OF THE TOYOTA BRAND (LEXUS INCLUDED) WITH THE 8 SPEED TRANSMISSION AND SEE NOTHING IS BEING DONE BY TOYOTA OR THE FEDS. I WONDER IF THE FEDS NEED A BODY BAG COUNT TO TAKE ACTION. OH I FORGOT THE BAGS ARE NEEDED ELSE WHERE AND TOYOTA WILL WIN.

---

[174] NHTSA ID: 11350939.

175. On September 2, 2020, the owner of a 2019 Lexus ES350 submitted the following complaint with NHTSA:[175]

> DURING THE MONTH OF AUGUST, 2020, ON 2 SEPARATE OCCASIONS WHILE THE CAR WAS IN GEAR (REVERSE OR DRIVE), WHEN PUTTING MY FOOT ON THE ACCELERATOR, THE CAR WOULD NOT "GO". IT WAS AS IF THE CAR WAS IN NEUTRAL BUT IT WAS NOT. THE FIRST TIME I WAS TURNING AROUND IN A NEIGHBOR'S DRIVEWAY AND WHEN I PUT THE CAR IN REVERSE TO BACK OUT AND PUT MY FOOT ON THE ACCELERATOR, IT REVVED LIKE I WAS IN NEUTRAL BUT THE R WAS ON THE DASH AND THE GEAR SHIFT WAS IN R. I THEN PUT IT IN DRIVE AND THE SAME THING. THE ONLY WAY I GOT THE CAR TO GO WAS TO PUT IT IN PARK, TURN THE CAR OFF & THEN TURN IT BACK ON. THE 2ND TIME, I WAS SITTING AT A STOP LIGHT AT A VERY BUSY INTERSECTION WAITING TO TURN RIGHT ON RED. THE CAR WAS IN DRIVE AND I STARTED TO MAKE MY TURN BUT AGAIN, THE CAR WOULD NOT GO - IT WAS LIKE IT WAS IN NEUTRAL. WE CHECKED FOR ANY ERROR LIGHTS/MESSAGES (THERE WERE NONE) AND WE LOOKED TO MAKE SURE IT WAS IN GEAR AND THE D WAS 100% ON THE DASH AND THE GEAR SHIFT WAS IN DRIVE. AGAIN, THE ONLY WAY TO GET GOING WAS TO PUT THE CAR IN PARK, TURN IT OFF AND THEN START THE CAR AGAIN. THIS 2ND TIME, I WAS ALMOST REAR-ENDED AND IF THE LIGHT HAD NOT TURNED RED FOR THE CROSS TRAFFIC, I WOULD HAVE MOST LIKELY BEEN HIT. THE DEALER TOOK THE CAR BOTH TIMES, RAN DIAGNOSTICS AND EVEN DOWNLOADED THE BLACK BOX DATA; HOWEVER, BECAUSE THEY COULD NOT REPLICATE THE ISSUE, THEY COULD NOT FIX IT. THEY ALSO CONTACTED LEXUS "EXPERTS" AND THEY SAID THERE WAS NO ISSUE. THERE IS DEFINITELY SOMETHING WRONG WITH THE CAR AND I AM NOW AFRAID TO DRIVE IT. ATTACHED IS MORE DETAIL I GAVE TO THE DEALER WHEN THEY ASKED ME TO JOT DOWN EVERYTHING I COULD REMEMBER.

176. On September 9, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[176]

> I WAS DRIVING AROUND 65 MPH WHEN SUDDENLY THE CAR LOST THE POWER, STARTING SHAKING AND ALL LIGHTS TURNED ON (CHECK ENGINE,SEAT BELTS, CRUISE CONTROL ETC.

---

[175] NHTSA ID: 11352893.

[176] NHTSA ID: 11361909.

177. On September 13, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[177]

> AS THE TRANSMISSION SHIFTS DOWN TO FIRST GEAR, WITHOUT COMING TO A COMPLETE STOP AS ONE ACCELERATES THE VEHICLE MAKES AN ABRUPT FORWARD MOVEMENT. STRONG ENOUGH TO MOVE A PASSENGER BACKWARDS. I HAVE ONLY NOTICE THIS AT LOW SPEEDS IN TRAFFIC. DOES NOT HAPPEN AFTER COMPLETE STOP. I WILL RAKE CAR TO DEALER TO CHECK THE TRANSMISSION THIS IS NOT NORMAL ON AN AUTOMATIC TRANSMISSION.

178. On September 21, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[178]

> DURING A SLOW ROLL, THE VEHICLE JERKS PRETTY BAD. COMMON PROBLEM WITH THE RAV4S THAT TOYOTA HASN'T ADDRESSED.

179. On September 21, 2020, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[179]

> AS OF THIS DATE, MY 2018 TOYOTA HIGHLANDER HAS DELAYED ACCELERATION, HESITATION, JERKING, LURCHING, ERRATIC THROTTLE RESPONSES, ETC. WHILE ACCELERATING FROM A STOP. THIS HAS OCCURRED TWO TIMES TO DATE. I WAS ABLE TO PULL TO THE SIDE OF THE ROAD, SHUT OFF THE VEHICLE, RESTART AND THEN THE VEHICLE PERFORMED PROPERLY AFTER THAT. MY CONCERN IS WHAT MAY HAPPEN WHEN IT DOES IT AGAIN. NOTHING TO SHOW IN A PHOTO.

180. On October 4, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[180]

> I WAS MAKING A LEFT TURN (FROM A STOP SIGN) OUT OF MY NEIGHBORHOOD AND THE CAR HESITATED THEN, ALL OF A SUDDEN IT REV'D UP, AND SHOT FORWARD. I'M SURE THE NEIGHBORS THOUGHT I WAS HOT RODDING. THIS HAPPENED AGAIN ON A

---

[177] NHTSA ID: 11354744.

[178] NHTSA ID: 11360230.

[179] NHTSA ID: 11360211.

[180] NHTSA ID: 11362710.

SEPARATE DAY WHEN I WAS WAITING TO TURN LEFT AT A TRAFFIC LIGHT. THERE WAS A PICKUP TRUCK COMING FROM THE OPPOSITE DIRECTION, BUT HE WAS FAR ENOUGH AWAY, SO I GAVE IT SOME GAS TO START MY TURN. MY CAR HESITATED AND I THOUGHT THE PICKUP WAS GOING TO HIT ME, BUT THEN MY CAR REV'D UP AND LUNGED FORWARD AS PREVIOUSLY. I THOUGHT THAT MAYBE IT HAD SOMETHING TO DO WITH MAKING LEFT TURNS, BUT ONE DAY I WAS DRIVING ABOUT 40 MPH ON A 45 MPH LEVEL ROAD AND I GAVE IT GAS TO INCREASE MY SPEED TO 45 ---- THE SAME THING HAPPENED ---- HESITATION, REV'D UP, LUNGED FORWARD. IT STILL DOES IT, BUT I'M TRYING TO BE VERY CAREFUL DRIVING IT BECAUSE I DON'T KNOW IF I'M GOING TO BE THE NEXT TRAFFIC FATALITY, OR WORSE, CAUSE SOMEONE ELSE TO BE KILLED OR MAIMED. I ALSO TOLD THE SERVICE REP WHEN I TOOK MY CAR IN FOR REGULAR MAINTENANCE AND ASKED IF THEY COULD CHECK IT. HE TOLD ME THEY HAD CHECKED IT AND IT'S OKAY. I LOOKED AT THE SERVICE REPORT BUT, I COULDN'T FIND WHERE THEY HAD CHECKED IT. I STARTED LOOKING FOR INFO VIA THE INTERNET ON THIS PROBLEM AND FOUND OTHER SITES THAT HAD PEOPLE COMPLAINING ABOUT IT. SO, THE NEXT REGULAR MAINTENANCE I TOOK MY CAR IN FOR, I MENTIONED IT TO THE SERVICE REP AND TOLD HIM ABOUT ALL THE COMPLAINTS I'VE READ CONCERNING THIS PROBLEM OF HESITATION, ETC. I SAID IT SEEMS THAT IT MUST BE NORMAL FOR THIS CAR AND THAT'S WHY THE MECHANIC SAID IT WAS OKAY. HE AGREED THAT IT'S NORMAL FOR THIS CAR, BUT I HAVE NOTHING IN WRITING THAT HE SAID THAT OR THAT THE PROBLEM WAS EVEN CHECKED. YOU NEVER KNOW WHEN IT WILL HAPPEN. IT HAPPENS IN ALL THREE DRIVING MODES. CHECK: HTTPS://WWW.CARGURUS.COM/CARS/DISCUSSION-M7_DS895703

181. On October 7, 2020, the owner of a 2020 Toyota RAV4 submitted the following complaint to NHTSA:[181]

AFTER COMING TO A COMPLETE STOP, WHEN I FOOT OFF THE BRAKE FOR ACCELERATION THE VEHICLE JERKS EVERY TIME

182. On October 11, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[182]

SOUND HEARD WHEN GOING FROM ALL WHEEL DRIVE TO FRONT WHEEL DRIVE AT LOW SPEEDS. ALSO WHEN STOPPING WHEN WHEN

[181] NHTSA ID: 11363257.

[182] NHTSA ID: 11363819.

THE REAR WHEEL DRIVE REENGAGES.

183. On October 15, 2020, the owner of a 2020 Toyota RAV4 submitted the following complaint to NHTSA:[183]

> THE VEHICLE IS HESITATING, JERKING WHEN COMING TO A SLOW STOP AND WHEN GIVING IT GAS. WHEN PUTTING GAS IN THE CAR THE PUMP AUTOMATICALLY SHUT OFF. WHEN I TURNED THE CAR BACK ON IT SHOWED THAT THE TANK WAS ONLY 3/4 FULL. I PUT MORE GAS AGAIN AND THE GAS TANK OVERFLOWED.

184. On October 28, 2020, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[184]

> LACK OF RESPONSIVENESS IN ACCELERATION FROM A STOP; SLUGGISH RESPONSE TO PRESSING THE ACCELERATOR WHEN ACCELERATING FROM A STOP OR WHILE MOVING AND ATTEMPTING TO PASS SLOWER MOVING VEHICLES; HAVE NEARLY CAUSED AN ACCIDENT MORE THAN ONCE WHEN TURNING/PULLING OUT INTO TRAFFIC WITH PLENTY OF SPACE BUT UNABLE TO ACCELERATE CORRECTLY. ALSO UNEVEN SHIFTING; TRANSMISSION JERKS WHEN SHIFTING GEARS.

185. On October 29, 2020, the owner of a 2020 Toyota RAV4 submitted the following complaint to NHTSA:[185]

> NEW 2020 RAV4 HYBRID MAKES LOUD GRINDING NOISE SOMETIMES WHEN PLACED IN REVERSE AND EV MODE IS ENGAGED. APPEARS TO BE FAILURE OF SPRAG-TYPE DEVICE TO DISENGAGE ENGINE OR TRANSMISSION FROM ELECTRIC DRIVE SYSTEM. MULTIPLE MEMBERS OF FRANK TOYOTA SERVICE DECLARED IT TO BE NORMAL AND REFUSED TO MAKE ANY WRITTEN ENTRIES EVIDENCING THE COMPLAINT. THEY CLAIMED I WAS MISTAKEN WHEN I POINTED OUT THAT IT DID NOT BEGIN UNTIL THE VEHICLE HAD APPROXIMATELY 600 MILES ON IT.

---

[183] NHTSA ID: 11364593.

[184] NHTSA ID: 11366807.

[185] NHTSA ID: 11367034.

186. On October 30, 2020, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[186]

> WHEN I AM DRIVING AT LOWER SPEEDS, THE TRANSMISSION SEARCHES FOR THE CORRECT GEAR. IT'S VERY ROUGH AND AT TIMES HAS MADE DRIVING UNSAFE. THIS HAPPENS ALL THE TIME AT LOWER SPEEDS.

187. On November 10, 2020, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[187]

> MY FUEL PUMP HAS BEEN REPLACED BY THE DEALER WITH THE RECALLED PART. THE VEHICLE STILL DOES THE SAME THING IT HAS BEEN DOING SINCE PURCHASING. IT ACTS LIKE IT IS NOT GETTING GAS SO HESITATES MULTIPLE TIMES CONSTANTLY WHILE DRIVING. SOMETIMES I PULL OUT AND THERE IS A DELAY IN THE ENGINE GETTING GAS THEN IT KICKS IN AND IS A JERKY RIDE. IT MOSTLY HAPPENS BELOW 45 MPH. I HAVE FELT THE DELAY OCCASIONALLY ABOVE 55 MPH. THE PROBLEM IS NOT THE FUEL PUMP THAT THEY ARE RECALLING SINCE I ALREADY HAVE THE NEW ONE AND THE PROBLEM IS NOT FIXED.

188. On December 1, 2020, the owner of a 2019 Lexus ES350 submitted the following complaint to NHTSA:[188]

> SINCE I BOUGHT THE CAR IN OCT 2019, THIS HAPPENS EVERYTIME I AM ON LOCAL ROADS (SPEED <50MPH), WHEN I SLOWDOWN PER THE TRAFFIC FLOW, OR TAKING TURN (LEFT OR RIGHT) AFTER YIELDING, THE CAR HESITATES TO ACCELERATE AS IF THE GAS PEDAL DIED ON ME AND THEN I PUSH THE PEDAL FURTHER DOWN ONLY TO GET THE CAR DOWNSHIFT DRASTICALLY AND REVVING UP TO ALMOST ALWAYS ABOUT THE HIT THE CAR IN FRONT (IF ANY) OF ME. IN THE FEW TIMES I AM ON HIGHWAY, WHEN I NEED TO SPEED UP TO CHANGE THE LANE THE CAR ACCELERATES UNPREDICTABLY MAKING THE DRIVING A SCARY EXPERIENCE.

---

[186] NHTSA ID: 11372465.

[187] NHTSA ID: 11374055.

[188] NHTSA ID: 11377378.

189. On December 9, 2020, the owner of a 2021 Toyota RAV4 submitted the following complaint to NHTSA:[189]

> MY SPOUSE WAS DRIVING THE CAR AND SHE COMPLAINED TO ME THAT OUR NEW 2021 RAV4 SUDDENLY LURCHES WHEN SLIGHTLY ACCELERATING FROM A ROLLING STOP. I THEN DROVE WITH HER AND WITNESSED THE SAME ISSUE ALTHOUGH I COULD NOT REPLICATE IT MYSELF. I TOOK THE CAR TO THE TUSTIN TOYOTA DEALERSHIP (FROM WHERE I PURCHASED THE CAR) BUT THEY WERE NOT ABLE TO FIND ANY ISSUES OR REPLICATE THE PROBLEM. THAT BEING SAID THE CARS ARE SO NEW THAT IT MAY JUST BE THAT THERE AREN'T ENOUGH NEW OWNERS YET TO REPORT THE PROBLEM.

190. On December 14, 2020, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[190]

> THERE IS A LARGE CHUNK AND GRIND NOISE COMING FROM THE FRONT END WHEN GOING INTO 4TH GEAR. BOTH UP SHIFTING AND DOWN SHIFTING. TOOK THE ISSUE TO TOYOTA, THEY SAID THEY WERE WAITING FOR MORE PEOPLE TO REPORT HE ISSUE BEFORE FIXING THE ISSUE.

191. On December 23, 2020, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[191]

> WHILE DRIVING AT CITY SPEEDS AND APPLYING BRAKES HARD THE CAR WILL PERIODICALLY SPEED UP AND STARTS SHUTTERING. I NEED TO SHIFT CAR TO NEUTRAL TO PREVENT AN ACCIDENT. I HAVE TAKEN THE CAR TO THE DEALER AT LEAST, BUT NOTHING IS FOUND.

192. On December 23, 2020, the owner of a 2020 Toyota Sienna submitted the following complaint to NHTSA:[192]

> PURCHASED RENTAL PROGRAM VEHICLE AND IMMEDIATELY HAD VEHICLE SERVICED AT THE DEALERSHIP. RECEIVED A PHONE CALL

---

[189] NHTSA ID: 11382724.

[190] NHTSA ID: 11383355.

[191] NHTSA ID: 11384706.

[192] NHTSA ID: 11384761.

> FROM SERVICE ADVISOR THAT AUTOMOTIVE TECHNICIAN HAD FOUND A MECHANICAL PROBLEM. IT WAS STATED THAT A HOSE HAD COME LOOSE/APART IN THE AXLE AND FLUID WAS LEAKING. NOW, WE HAD PURCHASED VEHICLE DAY BEFORE AND THE FOLLOWING DAY DROPPED VEHICLE FOR SERVICE AT DEALERSHIP. AS A CONSUMER, I NEED A MAINTENANCE BASELINE. THE BRIEF TIME DRIVING THE VEHICLE, THERE WAS NO VISIBLE/AUDIBLE CLUE THAT MECHANICAL ISSUE WAS PRESENT. EXACT DESCRIPTION OF WARRANTY WORK PERFORMED [DRIVER SIDE FRONT AXLE ASSEMBLY, AXLE COMING APART INTERNALLY] REPLACED DRIVER SIDE FRONT AXLE ASSEMBLY. FORTUNATELY, VEHICLE WAS BEING SERVICED AND THIS COMPONENT DID NOT FAIL WHILE IN MOTION.

193. On January 13, 2021, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[193]

> TL* THE CONTACT OWNS A 2019 TOYOTA HIGHLANDER. THE CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE DECELERATED AND JERKED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO NEW COUNTRY TOYOTA OF CLIFTON PARK (202 RTE 146, MECHANICVILLE, NY 12118, (518) 670-4332) WHERE IT WAS DIAGNOSED AND TEST DRIVEN. THE CONTACT WAS INFORMED THAT THERE WAS NO FIX FOR THE TECT TIP WHICH FAILED. THE VEHICLE WAS NOT REPAIRED. THE FAILURE RECURRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT THAT NO RESOLUTION WAS SET FOR THE ISSUE HOWEVER, AN INVESTIGATION WAS STARTED. THE FAILURE MILEAGE WAS APPROXIMATELY 13,000.

194. On January 14, 2021, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[194]

> WHEN I AM AT THE RED LIGHT AND IS ABOUT TO GO THERE IS ACCELERATION DELAY THAT HAPPENS WHICH I BELIEVE TO BE DANGEROUS. EVEN WHEN AM DRIVING AND I WAS TO SPEED UP THERE IS ACCELERATION DELAY.

---

[193] NHTSA ID: 11387843.

[194] NHTSA ID: 11388187.

195. On January 19, 2021, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[195]

> ON HIGHWAY TRAFFIC CAME TO A COMPLETE STOP WE SAT WITH FOOT ON BRAKE MAYBE 2-3 MINUTES WHEN I RELEASED BRAKES CAR WOULD NOT GO FOR A SECOND THEN STARTED GOING, NO NOISES THAT I RECALL. 2ND TIME AFTER I TURN AND START TO SPEED UP IT FEELS LIKE ITS SLIPPING OR REALLY SLUGGISH, THIS HAS NOW HAPPENED A FEW TIMES, IT SEEMS TO BE WHEN I FIRST DRIVE THE CAR IN THE MORNING. HAVE NOT NOTICED IT AS MUCH AFTER IT WARMS UP AND I DRIVE FOR A WHILE. I HAVE 44,000 MILES CURRENTLY AND DID BUY IT NEW.

196. On January 19, 2021, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[196]

> THE TRANSMISSION FAILED WITHOUT ANY WARNING ON THE INTERSTATE HIGHWAY AT 33,000 MILES ON THE CAR PUTTING THE WHOLE FAMILY IN THE CAR AT RISK OF COLLISION. THERE WAS NO ACTION FROM TOYOTA EVEN AFTER KNOWING THAT THEIR TRANSMISSIONS HAVE ISSUES. THERE HAVE BEEN MANY CASES LIKE MINE WHERE THE TRANSMISSION FAILS WITHOUT WARNING.

197. On February 3, 2021, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[197]

> ABNORMAL BUZZ OR GROAN NOISE COMING FROM THE FRONT TRANSFER CASE WHEN SLOWING OR ACCELERATING AROUND 15-20 MPH. TOYOTA TSB IDENTIFIES PROBLEM AS ELECTRO-MAGNETIC CLUTCH SHIFTING FROM 2WD TO 4WD ON CERTAIN MODELS. TOYOTA SAYS NOT A RECALL BUT WILL REPAIR WHICH REQUIRES OPENING THE TRANSFER CASE. BRAND NEW CAR AND TOYOTA SHOULD REPLACE ENTIRE TRANSFER CASE INSTEAD OF REPAIRING IT. DEALER ORDERED PARTS 3 WEEKS AGO AND STILL NOT DELIVERED. DEALER HAS NOT OFFERED LOANER CAR IN INTERIM.

---

[195] NHTSA ID: 11388949.

[196] NHTSA ID: 11388863.

[197] NHTSA ID: 11394575.

198. On February 27, 2021, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[198]

> I HAD TORQUE CONVERTER CLUTCH PRESSURE CONTROL SOLENOID CONTROL CIRCUIT AND WHEN I RICH 85 SPEED THE CAR CHECK AND MY FRIEND HAVE THE SAME CAR SAM MODEL HE HAD THE SAME ISSUE

199. On March 6, 2021, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[199]

> TRANSMISSION FAILS TO SHIFT QUICKLY FROM STARTING, SLOW MOVING OR TRYING TO ACCELERATE QUICKLY WHEN ON HIGHWAY WHILE MERGING OR CHANGING LANES.

200. On March 9, 2021, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA: [200]

> TL* THE CONTACT OWNS A 2017 TOYOTA HIGHLANDER. THE CONTACT STATED THAT UPON MAKING A COMPLETE STOP, THE VEHICLE SHUT-OFF AS HE DEPRESSED THE ACCELERATOR PEDAL, WITHOUT WARNING. THE VEHICLE FAILED TO RESTART. THE CONTACT HAD THE VEHICLE TOWED TO MOLLE TOYOTA (601 W 103RD ST, KANSAS CITY, MO 64114) WHERE THE TRANSMISSION WAS REPLACED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND THE CONTACT WAS PROVIDED A CASE NUMBER. THE VEHICLE WAS REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 37,000.*JB CONSUMER STATED VEHICLE DID RESTART HOWEVER IT WOULDN'T GO INTO ANY GEAR FORWARD OR RESERVE.*JB

201. On March 12, 2021, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[201]

> MY TRANSMISSION ALL OF A SUDDEN IS HARD SHIFTING AND WHINES. TRANSMISSION FLUID IS FULL OF METAL SHAVING AND DARK FLUID NOTICED. NO WARNING OF ANY KIND. NOW BEING TOLD

---

[198] NHTSA ID: 11398235.

[199] NHTSA ID: 11399486.

[200] NHTSA ID: 11399966.

[201] NHTSA ID: 11402584.

IT NEEDS A NEW TRANSMISSION 6K MILES JUST PAST FACTORY WARRANTY. I HAVE READ THAT NUMEROUS PEOPLE HAVE THIS ISSUE BUT NO RECALL HAS BEEN ISSUED.

202. On March 14, 2021, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[202]

INTERMITTENTLY THE CAR WILL LURCH AHEAD. THIS IS UPON START FROM A STANDING START AND ALSO ON THE HIGHWAY WHEN ACCELERATING. OUR SERVICE WRITER SAID THAT THERE HAVE BEEN SEVERAL COMPLAINTS BUT THAT IS JUST THE WAY IT IS. I HAVE NEVER HAD A CAR ACT THIS WAY BEFORE AND I THINK IT IS A SAFETY ISSUE. THIS HAS BEEN A PROBLEM SINCE WE BOUGHT THE CAR.

203. On March 17, 2021, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[203]

TL* THE CONTACT OWNS A 2019 TOYOTA CAMRY. THE CONTACT STATED THAT WHILE HIS WIFE WAS DRIVING 65 MPH, THE VEHICLE STARTED TO HESITATE. THE CONTACT STATED THAT THERE WAS NO WARNING LIGHT ILLUMINATED. THE VEHICLE WAS DRIVEN TO HER DESTINATION. THE VEHICLE WAS TAKEN TO CARLOCK TOYOTA OF TUPELO (882 CROSS CREEK DR, SALTILLO, MS 38866, (662) 842-6428) WHERE IT WAS DIAGNOSED WITH NEEDING TO RESTART THE TRANSMISSION CONTROLLER. THE VEHICLE WAS REPAIRED BUT CONTINUED TO EXPERIENCE THE FAILURE. THE VEHICLE WAS TAKEN BACK TO THE DEALER FOUR TIMES AND TRANSMISSION CONTROLLER THREE TIMES. THE VEHICLE WAS ALSO REPAIRED UNDER NHTSA CAMPAIGN NUMBER: 20V682000 (FUEL SYSTEM, GASOLINE). THE CONTACT STATED THAT THE FAILURE PERSISTED. THE MANUFACTURER WAS INFORMED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 6,000.

204. On March 25, 2021, the owner of a 2021 Toyota RAV4 submitted the following complaint to NHTSA:[204]

TL* THE CONTACT OWNS A 2021 TOYOTA RAV4. THE CONTACT

---

[202] NHTSA ID: 11402945.

[203] NHTSA ID: 11403548.

[204] NHTSA ID: 11404841.

> STATED WHILE DRIVING AT VARIOUS SPEEDS, THE GEAR SHIFTER DISENGAGED, PREVENTING THE CONTACT FROM SHIFTING GEARS. THE CONTACT STATED NO WARNING LIGHT WAS ILLUMINATED. THE VEHICLE WAS TAKEN TO TOYOTA OF DEERFIELD BEACH (1441 S FEDERAL HWY, DEERFIELD BEACH, FL 33441) WHERE IT WAS DIAGNOSED HOWEVER, NOTHING WAS REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER HAD NOT BEEN INFORMED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 2,000. THE VIN WAS NOT AVAILABLE.

205. On April 6, 2021, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[205]

> TL* THE CONTACT OWNS A 2019 TOYOTA CAMRY. THE CONTACT STATED WHILE DRIVING 50 MPH, THE VEHICLE JERKED AND VIBRATED ABNORMALLY. THE CONTACT STATED THAT THE FAILURE RECURRED SEVERAL TIMES. THERE WAS NO WARNING LIGHT ILLUMINATED. THE CONTACT TOOK THE VEHICLE TO DARCARS KIA OF FREDERICK (5826 URBANA PIKE, FREDERICK, MD 21704) TO BE DIAGNOSED. THE CONTACT STATED THAT THE VEHICLE WAS REPAIRED HOWEVER, SHE WAS NOT INFORMED AS TO WHAT CAUSED THE FAILURE OR WHAT WAS REPAIRED. THE CONTACT STATED THAT THE FAILURE RECURRED. THE VEHICLE WAS NOT YET REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 31,000.*DT*DT*LN

206. On April 21, 2021, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[206]

> VEHICLE JERKS WHEN IN MOTION OR BEFORE BRAKING. THIS IS DANGEROUS BECAUSE IT COULD CAUSE AN ACCIDENT. IT DOESN'T SEEM TO PROPERLY SWITCH SPEEDS WHICH ALSO CAUSE IT TO JERK FORWARD. AGAIN, POSSIBLY CAUSE AN ACCIDENT. IT CONSTANTLY SLOWS DOWN BECAUSE IT "DETECTS ITEM" WHEN THERE'S ABSOLUTELY NOTHING IN THE ROAD. IT WILL SLOW DOWN AT ANY TIME ON THE HIGHWAY. I'VE RECEIVED 2 MASTER WARNINGS ALERTS THAT THE DEALERSHIP SAID, WEREN'T REGISTERED IN THE VEHICLES DATA BASE. THE MASTER ALERT IS LOUD AND FILLS UP MY DASHBOARD SO, IT HAPPENED. IT HAPPENS ALL THE TIME.

---

[205] NHTSA ID: 11406731.

[206] NHTSA ID: 11413196.

207. On May 5, 2021, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[207]

> UNABLE TO PUT MY CAR IN DRIVE GEAR. STARTED MY SUV WANTED TO GET TO REVERSE. I TRY MAYBE 20 TIMES BEFORE I GOT TO IT. IT WAS HARD TO MOVE RIGHT AND DOWN. I WAS PARKED I MY DRIVEWAY WAS STEPPING ON MY BRAKES. HAPPEN 4 TIMES YESTERDAY. HAVE NOT DRIVEN TODAY.

208. On June 4, 2021, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[208]

> Transmission has a shock when shifting. It also revs high in order to shift, when it does it has to much power. Vehicle can decide when to shift it just jerks.

209. On June 17, 2021, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[209]

> The 2019 Toyota camry having issues with the transmission. When accelerating from a complete stop, the transmission hesitate for a few seconds before it jolts forward when shifting gears. it also does this when traveling at a higher speed. When I slow down approaching a red at 30mph, the light will turn green and when I try accelerating it jerks pretty bad. Another thing I've experienced is the car shaking or rattling while drive early in the morning. always happens between 630-700am. Ive gone to Toyota and they said the car have to get used to me driving.

210. On July 1, 2021, the owner of a 2019 RAV4 submitted the following complaint to NHTSA:[210]

> Abnormal bussing noises under the car when driving.

---

[207] NHTSA ID: 11415290.

[208] NHTSA ID: 11419603.

[209] NHTSA ID: 11421277.

[210] NHTSA ID: 11423113.

211. On July 18, 2021, the owner of a 2020 Toyota Sienna submitted the following complaint to NHTSA:[211]

> Car has about 16,000 miles. When accelerating slowly from a stop, vehicle hesitates, shakes, and runs rough as it slowly progresses thru first, second, & third gears. After transmission gets in fourth gear, hesitation and roughness goes away. This issue is rapidly getting worse.

212. On August 21, 2021, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[212]

> Transmission is some times shifts slow and then fast acceleration when pulling in traffic it hesitate to go all most like you are going to be hit by another car

213. On August 24, 2021, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[213]

> What component or system failed or malfunctioned, and is it available for inspection upon request? Transmission failure & power steering control replacement. Yes available to inspect How was your safety or the safety of others put at risk? We were on a family trip with two young kids in the mountains and going very low speeds... maybe 10 miles per hour. Our car stopped working. In the middle of a rush hour in heat at the top of the mountain, we had to get from the far left lane to the far right to stop. While trying to get over, the car jerked, revved, and we almost got into accidents because I just couldn't get the car to go without delayed reactions and then jerked to a fast motion. VERY UNSAFE! At the same time, check engine light, ABD, and sensor lights flashed on. I got on the side to turn the car off and on again and tried to go a little at a snail pace speed and still the same thing happened. We had to get towed over 100 miles away to our home with young kids. When we got it looked at, the transmission company let me know we had to replace it and we had a unsalvageable transmission and we needed to purchase a new one. He also ,mentioned he was suspicious because he doesnt regularly get my type of car but coincidentally he has seen at least 3 with the same make model and even color in his shop in the last couple of months. The sensor lights were a completely separate problem that happened at the same exact time, very suspicious. Has the problem been reproduced or confirmed by a dealer or independent service center? yes on both issues Has the vehicle or component been inspected by the manufacturer, police, insurance representatives or others? only transmission

---

[211] NHTSA ID: 11425334.

[212] NHTSA ID: 11430015.

[213] NHTSA ID: 11430356.

> company and certified Toyota servicer Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? Both warning lights appeared after the first jerking and dangerous switching lanes event. once we got over, all lights came on

214. On September 1, 2021, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[214]

> The car jerks upon acceleration. It is so pronounced that it causes whiplash in driver and passenger

215. On September 23, 2021, the owner of a 2019 Lexus ES350 submitted the following complaint with NHTSA:[215]

> While at a stop sign or light, I have experienced on at least five separate occasions where I press the accelerator and the vehicle does not move. I took it in to the Lexus dealer last year and have set up another appointment again next Monday September 27. There response is that they will put it on their diagnostic machine.

216. On September 29, 2021, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[216]

> Vehicle hesitates/jerks at low speeds, rolling stop (low mph) when initially pressing accelerator will jerk/hesitate/take a breath before dropping into gear. This is a KNOWN issue that Toyota has thus far selectively chosen which engine codes they will repair. It is clear, on this website alone, that this issue is universal. Technical Service Bulletin T-SB-0152-19 REV1 should be available to all Toyota Camry owners immediately. This needs to be recalled.

217. On October 5, 2021, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[217]

> While driving vehicle, all of a sudden, the vehicle will slow down, lose power, even while using cruise control set to a specific speed. It will hesitate and driver, will feel car, slow and jolt forward.this occurs all the time while driving, especially if

---

[214] NHTSA ID: 11431299.

[215] NHTSA ID: 11434058.

[216] NHTSA ID: 11434921.

[217] NHTSA ID: 11435635.

vehicle is warmed up.

218. On October 14, 2021, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[218]

> The contact owns a 2020 Toyota Camry. The contact stated while pulling out of the driveway, the accelerator pedal was depressed however, the vehicle failed to respond. There were no warning lights illuminated. The contact stated she depressed the accelerator pedal several times until the vehicle responded. The vehicle was not diagnosed nor repaired. The contact stated that the failure recurred while she was stopped at a stoplight. The vehicle was taken to the dealer who test drove the vehicle but could not determine the cause of the failure. The manufacturer was not notified of the failure. The vehicle was not repaired. The approximate failure mileage was 11,000.

219. On October 15, 2021, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[219]

> There is always a huge delay when accelerating with this car which has to do something with the transmission. If you press your foot on the gas, it will jerk and delay then take off. If you have to quickly accelerate to avoid a crash, you are not going to be able to since the car keeps doing this. I had a car speed towards me and I needed to get out of the way, but this delayed my acceleration and jerked. Luckily the other car braked and my car moved away enough after the delay to avoid any crash. This needs to be fixed on the 2019 models.

220. On October 20, 2021, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[220]

> The transmission shutters very badly which makes it difficult to merge onto the freeway. It will clunk into drive at times. It also makes a whining noise when speeding up before shifting. I have a 2021 Camry as well and it is much much smoother and has none of the same problems like my 18

---

[218] NHTSA ID: 11436788.

[219] NHTSA ID: 11436884.

[220] NHTSA ID: 11437576.

221. On October 30, 2021, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[221]

> Transmission shifts absolutely terrible hunts for gears constantly. It'll clunk going from drive to park. The vehicle hesitates for more than a couple seconds sometimes when merging on the freeway making it dangerous when trying to get on. Toyota needs to recall these transmission and put the ones they fixed in

222. On January 29, 2022, the owner of a 2019 RAV4 submitted the following complaint to NHTSA:[222]

> Car hesitates when pulling out from a stop. The natural reaction is to depress accelerator more causing a shift feels like a lower gear and the car pulls out abruptly . This happens very often and I contribute it to lower gas mileage then car is rated at along with accelerated tire wear. I feel it is a safety issue when merging into traffic and causing a possible accident. I've taken my concerns to dealership on numerous occasions with complete disregard of condition calling it a " characteristic" of the vehicle. I feel there needs to be a recall to correct this issue.

223. On February 2, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[223]

> Firstly I have experienced some weird behavior when accelerating from a stop and the vehicle quickly ramped up the rpm over 5k without shifting at all until correcting itself at the speed I was desiring. I wasn't stepping hard on the pedal at all and was just trying to get to 30 mph. Additionally I experienced some hard shifting when accelerating abruptly as well. Making the acceleration not very smooth when passing someone in high speed traffic.

224. On February 9, 2022, the owner of a 2019 Lexus ES350 submitted the following complaint to NHTSA:[224]

> I leased a 2019 Lexus ES300H in March of 2019. About 1 year later, the vehicle started having serious mechanical issues related to the power of the vehicle and put my life in danger on 3 different occasions. The vehicle has a serious problem with losing power. The very first time that this problem occurred, I was in the left only

---

[221] NHTSA ID: 11438719.

[222] NHTSA ID: 11449351.

[223] NHTSA ID: 11454197.

[224] NHTSA ID: 11451094.

> lane attempting to make a left turn. When it was safe to do so and there was enough distance between me and the nearest vehicle driving in the opposite direction, I pressed on the accelerator to make a left turn and my vehicle suddenly lost almost complete power. I had the accelerator pressed all the way to the floor and the vehicle was barely moving like 3-5 miles per hour. Me and the other vehicle that was coming kind of fast in the opposite direction almost got into a head on collision. I would have very easily and safely, without even rushing, cleared the intersection and completed the left turn had this not happened. After collecting myself from the terrifying experience I just went through and having my life flash before my eyes, pulled over and called Lexus Roadside. They came and towed the vehicle to the dealer. The dealer kept the vehicle for some time, but was not able to duplicate the problem and told me that there is nothing with the vehicle. Regardless of how much I insisted that they do further tests, they refused and told me that the mechanic he driven it home at night and back in the morning and could not duplicate the issue and that if I didn't come to pick up the vehicle, they would park it on the street where it would be subject to tow. After picking it up and literally after about 20 minutes of driving it, almost the same thing happened while I was on the freeway on my way home. The vehicle lost power again and I almost got into an accident. A similar incident occurred the third time. Took the vehicle to service 3 times. Brand engagement has not done a single thing. Lemon Law Department denied the case. Been paying.

225. On February 24, 2022, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[225]

> Since I brought this car at dealer shop June 1 2021 and I'm about a month went to repair vacuum pump which paid to the mechanic after that check engine light came out little by little start to have more problem until October 1st 2021 stop working doesn't run no more couldn't do nothing at all it does start but doesn't run when the car is Lyft up the wheel kinda runs little bit but putting on D and wheel goes reverse and putting on R the wheel doesn't run nothing at all. Spoke with dealer shop manger all he say don't call me here no more hung up. I tow car to toyota dealer all they say is seven grand to have transmission fix which its not transmission at all the scanner says transmission pass please help me now my car is been repo and because I didn't pay payment for what because car is not working and running I don't have money or job without car my life is done I need this car back asap please

226. On March 4, 2022, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[226]

> The contact owns a 2021 Toyota Camry. The contact stated while driving 5 MPH

---

[225] NHTSA ID: 11453733.

[226] NHTSA ID: 11455243.

into a parking space with the brake pedal depressed, the vehicle lunged forward. There was no warning light illuminated. The vehicle was towed to the dealer but was not diagnosed or repaired. The manufacturer was notified of the failure. The approximate failure mileage was 16,500.

227. On May 2, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[227]

> I recently purchased a 2019 Camry LE with 18k miles, I've noticed many instances of poor acceleration, struggling to find gears, very jerky shifting when coasting and re accelerating. I was attempting to pass a vehicle on a 2-way highway on which I had more than enough time and distance to pass, but as I merged to pass the transmission felt like it didn't know what gear to be in and I could not accelerate and I had to slam on my brakes and quickly jump back into my original lane to avoid being hit by a super duty pickup. Had a service advisor tell me it's a common issue with these transmission and they pointed to a couple other models with the same issues only to then be told by someone else that it's a "characteristic" of the transmission, this is a major safety concern. Under no circumstances should a problem that almost got me killed be called a "characteristic", this is a serious issue that I wish I was told about when purchasing my car. Extremely disappointed, I'm too scared to drive this car because of a close call I had within 150 miles of my purchase. Something needs to be done, as I've noticed many other similar complaints that almost got other people hurt or killed.

228. On June 1, 2022, the owner of a 2019 RAV4 submitted the following complaint to NHTSA:[228]

> Abnormal Buzz/Groan Noise at 20 - 30 mph: The vehicles exhibits (again, as in 7/2020) an abnormal buzz/groan (rear) noise at 20 – 30 mph when accelerating from a stop, and/or at 13 – 20 mph on deceleration after driving the vehicle for 15 – 20 minutes or more. And also a "clunk" noise. This occurs with "Normal" drive mode selected. I am very worry, this very same problem as in 2020 keeps happening!! This is not a 5 star Toyota vehicle for sure, very worry!

229. On June 30, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[229]

> My issue is with acceleration of the car from the start and sometimes driving at

---

[227] NHTSA ID: 11463027.

[228] NHTSA ID: 11466925.

[229] NHTSA ID: 11471836.

> lower speeds. There's a significant lag when you step on the acceleration and then it just gets activated and car starts accelerating rapidly. It seems that the transmission can't keep up with the accelerator. Also there's a vibration coming from transmission between speeds of 40-50 mph, in general I want to say that it runs a bit rough.

230. On June 30, 2022, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[230]

> June 17, 2022, driving on San Diego freeway north near Sherman oaks California, the Transmission suddenly loses power, however the engine still running feels like the gearbox out of any actions, luckily it’s downhill, managed sliding to the shoulder stopped, The warning light says” turn off traction control”, and “ check engine “ It was rush hour, it was dangerous, after parked few minutes turn off and turn on the engine shift to drive gear the transmission only shifting to lower gears ( 1 or 2) moving slowly, So I managed get of next exit, and stop for few minutes, the I try starting again and driving low gear home, Next morning I turn on the engine the check engine light still on but transmission acted normal, I drove to the Northridge Toyota dealer, which is 2 miles away from my house, Took them 3 day, to return to me, they said it was a coil issue and luckily they didn’t charge me,

231. On July 14, 2022, the owner of a 2019 RAV4 submitted the following complaint to NHTSA:[231]

> My vehicle 2019 Toyota Rav 4 Limited has transmission and engine issues as well as a roof rack leak. I have reported this to Toyota via 1-800-331-4331, which was not helpful. Israel stated that there is nothing that Toyota Cooperate can do about this issue. Both the transmission and engine had been previously repaired at Toyota of Laredo to no avail. Currently my vehicle is awaiting repair at Cavander Toyota in San Antonio. No loaner was provided despite me being a home health therapist who needs her vehicle to work.

232. On July 18, 2022, the owner of a 2021 Toyota RAV4 submitted the following complaint to NHTSA:[232]

> I have been having continuous problems with the transmission jerking and slipping passengers can also feel this. I am also experiencing vibration in the steering when you get up to high speeds around 60-80 mph. The car also has a habit of lunging

[230] NHTSA ID: 11471812.

[231] NHTSA ID: 11473988.

[232] NHTSA ID: 11474455.

forward suddenly when the gas saver light goes off which can cause it to hit other vehicles.

233. On July 22, 2022, the owner of a 2019 Lexus ES350 submitted the following complaint with NHTSA:[233]

> The first incident occurred sometime in late June/early July...indicator lights mentioned below came on and I cleaned off sensors and indicator lamps disappeared on this occurrence. On July 13 2022, I was driving on a busy local road when the following malfunction indicators were displayed: brake system warning, 'check' engine malfunction indicator lamp, electric power steering system warning, parking support brake system, and pre-collision system. As these indicators were displayed, simultaneously the vehicle decelerated to an almost complete stop on the road (though I was pressing gas pedal to floor) and then to a complete stop as I was able to blessedly pull over to a gas station without getting hit (the car sounded like putt, putt as it shut down). The vehicle would not start even though I cleaned off the sensors this time...I sat for about 15-30 minutes and the vehicle restarted and resume normal operations until I was able to get home safely. This happened again on 15 July 2022 while I was driving on I-75N, a truly busy interstate, I was switching lanes to get to the far right lane when all of a sudden, the aforementioned indicator lamps displayed and the vehicle decelerated to a complete stop as I was able to pull over onto the shoulder of the highway...I believe since I had a family member following me, that definitely kept an accident from occurring along with the oversight of the good Lord. While we sat and waited for tow services, I tried wiping the sensors to no avail...yet, upon 30 minutes of waiting, the vehicle restarted and resumed normal operations. I drove vehicle to an auto shop in which they did a vehicle diagnostics check and couldn't find anything wrong...they even drove vehicle to see if problem would reoccur but to no avail.

234. On July 29, 2022, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[234]

> While entering the highway/merging onto on ramp. Have to yield to merge, upon slowing or reaccelerating. Vehicle hesitates and feels as if gear not catching/slipping.

---

[233] NHTSA ID: 11475224.

[234] NHTSA ID: 11476466.

235. On August 1, 2022, the owner of a 2020 Toyota RAV4 submitted the following complaint to NHTSA:[235]

> My 2020 Rav4 transmission is lagging power during acceleration and will not get up to speed, and also is stumbling and making a pulse like motion during acceleration. My safety and my family safety and others safety are put at risk when entering a highway, feeder, any busy road. We have taken it to the dealer for them to inspect it and the mechanic told us that his personal Rav4 does the same thing but doesn't understand why. It has started a few months ago I don't remember the exact time but however it is becoming more common and there are no warning lights when this problem occurs.

236. On August 7, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[236]

> My Toyota Camry LE with the 8speed at times will jump in and out of gear, and it has really bad reacceleration lag. This lag in acceleration has at times almost caused accidents while merging onto the interstate and while pulling out into traffic.

237. On August 15, 2022, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[237]

> Acceleration felt weird when is performed from full stop or moderate speed to a "chase" speed (high revolutions), it doesn't respond according to the action taken to the gas pedal. Also the crash sensor went off from time to time.

238. On August 18, 2022, the owner of a 2021 Toyota Avalon submitting the following complaint to NHTSA:[238]

> The contact owns a 2021 Toyota Avalon. The contact stated while diving approximately 50 MPH, the engine and transmission warning lights illuminated. The contact also stated that the windshield had detached from the frame. The contact stated that the rear doors were failing to close correctly. The contact stated the vehicle would roll with the brake pedal depressed before coming to a stop. While driving approximately 75 MPH, the steering wheel fractured and the air bags inadvertently deployed. Additionally, the headlamps and turn signals also failed to

---

[235] NHTSA ID: 11476819.

[236] NHTSA ID: 11478053.

[237] NHTSA ID: 11479401.

[238] NHTSA ID: 11479951.

operate as needed. The vehicle was returned to the dealer who stated that front door master switch, the pillar and racket, the brakes, the headlamps, and turn signals needed to be repaired or replaced. The vehicle was repaired; however, the failure persisted. The manufacturer was made aware of the failure. The approximate failure mileage was 2,500.

239. On August 27, 2022, the owner of a 2022 Toyota Camry submitted the following complaint to NHTSA:[239]

> Check engine light on. When I put my 2021 Toyota Camry in drive car jerks and check engine light goes on. Happened today.

240. On September 3, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[240]

> Since day one of buying my 2019 Toyota Camry XSE, I've noticed a hesitation when taking off from a complete stop. When you press the gas, theirs a delay then a jerk.

241. On September 14, 2022, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[241]

> The contact owns a 2017 Toyota Sienna. The contact stated while driving 60 MPH with her four children in the rear seats, the vehicle started jerking and decelerated independently. Additionally, the transmission was slipping. There was no warning light illuminated. The contact continued driving; however, the transmission continuously slipped out of gear. The vehicle was towed to the dealer where it was diagnosed that the failure was associated with Toyota UA80 Transmission program. The dealer contacted the manufacturer who agreed to cover the repair of the vehicle. The vehicle was repaired. The manufacturer was notified of the failure. The failure mileage was approximately 45,000.

242. On September 18, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[242]

> I am having issues with my transmission and the dealer is saying that is normal and

[239] NHTSA ID: 11481552.

[240] NHTSA ID: 11482784.

[241] NHTSA ID: 11484475.

[242] NHTSA ID: 11485012.

the car is struggles to get up to speed

243. On September 19, 2022, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[243]

> My car was manufactured in 10/2018. My car is experiencing whine noise from the transmission while driving, harsh shifting and reduced power. This issue also appeared on previous year models from 2017-2018 and was taken care under bulletin "T-SB-0160-18". However, I called Toyota and they don't want to fix my vehicle under that bulletin even though the issue my car faces is the same. I checked online and many Toyota Highlander Owners face the same issue. I can be contacted on [XXX] or [XXX] Thanks, [XXX] INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

244. On September 24, 2022, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[244]

> When I'm cruising about 35 mph, let off the gas and decelerate, then give a slight bit of gas, I feel a "bump" in the drive train. It's more like slop in the transmission....sounds like a metal To metal noise...this happens after car is driving more then 30 min or 45 min.

245. On September 25, 2022, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[245]

> Purchased this 2018 Toyota Camry SE from DCH Wappingers Falls Toyota as a "Certified Pre-owned Vehicle". During early periods of ownership, the transmission noticeably experienced hard, jerking shifts during acceleration and de-acceleration between the first several gears of this 8-speed automatic transmission. The vehicle was brought back to the selling Toyota dealer where they said the transmission's performance was within spec and this was "normal" for this transmission. The most recent return for the transmission problem was April 2022 where the service advisor at the selling Toyota dealership stated their mechanic confirmed both that the vehicle received the software update issued by one of Toyota's TSB's (Technical Service Bulletin) which addressed owners/complainants' reports of hard shifting, and they confirmed the transmission had the proper level of fluid. It was noted there is no dipstick to check transmission fluid and I was informed this has to be done by a mechanic with the car on a lift

243 NHTSA ID: 11485278.

244 NHTSA ID: 11486230.

245 NHTSA ID: 11486272.

> from underneath the Camry. On Friday evening 09/24/2002, while driving Camry, the transmission began to stutter andsoon failed to engage ANY of it's gears and when pressing on the accelerator, the engine would Rev with increased RPM's, but the vehicle would not move. It had to be towed back to the DCH Wappingers Falls Toyota Dealership where it is currently parked with an inoperable transmission awaiting a diagnosis for either repair -o- replacement.

246. On September 27, 2022, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[246]

> Highlander with approximately 650 miles on it had a transmission failure while on interstate 69 north of Evansville Indiana. The car seemed to shift into passing gear a few times while the cruise was set and we bumped it off cruise and coasted to a stop . The car would not move after we stopped . There was transmission fluid all over the drivers side and rear of the car and a puddle under it . We called Toyota roadside assistance and had the car towed to the nearest dealer.

247. On September 28, 2022, the owner of a 2020 Toyota Sienna submitted the following complaint to NHTSA:[247]

> For a month prior, there were intermittent incidents of the van shuddering and the RPM needle jumping upon ignition. Sometimes the van would have a hard time accelerating before jerking and driving normally. No issues before this started in late July and no indication when/where would occur. •September 15: drove the van all day running errands. It drove normally. Filled up the gas tank (Gulf gas station), then continued errands. About a half hour later, while at a stop sign, a notification appeared that the "Traction Control System has been turned off" and the check engine light came on. Tried to move through the stop sign, but the van would barely go. Applied the gas, but no results. Able to turn onto a side street and had to have it towed to Toyota of Irving. The Service Advisor stated the issue was due due to bad gas and indicated the van needed to be flushed and the fuel injection system cleaned. Paid $725 for these repairs. •September 17: Started van in driveway. Shuddering and RPM needle jumping again. Drove normally. •September 21: Same as above. •September 25: Drove the van all day with no issues. Filled up with Valero Plus gas. As we pulled out of the gas station and sitting at the light, the Traction Control message and check engine light again appeared. The van would barely go to get us through the traffic light and into a nearby parking lot. Once we parked, the screen displayed the following message:"A malfunction in the electronic control of the engine, throttle, or automatic transmission has been detected." Had the vehicle towed to Toyota of Irving. The service advisor called 2

[246] NHTSA ID: 11486821.

[247] NHTSA ID: 11486860.

days later to say they cannot detect any issues.

248. On October 2, 2022, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[248]

> My vehicle lost power while driving on the interstate. I pulled over and smoke started coming from under the hood. Flames then started approximate 10-20 seconds later. Flames consumed the vehicle for a total loss. My insurance company declared the vehicle a total loss. Toyota stated they are investigating the issue. The police and fire department were present. The loss of power happened with no warning. There was a brief flash of the check engine light followed by a low power mode warning. I had just pulled over off of the interstate. This happened within 30 seconds of the vehicle catching on fire.

249. On November 2, 2022, the owner of a 2021 RAV4 submitted the following complaint to NHTSA:[249]

> Vehicle stumbles on moderate acceleration from slow speed, hesitates shifting also. Problem has persisted since new. Dealers rep "they're all like that. can't find any problem. No warning lamps. I think there is a TSB but it seems well hidden. I feel it is a safety issue - acceleration from low speed compromised. We have 2 more 2021 rav4s in the family that do not do that. I believe Toyota knows about this problem. Also had a problem with vehicle slamming violently into lower gear when coming to a stop. Dealer could not find problem. I checked vehicle and found air filter housing not properly secured. I latched it properly and that seemed to solve slamming into lower gear problem. Dealers mechanic (?) must have not latched it properly after 12 month service. No telling how much dirt was sucked into engine while that was happening. The stumbling/ drivability hesitant shifting problem persists. Several people have reported this problem. One was fixed by a dealer attending to a software problem. This is a known problem that is being ignored. This has happened since new Jan 29, 2021.

250. On November 7, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[250]

> Transmission shifts extremely jerky. Sometimes it seems like it shifts too early or too late. I don’t feel like this transmission is acting like it should at all. The

---

[248] NHTSA ID: 11487549.

[249] NHTSA ID: 11491897.

[250] NHTSA ID: 11492572.

dealership says that it's normal but I've never had a car drive this way

251. On November 10, 2022, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[251]

> While traveling 54 mph my transmission stop responding to my gas peddle input. I pulled over to the side of the highway and placed the selector into neutral and back into drive which help with the problem but it returned within minutes. The check engine light illuminated and I drove to the mechanic and was told that the diagnostic code was the transmission sensor and the sensor was checked but know problems were found. With this car, I have pulled into the highway, in traffic , in the car stalled, as if it had extreme Turbo Lag which is very dangerous. The transmission is awful.

252. On November 18, 2022, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[252]

> This is the second major failure I have experienced with my 2017 Toyota Highlander. I have already filed a complaint about the transmission failure earlier this year. On November 14, 2022, I noticed a knocking sound coming from the engine. My husband was able to ascertain that the noise was coming from the water pump and that the water pump gasket had failed. He checked the coolant fluid and all coolant fluid had leaked out, both the reserve tank and radiator had NO coolant fluid remaining. If I had continued to drive the vehicle, it would have overheated and possibly caused more damage. Thanks to the cooler temperatures we have in November, I did not experience the engine overheating. There were no warning lights or any other indicator that something major was wrong with the vehicle. We called our Toyota dealership and were told that the vehicle which now has 50,100 miles, is out of warranty and we would be responsible for the repair. The normal life of a water pump is over 100,000 miles and with this complete failure of this major system, I do not trust the safety of this vehicle with this being the second major system to completely fail in this vehicle.

253. On November 18, 2022, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[253]

> On March 9, 2022, the transmission in my 2017 Toyota Highlander completely failed while I was driving on a busy road during rush-hour traffic. I was

---

[251] NHTSA ID: 11493151.

[252] NHTSA ID: 11494126.

[253] NHTSA ID: 11494124.

approaching a stop light and was braking when the vehicle lunged forward and then stopped moving. I pressed the accelerator to move up to the stop light but the vehicle would not move, even though it was in Drive gear. I changed the gear to Park and then back to Drive and the vehicle still would not move. The engine was revving and the RPMs were increasing but the vehicle would not move while in Drive gear. I also tried to reverse but the vehicle still would not move. I had to exit the vehicle and ask for assistance from other motorists to physically push my vehicle off the road into a parking lot so as not to continue blocking the busy road. I called for a tow truck which towed my vehicle to Scott Clark Toyota City dealership in Matthews, North Carolina. They inspected the vehicle and the next day let me know that transmission had completely failed. They added that they had never experienced this and it was especially unusual on such a new vehicle. The vehicle was only 5 years old and only had 45,000 miles with no prior issue or warning. We bought the vehicle new in 2017 and it has been serviced regularly by a Toyota dealership. Thankfully, the vehicle was still under factory warranty and the transmission was replaced at no cost to me.

254. On November 22, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[254]

Transmission issue. Almost getting rear ended because the 8 speed transmission can't find a gear to go in without almost tearing itself apart. Time after time, this transmission jerks, hesitates, lurches, and hunts for a gear to go into. I'm getting really scared that it's going to cause an accident.

255. On December 19, 2022, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[255]

I was traveling on the Capital Beltway (495) during morning rush-hour in my 2019 Toyota Sienna Minivan. Normal Road Conditions: Stop & Go traffic in the right-most lane around 9:30am on December 14, 2022. All of a sudden and without warning, when attempting to accelerate and keep up with traffic after the vehicle was stopped, I found that I was unable to move forward. (There was no indication that my vehicle was suffering from mechanical failure prior to this incident and no visible alert or alarm was triggered) At that point, I powered down the vehicle after turning on the hazard indicator lights. After re-engaging the ignition, I then tried to move forward, and found the vehicle to be unresponsive. A tractor trailer was directly in back of me and was inching closer as to keep up with the rush-hour traffic. I was immovable at that moment and waived the truck around. After finding a break in traffic, I attempted to move out of the right-most lane, but with the transmission not responding to the Drive function, found that my only

[254] NHTSA ID: 11494647.

[255] NHTSA ID: 11497982.

> course of action was to to engage Reverse and move to the Right shoulder of the highway. I then notified triple A and my vehicle was towed to a local garage for evaluation. Upon initial evaluation is was determined that it was either related to where the shift cable goes in to the transmission, or complete transmission failure. It is highly unusual for a Toyota transmission to fail at 71.000 miles (odometer reading at the time of the incident). I currently have two other Toyota vehicles with odometer reading in excess of 140,000 miles. I am concerned for the safety of my family and myself, as this is the primary vehicle used for transport. A 3 year old car with less than 100,000 miles should not suffer from transmission failure. This is a major safety concern. What if this happened and I was not in stop and go traffic or already in the slow lane, on a major highway?

256. On December 28, 2022, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[256]

> unsafe condition , throttle becomes unresponsive intermittently no response right after starting the engine , no messages on dash to alert driver like reduced power or any CHECK ENGINE LIGHT that will show a component DTC , vehicle has been twice at the dealer ship with no fix results, last time the computer was reprogramed but problem not corrected , they claim not be able to recreate condition , I am concern this may happen while the vehicle is driven changin lanes or passing other car.

257. On January 1, 2023, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[257]

> Toyota Camry 2018 SE - 8-speed automatic transmission fails to engage properly when leaving stoplight or making slow turn from highway. Left stoplight and made left turn at next intersection where transmission failed to engage and vehicle stopped moving (engine remained on but transmission disengaged). Number of following vehicles made emergency maneuvers to avoid the stopped vehicle. Put vehicle in Park, turned off ignition then restarted. Vehicle OK after that (this was fourth time a similar incident occurred with subject vehicle). Toyota dealer in Katy TX could not identify source of problem and indicated that nothing could be done to help. No other technical inspection was conducted other than by Toyota technicians. No warning lamps or signs prior to failure.

---

[256] NHTSA ID: 11499282.

[257] NHTSA ID: 11499701.

258. On January 1, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[258]

> Transmission problem in our 2017 Toyota Highlander started at 104k miles. unfortunately for us out of warranty and lucky for dealer and manufacture who shifted the cost to consumer outside warranty. We experienced delayed and sudden shifting, slow at accelerating. One day the engine kept revving but car was not moving. Also reverse gear stopped working. We brought the car to local dealer, who gave us every excuse in the world that it was our driving habit, we take it off roading etc etc. The truth I am a very careful driver which I am sure the dealer laughed at me for saying that. Never took the car off roading, or on monthly long trips. All services were completed by the dealer. The quoted us a cost of $9500 plus tax plus $250 diagnosing fee. Also reported the issue to Toyota consumer line, got the same answer car is outside warranty and no cost sharing as no official recall has been issued. Upon doing some research, we came across similar issues reported by same model. The sad part is local dealership was fully aware of similar issue, yet they failed to warn customers or suggest necessary repairs while the car had full warranty. A tech at dealer even said, they are not going to suggest it as in that case the repair would have to be done at dealers expense. How, is this ethically right to leave the consumer in dark, at risk on the road and blame the problem on bad driving habit? This is perfect case of bad dealership and a company hiding their problem. Wait till actually someone dies to issue a recall?

259. On January 12, 2023, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[259]

> The contact owns a 2020 Toyota Camry. The contact stated while driving at an undisclosed speed, the vehicle was vibrating. The vehicle was taken to a transmission specialist, who diagnosed that the torque converter needed to be replaced. The vehicle was then taken to the dealer, where the transmission mounts were replaced; however, the failure recurred. The vehicle was not repaired. The manufacturer was made aware of the failure and a case was filed. The failure mileage was approximately 144,000.

260. On February 6, 2023, the owner of a 2022 Toyota Camry submitted the following complaint to NHTSA:[260]

> Hearing humming noise after 40MPH and after inspection at toyta service the said

---

[258] NHTSA ID: 11499691.

[259] NHTSA ID: 11501419.

[260] NHTSA ID: 11505923.

its an issue with the transmission. Its a brand new car with around 8k mile

261. On February 22, 2023, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[261]

> Transmission issues car will not accelerate and then will abruptly speed up. The vehicle will stall at 15 mph and then shift and shake. The safety of driver put at risk while on the road because the car would go from 15 mph to 40 mph and traffic following behind could potentially rear end vehicle. Dealership inspected vehicle and informed Camry will need new transmission, no warranty left, current mileage only 69,500. No warning lamps, messages, or symptoms prior to failure. The vehicle was serviced at Toyota late December and no transmission issues indicated. The vehicle was purchased new directly from Toyota dealership. The vehicle should not have transmission issues with mileage of only 69,500. Toyota has failed consumers enormously with the 2018 Camry SE model.

262. On February 26, 2023, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[262]

> My 2019 has an acceleration delay issue. I have taken it in to get it checked, and Toyota says that it checks out according to their standards. However, the issue has never gone away, and I have had to learn how to drive and accommodate this severe and dangerous safety issue. When I press the acceleration pedal, there is a delay when I'm at a complete stop or in the low gears. I try to make sure that I do not get into a situation where I may need to accelerate quickly to avoid an accident, and I pray that I never find myself needing to accelerate quickly. Unfortunately, it's been an ongoing issue, and Toyota does not recognize it nor offer to fix it.

263. On February 27, 2023, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[263]

> Hesitation on acceleration from slow or rolling stop. When I step on the gas it takes a while to respond also when you slow down and accelerate again it hesitates to go .This has been an ongoing issue. It started around 2500 miles. Vehicle only has around 4000 miles total.

---

[261] NHTSA ID: 11508619.

[262] NHTSA ID: 11509218.

[263] NHTSA ID: 11509255.

264. On March 12, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[264]

> Transmission lost power while driving and began to slip. Had to pull over immediately. Check engine light illuminated. Happened again several more times before I was able to take to dealer. Dealer was able to reproduce and diagnosed as transmission failure requiring replacement for $10k. Due to the low miles and age (6 years, 3 months) I requested that Toyota help cover costs which they declined to do. This is a dangerous situation and I believe Toyota should have fixed as goodwill.

265. On March 15, 2023, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[265]

> The transmission had a growling noise at low speeds. The dealer said that a new transmission is needed. Online complaints show that a badly designed transmission is failing very early in this vehicle and a class action lawsuit was filed because of this transmission.

266. On March 19, 2023, the owner of a 2019 Lexus ES350 submitted the following complaint with NHTSA:[266]

> The vehicle stalls when I try to take off causing me to pull into traffic slower.

267. On March 23, 2023, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[267]

> My 2019 has an acceleration delay issue. I have taken it in to get it checked, and Toyota says that it checks out according to their standards. However, the issue has never gone away, and I have had to learn how to drive and accommodate this severe and dangerous safety issue. When I press the acceleration pedal, there is a delay when I'm at a complete stop or in the low gears. I try to make sure that I do not get into a situation where I may need to accelerate quickly to avoid an accident, and I pray that I never find myself needing to accelerate quickly. Unfortunately, it's been an ongoing issue, and Toyota does not recognize it nor offer to fix it.

---

[264] NHTSA ID: 11511424.

[265] NHTSA ID: 11511994.

[266] NHTSA ID: 11512648.

[267] NHTSA ID: 11513416.

268. On March 24, 2023, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[268]

> The contact owns a 2018 Toyota Sienna. The contact stated while driving at an undisclosed speed, the vehicle hesitated while accelerating. Several unknown warning lights were illuminated. Additionally, the "Pull Over - Take to Dealer" message was displayed. The vehicle was taken to the dealer, where it was determined that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure and confirmed that the VIN was not included in Customer Support Program: ZJC (Coverage for UA80 Transmission). The failure mileage was approximately 132,000.

269. On March 27, 2023, the owner of a 2022 Toyota Camry submitted the following complaint to NHTSA:[269]

> Intermittent humming sound at 40MPH or faster at around 8k miles. Dealership said it is a normal sound. Humming sound became louder and happens more often. Brought the car back to the dealership and they confirmed that the humming sound is coming from transmission and needs to be replaced. Toyota Camry 2022 SE at 11k miles needs to have transmission replaced.

270. On April 7, 2023, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[270]

> 2019 Highlander has whining noise when accelerating so we brought it into the dealership. They stated it needs a new transmission assembly - $11,741.41. This is unacceptable for a four year old vehicle. I have contacted Toyota directly, they stated there is nothing they can do for us because we are over the 60,000 warranty.

271. On April 29, 2023, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[271]

> I financed my 2019 Toyota Camry LE with about 43,000 miles on it in 09, 2022. After having the vehicle for a couple days I noticed a delay in acceleration especially when starting from a stand still. I press on the gas to make a right turn onto a busy street and my car stalled/lagged for a couple of seconds before the car

---

[268] NHTSA ID: 11513668.

[269] NHTSA ID: 11513893.

[270] NHTSA ID: 11515964.

[271] NHTSA ID: 11519553.

lurched and the rpm's jumped up significantly. I was almost hit by a car since my car wasn't able to pick up speed in time and the stall/lag placed me in harms way and kept me there. The car swerved and honked at me rightly so. When breaking getting off the freeway and my car shakes violently and the brakes doesnt seem to be working 100%. I took my car into an autobody shop near me work where I voiced all my concerns and needed to know if I just bought a faulty car. After doing a full inspection and a test drive the mechanic agreed about the delayed acceleration but the car didn't have any warning codes so they assumed that their was nothing wrong with the car. I continued to drive the car and tried my best to write off the way the car drives as normal not worry. More and more incidents occurred where I was almost hit due to the lag in acceleration. Now the lag is accompanied by the car shaking/jolting through the lag. The shaking while breaking started happening from medium speeds as well as the higher speed previously. My car has also gotten increasingly louder when started, running, and in idle. The engine over revs continuously. I have a hard time keeping the car at a steady speed. I called Toyota and have an appointment tomorrow AM to have this checked on though I'm not optimistic that they will take responsibility for defect let alone fix my actual problem. From the research I've done on this car I found that people with similar issues were ignored/dismissed by Toyota and given no compensation. I have 3,000 miles left of warranty. I have 5.5 years and 20k+ to pay off and I'm afraid I'll be left with a hunk of junk and out a lot of money.

272. On May 1, 2023, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[272]

The contact owns a 2019 Toyota Camry. The contact stated that while driving at an undisclosed speed, the contact depressed the accelerator pedal; however, the vehicle failed to accelerate. The failure occurred intermittently. The vehicle was taken to the dealer; however, no failure was found. The failure recurred. The vehicle was taken back to the dealer, who was unable to duplicate the failure. The failure recurred. The vehicle was taken to a second dealer Marietta Toyota (750 Cobb Pkwy SE, Marietta, GA 30060) but no failure was found. The manufacturer was made aware of the failure. The failure mileage was approximately 28,000.

273. On May 11, 2023, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[273]

While parking, the shifter was inadvertently left in reverse. The engine was turned off while foot was still on the brake. After preparing to exit the car and removing my foot from the brake, the car began rolling forward until I noticed and slammed on the foot brake. We are used to the vehicle parking brake engaging automatically

[272] NHTSA ID: 11519780.

[273] NHTSA ID: 11521620.

> as there is no way to do so manually, that we know of. There was no warning that the shifter was not in park and no audible or noticeable visual notification that the vehicle was not in park. In some cases, on a flat surface when the vehicle wasn't in park, it didn't allow me to shut off or arm the security system. In this case, I was able to stop the vehicle and fortunately there was nothing in front of the vehicle. Since the vehicle was powered off, anti-collision likely would not have stopped a collision.

274. On May 13, 2023, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[274]

> Hard downshift striking fear!

275. On June 1, 2023, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[275]

> The contact owns a 2020 Toyota Camry. The contact stated while driving at various speeds, the vehicle was hesitating while accelerating. The contact stated that the transmission was skipping gear with the gear selector erroneously indicating that the transmission was in neutral while driving. The vehicle was taken to the local dealer who diagnosed that the transmission wiring harness was faulty. The wiring harness was replaced but the failure persisted. The manufacturer was not yet notified of the failure. The failure mileage was 15,780. The consumer stated she no longer has possession of the vehicle.

276. On June 1, 2023, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[276]

> Car was recalled for fuel pump and I repaired in 8/2020 with approximately 11,190 miles. I had complained that car, since time of purchase and had 4662 miles when I insisted Toyota fix this, (hunted for gears, hesitated, lagged when accelerator pushed, and had poorer gas mileage than expected). The car now has 34,875 miles on it and is doing the same thing, hesitating, lunging between gears. Our mechanic confirmed this and stated worse when using a.c. Called Toyota Customer Service and they said the car was out of warranty for the pump repair, but perhaps not the power train, transmission, etc. Have not gotten back to me yet, but has not been one working day after spending 2.5 hours on the phone with them yesterday. This is a safety issue, I press on the gas to make a turn and it lags leaving me in traffic. My

---

[274] NHTSA ID: 11521864.

[275] NHTSA ID: 11524893.

[276] NHTSA ID: 11528072.

> 2007 Sienna, which is still running for my daughter, never did this and has full power when called upon. Toyota needs to repair the entire fuel system, transmission, if they cannot fix this. There are no warning lights when this happens & it is happening more frequently. Dealership told me they could not put another pump on car and to contact Toyota Customer Service and gave me the number. When we had the car for about a month, dealership said we were just not used to driving a car with this type of transmission and car was low on oil, we added oil and dealership said we used the wrong type, but we figured some oil was better than no oil. We are boomers and have been driving cars for decades, with clutches and without and we know how to drive a vehicle.

277. On June 6, 2023, the owner of a 2022 Toyota Camry submitted the following complaint to NHTSA:[277]

> the car started hesitating when accelerating. The vehicle started to lose power and all the lights came on. Check Engine, Pre-collision warning system malfunction, Vehicle stability control system malfunction. Took my vehicle in and Toyota Dealer said at first they couldn't figure out what was wrong. Then decided to replace the transmission. It has been nearly 2 months and still cant get the parts to fix my car. Excuse is Toyota is backlogged. Help

278. On June 2, 2023, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[278]

> I started getting weird shifting and hesitation I had around 70,000 miles took it to my local Toyota dealership, they completed several software updates. Also did a transmission fluid change that didn't really resolve the problem now at about 113,000 miles I started getting odd shifting, and at higher speeds, when accelerating abruptly, the vehicle put itself in limp mode and will not accelerate further. Add 115,000 miles I took the vehicle into the Toyota dealership because the check engine light came on after accelerating onto the highway and the vehicle stalling and upon their investigation they found out that I would be needing a new transmission which is a little odd at 115,000 miles with the car only be five years old. Toyota, you should do better.

279. On July 11, 2023, the owner of a 2020 Toyota Sienna submitted the following complaint to NHTSA:[279]

---

[277] NHTSA ID: 11525579.

[278] NHTSA ID: 11525136.

[279] NHTSA ID: 11531570.

> My car was not shifting gears, and it would go into brief periods of erratic acceleration. I took it to the dealer service dept. The transmission went bad. It had metal pieces broken off inside it. The car is 3 years old and only has approximately 70,900 miles on it. It was dangerous to drive. It put me, my kids, and other drivers at risk due to the erratic shifting it would do while driving. The issues started slowly on 6/23/23. The check engine light was on by 6/24/23.

280. On July 12, 2023, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[280]

> When I hit the gas the car doesn't go anywhere and almost got into an accident. Turbo lag maybe or something really really wrong. This is going to cause a huge accident

281. On July 21, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[281]

> Several times on the highway when getting up to speeds around 70mph the transmission would rev but not accelerate or maintain speed - usually slowing to around 40-50mph or slower depending on the hill grade. The check engine light came on, initially was told it was probably a fluke. The mechanic couldn't get it to do the same thing for him. Brought it back again when the issue persisted. He suspected the transmission was slipping, referred me to the dealer. The light was off by then, the dealer said they couldn't diagnose with no light so we needed to wait until it came on. It finally came on while driving on I71 but the car completely lost all power and I was stranded on the side of the highway and had to be towed to the dealer. I did a quick google search and saw a class action suit for this vehicle and year in which the plaintiffs complained of the same issues. Toyota opened an extended warranty on vehicles with this transmission. I called Toyota to see if my VIN was included and they confirmed it is. The person I spoke with ("Cannon") assigned case # 20612000768. Per the dealer, my vehicle only met half of the criteria to be included under the program. We were stuck with a $6,149 bill to replace the transmission. The dealer won't even guarantee it for 30 days because it's a used Toyota transmission, which to me speaks volumes.

282. On July 24, 2023, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[282]

---

[280] NHTSA ID: 11531857.

[281] NHTSA ID: 11533574.

[282] NHTSA ID: 11534090.

> The vehicle hesitates when accelerating from a stop. Dealership Technician says he noticed the hesitation when accelerating, but since there are no DTC's and No Data found saying that there is a malfunction

283. On July 27, 2023, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[283]

> Vehicle unpredictably hesitates during light to moderate acceleration in all driving modes (Sport, Normal, and Eco). This is especially dangerous when crossing in front of oncoming traffic from a stop or slow speed. Had a certified mechanic drive the car and verify the problem, but the car's systems don't report that there is a problem, so he had no answers.

284. On July 30, 2023, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[284]

> 2023 Toyota Highlander XLE with 2.4 Turbo hesitates for an unacceptable period of time when accelerating from a stop. This could pose a huge safety risk when merging into traffic from a stop sign. The lag / hesitation is present on all eco / normal / sport drive modes. The issue has been occurring since the vehicle was purchased at 70 miles and currently has about 5200 miles. Toyota needs to look into this issue and address it as soon as possible.

285. On August 1, 2023, the owner of a 2019 Toyota Avalon submitted the following complaint to NHTSA:[285]

> I bought the car new in 2019. Car was fine for the first 2 years then it started skipping the gear on low speeds, it does not happen all the time but it does seems to jerk while changing gears in low speeds, occusionally. I have taken the car in to Toyota in Green Bay, WI location and I was told they can't duplicate the issue.

286. On August 3, 2023, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[286]

> Almost since purchase this vehicle has emitted a shudder when driving. The loss of power has affected ability to evade when making turns, acceleration on highways,

---

[283] NHTSA ID: 11534843.

[284] NHTSA ID: 11535351.

[285] NHTSA ID: 11535916.

[286] NHTSA ID: 11536225.

> and has caused safety concerns while driving with children in the vehicle-this is a brand new vehicle purchased with approximately 7 miles on the odometer. Vehicle has been in the shop at least 3 times, 4 with today's visit. ToyotaNation forum shows that there are MANY vehicles with this issue and that Toyota Master Technicians are aware of the issues.

287. On August 25, 2023, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[287]

> There is a significant hesitation / stuttering when the gas pedal is pressed (i.e. the vehicle doesn't move properly when the gas pedal is pressed). This is especially dangerous when pulling out into traffic, making turns, etc. This appears to be a known problem with this model and Toyota is working on a TSB (supposedly). Doing a Google search for this problem shows that a number of consumers are having a similar issue. A few people have documented the issue here: https://www.toyotanation.com/threads/2023-highlander-2-4-turbo-surging-and-bucking-under-acceleration.1751952/ This is an ongoing problem. It hasn't resulted in an accident yet, but the lag / stutter in accelerating is putting consumers at risk. I just picked one random date below, but it has been ongoing since the vehicle was purchased new and appears to be happening to numerous other people as well as is evidenced by an internet search.

288. On August 27, 2023, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[288]

> 2019 Toyota Highlander SE V6 FWD - Transmission failing 106000 miles. Transmission has developed a whining sound while accelerating. Fayetteville AR Toyota dealer initial diagnosis was a loose heat shield and recommended a front end alignment, which was done. Noise continued. Independent transmission shop diagnosis was potentially failing bearing, but most likely transmission beginning to fail. Fayetteville AR Toyota dealer, diagnosis upon return, transmission failing, needing replacement. $7,000+ for parts, 5 week lead time to order. Recommended to not drive vehicle as transmission could fail while driving.

289. On September 26, 2023, the owner of a 2023 Toyota Camry submitted thew following complaint to NHTSA:[289]

> The 8 speed transmission sometimes hard shifts to a different gear randomly.

---

[287] NHTSA ID: 11540745.

[288] NHTSA ID: 11541046.

[289] NHTSA ID: 11546735.

> Happened total of 4 times while cruising. During Low speed, when press the gas let go and gas immediately again causes the car to jerk and the transmission shifts hard in stop and go traffic. The transmission also making the engine rpm fluctuate when applying gas every time. rpm would go up then drops back down when gas is applied. All this happened with in the time ive owned it. Had the dealer check it out. But the technician said there isn't anything wrong with it. But the jerky transmission says otherwise. also the car hunts for gears when using cruise control. Thats a problem because it cant figure out what gear it wants to be in. It would continue until i turn off adaptive cruise control. I happens a few times not too often.

290. On September 29, 2023, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[290]

> When driving my vehicle over 30 MPH my car would begin to slightly shake and upon taking my car to an auto repair shop he informed me that it was a transmission issue. I then took the car to Apex Transmission and was told that the transmission had to be replaced. I assume if I did not get the car repaired then eventually it would break down. I was given the choice of purchasing a used transmission or a new one from Toyota and I chose to replace it with a new one. There were no warning lights or messages displayed on the dash.

291. On October 9, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[291]

> I am writing in reference to a new Toyota Highlander that I purchased in December of 2016. The reason I chose Toyota over a Ford or GM SUV was Toyota's long history of producing reliable vehicles. I researched and relied on Consumer Reports which gave the Highlander and Honda Pilot the highest rating for customer satisfaction and reliability. About two weeks ago I started hearing a high-pitched whining coming from the transmission, difficulty shifting, and lurching forward when engaging the gear. Last Wednesday my wife was driving on a busy freeway in Atlanta when the vehicle lost acceleration. She was nearly hit while stopped on the freeway. Fortunately, kind motorists got out of their cars and pushed her to the side of the road. The car was towed to a Toyota service shop, and we were advised they could not do the repairs. It was a known internal Toyota issue. I did some research online and found hundreds of posts from Highlander owners of 2017-18 vehicles complaining about issues with the transmission failing. I found Toyota Customer Support Bulletin ,[XXXXXXXX] REPAIR COVERAGE FOR UA80 TRANSMISSION ON CERTAIN 2017-2018 MY SIENNA AND CERTAIN 2017-2018 MY HIGHLANDER VEHICLES. We called Toyota support on 10/9/23 and spoke with a customer service representative named Amber who then

---

[290] NHTSA ID: 11547261.

[291] NHTSA ID: 11549012.

transferred us to Vena. They advised based on the VIN number our vehicle was not covered. Vena advised that since all our service was not at a Toyota dealership, they could not honor the repairs. The bulletin stated "after the Primary Coverage, the Secondary Coverage is applicable for 10 years from the vehicles date of first use, regardless of mileage". The cost of this repair is over $6,000. The bulletin list Highlander 2WD and 4WD SUVs. The representative could not explain how the VIN number exclusions are determined and applied to our SUV. My father-in-law retired from the GM Assembly Plant and as I understand parts are shipped from multiple locations to the assembly pla INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

292. On October 9, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[292]

> Driving on the highway vehicle suddenly drop speed. I was able to exit but not proceed forward once exiting. The vehicle was towed and diagnosed with need for new transmission. There was a customer support program bulletin POL 19-04 noting similar problems. However, Toyota is stating this 2017 is not associated with the program. The whine noise and reduced power are all listed with this program. The vehicle sudden reduce power may have resulted in a major accident on busy Atlanta highways. A known transmission issue that Toyota is not willing to support customer in resolving is unbelievable. I was basically told because the vehicle was not serviced at a Toyota dealership regularly, they cannot support.

293. On October 13, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[293]

> Toyota issued a Customer Support Bulletin #POL 19-04 on 4/18/19 for vehicle transmission failure on the 2017 and 2018 Highlander and Sienna cars due to faulty assembly. Dealerships were issued the bulletin 5 years ago but customers were never alerted. Toyota has refused to honor the repairs claiming my VIN did not come up for affected car even though bulletin list the model that includes my car. The bulletin further states that after 60k miles the coverage continues for up to 10 years from date of purchase. Toyota knows there is an issue but they failed to alert customers despite sending the bulletin to dealers. Dealerships never alerted customers who brought in their cars for routine service. Thousands of customers are reporting failed transmissions. Toyota is not able or willing to provide information on how they identified which VINs were impacted. The mechanic pulled a code which is exactly what is being seen on the failed transmissions in the same vehicles and cannot understand why Toyota will not cover the cost of the repair for a known defective product. The replacement cost quoted by Toyota is in

[292] NHTSA ID: 11548954.

[293] NHTSA ID: 11549771.

excess of 11k. The car failed on a busy freeway in Atlanta while traveling at high speed. Motorists exited their cars and pushed the vehicle to the side of the road. My spouse could have been harmed or worse killed.

294. On October 18, 2023, the owner of a 2022 RAV4 submitted the following complaint to NHTSA:[294]

> Lurching transmission when under mild acceleration at low speeds. Infotainment system does not work correctly and causes all infotainment controls to become unresponsive.

295. On October 22, 2023, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[295]

> I was driving and suddenly the 2017 Toyota Siena just lost all acceleration. The car no longer could move in gear. I put car into reverse or drive or any other gear and the vehicle would not move. The engine was on. The parking brake was not on. The transmission seems to have had a major malfunction. I had to have my car towed and my enitre family was stranded. I then looked up tranmission issues and found that 2017 Toyotas have a serious tranmission issue under " Certain 2017 to 2018 Model Year Toyota Sienna Certain 2017 to 2018 Model Year Toyota Highlander Coverage for UA80 Transmission Customer Support Program ZJC". I have approx 35000 miles on this vehicle and I bought it close to used from a Kingston Prestige Toyota dealership in New York State.

296. On October 31, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[296]

> About two weeks prior to the transmission failing, I started hearing a high-pitched whining coming from the transmission, difficulty shifting, and lurching forward when engaging the gear. On the evening of October 4th, my wife was driving at 65 mph on a busy freeway in Atlanta when the vehicle lost acceleration. She was nearly hit while stopped on the freeway. Fortunately, kind motorists got out of their cars and pushed her to the side of the road. The car was towed to a Toyota service shop, and we were advised they could not do the repairs. The mechanic stated it was a known internal Toyota issue. I did some research online and found hundreds of posts from Highlander owners of 2017-18 vehicles complaining about issues with the transmission failing. I found Toyota Customer Support Bulletin POL

---

[294] NHTSA ID: 11550553.

[295] NHTSA ID: 11551218.

[296] NHTSA ID: 11552914.

> [XXX] dated 4/18/2019, REPAIR COVERAGE FOR UA80 TRANSMISSION ON CERTAIN 2017-2018 MY SIENNA AND CERTAIN 2017-2018 MY HIGHLANDER VEHICLES. The mechanic said the failure code with a failed transaxle and all the symptoms my vehicle experienced were consistent with the bulletin. My time period for the bulletin was for cars produced from November 2016 to December 2017. My vehicle's manufacturing date was 12/8/2016. Toyota claims my vehicle although produced during this time was not impacted. It is my belief that Toyota was aware of multiple failures on UA80 transmissions on vehicles produced from 2016 to 2020 and deliberately identified a smaller number to avoid a recall. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

297. On November 15, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[297]

> Highlander shift issue 11/14/2023 On 11/14/2023, our 2017 Toyota Highlander, vin# [XXX] , upon driving the transmission decided on its own to disengage. Our Highlander stopped propelling itself in either direction. We had to manually push our vehicle into a parking spot and await the tow truck. Our Highlander is in mint condition with 71,400 miles on it. This was scary because the vehicle would shift on the shifter, but for some reason the transmission would not engage. The engine worked perfectly fine. We had the Highlander towed to the nearest Toyota dealer who pushed the vehicle into their garage and placed on a lift. The Highlander had no idiot lights on, no cable issues, fluid was fine per the Toyota Technician. The Toyota Tech placed the vehicle on their main computer and there were no error codes. The Tech reset the computer on the vehicle with a Toyota Master computer, and the vehicle started to work as normal. I consider this a huge issue and I thank God that my wife was not on the interstate highway when this happened. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

298. On November 29, 2023, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[298]

> The car is barely 3 years old with 74000 miles to it. The is a humming noise coming from the transmission which the dealer said I may want to replace it. It's not cheap to do so and I don't expect it to happen to a new car.

---

[297] NHTSA ID: 11555206.

[298] NHTSA ID: 11557529.

299. On December 4, 2023, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[299]

> The contact owns a 2017 Toyota Highlander. The contact stated that while driving at an undisclosed speed, the vehicle inadvertently lost motive power. As a result of the failure, the contact was unable to maneuver or control the vehicle before coming to a complete stop in the middle of the roadway. The vehicle returned to normal functionality, but the failure became a regular occurrence. The check engine warning light was illuminated. The vehicle was taken to an independent mechanic, who was unable to determine the cause of the failure and advised the contact that a Toyota technician needed to diagnose the vehicle. The vehicle was not repaired. The manufacturer was notified of the failure but did not assist. The failure mileage was 66,000.

300. On December 20, 2023, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[300]

> The contact owns a 2020 Toyota Highlander. The contact stated while driving at an undisclosed speed and attempting to accelerate, he heard an abnormal sound coming from the engine compartment. No warning lights were illuminated. The vehicle was taken to the dealer, and it was determined that the sound was coming from the transmission however, the dealer was unable to provide a cause for the failure. The vehicle was not repaired. The manufacturer was notified of the failure but did not assist. The failure mileage was 100,100.

301. On December 21, 2023, the owner of a 2023 Toyota RAV4 submitted the following complaint to NHTSA:[301]

> The vehicle several occasions been unresponsive to accelerate. This has happened on two separate occasions (days) in which the vehicle would not accelerate. The first occurrence was right after I purchased the car and drove it the first full day I owned it in September 2023. The second time was on Saturday December 16, 2023. When the vehicle is driven under 40 mph such as slowing for a turn, braking for a traffic light, picking up speed to enter onto a highway this problem occurs. It is when the gas is pressed down to accelerate, the vehicle does not respond by increasing the speed. The RPM's would go really high and the vehicle would receive the gas but would not "shift" and felt stuck. And the transmission was very loud. It felt like the vehicle transmission was slipping or not engaging/shifting.

---

[299] NHTSA ID: 11558326.

[300] NHTSA ID: 11561204.

[301] NHTSA ID: 11561314.

> Adding more gas was not beneficial. The gas pedal could be pressed down to the floor and the vehicle was not responsive by shifting "gears" or picking up speed. The vehicle would not accelerate above 20 mph and the RPMs would go up. No lights or warnings were produced. The only way to get the vehicle to act normally once again was to pull the car over into a safe location, shift the car into park, shut the car off, wait for a few seconds, restart the car and proceed. In one session (driving the same day) the car repeated the inability to accelerate each time the vehicle was slowed down below 40 mph to come to a stop at a stop sign, take a turn, stop at a traffic light etc. This was dangerous as I was not able to proceed in traffic and caused other drivers to honk their horns at me, and left me stuck in intersections. This was very disconcerting and left me feeling endangered by not being able to follow the flow of traffic. Toyota Service did a diagnostic test on it twice now. The first time had torque converter codes. This 2nd time they claim there were no codes on the diagnostic test. They dropped the transmission pan and found no metal shavings.

302. On December 22, 2023, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[302]

> Our transmission has a known manufacture air We have called Toyota several times and they refuse to do anything about this are transmission is going out which could cause a safety issue when driving down the road It's the UA80 TRANSMISSION Toyota is doing a customer support program on this particular transmission but due to the fact ours falls six months after the manufacturer date it doesn't fall within that area this is a manufacturer air due to a bolt not being bent over far enough I feel with the transmission issues that it can cause like serious problems including safety among ourselves or others in Toyota is ignoring this is when brought to them

303. On December 24, 2023, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[303]

> You absolutely can not pull out in traffic because the car has a horrible lag, it's as if it stalls at initial acceleration. Whether it's pulling out of a side street, setting off from a stop light, or occasionally while already moving and speeding up. When stepping on the vehicle's accelerator pedal, there was a lag of around five seconds or so before the vehicle started to accelerate at all. Yes it's available for inspection upon request. The safety issue is the car can kill you at any moment but you never know when! The dealer has "fixed" the issue once already with a recall. The vehicle has not been inspected again because you never know when it will happen and they think they already fixed the issue! Initially I got warning lights before the recall and had the vehicle towed 3 times in the first month of owning it for its problem. Now

[302] NHTSA ID: 11561533.

[303] NHTSA ID: 11561688.

it just does the same stuff without warning lights and hasn't broken down yet.

304. On December 28, 2023, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[304]

> My transmission started making a whine sound upon acceleration, and at times hesitation of acceleration (inconsistent). Toyota Service identified the issue in 2018 as a defective part from manufacturing and related in the repair notice to Toyota Service Bulletin TSB-160-18 which states certain Highlanders (my year and model) have an issue with a defective part in the transaxle/transmission. Toyota issued an extended warranty for the problem in 2020 (unlimited miles for coverage). I was then told that it then DIDN'T apply to my VIN, even tho it was the problem diagnosed by a Toyota service technician associated with the TSB above, so they wouldn't cover thru the extended warranty. Told me that I have to pay for a new transmission over $9,000. My understanding (I cannot verify) that the initial service bulletin was expanded to cover more models in 2021, then removed the extended warranty, and did not issue a recall. Apparently Toyota is aware of a serious transmission problem caused by a defective part, and it is wider issue. This needs to be addressed as it is a significant hazard and danger Toyota is aware of, and not the cause of normal and expected wear and tear. I need help addressing this with TOyota and want to be sure the problem gets fixed before injuries occur. Toyota has multiple bulletins in the NHTSA data for this issue from before and after this issued bulletin demonstrating on ongoing issue. I tried to upload the TSB and the repair documentation but your system is not allowing

305. On January 5, 2024, the owner of a 2023 Toyota RAV4 submitted the following complaint to NHTSA:[305]

> I am an owner of new 2023 RAV4 and believe some of the newer 2023 & 2024 Toyota Rav4 models with ICE (non-hybrid) have a potentially dangerous defect with the transmission system, which causes these cars to jerk and stutter when the gas pedal is lightly depressed (light acceleration) when the car speed is between 15 and 40 mph and tachometer is between 1500 and 2500 RPM. The reason I believe this defect is potentially dangerous is that a few weeks ago I was going through a school zone with an active 20mph limit, and when trying to keep the speed at 20mph, experienced jerkiness, RPM jump and sudden speed bouncing (momentary jerking from lower to faster and back to lower speeds a few times in a row). Typically this issue is a lot more subtle but occasionally it is so bad that I have a momentary feeling of loosing control over the speed of the car and active school zone is the least place I'd like that to happen. Besides, these stutters are pretty bad disturbers when they occur drawing focus away from the road and onto the car

[304] NHTSA ID: 11562314.

[305] NHTSA ID: 11563809.

> itself, since it does feel like the car is about to stall. I have visited the dealership twice regarding this concern, however since these stuttering have a random nature I was not able to replicate the issue during my visits to the dealership. I have also passed this concern to Toyota USA Corporate office and they in fact have acknowledged that they received numerous complaints on the same matter and suspect the issue is in the newer 8 speed transmission system they are now installing. Unfortunately there has been no further action taken by Toyota to remedy this issue, although they are fully aware of it. Hoping you get more complains on this matter and force Toyota to take action. Thank you!

306. On January 10, 2024, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[306]

> There is a toyota service bulletin for known transmission issues with this vehicle. I had noticed that my gears weren't shifting properly. The dealer checked vehicle and said transmission was bad, and that toyota would replace it, for free. However, the part would take one month to arrive. This all occurred on 1/9/2024. I was told by the dealer that Toyota would not cover a rental car while the part was on order, but only for the repair itself. The dealer told me the Toyota recommendation was to not drive the vehicle -- but other customers had done so until they received their parts for repair. I picked up my vehicle after work at approximately 7:15pm. While driving, the vehicle completely shutdown on me in a major highway miles from downtown Philadelphia, in a flooding rainstorm that produced nearly 4 inches of rain. If Toyota knows there is a problem with this vehicle and its transmission, then why is there no recall? And if I'm being told the I should not drive the vehicle, then why isn't it mandated or required for them to provide me a rental - especially since this is the fault of Toyota?

307. On January 17, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[307]

> transmission failure at 84,000 miles,transmission was slipping when trying to shift between gears and vehicle was decelarating and engine was also reving high,I almost got rear ended by a semi truck because of this issue a few weeks later my vehicle now does not move when I put it in reverse or drive,vehicle will not move or accelarate anymore.

[306] NHTSA ID: 11564611.

[307] NHTSA ID: 11565912.

308. On February 1, 2024, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[308]

> 2017 Toyota Highlander experienced delayed and rough shifting in 3rd gear. Safety of acceleration is affected, especially merging onto highways. Diagnosed with bad transmission on 12/26/2023 by Toyota service. There was no warning lamps or messages prior to failure. Unknown cause, car is regularly serviced per manufacturer recommendations by Toyota. Part on backorder for approximately 3 months.

309. On February 7, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[309]

> Took the vehicle twice to Toyota to check on console vibration originating from possible drivetrain (normally in cold weather). This was done under extended warranty. Also had transmission fluid replaced. Service department noticed fluid low even though there was no transmission leak. Service department couldn't duplicate issue but failed to attempt start of vehicle in early mornings as requested. About 10K miles after last attempt to get issue fixed, the transmission failed with no caution, no warning and no error codes. Symptoms included little to zero acceleration from a dead stop and inability to accelerate to higher speeds when necessary (main safety issue). Eventually, vehicle was not able to accelerate. This vehicle does have the 8-speed AT Transmission that lawsuits are being filed against.

310. On February 20, 2024, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[310]

> Mi toyota sienna 2017 se le daño la transmision con 62,000 milla de uso. Estaba transitado por la carretera aproximadamente a 40 milla por hora, cuando de repente pegó freno y se detuvo. Por poco provocó un accidente. La lleve a la toyota y me dice que es transmision. Pero me informaron que no era su problema. Estuve averiguado este problema y varios me dijero que ese era un problema común en esta guagua. Para mi esto es un problema de fábrica Se supone que lo arregle sin costo. Estoy en lo correcto o no

---

[308] NHTSA ID: 11569400.

[309] NHTSA ID: 11570644.

[310] NHTSA ID: 11573031.

311. On February 23, 2024, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[311]

> Hi- i have always upkeep the maintenance on my vehicle and take pride taking care of it . But now out of nowhere my vehicle throttle was loose the mechanics can't explain why and now the transmission is not working i have explained to them them driving the car does seem to stop them feels like it wasn't to accelerate while driving. I don't know if anyone else have reported this issue but it doesn't make sense that for a vehicle le that's been greatly taken care of the transmission is went out .

312. On March 1, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[312]

> In driving my vehicle the RPM stayed high I took it into the Toyota dealer in Albany Ga and was told that the transmission was stuck in 3rd gear and the transmission needed to be replaced. My vehicle currently has 66k mikes on it so it is not covered by a warranty. I read where the 2018 Highlander had reported issues with their transmissions. I checked to see if one of the 2018 transmissions were put in my 2019 model and all I was told was there was not a recall on my vehicle. Yet if I were to order a new transmission through Toyota they told me they are on back order for anywhere of two weeks to two months. Sounds like they are having issues if they have none in stock.

313. On March 13, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[313]

> Car completely stopped while I was driving on the highway. Multiple warning lights appeared and stated that they failed. Examples of error messages in the information system were LDA malfunction, secondary brake, collision malfunction and check engine light. Car cranks fine but when shifting to drive or reverse car wont drive. Transmission failed at around 80,000 mile

314. On March 13, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[314]

---

[311] NHTSA ID: 11573636.

[312] NHTSA ID: 11574933.

[313] NHTSA ID: 11577159.

[314] NHTSA ID: 11577136.

> Transmission out after 85,000 miles. Just spent almost 4k to replace head gasket and now the transmission is out. Did regular scheduled maintenance on time and took really good care of my car. Many reports of this problem by many people.

315. On March 13, 2024, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[315]

> 1.The transmission in my vehicle suffered not one, but two failures or malfunctions. Regrettably, as of March 13, 2024, I am no longer in possession of the vehicle. However, I do possess video footage, photographs, and a diagnostic report from the Toyota dealership, along with statements that I personally addressed to Toyota USA regarding the matter. 2.The transmission failure jeopardized both my safety and that of others on the road. While driving, I experienced a dangerous situation where pressing the gas pedal resulted in the engine revving, but the car failed to accelerate when necessary, posing a significant risk during critical moments. 3.The dealership confirmed the issue on two separate occasions. This problem occurred twice and was verified by the dealership. 4.The dealership conducted an inspection on the vehicle, but to my knowledge, no inspection was carried out by the police, manufacturers, insurance representatives, or any other parties. 5.Instantaneously the failure occurred, warning lamps, messages, and other symptoms indicating the problem were present.

316. On March 15, 2024, the owner of a 2023 Toyota Camry submitted the following complaint to NHTSA:[316]

> Transmission shutter at 40 and rough shifting and delay in shifting. Transmission sometimes shaking at highway speeds

317. On March 18, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[317]

> My 2019 Toyota Camry with 73000 miles just went out and it will need a new transmission

[315] NHTSA ID: 11577067.

[316] NHTSA ID: 11577571.

[317] NHTSA ID: 11577972.

318. On March 20, 2024, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[318]

> The transmission stopped working at approx 78,000 miles. The car completely died while driving with my children in the car. The tech said the fluid was black and there was no apparent cause of the transmission damage.

319. On March 25, 2024, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[319]

> On Sunday, [XXX] (at 78,793 miles), our MY17 Sienna XLE AWD suddenly displayed a Malfunction Indicator Lamp (MIL) and a message advising "Check AWD System". The vehicle disabled its cruise control system and AWD system, and no longer displays the Eco indicator when traveling at constant speeds on flat terrain. There was no obvious change to vehicle shifting behavior; the shifting has always been sluggish and occasionally "hangs" at higher RPM before downshifting. There were no symptoms or MILs prior to this incident. We consider AWD to be a safety feature when driving with snow or rain, and we frequently traverse Box Elder Canyon where the summit is nearly 6K feet above sea level. We stopped by an auto parts store (O'Reilly) where they pulled codes from the OBD-II sensor. Their reader showed 3 codes: P2714, P0741, and P2757). The vehicle is currently at Young Toyota in Logan, UT. Young Toyota advised that while the vehicle codes are consistent with bulletin [XXX] , that it is not included by Toyota under their list of affected transmissions. The service agent said a solenoid that governs locking the torque converter was "stuck". Since it is outside the 60K miles/60 month powertrain warranty, Toyota is unwilling to provide goodwill towards a fix. The dealer recommended a "software fix", which may or may not solve the issue, and that a transmission replacement would follow. I am simply in shock that a vehicle we purchased new, have carefully maintained (including through Toyota's maintenance plan for 60K miles), could potentially have a failing transmission below 150K miles. This is the UA80F 8-speed automatic transmission, which I believe was first-equipped on the MY17 Sienna, replacing a reliable 6-speed A/T. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

320. On April 2, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[320]

---

[318] NHTSA ID: 11578399.

[319] NHTSA ID: 11579413.

[320] NHTSA ID: 11580767.

My Highlander currently has 91,700 miles. Over the last 60 days, it has developed a high-pitched whine during acceleration under power. The sound starts at about 20 MPH and continues. I presented it to the dealer 30 days ago and they suggested new tires, front and rear brakes and an alignment. Those repairs have all been completed and the noise continues and may have gotten worse. A second diagnostic visit revealed the need for a new transmission at a cost of $11,005. The part number involved is T030510-48601-84. Safe operation of the vehicle is at risk as I could be stranded or worse as I wait for a part that is on back-order. There are no warning lights or check engine lights.

321. On April 5, 2024, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[321]

There has been a "whining" noise or "hum" upon acceleration noticed for several months to a year, could be longer, but getting worse over time. There is also a delay when pressing on gas for the vehicle to actually accelerate. I have had many instances where I am almost hit from behind because of this delay. Obviously the person's behind me have been following me entirely too closely, but nonetheless, scary. This is our primary vehicle for our family, which carries 4 precious boys. I am aware of the CSP already in place for this issue but have been told that my specific vehicle does not qualify for the customer protection program. That seems very odd given the amount of vehicle's listed as "affected"(83,700) sienna's and 66,500 highlanders. You cannot tell me that there are not more out there like mine that are having the SAME problems but being told "not covered". I do not think anyone should have to drive a vehicle with children in it that you are unsure when your transmission is just going to go out or fear getting hit from behind because of the delay in acceleration. Please please do something about this in order to hold toyota accountable!

322. On April 30, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[322]

2019 Toyota Camry serviced at the dealer every 5 k miles, at 105 k miles dealer recommended to change transmission fluid than transmission start to slip on the second gear few month later the do showing now 112 k miles. I don’t know what I have to do now

---

[321] NHTSA ID: 11581429.

[322] NHTSA ID: 11586003.

323. On May 1, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[323]

> The contact owns a 2020 Toyota Highlander. The contact stated that while driving at an undisclosed speed, the vehicle made an abnormal sound while failing to shift gear or accelerate. The vehicle was taken to a dealer and was diagnosed with transmission failure. The manufacturer was not made aware of the failure. The vehicle was not repaired. The failure mileage was approximately 72,000.

324. On May 10, 2024, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[324]

> Transmission is bad. Toyota dealership says it needs to be replaced. Really? In a 2018 Toyota. I thought these were good cars. Supposed to last a long time. That's why I paid over $30,000 for it. And this is what I get. There is something wrong with this scenario. I could have bought a much cheaper car and it would still be functioning fine.

325. On May 11, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[325]

> The vehicle has developed a whining noise from the transmission on acceleration. It is the same symptoms included in a customer support bulletin for 2017, 2018 models with the same transmission. I've been unable to locate a bulletin covering the 2019 that I own even though it is the same issue.

326. On May 16, 2024, the owner of a 2019 RAV4 submitted the following complaint to NHTSA:[326]

> have experienced transmission problems when stopping, such as the vehicle lurching forward when the gas is pressed again. 69000k miles on car.

---

[323] NHTSA ID: 11586313.

[324] NHTSA ID: 11588046

[325] NHTSA ID: 11588271.

[326] NHTSA ID: 11589095.

327. On May 14, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[327]

> Transmission began whining and hesitating around 62K miles. Transmission is the 8AT.

328. On May 18, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[328]

> Transmission slipping at 41k miles. Jumping/stuttering while accelerating from full stop.

329. On May 23, 2024, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[329]

> In city driving, vehicle began exhibiting slightly delayed shifting from 1-2 and 2-3. Downshifts from 3-2 seemed slightly rough. Approximately 5 minutes later when accelerating from a stop on an uphill grade, the shift from 2-3 was delayed (2nd gear disengaged, engine speed increase ~1000RPM, then shifted to 3 abruptly). At next stop, lower gears where not available. Vehicle seemed be in 4th(?) gear when accelerating from a stop. Very little power available. Had to engage hazard flashers and other vehicles navigated around our vehicle. Managed to limp car ~ 1 mile to home. Approaching driveway, Master Warning Light, Check Engine Light and 4WD Warnign light all illuminated. This issue created a loss of power that impaired the drivers ability to maintain a safe speed relevative to traffic. Had this issue occurred during high-speed operation, the vehicle may have been disabled in a high-risk area. Transmission appears to be unreliable.

330. On May 29, 2024, the owner of a2020 Toyota Highlander submitted the following complaint to NHTSA:[330]

> Loud whining noise after 55000 miles , Toyota saying i need a new transmission in my suv that now has 60785. I had alerted Toyota regarding the noise a month prior and they said it was a normal noise.

---

[327] NHTSA ID: 11588704.

[328] NHTSA ID: 11589407.

[329] NHTSA ID: 11590425.

[330] NHTSA ID: 11591270.

331. On May 31, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[331]

> Transmission might have failed with less then 50,000 miles on car. Still waiting on full details of possible fix or next step.

332. On June 5, 2024, the owner of a 2023 Lexus RX 350 submitted the following complaint with NHTSA:[332]

> The contact owns a 2023 Lexus RX350. The contact stated that on three occasions while driving at various speeds, the vehicle lost motive power for approximately 20 seconds, and then accelerated as needed. There were no warning lights illuminated. The vehicle was not diagnosed or repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 4,200.

333. On June 10, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[333]

> The transmission started making a whining noise at 100k miles and is getting worse as the mileage gets higher. There is a similar problem with 2017-2018 models.

334. On June 11, 2024, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[334]

> Whining noise from transmission on 2018 Toyota Highlander XLE model . Toyota has acknowledged this on large numbers of vehicles manufactured during the same year (TSB-0160-18). They have a voluntary recall for some of these vehicles during this year (2018), but not all of them. The transmission can fail which would cause the vehicle to stop running. On a highway or busy road, this presents a very large danger to both the vehicle occupants and also other people on the road. The vehicle has been inspected by both the dealership an an independent transmission shop and identified as the same transmission issue. Toyota will not correct this issue other than to say the transmission needs to be replaced as it will fail at some point in time. No other warning indicators other than the whining sound from the transmission. The symptoms appeared around 48700 miles on the vehicle.

---

[331] NHTSA ID: 11591805.

[332] NHTSA ID: 11592586.

[333] NHTSA ID: 11593557.

[334] NHTSA ID: 11593705.

335. On June 22, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[335]

> 2020 Highlander XLE 8-AT: whining sound when the vehicle is in forward motion; any speed. No sound noticed when in reverse. At this time, there is no condition, noticed, while shifting gears. Sound is constant regardless of speed. Dealer (6/14/2024) has diagnosed the transmission is bad; needs to be replaced. T-SB-0008-21 & T-SB-0160-18 cover same sound condition this vehicle has now.

336. On June 25, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[336]

> Transmission/transfer case has a known bearing/internal fault that makes a whining sound between 20-40 mph, vehicle has only 56,000 miles. Based on other owner experiences the transmission must be replaced at an estimated cost of 10,000-13,000 dollars.

337. On June 30, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[337]

> Transmission has a whine at 117,000 miles. No warning lights. An independent shop advised the transmission is bad and needs replaced. After reading numerous similar complaints, I believe the premature failing of the transmission jeopardizes people's safety as improper shifting could cause an accident. Currently waiting on an appointment at a Toyota dealership.

338. On July 8, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint with NHTSA:[338]

> There are two documented events, Jun 28 and Jul 02, but several others have been observed While moving forward -Exiting a private drive, from a stopped position -Turning right to merge into a traffic lane -The vehicle failed to accelerate rolling forward into traffic at idle speed only -There was no response from the vehicle when the accelerator peddle was depressed or re-depressed -Vehicle had to be "coasted" to the right shoulder out of the way of oncoming traffic After traffic passed -While still on the road shoulder and the vehicle still running -It was a

[335] NHTSA ID: 11595933.

[336] NHTSA ID: 11596459.

[337] NHTSA ID: 11597840.

[338] NHTSA ID: 11600288.

> minute or two before the vehicle started to respond to throttle -When it did started to respond, it was laggy for about 30 seconds -Response remained laggy until the speed passed 20 mph and it started to respond as normal There were no vehicles or obstructions within range that should have triggered a vehicle control response There were no instrumentation or gauge cluster warnings indicating obstructions

339. On July 12, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[339]

> Transmission Failed at 65,000. Yes, inspection available upon request. Safety is when my family with little children are in the car, and erratic shifting takes place while traveling at high rates of speed. Car has not broken down, but was told by dealer that it could "run for ever or break down tomorrow" Issue for me is that it is VERY apparent through multiple resources that Toyota clearly is aware of this issue. Recalled in 2017, and 2018.....but looks like most is happening with the 2019 with no accountability on their part. Power train warranty expires at 60,000 miles....yet 75% of reported issues are in between $60,000-$70,000 with Toyota offering ZERO assistance or taking any responsibility or action. No warnings on the dash, no lights. Either loud noise, high rev RPM, or sudden erratic shifting. Just Toyota....saying "yeah we know about it, but still not helping with it, not extending the warranty, and just leaving you with a $8,000-$10,000 bill or continue with a ticking time bomb. Negligence is a safety issue. A big one.

340. On July 12, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[340]

> Transmission failed at 97,500 miles

341. On July 17, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[341]

> The contact owns a 2021 Toyota Highlander. The contact stated that while driving at various speeds, there was a whining sound coming from the transmission while accelerating. The vehicle was taken to the local dealer who diagnosed that the transmission was faulty and needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure. The failure mileage was 54,000.

---

[339] NHTSA ID: 11601627.

[340] NHTSA ID: 11601447.

[341] NHTSA ID: 11602864.

342. On July 18, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[342]

> when moving from a full stop, the car sometimes has hesitation to move to a full speed.

343. On July 18, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[343]

> Starting off from a stop or at low speeds the vehicle loses all power. Engine stumbles and does not respond, when it happens it almost feels like the engine may stall. Pressing the accelerator and the vehicle will not move, then suddenly will start to go seconds later. This has almost resulted in a crash since the vehicle loses all propulsion unexpectedly. No warning lights. Took to the dealer twice and everything is "normal" no codes stored.

344. On July 18, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[344]

> When accelerating from a stop, there is a hesitation or lack of power when stepping on the accelerator. Releasing the accelerator and depressing it again will get the car going. The engine also revs high at low speeds before dropping to the next gear.

345. On July 18, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[345]

> The transmission has gone out. We noticed a whining noise which prompted getting the vehicle inspected which led to the diagnosis. The vehicle is at the dealership and cannot be driven as driving it will void the warranty. The were no warning messages just the whining noise at about 30-40 mph. We were told it was good that we caught it as the car could have broken down at any time which could have been a safety risk if it had all of a sudden stopped in traffic. We have researched and found that others have had the same issue. The transmission is on back order with no set arrival date.

---

[342] NHTSA ID: 11603074.

[343] NHTSA ID: 11603069.

[344] NHTSA ID: 11603100.

[345] NHTSA ID: 11603055.

346. On July 18, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[346]

> 1. Transmission issues with slippage, response. Issues where when going from reverse into drive taking 2-3 seconds to engage. Issues coming from a stop to going as well whereas there's a hesitation with propulsion. 2. Safety has been at risk numerous times when pulling into heavily trafficked areas. Response to pedal should not have a 1-2 second hesitation, but it does and it's sporadic. Can no longer back into locations where it may be important to put it into drive and move fast, a 3 second delay is a long time when you're not moving and someone is going 50mph in a 35. 3. Dealer reproduced the delay from reverse to drive and annotated it was "normal" behavior. 4. Dealer denies issues with transmission, brought to another where they said it was a CVT and that's just how they are and master tech came for drive with me. He was wrong, XLE is not a CVT. They flashed it/reset it. Seemed to help with shifting issues, however it did not fix delays. 5. No warning lamps.

347. On July 19, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[347]

> The car stalls or fails to accelerate from a complete stop despite adequately stepping on the gas pedal. This has left me in dangerous situations with oncoming cars as my car fails to move as expected. This issue occurs sporadically.

348. On July 20, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[348]

> After coming to a stop the vehicle will not accelerate as it should. A severe loss of power as it will only advance very slowly for 10 to 15 seconds. This is always in an intersection, so it is dangerous. Seems to happen mostlyin hot weather when the A/C is on.

349. On July 30, 2024, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[349]

> This is a reoccurring issue on numerous occasions but the transmission programming is a danger to drivers when it is in economy mode (the default setting

---

[346] NHTSA ID: 11603075.

[347] NHTSA ID: 11603494.

[348] NHTSA ID: 11603575.

[349] NHTSA ID: 11605484.

when car starts up). The transmission constantly starts at a higher gear (3rd or 4th) and reduces throttle input from a stop. It makes for a slower takeoff when making a right turn on the stop sign because the engine would be lugging. Similarly when trying to overtake or merge lanes and you try to speed up the vehicle, the car does not want to downshift. The above mentioned problems are not there when eco-mode is disabled or the car is put into sport mode.

350. On August 2, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[350]

Transmission is failing. Making whiny noise on acceleration.

351. On August 6, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[351]

On high-temperature days, when the A/C is running at full capacity, the vehicle occasionally fails to accelerate from a stop. This issue persists even after applying the recommended ECM update. The lack of reliable acceleration poses a significant safety risk, particularly when turning across oncoming traffic or entering a busy street. This situation can leave the vehicle stalled in the path of approaching vehicles, increasing the likelihood of an accident.

352. On August 8, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[352]

8AT transmission failure. Toyota is telling me that it will take 7 months to obtain a replacement transmission.

353. On August 12, 2024, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[353]

My 2018 Highlander Transmission (8 speed model UA80) began a whine noise characteristic of Customer Support Bulletin POL19-04 when the vehicle hit 101k miles. Toyota performed an inspection on 8/9/2024 and recommends full transmission + transfer case replacement. The dealer confirmed also confirmed the issue is characteristic of POL19-04, but because the vehicle was manufactured 6-

[350] NHTSA ID: 11606222.

[351] NHTSA ID: 11606847.

[352] NHTSA ID: 11607214

[353] NHTSA ID: 11607965.

> months after vehicles bracketed in POL19-04 (based on the transmission serial number) it is not included in the support program therefore not covered. Toyota UA80 transmissions have continued to have this issue (example - T-SB-0008-21 for '21 UA80 transmission). While Toyota acknowledges replacement of transmission is necessary to maintain a safe drivetrain, no customer-facing error messages are evident. Also note - transmission fluid has been maintained only using Toyota's recommended Fluid (Toyota branded WS ATF) at Toyota's specified intervals.

354. On August 13, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[354]

> Excessive whining noise, shift flare. The vehicle is only a couple of years old. I was told by the dealer that the transmission will likely need to be replaced. There are numerous complaints within the Toyota Nation forums. It was recommended that we report the incidents here, as having a large number of cars on the road with failing transmissions can certainly be considered a road hazard/safety issue.

355. On August 14, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[355]

> Several times per week, when I go to accelerate after being at a complete stop, my vehicle hesitates and does not pick up power. It very slowly accelerates and feels as if it's going to stall, then suddenly revs up and accelerates, but revs up higher than it should before finally getting to the appropriate speed/rpm. This is very unsafe as I cannot pull out into traffic, even if I should have time, because I don't know if it is going to accelerate or not. One of these days I am going to get T-boned! I took it to the dealership and they did a software update that was supposed to fix the issue, but it did not. The issue still happens several times per week. There are no warning lights on the dash. The dealership did not run a diagnostic because they told me I would have to pay for it if no codes came up. I'm not willing to do that, as I feel since the vehicle is under warranty and having issues, the diagnostic should not be my responsibility to pay for. I cannot say a specific date when it occurred (below) because it occurs often.

356. On August 15, 2024, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[356]

---

[354] NHTSA ID: 11608349.

[355] NHTSA ID: 11608600.

[356] NHTSA ID: 11608712.

From a stop or slow roll (0-10 mph), significant hesitation is experienced after pushing the gas. The engine will not respond for a few moments and then all of a sudden it will take off in a jerking manner. Note that this is experienced when the engine auto start/stop is deactivated, so it is not from the delay of the engine starting when activated. This hesitation causes a near miss safety situation in many normal driving activities, but the highest risk is when turning left in front of oncoming traffic. I brought the vehicle to a Toyota dealership for the condition, noting Toyota's Service Bulletin T-SB-0087-23 for this exact issue, but after 3 days and 40 miles of the dealership driving it, they stated that they cannot reproduce the issue. There are no warning signs or lamps, and this issue has been occurring since the vehicle had about 1,000 miles, and the vehicle now has 20,000 miles on it.

357. On August 21, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[357]

Approximately at 56,000 miles I began having trouble with a whining noise along with rough, delayed, or sudden shifting, lack of acceleration from a stop and shuddering. I had taken it in for an oil change and explained some of my complaints. They stated they didn't hear any whining noises (so they say) after completing the oil/fluid change. The service department said if it continues to come back and they stated that they haven't had any complaints about the whining noise with Toyota. I got "service engine light" and took it to the dealer which they said was a sensor for AWD. I paid to have it replaced and 2 days later the exact code came back up. Took it back into the Toyota dealership stating the same code came on but, to date, the dealer has been unable to correct the problem because they say it's the transmission that needs replacing which will cost over 8,500.00! My truck only has 119k miles and should be good to go for at minimum of 100k miles more with no major issues!

358. On August 22, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[358]

Transaxle Repair/Replacement: recommend transmission replacement due to whining noise coming from transmission due to internal failure. The transaxle is the transmission for front wheel drive vehicles. The transaxle transfers power from the engine to the wheels. Unsafe driving conditions issue is stemming from faulty transmission, not only on this particular vehicle but many 2021 Toyota Highlander vehicles for the same transaxle repair/replacement issue. I have gone to Toyota multiple times before and even with a Technical Service Bulletin in place for this transmission issue, they did not correct the problem, nor fix it while it was under warranty. Toyota has been aware of this Technical Service Bulletin since Feb 9 2021. T-SB-0008-21 [XXX] Owners of the 2021 Toyota Highlander have reported

---

[357] NHTSA ID: 11609992.

[358] NHTSA ID: 11610111.

various transmission problems, including: Whine or Grind Noise: Some vehicles exhibit a whine or grind noise from the transmission, which may be caused by an issue with the front carrier assembly pinion shafts1. Jerky Gear Shifts: Drivers have experienced jerky gear shifts, especially when accelerating from a stop or slowing down to very low speeds2. Delayed Shifts and Hard Shifts: There have been complaints about delayed shifts, hard shifts, and lurching when shifting gears3. Transmission Slipping: Instances of the transmission slipping between gears and jerking when accelerating have also been reported4. Safety Concerns These transmission issues pose several safety risks: Loss of Control: Jerky and delayed gear shifts can lead to a loss of control, especially in situations requiring quick acceleration or deceleration. Increased Accident Risk: Transmission slipping and hard shifts can cause unexpected vehicle behavior, increasing the risk of accidents. Driver Distraction: The noise and irregular shifting can distract drivers, reducing their focus on the road. Mechanical Failure: Persistent transmission issues, or stalling. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

359. On August 22, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[359]

> The contact owns a 2020 Toyota Highlander. The contact stated while driving at speeds above 20 MPH, there was a loud whining sound coming from the transmission. The vehicle was taken to the local mechanic and the contact was informed that the sound was an indication of transmission failure. The cause of the failure was not yet determined. The local dealer and manufacturer were not contacted or notified of the failure. The failure mileage was 73,000.

360. On September 4, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[360]

> My vehicle is started making a loud whining noise at around 78K miles whenever you accelerate between about 25-60mph. The dealer said that a new transmission is the only thing that would fix it. The cost of the transmission is 8K. The dealer said that Toyota ought to cover it, but I called and their initial answer is that they will not. This part should be recalled, there are multiple people online saying they are experiencing the same exact issue. This is a very expensive problem for this car, and not one that consumers should shoulder at low mileages. [XXX] [XXX] [XXX] [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

---

[359] NHTSA ID: 11610159.

[360] NHTSA ID: 11612621.

361. On September 5, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[361]

> Sometimes when I switch gears- for example, go from Park to reverse- the vehicle won't move. I can press on the gas and nothing happens. If I wait a second, I can press the gas again and it will go. Or, I can put it back into park and then reverse again, and the car will move. It's unsettling when it happens because there is no rhyme or reason, I switch to reverse or drive and I press the gas and I can't move. It feels dangerous. I asked the dealer and he didn't have an answer. Sometimes it happens every week or a couple days in a row or I can go a couple weeks and it doesn't happen.Ive had the vehicle for over a year- and it started from the beginning and continues to this day.

362. On September 5, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint with NHTSA:[362]

> Car will not accelerate immediately from a stop; seems to happen more often when on a slight incline. This poses a safety issue when pulling out onto any road. I have asked multiple times at the dealer about and been told they cannot do anything about it unless the car gives a code. They also say it will not reproduce for them, although every time I pull out of their service location (with a slight incline) it stalls out and will not engage immediately for me.

363. On September 6, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint with NHTSA:[363]

> I have had 2 intermittent issues since I bought this vehicle brand new. 1) Hard, Jerky shifting from 1-2 or 2-3 gear 2) Huge safety issue regarding loss of power and inability to accelerate from a stop even though the car is on and in drive. This has happened to me multiple times and is very intermittent so it is hard to replicate. This has happened when I am attempted to accelerate from a complete stop and the car begins to move but then does not accelerate at all. Almost as if the powertrain shut off even though it was moving under its own power a fraction of a second ago. This has happened to me multiple times with my entire family in the car as we attempted to enter intersections leaving the car powerless with oncoming traffic. Thankfully we were not hit by another car but could have been.

---

[361] NHTSA ID: 11612909.

[362] NHTSA ID: 11612795.

[363] NHTSA ID: 11613041.

364. On September 6, 2024, the owner of a 2021 Toyota Highlander submitted the following complain to NHTSA:[364]

> Transmission/differential - Took my car in around 80k miles for a routine transmission service. I got my car back and it started making a whining noise when you accelerate. Never did I get a code, check engine light nothing. Took it back to get looked it since the sound never went away. I am being told it needs a new transmission. I was told my car transmission was too hot for them to even look at after sitting for 24hr parked! I have read and done a lot of research that this is a common issue and never has been recalled. Even a shortage now on transmissions with so many needing them now! My car is only 3 years old and won't be covered.. this should have been recalled and or known to buyers before purchasing if it was known to have issues early 2021…

365. On September 7, 2024, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[365]

> Several weeks ago my wife noticed that the vehicle skids when accelerating and she told me about the situation. I hardly drive the vehicle because I was not aware of the situation, but today I drove it and realized what is happening. I am not a mechanic to give a diagnosis of the situation. For me it could be the transmission and it only has 85K. I'm going to do the next oil change at the dealer. Right now I do them at Firestone, it's close to my house and for me it's more convenient.

366. On September 9, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[366]

> Transmission went out at 100,000 miles

367. On September 11, 2024, the owner of a 2019 Toyota Transmission submitted the following complaint to NHTSA:[367]

> Dealership stated that whining sound from transmission is irreparable and must be replaced. It is unsafe to drive and the dealer confirmed the noise. This is a known, common issue with the CVT Transmissions, but they are not willing to replace it due to being more than 60 months past the manufacture date, but under 60,000

[364] NHTSA ID: 11613152.

[365] NHTSA ID: 11613212.

[366] NHTSA ID: 11613605.

[367] NHTSA ID: 11613943.

miles.

368. On September 12, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[368]

> A whine developed while accelerating on the highway. The whine continued any time I accelerated higher than about 35 mph. I suspected it was the transmission and Toyota confirmed I was right. I need a whole new transmission. At 59,000 miles, my Highlander is still under power train warranty. However, my car was diagnosed July 9 and I am still waiting for the part to come in at the dealership more than 2 months later. I was told verbally that I would be able to still drive the car while waiting, but I don't feel safe doing so.

369. On September 13, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[369]

> Known transmission issue not being addressed. Internal parts issue and must be replaced after only a few years.

370. On September 13, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[370]

> With 55k miles on a 2020 Toyota Highlander, we began hearing a whine. On various on-line sources it appears that this is not unusual among late teens to early '20s Highlanders. I brought the vehicle to the dealer (with close to 56k miles) and the dealer decided the transmission needs to be replaced. Even though the dealer service center acknowledges this is an ongoing issue w/the Highlander of this (late teens/early '20s) vintage I'm told its a 1-2mo wait for a transmission repair/replacement. Warranty is 60k miles... I was told be safe and don't go over 60k miles or its possible the warranty might not be honored. While currently operable, a quick internet search indicates, transmission failure often occurs unexpectedly, leaving drivers stranded on the side of the road. This situation can be not only inconvenient but also dangerous.

---

[368] NHTSA ID: 11614197.

[369] NHTSA ID: 11614536.

[370] NHTSA ID: 11614462.

371. On September 16, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[371]

> The contact owns a 2020 Toyota Highlander. The contact stated while driving approximately 30 MPH, the accelerator pedal was depressed, and there was an abnormal whining sound underneath the vehicle on the driver's side. The contact stated that the sound was intermittent but was occurring at various speeds. The contact stated that there were no warning lights. The contact had taken the vehicle to a local dealer, where it was diagnosed and determined that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was not informed of the failure. The failure mileage was approximately 107,000.

372. On September 18, 2024, the owner of a 2024 Toyota Grand Highlander submitted the following complaint with NHTSA:[372]

> Car failed to accelerate when pulling into traffic on 5 lane road. Dealer completed a software update on 9/17 they thought would remedy the issue (which is ongoing) but it apparently did not. Vehicle gives no warning lights, error messages, etc. Just does not accelerate from a complete stop for 4-5 seconds.

373. On September 19, 2024, the owner of a 2023 Lexus RX 350 submitted the following complaint with NHTSA:[373]

> The vehicle hesitates off a full stop such as at a red light. The automatic start stop feature is turned off manually, but car hesitates off the stop creating an unsafe condition if making a left turn where there is no left traffic arrow turn signal and cars are coming in the opposite direction or when entering a moving lane. The hesitation is enough to prevent you from entering or crossing moving traffic unless you wait for all traffic to be gone. This only happens when it is hot outside. When it is cool and air temperature is lower this does not occur and the car operates as normal. Has happened since new and Dealer cannot look into it because there are no failure codes appearing on the car's system.

374. On September 25, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[374]

---

[371] NHTSA ID: 11614897

[372] NHTSA ID: 11615301.

[373] NHTSA ID: 11615471.

[374] NHTSA ID: 11616400.

> The contact owns a 2020 Toyota Highlander. The contact stated while driving at various speeds and accelerating, the vehicle made an abnormal buzzing and clunking sound. The vehicle was taken to the dealer several times. The dealer repaired the brake pedal and an axle; however, the failure progressively became worse. The vehicle was taken back to the dealer, where the rear differential was repaired; however, the failure persisted. The vehicle was taken back to the dealer, where it was diagnosed and determined that the transmission needed to be replaced; however, the part was not available. The vehicle was not repaired. The manufacturer was notified of the failure and a case was opened. The failure mileage was approximately 59,000.

375. On September 30, 2024, the owner of a 2017 Toyota Sienna submitted the following complaint with NHTSA:[375]

> The contact owns a 2017 Toyota Sienna. The contact stated while driving at an undisclosed speed, the contact became aware of a hard shift and a high-pitched whining sound while the transmission was shifting. The vehicle was taken to an independent mechanic where it was diagnosed with transmission failure. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure but provided no assistance. In addition, the contact was informed that the repair was not covered under recall. The failure mileage was approximately 110,000.

376. On October 7, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[376]

> My wife's Highlander started whining under acceleration. I am not a trained mechanic but know enough about vehicles that I k ew it was the transmission. I checked Google for 2021 Highlander complaints and found hundreds of them. The vehicle has 90k on it but luckily we bought the extended warranty through Toyota. I took the vehicle in for service and told them the transmission was whining and needed replaced and would be covered under my warranty. They looked at me strange and said ok sure, we'll check it out. 4 hours later they called to confirm I needed a new transmission. They estimate it to take be 4 weeks before they receive the transmission. Apparently so many being replaced they are on back order. Luckily we bought our vehicle as a "Certified Pre-Owned" so we get a loaner the entire time. Just sad to see Toyota quality going down hill like it has.

---

[375] NHTSA ID: 11617302.

[376] NHTSA ID: 11618505.

377. On October 7, 2024, the owner of a 2024 Toyota Highlander submitted the following complaint to NHTSA:[377]

> I purchased a brand new 2024 Toyota Highlander Limited on [XXX]. On September 12th, we were going on our first road trip with our [XXX] son to Wilmington, NC (~209 miles from where we live). I bought this car as it was bigger and with a newborn wanted to feel safe. Approximately 15 miles out, as I was gassing the car on the highway, the speed limit was slowly dropping. After I released the gas, there was a slight jolt and then I was able to safely pull over on the side of the highway. To say I felt unsafe with cars flying by going 70 mph and the car slowing down out of my control with a newborn in the car is an understatement. With less than 300 miles on the car, Toyota of Wilmington confirmed it was a faulty transmission. In addition to the poor quality and safety concern, customer service and the disconnect between areas - dealership, corporate, and financial when trying to get any resolution has been ridiculous. When I asked my sales rep if the issue was a concern he informed me my gear was probably wrong and assured me I would be fine making it back to Charlotte. When I called Toyota of Wilmington, despite me telling them I was there for the weekend and needed to get home Sunday they said they could see me the following Thursday, despite the issue at hand. It wasn't until I told them it was undriveable after trying to drive again and had it towed there that they magically fit us in. I am now a month without a car, given a smaller size rental car with no ETA on being able to get a new one and unable to get in touch with anyone in Financial to discuss the car payment they are still billing me for. This was our first and last Toyota we will purchase. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

378. On October 10, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[378]

> Transmission failure at 70,000 miles waited 3 months for replacement transmission.

379. On October 10, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[379]

> The contact owns a 2020 Toyota Highlander. The contact stated while driving at approximately 25 MPH, there was an abnormal humming sound from the engine compartment. The contact depressed the accelerator pedal, and the sound got

[377] NHTSA ID: 11618473.

[378] NHTSA ID: 11619196.

[379] NHTSA ID: 11619144.

louder. The contact stated there was no warning light illuminated. The vehicle was taken to a local dealer, where it was diagnosed and determined that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was informed of the failure. The failure mileage was approximately 67,000.

380. On October 10, 2024, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[380]

> Transmission when shifting at lower gears

381. On October 14, 2024, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[381]

> The transmission on this vehicle has a delayed shifting between 1st and 2nd gears when accelerating. I am concerned that there is a transmission issue happening.

382. On October 15, 2024, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[382]

> While trying to accelerate on an onramp to the highway, the transmission failed to enter into higher gear, and the check engine light came on. The 2017 Sienna currently sits at 112,951 miles. Leading up to this, we had noticed the van jolting when being put into drive or reverse, and acceleration was often sluggish, with a whirring sound. Inspection by the local Toyota dealership found that the entire transmission needed to be replaced. The serial number of the transmission starts with UA02, which wasn't part of any of the existing 2017 Sienna service bulletins.

383. On October 15, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[383]

> Regarding Toyota TSB T-SB-0008-21, 'Whine or Grind Noise From the Transmission', issued February 2021: Some 2021 model year Avalon, Highlander, and Camry vehicles equipped with UA80E or UA80F transmissions may exhibit a whine or grind noise from the transmission. This condition may be caused by an issue with the front carrier assembly pinion shafts. This is a widespread problem with these specified transmissions. The noise generally starts around 60-70k miles,

[380] NHTSA ID: 11619206.

[381] NHTSA ID: 11619597.

[382] NHTSA ID: 11619921.

[383] NHTSA ID: 11620010.

just outside the warranty period. Toyota knowingly continued to sell vehicles with these defective transmissions. Repair estimates range from $8.5k-$13k.

384. On October 15, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[384]

> These Toyota highlanders had a whine noise in the transmissions that Toyota ended up taking care of in previous years. They said the problem was fixed in 2019 and newer. This problem has not been fixed as there are numerous confirmed cases of the exact problem with later models.

385. On October 18, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[385]

> The car started making a whining.humming sound only while pressing the gas. Took to mechanic and they advised it was TSB 0008-21. I need a new transmission. I drive this daily with my own kids, and several that aren't mine. If the transmission were to go out, I would not be able to accelerate and the care would stop moving. I can't even imagine this happening on a high with hundreds of cars speeding or a busy road. This could cause a bad accident, injury or death. No warnings etc. The noise just started and took right to mechanic. I gave the mechanic a copt of power train warrant and hoping it gets covered and fixed.

386. On October 19, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to the NHTSA:[386]

> ur transmission went out with only 96K miles on it, We were told that it could break down at any time leaving us stranded. there are may forums and people experiencing this issue. It was inspected by the dealer, and they confirmed that the transmission was needing to be replaced

387. On October 26, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[387]

> I own a 2020 Toyota highlander and the car mileage is 68,000 and the dealer told me my transmission is dead and needs to replacement. The cost for replacement is

---

[384] NHTSA ID: 11619777.

[385] NHTSA ID: 11620576.

[386] NHTSA ID: 11620783.

[387] NHTSA ID: 11622122.

> $13,000.00! I'm the first owner of the car and how could a new Toyota car transmission fail at 68,000 miles and the warranty is 5 yrs or 60,000 miles. This issue have to be Toyota manufacture problems and they should have a recall on this and I researched online and a lot of highlander owners have the same problems as me! NHTSA PLEASE RESEARCH AND HELP HIGHLANDER OWNERS! Thank you

388. On October 29, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[388]

> Transmission is making a whining noise.

389. On October 30, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[389]

> At 80,000 miles or so the transmission has now started making a whining sound upon acceleration. The repair shop says there's nothing they can do except to replace the entire transmission. This tends to be a common occurrence with Toyota vehicles.

390. On November 3, 2024, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[390]

> Acceleration Issues, engine lag, poor response time and bucking when accelerated is pressed. Dangerous to drive not enough power to merge with traffic and hesitates to go at stop lights. Bought as a family suv and don't feel safe with them in the car. RPMs jump when at idle. The car struggles to shift gears especially 2nd gear. Does not preform well under normal circumstances not sure how this car would ever be able to tow anything. I feel very mislead by Toyota and its reputation as this vehicle vehicle is lacking safety and performance. Reached out to Toyota about problems and have not received a remedy for the situation. A special campaign was issued but has not helped the problem. Very disappointed with this purchase as I paid over 50k for the vehicle brand new and don't feel safe in the car as it bucks on acceleration and lacks the power to flow with traffic. This suv will cause negative impacts if safety measures aren't started quickly.

---

[388] NHTSA ID: 11622406.

[389] NHTSA ID: 11622737.

[390] NHTSA ID: 11623355.

391. On November 6, 2024, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[391]

> I have a 2018 Toyota Camry SE in which the transmission has completely failed. If I drive the car without having it completely replaced it hesitates when trying to excel. I was almost hit several times while trying to pull out into traffic where the car wouldn't shift and accelerate when it needed to move quickly.

392. On November 7, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[392]

> The contact owns a 2020 Toyota Highlander. The contact stated that there was an abnormal winding noise detected while accelerating. The failure increased over time. While the contact's husband was driving approximately 60 MPH and attempting to accelerate, the vehicle lost motive power. While shifting to park, there was an abnormally loud, high-pitched winding sound detected. The vehicle was slow to shift from first to second gear. There were no warning lights illuminated. The vehicle was taken to an independent mechanic, who determined that the CV joint needed to be replaced. The vehicle was repaired, but the failure recurred. The vehicle was taken to a transmission center, where the transmission was rebuilt. The contact called the local dealer, but the vehicle was not diagnosed or repaired. The manufacturer was not contacted. The approximate failure mileage was 130,000.

393. On November 8, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[393]

> Transmission whining around 38mph when accelerator is pressed. Goes away when foot is off pedal. No warning lights are on. I test drove 3 other 2020 - 2021 Highlanders in May before I purchased this one. All 3 of those had a very noticable transmission whine over 20mph. I opted for this Highlander because there were no noticeable issues/sounds. Just this month, I am noticing a more pronounced high pitch whine during acceleration. This certainly sounds like a much wider issue, especially calling around to multiple dealerships confirming they have other 2020-2021 Highlanders in getting transmission replacements (on 3+ months wait times for parts) This is absolutely a safety issue if a transmission fails while driving. There was a technical bulletin for this same issue with certain VINs, but I was told that my VIN fell outside of that range. To answer rest of questions: No confirmation from dealer on the whine, they are all charging $180 to diagnose the issue and I am

---

[391] NHTSA ID: 11623795.

[392] NHTSA ID: 11623929.

[393] NHTSA ID: 11624184.

not paying that. No further inspections by the above groups listed.

394. On November 14, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[394]

> The contact owns a 2019 Toyota Highlander. The contact stated that when the vehicle was started, the check engine warning light illuminated and disappeared later in the evening. Additionally, the contact stated while driving approximately 40 MPH, there was a winding sound coming from the front of the vehicle. The vehicle was taken to a dealer where it was diagnosed and determined that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure. The failure mileage was 54,471.

395. On November 14, 2024, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[395]

> I am writing to express a serious safety concern regarding my Toyota Camry. Recently, my daugther experienced a potentially dangerous situation while driving to a doctor's appointment that I believe requires immediate attention. She was traveling on the highway in the leftmost lane, the fastest lane, when the car unexpectedly began to slow down. Despite pressing the gas pedal to accelerate, the engine revved louder, but the car did not respond or gain any speed. It became clear that the vehicle was losing power, and she was unable to maintain speed, causing a significant slowdown in traffic. As the situation became more alarming, she turned on the emergency lights to alert surrounding drivers, realizing that the car was decelerating despite her efforts. At this point, she was stuck in a very precarious position, with traffic merging from another highway to her right, and she remained in the middle of the road in one of the busiest and fastest lanes. Fortunately, after 15 minutes or so of this uncertainty, a kind passenger helped to push the car to the shoulder, allowing her to get out of the flow of traffic and avoid a potential accident or worse. What is most concerning about this incident is that there were no warning signs or indicators on the dashboard. No engine lights, warning signals, or unusual noises alerted her to any potential issue before or during the power loss. The car simply stopped responding while the engine continued to rev, leaving her stranded in a highly dangerous situation without any forewarning. I rely on my Toyota Camry for daily transportation, and this sudden and unexpected malfunction has shaken both our confidences and others around me about the vehicle's safety. I request a thorough investigation into this incident to determine the cause of the malfunction, as well as any necessary repairs or inspections to ensure that this does not happen again. Toyota dealer has advised me there is no recall and there is

---

[394] NHTSA ID: 11625231.

[395] NHTSA ID: 11625221.

nothing they can do.

396. On November 14, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[396]

> The issue with the 2019 Toyota Camry SE appears to be a malfunction of the vehicle's transmission system, specifically related to the 8-speed automatic transmission, which is known to have a recurring issue. Around one month ago, the vehicle began to produce a whining noise coming from the transmission, which progressively worsened over time. Despite the absence of warning lights or messages, the noise raised concerns regarding the transmission's performance. The vehicle was subsequently taken to a Toyota service station, where the transmission was serviced, but the issue remained unresolved. Upon inspection, the dealership confirmed the presence of the whining noise and noted in their service receipt that a new transmission would be required. This suggests a significant failure within the transmission system that was not addressed through the initial service. The 8-speed automatic transmission in these Camry models has been reported to have consistent problems, which should not have occurred at this mileage (158,000 miles) under normal conditions. At this point, it is reasonable to believe that this issue is tied to a known defect with the 8-speed automatic transmission and may require a recall for affected vehicles. The safety of the driver and others could be at risk if the transmission fails completely, especially if it leads to an unexpected loss of power or control over the vehicle. However, no formal inspection by the manufacturer, police, or insurance representatives has been mentioned as of yet. In summary, the problem has not only been acknowledged by the Toyota service station, but also seems to be part of a wider, systemic issue with this model's transmission. As such, a recall should be considered, and further investigation into this known issue is warranted to prevent further safety risks.

397. On November 16, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[397]

> Toyota is not trying to own up to failing transmissions especially in the Highlanders. The Highlander started making a whining noise around 50k miles like a supercharger. The dealer said the car needed a whole new transmission. The transmission is available for inspection upon request. The car is hard to accelerate because the transmission is failing without giving any warning signals on the dashboard.

---

[396] NHTSA ID: 11625302.

[397] NHTSA ID: 11625646.

398. On November 19, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[398]

> Dealer states that the transmission and transmission cooling needs to be replaced. The car only has 58500 miles.

399. On November 19, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[399]

> Faulty transmission with no solution for a fix. Transmission makes grinding noise while driving. Dealership cannot fix the problem knowing that there is an issue with the 8 speed transmission. They recommend replacement with a salvage transmission out of pocket.

400. On November 24, 2024, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[400]

> I brought my car to the dealership due to a small whining noise when accelerating over 30mph. Technician determined the noise is coming from internal transmission failure and recommended replacement. The small whining noise was the only indication something was wrong. No check engine or warning lights on my dashboard. The car is under 50,000 miles at the time.

401. On November 25, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[401]

> My 2019 Toyota Highlander XLE has 50,000 miles on it, when the transmission began making a whining noise while driving. The noise has become significantly louder. There has been no noticeable issues with the shifting, however when taken to the dealer I was advised that the transmission needs to be replaced and can not be repaired. I was lucky enough that we did not encounter any serious problems with the transmission. This appears to be a major problem with the Highlander transmission and should become a recall. I was lucky enough that my vehicle was in the drivetrain warranty range considering the low miles and cost to repair such a problem. Toyota should be mandated to recall or at the very least extend the

---

[398] NHTSA ID: 11626271.

[399] NHTSA ID: 11626134.

[400] NHTSA ID: 11627067.

[401] NHTSA ID: 11627168.

transmission coverage to 10 year 100,000 miles due to the malfunction.

402. On November 29, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[402]

> Vehicle started making a whining noise and diagnosed at Lancaster Toyota as needing a new transmission at a cost of $8500. Ended up having transmission replaced at a local transmission repair shop for $7000.

403. On December 2, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[403]

> Transmission is shifting roughly and whining. Has to be replaced, on backorder for a month. This is a safety issue as it could fail while driving. Online search finds a service bulletin (T-SB-0008-21) and many, many consumer complaints about the same issue.

404. On December 3, 2024, the owner of a 2023 Lexus RX 350 submitted the following complaint with NHTSA:[404]

> The contact owns a 2023 Lexus RX500H. The contact stated while depressing the brake pedal, the vehicle surged forward. There were no warning lights illuminated. The vehicle was taken to the dealer who was unable to determine the cause of the failure. The contact stated that the failure persisted. The vehicle was taken to another dealer, Lexus of Santa Fe (6824 Cerrillos Rd, Santa Fe, NM 87507) who were unable to determine the cause of the failure. The contact stated that the failure persisted. While the contact's wife was driving and was idling at a stop light, the vehicle lunged forward aggressively. The contact's wife turned off the vehicle to avoid lunging forward and crashing with oncoming vehicles at the intersection. The vehicle was returned to the first dealer, Lexus of Albuquerque (4821 Pan American Fwy, Albuquerque, NM 87109) who was able to duplicate the failure and stated that the failure might be caused by a software failure. The dealer could not confirm but had assumed that the software update might prevent the failure. The vehicle had not been repaired. The dealer informed the contact that the manufacturer was made aware of the failure and might be preparing a software update to solve the issue. The manufacturer was made aware of the failure and opened a case. The failure mileage was 5,000.

---

[402] NHTSA ID: 11627903.

[403] NHTSA ID: 11628363.

[404] NHTSA ID: 11633174.

405. On December 6, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[405]

> 1 - The car transmission is emitting a whine noise, harsh shift and loss of power. The dealer recommended the transmission be replaced. The car has 54,857 miles. The auto is available for inspection. 2 - Safety is an issue when the transmission loses power and is unable to accelerate. 3 - The issue was reproduced by the dealer and recommended transmission replacement. 4 - Inspected by dealer only. 5 - There were no warning indicators for the failure.

406. On December 8, 2024, the owner of a 2024 Toyota Camry submitted the following complaint with NHTSA:[406]

> vehicle does not always respond when the gas pedal is pushed. the engine revs and rpms increase, but gears don't catch. merging onto highways, or making turns into traffic are terrifying as i'm not sure if the car will go.

407. On December 10, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[407]

> I purchased my new 2021 Highlander in Sept. of 2021. At about 70K miles, my car started making a whining or buzzing noise when accelerating. I took it to the Toyota dealership in Fort Collins, CO. They told me my transmission is failing. They stated I needed completely replaced for just a few dollars under $8000. They stated that the Highlander transmissions are on backorder for replacement. They said it could go completely in a year or a month, they didn't know but I couldn't get it fixed for months because of the backordered transmissions. There is no warning light or alert. This is very concerning since I commute at night alone long distances, or if the transmission goes while I'm on an interstate, etc...I did some research and found that prior to buying the car, Toyota was already aware of this problem as they issued a Technical Service Bulletin T-SB-0008-21 in February of 2021 yet they did not inform me or hold the cars for sale to correct what could cause accidents when the transmission fails. Upon further investigation, there are numerous people with this problem in their 2021 Highlanders. This needs to be addressed immediately and deserves a recall.

---

[405] NHTSA ID: 11629309.

[406] NHTSA ID: 11629544.

[407] NHTSA ID: 11629979.

408. On December 10, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[408]

> Transmission went out at 94,000 mils. Loud whinning noise and vechicle very loud sounds like a disel truck once cranked.

409. On December 10, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[409]

> after hearing wining noise from transmission as driving down highway at full speed with out warning car suddenly and quit violently came to a stop . no waring lights ! transmission appears to be in two gears at once reverse and forward will only roll if put in neutral .internal failure in the transmission according to the dealer . The car not included in the recall issued for the same year make and model for the same thing. extremely dangerous wife and kids in the car when it happened.

410. On December 10, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[410]

> Vehicle has a complete transmission failure at 67,000 miles. Purchased 10 of 2018 with 5 year/ 60k drive train warranty. Vehicle has been correctly maintained since purchased. No maintenance or fluid change required by manufacture. Car would hesitate/ buck and made strange noise from transmission. Took it to be inspected at our mechanical the next day . Shop pulled codes from the car and then referred us to a transmission shop. They reported the fluid was burned and transmission needed to be replaced. Vehicle is not drive able at this point. Purchase dealership said to bring the vehicle in for diagnosis, but it would not be covered as it is out of the drive train warranty by a year and 7000 miles. No TSB's or recalls from Toyota at this time. Transmission shop reported that Toyota has a problem with these 8 speed transmissions and they are on national back order. Vehicle has been out of service for 3 weeks with no ETA on the transmission assembly from Toyota as of today. Total repair estimate is over $6000.00 and rental has accrued over $1500.00 in fees as of today.

---

[408] NHTSA ID: 11629923.

[409] NHTSA ID: 11629927.

[410] NHTSA ID: 11629919.

411. On December 12, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[411]

> within a 3 hour span, car started whining when accelerating and engine would rev and accelerate but wouldnt go. By lunch time the car would accelerate but go nowhere. Transmission failed within a morning.

412. On December 13, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[412]

> The Highlander only have 62000, miles and still has a new car smell ,but it need a transmission was told by service advisor that it could stop in the middle of the of traffic with no warning no engine light on dash nothing upon further research a lot of customers are having the same problem Please help Toyota has been my brand since 1996 and I'm sad that the don't stand behind the brand for such a major issue

413. On December 17, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[413]

> I purchased my new 2021 Highlander in Sept. of 2021. At about 88K miles, my car started making a whining or buzzing noise when accelerating. I am scheduled to take my highlander to the dealership to be looked at, but in the meantime, research on multiple forums and NHTSA -this is found to be a common issue with the 2021 toyota highlander transmission. Upon further research, I discovered that prior to buying the car, Toyota was already aware of this problem as they issued a Technical Service Bulletin T-SB-0008-21 in February of 2021 yet they did not inform me or hold the cars for sale to correct what could cause accidents when the transmission fails. Upon further investigation, there are numerous people with this problem in their 2021 Highlanders. This needs to be addressed immediately and deserves a recall, as most owners discover this issue after the 60K power train warranty has ended.

414. On December 17, 2024, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[414]

> Transmission developed whine at 64,000 miles similar to the whine/issues

[411] NHTSA ID: 11630439.

[412] NHTSA ID: 11630582.

[413] NHTSA ID: 11631174.

[414] NHTSA ID: 11631259.

experienced for customers covered under Toyota's ZJC Customer Support Program. My VIN was not in the range of impacted units, but had the same issue/failure.

415. On December 17, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[415]

> My transmission is no longer working and confirmed by the dealership and mechanic shop. My Camry has 60,900 miles when the transmission broke.

416. On December 18, 2024, the owner of 2018 Toyota Highlander submitted the following complaint to NHTSA:[416]

> The contact owns a 2018 Toyota Highlander. The contact stated that while driving at various speeds and attempting to accelerate, the transmission whined abnormally loud. No warning light was illuminated. The vehicle was taken to a local dealer to be diagnosed. The contact was informed that the transmission needed to be replaced due to internal failures. The vehicle was not repaired because the warranty had expired. The manufacturer was notified of the failure by the local dealer. The failure mileage was approximately 107,000.

417. On December 18, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[417]

> Transmission failure

418. On December 19, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[418]

> The contact owns a 2019 Toyota Camry. The contact stated while driving at various speeds, the vehicle failed to properly accelerate and then stalled. The vehicle was towed to the local mechanic who diagnosed that the transmission had failed and needed to be replaced. The manufacturer was notified of the failure and suggested that the vehicle be towed to the local dealer. The vehicle was towed to the local dealer who confirmed that the transmission was faulty and needed to be replaced. The vehicle was not yet repaired. The failure mileage was 80,000.

---

[415] NHTSA ID: 11631317.

[416] NHTSA ID: 11631503.

[417] NHTSA ID: 11631522.

[418] NHTSA ID: 11631578.

419. On December 20, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[419]

> My 2019 Toyota Camry SE experienced a transmission failure due to slipping gears. The issue became apparent when the car started hesitating during acceleration, with noticeable jerking and a lack of smooth shifting between gears. Despite routine maintenance, the transmission's performance progressively worsened, with the slipping becoming more frequent and severe. Now i'm unable to drive my car anymore.

420. On December 20, 2024, the owner of a 2020 Toyota Highlander submitted the folllwing complaint to NHTSA:[420]

> The transmission in my 2020 Highlander XLE needs replacement at 64,000 miles.

421. On December 26, 2024, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[421]

> My transmission started to make whining noise took to the dealer to check they confirmed it was a transmission issue that it needed to be replaced. After doing some digging I came across a toyota service bulitin that claimed this issue only affected a batch of vehicles. ( T-SB-0008-21 ) I have searched on forums and found out that a lot of people are haveing the same issue and Toyota is not doing anything about it. PLEASE HELP !!!

422. On December 27, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[422]

> automatic transmission makeing a whinning noise.Many other customers complaining about same problem. Car has 72,000 miles on it which puts it out of 5 year/60,000mile warranty.Customers feel that toyota should cover replacement or repairs cost knowing they have had same problem with 2017/2018 models and have not corrected the problem with the 2019 model.Very unprofessional for such a high quality company.

---

[419] NHTSA ID: 11631712.

[420] NHTSA ID: 11631899.

[421] NHTSA ID: 11632534.

[422] NHTSA ID: 11632765.

423. On December 27, 2024, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[423]

> Highlander transmission broke down around 80,000 miles

424. On December 28, 2024, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[424]

> I purchased my Toyota Camry in 2020 with only 4995 miles on it from the Toyota dealership. It is now 2024 and I only have 69,000 miles on it and the transmission is bad. I took it Toyota and they revealed it is an inner transmission issue and I would need a completely new transmission. This is insane considering that Toyota makes money off of saying they have reliable cars. I have gotten maintenance on my car and mainly only drive it to and from work. There was no warning signs on my dashboard about this and I drive with my 3 year old son in it. I started to hear a winding noise in car when accelerating and occasionally some kick back. Now car is stuck at a dealership with no idea of when a new transmission will be placed because Toyota said it is on a nationwide back order. After doing some research I found that many other customers owning a 2019 Toyota are having the same problem with there transmissions clocking out between 65,000-85,000 miles. My safety was put at risk along with my child's because there was not even a light on the dashboard that showed something was wrong with the car.

425. On December 31, 2024, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[425]

> Transmission whine stated on or around 52000 miles. Whine progressively increased in volume over the next 2000 miles. Toyota dealer analyzed the noise and recommended the transmission be replaced. Transmission out of warranty. Independent transmission shop confirmed transmission internal pump was failing and could cause transmission lockup at speed.

426. On January 4, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[426]

> Vehicle started making intermittent whining noise around 75,000 miles but Toyota

---

[423] NHTSA ID: 11632588.

[424] NHTSA ID: 11632819.

[425] NHTSA ID: 11633345.

[426] NHTSA ID: 11634086.

service advisor at the time told me it was normal and since my transmission had been serviced on schedule, it was nothing to worry about. Around 135,000 miles the vehicle sometimes would operate completely normal, and at other times would suddenly seem to struggle to get up to speed especially on the highway somewhere between 20-60 mph. Also sometimes difficult to go at stoplights; but then would resume completely normal operation. The risk to us was we could have easily been hurt in an accident had the vehicle not been able to operate normally at normal speeds, leading to a collision. There were no warnings nor stored codes; the vehicle had received all routine maintenance on schedule including all major maintenance such as transmission services performed by a Toyota dealership. When taken in for this problem, they claimed that they were not able to replicate the jerky/intermittent issues during their test drive, but the whine was indicative of transmission failure and the transmission would need to be replaced. The remanufactured transmissions were on backorder with no ETA, which I was told could be 6-10 months of a wait due to a parts shortage. My service advisor recommended I trade in the vehicle instead because they could not guarantee the vehicle would be safe to drive and I could not continue to drive fearful of a wreck, so we had to do that, and the vehicle was traded in.

427. On January 6, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[427]

The transmission started slipping without any warning and then went into neutral while driving and I am not able to drive it anymore. The dealership said the transmission is bad. I see many complaints online about 2020 Toyota Highlander transmissions going bad for no reason. This is a new car only 4.5 years of normal driving and the transmission goes, this is not normal for such a high rated vehicle.

428. On January 6, 2025, the owner of a 2024 Toyota Grand Highlander submitted the following complaint with NHTSA:[428]

Since December 18, 2024 I have had this happen 5 times. I come to a complete stop and have my foot on the brake. The car will then hop four-five times (like the sensation of shifting in manual with a cluch and you don't shift correctly and the car will hop). I am not sure why this is happening. I took it to the dealer and they haven't experienced the issue. This doesn't happen at every full stop either.

---

[427] NHTSA ID: 11634321.

[428] NHTSA ID: 11634355.

429. On January 6, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[429]

> The transmission of my 2019 Toyota Camry just died. There were no warnings whatsoever. I only have about 70000 miles on the car and I am unable to find a replacement transmission anywhere. No I am stuck making payments on a car that can't be driven along with full coverage insurance and registration fees. The problem was confirmed by an independent service center. Car is available for inspection upon request. However, it is not drivable. Safety was compromised as the car would not move at a safe speed on the freeway when last driven potentially causing harm to myself or others

430. On January 7, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[430]

> Transmission intermittently allows the RPMs to double from 2,000 to 4,000 RPMs. It occasionally displays trouble codes, and exhibits a grinding, whirring noise. An Independent transmission shop confirms that it needs to be replaced. Toyota has issued a recall referred to as Customer Support Program ZJC, but their representatives claim that our vehicle does not qualify, even though the date and model of the transmission clearly Falla under their parameters.

431. On January 9, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[431]

> The transmission has failed on the toyota camry. Camry has 92,000 miles. Dealer diagnosed and said it needed a new transmission. Maintenance book says to change fluid at 120,000. We believe it is a faulty transmission and are being charge to repair.

432. On January 13, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[432]

> There is a progressing whine sound when accelerating, it's a common sign of a transmission failing, others online have described the same issue and they had to replace their transmission, I'd be worried about my transmission failing mid drive

---

[429] NHTSA ID: 11634331.

[430] NHTSA ID: 11634551.

[431] NHTSA ID: 11635161.

[432] NHTSA ID: 11635716.

and not being able to control the car.

433. On January 15, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[433]

> The contact owns a 2020 Toyota Camry. The contact stated while driving at 30 MPH on the highway, the vehicle lost motive power. The contact stated that the vehicle failed to respond while depressing the accelerator pedal. There was no warning light illuminated. The vehicle was not taken to be diagnosed or repaired. The local dealer was contacted; however, the vehicle was not diagnosed or repaired. The manufacturer was not made aware of the failure. The failure mileage was approximately 38,000.

434. On January 16, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[434]

> Transmission make grinding noise scared to drive when I check online on Google it states that all 2021 toyota highlander make grinding noise and only solution is to replace it

435. On January 18, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[435]

> The sealed transmission went completely out and we were on the side of a road in a driveway, so we had to try to cross the road on a hill. Fortunately we did not get hit. The vehicle is in another state as I was travelling for Christmas eve celebration with my family. The car is at a toyota dealership in Roanoke , Virginia. We did not get any warning until it completely lost all power and then the engine light came on. We had no idea anything was wrong with the transmission until it started making a loud noise after stopping at a grocery store and we started moving again. The car only has 81,00 miles and certainly should not have gone out that early. I do not have an extended warranty, so this is costing me a little over $9,000.00. This model does have a sealed transmission, so there's no way to check the fluid.

---

[433] NHTSA ID: 11636118.

[434] NHTSA ID: 11636348.

[435] NHTSA ID: 11636789.

436. On January 19, 2025, the owner of a 2024 Lexus RX 350 submitted the following complaint to NHTSA:[436]

> Below is the email that I sent to both the manufacturer and the dealership: I hope your Christmas Eve was better than mine. My son and I were driving up to the Poconos [XXX] to go skiing and I noticed the sonar detection light come on. When we were driving back from the Poconos, the transmission would not catch around the second or third gear. The RPMs would shoot up. The dash / warning lights lit up. I pulled over to the side of the road and I called Lexus dealership, service center, and road side assistance. However, due to the fact that it was [XXX], the offices were closed. I managed to make it to my parent's home, but it was a very dangerous ride on [XXX]. The odometer stated that we were going 50 mph, but we were crawling and the RPMs were 4000. The RPMs at rest were always over 1000. Additionally at times, the gear would not shift into second or third and/or bottom out. Obviously the transmission is beyond malfunctioning. Below are pictures including: 1.) check your engine: A malfunction in the electric control of the engine, throttle or automatic transmission has been detected... 2.) a malfunction in the Intelligent Clearance, Sonar System has been detected 3.) traction control turned off 4.) Secondary Collision Break System malfunction, 5.) System Malfunction 6.) Drive-Start Control Malfunction. The vehicle has just over 3000 miles. I am beyond distraught. My phone number is [XXX] . However, I think it's best if we communicate through email at this point. I planned a family ski trip to Killington, VT for the New Year. I would like to request a loaner vehicle so I can salvage this holiday. I look forward to hearing from you and your service department. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

437. On January 21, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[437]

> Driving normal about 60mph. Car seems to go into limp mode with no acceleration response. Toyota confirms the clutch actuator is failing causing the vehicle to not have acceleration pressure and that the transmission needs to be replaced. There are no indications or lights showing a malfunction and acceleration from a stop can be unresponsive. Turning the vehicle off and on will temporarily reset the car without issue. This problem is intermittent but increasing in frequency

---

[436] NHTSA ID: 11636883.

[437] NHTSA ID: 11637486.

438. On January 22, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[438]

> The contact owns a 2020 Toyota Camry. The contact stated while driving at approximately 40 MPH, the vehicle shuddered and stalled. No warning light was illuminated. The vehicle was taken to a dealer to be diagnosed; however, the failure cause was unidentifiable. The dealer informed the contact that the engine might need to be replaced. The vehicle was repaired however, the failure persisted. The vehicle was taken back to the dealer where it was diagnosed that the transmission needed to be replaced. The dealer informed the contact that the parts would not be available until March 2025. The vehicle was not repaired. The manufacturer was notified of the failure. The failure mileage was approximately 99,000.

439. On January 23, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[439]

> 39,000 miles- Transmission starting to make a loud whining noise while driving. Dealership stated failed carrier bearing, unsafe to drive as this could cause the transmission to lock up at any moment. Toyota has a TSB out for this and has provided a loaner. My car does not fall within the TSB VIN range however still has same failure.

440. On January 23, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[440]

> Vehicle has 80k miles. When slowing the vehicle down to 10-20 mph and then trying to accelerate again the transmission bangs/clunks into gear and is delayed to get going causing a safety concern. No warning lights on

441. On January 23, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[441]

> Constant transmission issues

---

[438] NHTSA ID: 11637632.

[439] NHTSA ID: 11637857.

[440] NHTSA ID: 11638158.

[441] NHTSA ID: 11638149.

442. On January 24, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[442]

> The contact owns a 2019 Toyota Highlander. The contact stated that while driving at various speeds, there was an abnormal burning oil odor coming from the vehicle. The vehicle was taken to an independent mechanic, who informed the contact that the failure was related to the transmission. The mechanic referred the contact to a certified transmission mechanic. The vehicle was taken to Leon's Transmission Services, where diagnostic trouble codes indicating an internal transmission pump failure were retrieved. The vehicle was then taken to Integrity Transmission & Auto Repair, where the same assessment was made, and the mechanic determined that the transmission needed to be replaced with a used, new, or rebuilt factory transmission. The dealer was contacted for parts and informed the contact that parts were not available. The vehicle was not repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 92,000.

443. On January 29, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[443]

> The contact owns a 2018 Toyota Camry. The contact stated that while the transmission was shifting from 1st to 2nd gear and while accelerating from a stop, the vehicle jolted forward. The vehicle was taken to the dealer however, the dealer was unable to duplicate the failure. The contact stated the failure recurred one and a half weeks later while driving at an undisclosed speed and the engine revved but the vehicle failed to respond. The contact had to maintain the RPM between 3,000 and 4,000 while driving uphill. The contact stated that the failure persisted, and the vehicle became inoperable. The vehicle was towed to the dealer and was diagnosed with transmission failure. The vehicle was not repaired due to the part being on backorder. The manufacturer was made aware of the failure and opened a case. The failure mileage was 66,000.

444. On January 31, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[444]

> The contact owns a 2019 Toyota Camry. The contact stated while driving at an undisclosed speed, the accelerator pedal was depressed; however, the vehicle failed to accelerate as intended. The contact stated that several unknown warning lights were illuminated. The contact noticed an unusual roaring sound coming from the

---

[442] NHTSA ID: 11638313.

[443] NHTSA ID: 11639421.

[444] NHTSA ID: 11639882.

> vehicle. In addition, the following error codes: P27137f, P08BB and P0746 were displayed. The vehicle was taken to the dealer where it was diagnosed with transmission failure. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure and a case was filed. The failure mileage was approximately 61,900.

445. On February 3, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[445]

> The contact owns a 2019 Toyota Highlander. The contact stated that while driving at an undisclosed speed, the vehicle started shuddering, prompting the contact to pull over to the shoulder of the roadway where the failure persisted. No warning lights were illuminated. The vehicle was taken to an independent mechanic, who diagnosed a failure with the transmission. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was not notified of the failure. The failure mileage was 88,000.

446. On February 9, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[446]

> Transmission failure at 94k miles. Driving on I90 the truck started making very loud whining noise. TSB0008-21 was issued by Toyota Feb-21 and I bought my truck Apr-21. Toyota did NOT disclose this to me.Vehicle failure happened exactly like the TSB. Toyota takes no responsibility-extended warranty is 100% unethical as I am still waiting 4 weeks later for repair. Toyota has no new transmissions available either. Please look into issuing a recall- thousands of people are impacted-please investigate. Toyota is choosing profit over people and safety.

447. On February 11, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[447]

> Internal failure (dealer indicated a bearing as cause) on transmission leading to entire transmission replacement required. Happened just outside warranty. Problem confirmed by dealership. Warning signs are whining/revving noise when accelerating (starts at about 20mph).

---

[445] NHTSA ID: 11640355.

[446] NHTSA ID: 11641562.

[447] NHTSA ID: 11642069.

448. On February 12, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[448]

> While operating the vehicle, the automatic transmission failed to respond and jerked the vehicle at low speed upshifting from 1st to 2nd gear initially. After engaging 2nd gear, vehicle demonstrated loss of power while in motion until system provide engine light warning and other safety messages which had been disabled such as automatic braking system disabled as well as lane departure warning disabled. The vehicle began to limit drivable speed during highway operation which prompt exiting to service or frontage road at which point when the vehicle came to a complete stop, the vehicle would not advance or reverse and was towed from road to a safe location.

449. On February 16, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[449]

> The transmission is starting to whine at 108,000 miles. Toyota service told me the only fix is a replacement and they have seen two failures within the same week. They also said this is a known issue with this model year. A Reddit thread shows many owners in the US and Canada with the same issue. If this is resulting in failures of the transmission in operation this is a safety issue and a reasonable recall being a known defect for this line of transmissions. The recommendation from the service department since this vehicle is paid off is to run it to failure.

450. On February 18, 2025, the owner of a 2019 Highlander submitted the following complaint to NHTSA:[450]

> My Highlander transmission has an internal failure. The Toyota dealership declared "transmission has internal failure quote. I am afraid to drive it due to it breaking down on the highway.

451. On February 20, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[451]

> Before hitting 100,000 miles the car started making a whirring/whine noise when accelerating. We mentioned it to the service advisor when taking the car in for an

---

[448] NHTSA ID: 11642107.

[449] NHTSA ID: 11643039.

[450] NHTSA ID: 11643301.

[451] NHTSA ID: 11637126.

oil change. Initially the advisor said the service technicians took it for a drive and didn't notice any noise; when we picked up the vehicle asked the advisor to sit in with us to point out the noise to him, he heard and acknowledged there in fact was a whining/whirring noise and said he would inquire about it to the shop foreman. The next day the advisor called me and said the shop foreman stated that noise is a transmission issue.

452. On February 20, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[452]

> The contact owns a 2020 Toyota Camry. The contact stated that upon approaching the vehicle, the contact became aware of an excessive fluid leak underneath the transmission. The contact decided not to drive the vehicle. No warning lights were illuminated. The vehicle was towed to the dealer, who diagnosed a failure with the transmission oil pump seal. The vehicle was not repaired. The manufacturer was notified of the failure, a case was opened, and the contact was referred to the NHTSA Hotline for assistance. The contact filed a claim with the manufacturer; however, the claim was declined. The failure mileage was 70,000.

453. On February 22, 2025, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[453]

> Pressure Control Soleneoid "A" Prformance stuck oof -P0746. Second opionin: Valve bddy Assembly clutch kits inside transmission. Toyota of Dallas refuse to provide service. I had done Tranmission service done by them . Need to get it fix van with new transmission installed and correct any other recall of 2025 to be fix.

454. On February 24, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[454]

> I am writing this to complain about the 8 speed automatic transmission! My car's tranny went out at 68,500 miles 4 MONTHS AGO. To this day, it's still drivable but I worry any day now it will give out. I have been quoted staggering prices from 5.5k to 9k! No warning lights which was also surprising. The problem first started when I heard gear grinding sound coming front underneath the front end when decelerating. I am very upset as these seems like an issue where thousands of customers are experiencing transmission issues ranging from jerks to slipping. And the worst part is Toyota won't do anything about it! It's clear as day that there

---

[452] NHTSA ID: 11643953.

[453] NHTSA ID: 11644315.

[454] NHTSA ID: 11644515.

should be a recall for the first year models for the 8 speed automatic transmission.

455. On February 24, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[455]

> Started vehicle and went to back up. Car slammed into reverse and disply showed Drive start control malfunction. The service engine light came on. I removed the battery to reset the error message and the following dayi took it to the dealership. They checked it out and told me that they didnt find anything wrong with it since it wasnt displaying a service engine light. So i went home with it. The next day it did it again so i took it back to them while the condition was happening. Which insisted of the error message, serv eng light, gearshift indicator displaying drive and park at the same time. Also the door locks were continually locking and unlocking. They put a new water valve plus a neut switch assy and a new xmission lever in it and told me it was fixed. I picked it up and the next day it did it again. Returned it to them and they said that the new part was possibly bad from Toyota, ordered a new one, put it in and said it was all good now. I picked car up and 9 months later its happening again. Not sure what to do. Please help

456. On February 25, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[456]

> At 76000 miles my 2020 Highlander water pump began to fail. 20 days after the water pump was replaced at Kings Toyota dealership, the transmission is now failing at 79000 miles. The warranty only covers repairs on each up to 60000 miles. This car has been maintained by the dealership and no engine light ever came on. The water pump was $1200 to repair and I'm being quoted $10K to repair the transmission. I also don't trust that dealership didn't accidentally cause the transmission to fail bc they surprisingly have a new transmission in stock the day I came in. If it truly failed today, then Toyota needs to recall this car for safety reasons. It went from fine to not fine in just a few days of driving.

457. On February 25, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[457]

> Complete transmission and transfer assembly failure at 72,000. Just outside manufacturer warranty. Toyota Dealership and Corporate refused to acknowledge responsibility, stating that the transmission and transfer assembly met warranty

---

[455] NHTSA ID: 11644555.

[456] NHTSA ID: 11644942.

[457] NHTSA ID: 11644935.

requirements, and that they would not entertain assistance.

458. On February 27, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[458]

> Transmission failure requiring replacement. Known pattern failure from Toyota. Customer support program from Toyota does not cover all affected vehicles.

459. On February 27, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[459]

> My transmission has a whining noise and is just over warranty. It is likely to fail soon. Toyota knows the transmission has had issues and has only recalled a select number of them but the issues are all over the board. The issues is consistent across all makes that use the UA80 trans mission (Sennia, Highlander, Camry, etc). In fact, these transmissions (new and remanufactured) all out of stock across the country because the issue is so bad. Research verifies this issue. Please see actual customer experiences below. There are way more out there when you research. [XXX] [XXX] [XXX] [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

460. On February 27, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[460]

> The CPO vehicle was purchased at 60k miles 11/5/2024. The vehicle started bogging down accelerating from a stop, while pulling into traffic, and decelerating randomly at 62k. The vehicle went in to the dealership at 64.5k on 2/20/2025 where they stated the transmission needed replacing due to a transmission whine and incorrect acceleration/deceleration. Toyota corporate will not acknowledge the dangerous problem with the UA80 transmission that 1000's of customers are having. This transmission is in many models with similar issues from 2017-2019.

461. On February 28, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[461]

> Vehicle has 84,000 miles, purchased new in 2021. Started to experience whining

---

[458] NHTSA ID: 11645297.

[459] NHTSA ID: 11645249.

[460] NHTSA ID: 11645424.

[461] NHTSA ID: 11645587.

> noise with acceleration and irregular shifting of gears. Knew it was a transmission problem. Vehicle inspected at the Toyota dealership and service advisor stated that metal shavings are seen in the transmission oil. Advised that a new transmission is needed but may take several months before it is available. Cost of replacement >$9000. The extended warranty that I purchased previously no longer applies as the vehicle has more than 72,000 miles. Technical service bulletin (T-SB-0008-21) notes that transmission issue recognized by Toyota since 2021. There should be more support from Toyota in supporting customers in replacing the transmission. There appears to be many other owners who have experienced similar issues. Due to well recognized safety issue related to transmission failures, a recall should/need to be pursued. Please help.

462. On March 1, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[462]

> Heard a whining noise and brought to the dealer. They said my 2018 Camry SE with 78,000 miles needs a new transmission. The transmission is on a national back order. Toyota has a TSB out for the same model year Sienna and Highlander but will not acknowledge there is an issue with the Camry.

463. On March 2, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[463]

> Transmission gave out with no lights and prior indications that there was a problem with it. On my way to work one morning my car stopped at a light at a busy intersection and then would not accelerate any further. I got all of my regular maintenance done and never had any accidents or issues other than this. My car only has 115k miles and is a 2018. I just paid this car off last year after buying it brand new.

464. On March 5, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[464]

> 2021 Vehicle has 105,000 miles, purchased certified used in 2023 from dealership. Whining noise with acceleration began so we brought to dealership to get the recalls fixed and asked about the whine on acceleration. Vehicle inspected at the Toyota dealership and service advisor stated that the transmission needed a full replacement and would have catastrophic failure if we keep driving. Advised that a

---

[462] NHTSA ID: 11645767.

[463] NHTSA ID: 11645779.

[464] NHTSA ID: 11646431.

> new transmission is needed and cost of replacement is $10,000. The warranty no longer applies as the vehicle has over 100,000 miles. However we purchased with 66000. Technical service bulletin (T-SB-0008-21) notes that transmission issue recognized by Toyota since 2021. Hundreds of posts and complaints by Toyota Highlander owners with 2021 models can be found online. The dealership tried their third party warranty and the claim was denied. There should be more support from Toyota in supporting customers in replacing the transmission as it is clear this is a known issue. A recall is needed and a remedy in place. There is no reason a transmission should fail this early. Toyota needs to provide more support for this safety issue and replace the faulty transmission.

465. On March 5, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[465]

> My 2019 Toyota Highlander with 56K miles has a whining noise whenever the accelerator is pressed. The noise stops when you release the gas pedal. This was confirmed by my Toyota dealership service department. The transmission does need to be replace. They said this is a common problem with this vehicle and yet there has been no recall. Fortunately my vehicle is still under warranty. I found manner similar complaints about this transmission on the Toyota Highlander Forum. I don't understand why there has not been a recall. Going forward I am also concerned that the replacement transmission could very well have the same problem.

466. On March 6, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[466]

> Transmission is failing in 2019 Camry XSE. Toyota will not back the repair. Transmissions are on backorder, so it should be a recall. The car is making a loud noise and starting to "lunge" while driving.

467. On March 11, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[467]

> Whining noise coming out from the tranmission and dealer recommended for transaxle to be remanufatured. The issue was on going with Toyota Customer Support Program for Transmission UA80 but my VIN is not covered upon checking

---

[465] NHTSA ID: 11646551.

[466] NHTSA ID: 11646676.

[467] NHTSA ID: 11647690.

with them

468. On March 12, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[468]

> The contact owns a 2020 Toyota Highlander. The contact stated that while depressing the accelerator pedal, the vehicle was making an abnormal whining sound. The contact stated that the failure occurred at various speeds. The contact stated no warning light was illuminated. The contact had taken the vehicle to a local dealer, where it was diagnosed and determined that the transmission had failed and needed to be replaced. The vehicle was not repaired. The contact researched online and related the failure to Technical Service Bulletin: T-SB-0008-21 Whine Or Grind Noise from Transmission (Power Train). The manufacturer was not informed of the failure. The failure mileage was approximately 98,000.

469. On March 12, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[469]

> I started hearing a "noise" over the course of 2 weeks. When the accelerator was depressed, the vehicle never accelerated. The vehicle also seemed as though it was losing power, but no lights ever came on. I have only taken my vehicle to the dealership to be serviced. The maintenance has been done regularly and without fail. When I brought the car in for regular maintenance I had them check for the noise and they said they didn't find anything. I took a video before leaving for work the following day, and brought the car back. Because it sounded it was coming from the wheel well they charged me for a diagnostic and said one of the plates for my brakes was bent. The following day it was still making the same noise, but when I went to accelerate the car shut off in the middle of a major highway and then the check engine lights started flashing. I took it back to the dealership and they claimed it was an air flow component, said it would be repaired, and kept the car for 5 days. After the repair, it was still making the "noise" and that is when they said it was the transmission and I would be responsible for the repair. This happened at 150,098 miles. Needless to say, I will not be paying for that repair. I believe this is a Toyota issue and the customer, especially one who has been religious in maintenance and upkeep, should not have to bear the cost of a their design failure. I was also told although in the maintenance manual, Toyota has decided against flushing the transmission because it is sealed. No warning lights, messages, or anything of the sort ever appeared until the check engine light came on.

[468] NHTSA ID: 11647946.

[469] NHTSA ID: 11647862.

470. On March 13, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[470]

> Replaced car battery , vehicle constantly jerking pressing the accelerator. It took almost a month to stop with harsh jerking . Going on 3 months and still transmission slips or jerks when entering traffic or accelerating sporadically. Feels as car either loses power or can't find gears while driving. Very dangerous.

471. On March 15, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[471]

> My Camry has received two professional transmission services as per the manufacturer recommendation, within suggested timeframes as it is now 176k. The transmission ( surely this is not something new to hear) Has FAILED. No prior sign or code. THIS VEHICLE DIED WHILE DRIVING ON THE HIGHWAY! It stopped automatically shifting and would not accelerate. There have been other owners of this same car, year ect. THAT HAVE LOST TRANSMISSION WHILE DRIVING!!!! Want to get to the bottom? HOW MANY 18CAMRYS MAKE IT TO 300k or even 200k without a new transmission. Most die 65k !! Lemon Come on. Toyota mechanics, YouTube, Toyota nation, dealerships, it is a well known fact that the 18 Camrys being that they cheaper out on so many parts, and added this new transmission, they're known for failure! [XXX]. This company is [XXX] people. With jobs, kids, and now you've got to fork out minimum 6k and wait for 3-6 months to have car back??? How many people have been homeless due to this? I had a job and a home, boss wouldn't let me work from home! I've rode a bicycle to work, in Florida to the next town over. Even with a loan, I'm out a car for months, so how many loans offer a no pay for 6 months? I'm hungry. Most people trans died in the 65k This is a rip off. The car can give back its safety award. The brakes gave out on me. The oil pan The brakes The trans The fuel pump. And the NOTORIOUS front bumpers. They come un snapped in every newer body style Carolla and Camry. Wing out beside fenders. And collision syste I've had people beside me in the same model car take a pic of my quick release snaps that I used to safely secure the bumper. This car is a lemon! Mine is a unicorn with trans failure despite the maintained by a local aamco owner (transmission specialist) trans dying at 178k "wow that is impressive!" Are you guys going to do anything? Or has Toyota paid you off? No one gives a heck about consumers. We're the modern day native Americans . INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

---

[470] NHTSA ID: 11648195.

[471] NHTSA ID: 11648484.

472. On March 16, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[472]

> Transmission starting whining at 65k miles. Toyota corporate will do nothing since its technically out of warranty. Transmission in a Toyota should not fail at 60k miles. This is huge problem with this year vehicle. The only solution seems to be NEW transmission which is $8-10k.

473. On March 19, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[473]

> Car need. New transmission with only 44,000 miles. Toyota is going to replace but not sure if will happen again.

474. On March 19, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[474]

> Vehicle transmission has a whining sound Dealer stated needs new transmission Parts not available continue driving local only Would not state car is safe to drive and told not to take on long trips. No rental provided Also there is a airbag recall for this model and have not been notified

475. On March 21, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[475]

> The transmission began to do a whining noise at 70K which is a signal of soon deterioration and failure. Toyota acknowledged the widespread issue but for only a very small portion in the T-SB-0008-21, though covered only under the standard 60K warranty. My car doesn't fall in the range of transmission mentioned in the TSB, though it is the same UA80 transmission model, and the symptoms and the problem is exactly the same as verified by the dealer. I have learned that many Highlander owners with UA80 transmissions are having the exact same issue around or right after the 60K miles.

---

[472] NHTSA ID: 11648565.

[473] NHTSA ID: 11649302

[474] NHTSA ID: 11649229.

[475] NHTSA ID: 11649738.

476. On March 22, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[476]

> The transmission producing whining noise. The noise starts from about 5-10MPH and continually increases in pitch as the speed increases. The noise is constant and doesn't break throughout the hear shifts. The noise stops the moment the accelerator is let go. The noise continues with any amount of the accelerator being pressed. Similar issues reported by other drivers. [XXX] [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

477. On March 24, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[477]

> Transmission failing at 61,000 miles. Seems to be a common issue with the 8 speed transmissions.

478. On March 27, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[478]

> The contact owns a 2019 Toyota Highlander. The contact stated that while driving at various speeds, there was a whining sound coming from the transmission while accelerating. The contact stated that over time, the whining sound became louder, and the vehicle later had transmission shifting malfunctions. The vehicle was taken to the local dealer, who diagnosed that the transmission was faulty and needed to be replaced. The vehicle was not yet repaired. The manufacturer was not contacted. The failure mileage was 64,000.

479. On March 28, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[479]

> 1. What component or system failed or malfunctioned, and is it available for inspection upon request? The transaxle (transmission) failed on my 2019 Toyota Camry, causing a complete loss of power while driving. This is part of the power train system. The vehicle is currently at Toyota of North Austin for inspection and repair. 2. How was your safety or the safety of others put at risk? While driving,

---

[476] NHTSA ID: 11649859.

[477] NHTSA ID: 11650206.

[478] NHTSA ID: 11651033.

[479] NHTSA ID: 11651334.

my car suddenly lost power and stalled in the middle of an intersection. I was unable to pull over, leaving my vehicle stranded in traffic. Other cars almost hit me, creating a major safety hazard. I was panicked and scared, and the failure could have resulted in a serious accident. 3. Has the problem been reproduced or confirmed by a dealer or independent service center? Yes. Toyota of North Austin diagnosed the issue and confirmed a transmission (transaxle) failure, recommending a full replacement. Toyota has refused goodwill assistance, leaving me with an expensive repair bill. 4. Has the vehicle or component been inspected by the manufacturer, police, insurance representatives, or others? The vehicle has been inspected by Toyota of North Austin, and they confirmed the transmission failure. It has not been inspected by police or insurance representatives. 5. Were there any warning lamps, messages, or other symptoms of the problem prior to the failure, and when did they first appear? Yes. Shortly before the failure, the check engine light came on. However, there were no other warning signs or messages indicating an immediate issue. The vehicle suddenly lost power while driving. The only related maintenance was a transmission fluid change at Toyota of North Austin on 11/22/24, but there were no immediate signs of failure at that time.

480. On March 29, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[480]

> Transmission going out afraid it will come apart or lose power while driving. Toyota dealership told me that we could put new transmission in but it will be the same as the one that is in it and that problem with them has not been corrected and it probably won't hold up long either. Our vehicle only has 71000 miles and we bought it new.

481. On March 29, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[481]

> The 8-speed automatic transmission was making a whirring, whining noise. Transmission could failed completely and stranded occupants including children. Vehicle has been serviced every 5,000 miles and no warning lights or indicators ever came on. Dealer inspected and diagnosed an internal component failure necessitating complete transmission replacement. Vehicle is 4 years and 2 months old with 65,000 miles on it.

---

[480] NHTSA ID: 11651486.

[481] NHTSA ID: 11651457.

482. On March 31, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[482]

> - transmission has a whine sound. - steering while start in to peel off after 25k miles driving

483. On April 2, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[483]

> I purchased a new 2021 Toyota Highlander and began to experience a clicking noise coming from under the vehicle which grew in intensity. The vehicle has 76,000 miles. I regularly took the vehicle to a Toyota dealership for service where they never mentioned any needed service for the transmission. I informed the dealership of the clicking noise where I was told by a Service Technician that they have seen a large number of newer Toyota Highlanders experience transmission failures. I asked the Technician if a recall was issued and he simply shrugged his shoulders and walked away. This is a serious issue affecting a major component of a vehicle and safety, it is unconscionable that a major reputable manufacturer such as Toyota would be aware of a major defect and refuse to address the issue.

484. On April 2, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[484]

> 2018 TOYOTA CAMRY SE PURCHASED BRAND NEW. AT 81K MILES, MY TRANSMISSION WENT OUT. BEEN BACK AND FORTH WITH THE DEALERSHIP AND ITS HAS A BACKORDERED FOR MORE THAN ALMOST 3 MONTHS, STILL WAITING. TOYOTA WILL NOT HELP WITH ME GETTING A LOANER OR THE DEALERSHIP. THERE ARE TONS OF PEOPLE OUT THERE WAITING FOR A TRANSMISSION AND TOYOTA IS NOT DOING ANYTHING! THIS IS MASSIVE IF THE WAIT TIME ITS 3 MONTHS FOR A TRANSMISSION. NEEDS TO BE RECALLED OR SOMETHING NEEDS TO BE DONE.

485. On April 2, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[485]

---

[482] NHTSA ID: 11651847.

[483] NHTSA ID: 11652408.

[484] NHTSA ID: 11652262.

[485] NHTSA ID: 11652259.

Known issue with the transmission assembly that results in a whining noise and eventually hard shifting and transmission failure. Known issue acknowledged by Toyota across this model and date, but they seemingly are only addressing some vehicles - and not others - with said known issue.

486. On April 4, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[486]

The contact owns a 2019 Toyota Highlander. The contact stated while driving at an undisclosed speed, the vehicle made an abnormal whining sound. No warning light was illuminated. The vehicle was taken to an independent mechanic, where it was diagnosed with transmission failure. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. No further information was available. The manufacturer was not made aware of the failure. The failure mileage was approximately 70,000. The VIN was unavailable.

487. On April 5, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[487]

Transmission is producing a whining noise during acceleration. Very common with this model transmission.

488. On April 9, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[488]

Around 92k miles my transmission started makining a whining noise while driving. Dealership diagnosed a transmission problem and it needed to be replaced. They said eventually the transmission will go bad and stop working, potentially leaving me stranded or causing an accident. Spoke with Toyota HQ who would not offer financial assistance or assist with getting a part. UA80F transmissions are on a nationwide backorder. They also would not acknowledge that there is a problem.

489. On April 10, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[489]

The transmission is whining at medium speeds of 30-35 mph. The transmission

---

[486] NHTSA ID: 11652730.

[487] NHTSA ID: 11652936.

[488] NHTSA ID: 11653583.

[489] NHTSA ID: 11653870.

> started making the noise about 3 weeks ago. It appears that Toyota was aware of the potential defect in the transmission as Toyota issued a technical service bulletin (T-SB-008-21 and NHTSA # 10188917) on February 9, 2021. The TSB was sent to dealerships 17 days before we purchased the vehicle. Toyota took no steps to notify the owners or to prevent the sale of the vehicle with a know defective transmission. The TSB said the only cure to the defect was a transmission replacement. Toyota offered no extension for this drivetrain defect beyond the standard 60 month/60,000 mile warranty. Our vehicle is just outside of these parameters at 70k miles. The vehicle should not have been sold with know defects in the transmission and Toyota at the very least should offer to extend the standard warranty.

490. On April 11, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[490]

> We have noticed a whinning noise as we accelerate the vehicle. Doing some investigation online I came across a lot of threads with the same issue. Seems to be the transmission. Reached out to a Toyota tech friend and he mentioned it is the transmission. They have had several Highlanders and Camry with the same issue.

491. On April 14, 2024, the owner of a 2023 Toyota Camry submitted the following complaint to NHTSA:[491]

> With the car on, and wanting to take off, I pressed the accelerator pedal and there was a several second delayed reaction in throttle response/car movement. The car eventually started to move. This is the 3rd time I have went to push the gas pedal and the car did not immediately respond. There are no check engine or other warning lights on the dashboard. This is a huge safety issue as one time I went to pull out and the car acceleration did not respond almost causing an accident. I have not yet taken the car to the dealership but plan to soon. The last time I took the car to the dealer they said they would charge me, even if the vehicle is in warranty period, if they did not find anything therefore discouraging such items from being reported/further investigated. The first event was quite some time ago but the last 2 have happended in the last 30 days with the 3rd being 4.13.24.

492. On April 15, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[492]

---

[490] NHTSA ID: 11654210.

[491] NHTSA ID: 11582888.

[492] NHTSA ID: 11654844.

> There is a whining noise that occurs when the car is accelerating. At times, there car will skip when accelerating. There is also a vibration. I was informed the issue is with the transmission. A bad transmission can make driving very difficult, potentially causing the vehicle to stall or become unresponsive, and can be a safety concern. I drive my child to school daily, over an hour from our home, and drive to homes to provide hospice care to terminally ill patients. This issue causes great concern, both financially and for safety.

493. On April 15, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[493]

> There is a TSB about the transmission whine between certain serial numbers. My transmission was outside of the range but started whining. I took it to the Toyota dealership and they advised me that the transmission needs to be replaced.

494. On April 16, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[494]

> There is a whining noise coming from the power train/transmission. It only happens when the accelerator pedal is pressed. We had a couple of mechanics look at it. The transmission oil was changed twice, with the vehicle less than 78,000 miles. Neither mechanic can find any issue with any other item, including the engine. The noise still persists. There are no warning lights on. We have researched the web. Toyota is aware of the problem and has replaced some transmissions still under warranty. They have issues a TSB (TSB008-21) in February 2021, but did not issue a recall or notify owners of a potential problem.

495. On April 16, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[495]

> The transmission is making a whining noise at 104;368 miles. We own another 2020 Toyota Highlander and it had to have the transmission replaced for the same reason. It is available for inspection. It's a safety hazard because it's a bearings in the transmission that's failing. The transmission will eventually stop working. The issue was confirmed by a Toyota dealer and one of our transmissions has already had to be replaced. Toyota has a service bulletin out for this known problem. There were no warning signs for the transmission noise.

---

[493] NHTSA ID: 11654760.

[494] NHTSA ID: 11655035.

[495] NHTSA ID: 11654949.

496. On April 18, 2025, the owner of a 2024 Toyota Grand Highlander submitted the following complaint with NHTSA:[496]

> Intermittently, my vehicle will hesitate to accelerate or will move only marginally (disproportionately to the depressing of the gas pedal) from a complete stop. When it occurs, it often does so for a number of seconds. This has been incredibly dangerous given I live off a busy street and I cannot trust that when I press the gas pedal to accelerate to turn onto the street, that my vehicle will be caught in oncoming traffic and hit.

497. On April 18, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[497]

> Needs transmission at 90,000 miles - original owner - well maintained car-manufacture defect according to dealer According to various websites other 2019 Toyota Highlanders have had similar issues Had 2009 Highlander that lasted til almost 200,000 with no Issues

498. On April 21, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[498]

> the transmission completely failed. it is at Spitzer Toyota in Monroville. PA

499. On April 21, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[499]

> The contact owns a 2020 Toyota Highlander. The contact stated while driving at undisclosed speeds, there was a whining sound coming from the transmission. There was no warning light illuminated. The vehicle was taken to a local dealer where the vehicle was diagnosed, and the contact was informed that the internal bearings had failed, and the transmission needed to be replaced. The vehicle was not repaired. The contact referenced Technical Service Bulletin: TSB-0008-21 as a possible cause for the failure. The manufacturer was notified of the failure. The approximate failure mileage was 99,000.

---

[496] NHTSA ID: 11655348.

[497] NHTSA ID: 11655388.

[498] NHTSA ID: 11655809.

[499] NHTSA ID: 11655829.

500. On April 21, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint with NHTSA:[500]

> My 2017 Highlander XLE AWD had complete transmission failure at 106,000 miles. Toyota has an extended coverage warranty for this but according to them my VIN number was not included even though it failed for the same reason as the recalled transmissions. Loud whining started around 100,000 miles on acceleration around 30mph and continued to get louder. From a dead stop it is very slow to accelerate and misses 3rd gear and jerks. There is a TSB out on this and the extended customer satisfaction extended warranty ZJC but they refuse to cover. I was also told by Toyota corporate that even if my VIN was affected they would not cover due to all maintenance not being done at a toyota dealership. I am the 4th owner and should not be penalized for this. My case number with Toyota is Toyota Brand Engagement Center Case 250416002071

501. On April 23, 2025, the owner of a 2022 Toyota Camry submitted the following complaint to NHTSA:[501]

> Grinding noise coming from front end upon acceleration. Brought to dealership who confirmed noises coming from transmission. Transmission needs to be replaced per dealer recommendation. Recalls on 2021 Toyota Camry for same issue. Transmissions on backorder and dealership isn't sure when it will arrive. Unable to provide loaner vehicle until transmission arrives. Will replace with remanufactured transmission and not new per my request. Warranty will not restart at 0 miles even though transmission is "new". Car has less than 30,000 miles and warranty is halfway thru term. Dealership unable to answer questions on what will happen if transmission fails again after warranty.

502. On April 23, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[502]

> At about 85,000 miles, the transmission developed a whine noise, and two dealers and a transmission shop all state it needs replacement. However, the backlog for replacement is enormous and I risk the transmission failing catastrophically while driving.

---

[500] NHTSA ID: 11655847.

[501] NHTSA ID: 11656293.

[502] NHTSA ID: 11656331.

503. On April 24, 2025, the owner of a 2025 Toyota RAV4 submitted the following complaint to NHTSA:[503]

> I have owned this new vehicle for only approximately 2 months and have had at least 4 instances where the vehicle does not respond immediately to my foot on the accelerator when attempting to restart from a stop. Three times I was at a stop light and when I attempted to go as the light turned green there was no acceleration response from the gas pedal for a couple of seconds, and in two of the instances because I had my foot pressed far on the gas attempting to get power, there was a sudden acceleration and lurch forward. Most recently, on the fourth occasion I was turning out into traffic from a parking lot after being at a standstill and got no response and instead rolled slowly out in front of an oncoming car until after a few seconds the accelerator finally responded and I could go. I believe this is a safety risk as it could happen when I was attempting a left turn in traffic, which would subject me and my passengers/children to an extreme risk of being hit. I took the car into the dealership after the first two instances and they were not able to reproduce the incidents and offered no help. There are no warning lamps or indicators that appear when this occurs. The first incident occurred about three weeks into my ownership of the vehicle.

504. On April 24, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[504]

> when I accelerate anywhere between 0-55 there is a whining noise that kind of sounds like a jet engine starting up that progressively raises in pitch the faster I go. This noise is only made while my foot is at any position on the gas. Even just the lightest pushing of the throttle will cause this whining to start. The second I take my foot off it's completely silent. Many people also Toyota technician reports that it is an ongoing transmission issue with the 8th gen Toyota Camrys.

505. On April 26, 2025, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[505]

> Whining sound coming from vehicle while in drive and accelerator is depressed. Confirmed by dealership that the transmission is failing and needs replacement.

---

[503] NHTSA ID: 11656491.

[504] NHTSA ID: 11655470.

[505] NHTSA ID: 11656942.

506. On April 28, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[506]

> The transmission started to make a higher pitch sound when accelerating. We brought the vehicle in for evaluation @ 70,500 miles. We were advised the vehicle needed a new transmission for $ 9,900.00 Not even 4 years old, and Toyota Warrantee department said past the 60K drive train warranty so no support from them.

507. On April 28, 2025, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[507]

> Transmission failure. The dealer confirmed the issue and was repaired at an independent shop. There are no warning lights and only audible sounds that caused us to have it checked out. This appears to be a more widespread problem as Toyota did issue a TSB for a subset of VINs of this model year.

508. On April 28, 2025, the owner of a 2023 Toyota Camry submitted the following complaint to NHTSA:[508]

> This 2023 was bought brand new and has been driven for 2.5 years. At just over 60000 miles the transmission failed. I have had this car serviced regularly with no indications or warnings of any problems until it just stopped shifting normally one day. Took it to toyota and they ran a diagnostic indeed stating the transmission has to be replaced entirely. And because I am just over 60000 miles they will not honor a warranty on it. Transmissions should not go out at 62000 miles. This is a defect.

509. On April 28, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[509]

> Transmission makes a whine noise and also experiencing some harsh shifting. Dealership confirmed the whine noise is an indication of transmission failure and they recommend replacing the transmission. Toyota needs to do a recall on this transmission!!

---

[506] NHTSA ID: 11657246.

[507] NHTSA ID: 11657293.

[508] NHTSA ID: 11657132.

[509] NHTSA ID: 11657215.

510. On April 29, 2025, the owner of a 2021 Toyota Highlander submitted the following complain to NHTSA:[510]

> The transmission has a whining noise caused by the front carrier pinion shafts. There is a TSB out for the transmission issue. Transmission has been inspected by a technician. No warnings - the noise was a warning I suppose. It first appeared in March 2025.

511. On April 29, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[511]

> The contact owns a 2019 Toyota Highlander. The contact stated while driving at an undisclosed speed, the contact became aware of an abnormal whining sound coming from the vehicle, and the transmission was shifting hard. No warning light was illuminated. The vehicle was taken to the dealer, where it was diagnosed with transmission failure. The contact was informed that the transmission needed to be replaced. The vehicle was not yet repaired. The manufacturer was made aware of the failure, and a case was filed. The contact was referred to the NHTSA Hotline to report the failure. The failure mileage was approximately 95,000.

512. On April 30, 2025 the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[512]

> While driving the vehicle will wobble, shake and make grinding noises at lower speeds and at higher speeds.

513. On May 1, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[513]

> Around 90,000 miles, the transmission has started to whine really bad. This seems to be a common problem with this 2018 to 2021 Highlanders, but 2020 has no recall or service bulletin. My mechanic priced a transmission from a dealership and was told it would be 3 months at least to get a reman transmission. There is a good chance of catastrophic failure before we can get a new transmission installed.

---

[510] NHTSA ID: 11657416.

[511] NHTSA ID: 11657441.

[512] NHTSA ID: 11657685.

[513] NHTSA ID: 11658280.

514. On May 2, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[514]

> Engine/Transmission 'whining' noise upon acceleration. We cannot drive it, three places said we shouldn't - it will only get worse, and eventually fail. No one knows when. My wife was driving on interstate when it firsts occurred, she couldn't get to the side fast enough. My wife feels unsafe driving it alone and with our young son. We are receiving very high quotes - despite the fact that they don't seem to be doing any real diagnostics. It seems to be a well known problem that only Toyota can address, as their design seems to have caused this dangerous problem and their supply chain issues seem to be common knowledge to many in the industry. Toyota service tells us at least a two month wait for a new transmission to arrive. Then three of four days to install. My wife feels very unsafe driving this vehicle knowing it could just stop operation at any time.

515. On May 3, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[515]

> Around 76k miles, a whining occurs upon accelerating. Hear ever so slightly in 1st gear. Gradually is more evident as the speed increases. At 78k I decided it was definitely getting louder and was concerned after researching and learning that MULTIPLE 2021 Highlanders have needed transmissions replaced. I brought it in to a mechanic who searched for every possible problem, but ultimately came back to tell me it is my transmission failing.

516. On May 4, 2025, the owner of a 2019 Toyota Avlon submitted the following complaint to NHTSA:[516]

> Jerking and grinding noise in the transmission

517. On May 5, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[517]

> Transmission failed while driving down the highway almost causing an incident. These transmissions are very unsafe and should be recalled. Toyota refuses to take responsibility for this year Highlander although it is the same 80ua transmission

[514] NHTSA ID: 11658464.

[515] NHTSA ID: 11658625.

[516] NHTSA ID: 11658786.

[517] NHTSA ID: 11659135.

> that was recalled in the 2017 and 2018. While Toyota has said this problem has been remedied in the later years it is very false. Please do an investigation on this before people get hurt from accidents if they haven't already.

518. On May 6, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[518]

> Transmission was making a wine noise. Little grind but winey noise. Went away. Came back few min later at shifting and went away thank went home

519. On May 9, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[519]

> 2019 toyota highlander bought 3/15/25 with approximately 82,000 miles. Started making whining noise 4/7/25. On 4/9/25 took vehicle to dealer 4/11/25 notified need new transmission and transaxle seal need on new transmission. 2 weeks later on 4/25/25 picked up vehicle drove home 3 days later noticed gear oil leaking and sprayed all over under chassis. Vehicle brought back to dealer on 4/29/25. On 4/30/25 notified needs new transaxle seal on new transmission. Notified on 5/9/25 new transmission will need to be replaced again. They stated there is gouging/nicks where transaxle and transmission connect. Dealer is saying there is no transmission to put in. Toyota has put a stop to all transmissions. So now I have a vehicle with only 82,000 miles and no way to fix it.

520. On May 10, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[520]

> There is a known flaw with this car that the transmissions fail prematurely. There is a technical service bulletin (TSB0008-21) released 2 months before purchasing the car on this exact issue and we were not made aware before purchase. Toyota has not recalled these vehicles and this applies to a very select serial number range of transmissions implying a manufacturer defect even further. Now my car, with 68k miles, is expected to have a transmission replaced at full cost. There are many forums discussing this issue and I hope that more people come forward because this is clearly a defect in the design that Toyota should be responsible in fixing.

---

[518] NHTSA ID: 11659136.

[519] NHTSA ID: 11660085.

[520] NHTSA ID: 11660134.

521. On May 11, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[521]

> A whinning noise can be heard from car while driving. Vehicle has just under 60k miles and dealer is saying the transmission is failing and it would need to be replaced. There was no warning lights or indication on display.

522. On May 12, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[522]

> transmission failure at approximately 80,000 miles dealer has confirmed diagnosis and recommended replacement on-line forums indicate this is a recurring problem with this model engine noises began at approximately 78,000 miles

523. On May 12, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[523]

> 2020 Toyota Highlander 1 developed a whining noise and after extensively researching this sound it seems like its common on highlanders with the UA80 transmission and leads to transmission failure. There is a Toyota forum where owners have gathered about this issue not only for this year highlander but early models when the specific transmission above started being used. Quotes to replaced this transmission range from $6,000-$13,000 at the dealer. Toyota has been called and they have been of no help to anyone. Even worse it seems all places are backordered on these transmissions and owners are left without a car. To quote a toyota member who called to get hemp with the issue, this is what Toyotas response was: " Toyota refuses any support stating that "we can't predict an average life expectancy for any specific part of component", This only means life expectancy on their parts does not exist? Shouldnt they have a target life expectancy on parts? A lot of dissatisfied toyota owners as toyota is hiding from this issue.

524. On May 13, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[524]

> 2019Toyota Highlander = Transmission whine and hard shift at times, Needs

---

[521] NHTSA ID: 11660277.

[522] NHTSA ID: 11660347.

[523] NHTSA ID: 11660304.

[524] NHTSA ID: 11660678.

replacement transmission at 106,000 mile , no codes stored

525. On May 13, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[525]

> At approximately 85K miles my 2019 Highlander began to exhibit a high pitched "whirring" sound upon accelerating. The noise stops once you take your foot off the gas. I brought the vehicle to my local Toyota dealership to investigate the noise. They concluded that it is the transmission and I would need to replace the entire transmission. There are no warning lights or other indications aside from the sound. Transmission fluid is clear of any shavings or other indicators of an issue. Toyota service stated they could not tell me if or when the transmission might fail, just that it should be replaced. There are multiple reports of similar occurrences on online Toyota forums. There are also recalls for the exact same sound for the 2018 Highlander. I opened a case with Toyota customer service and was told there was nothing they could do to assist.

526. On May 14, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[526]

> Began hearing a high-pitched whining sound when I accelerated. Took it into the dealer and they casually told me that I needed a new transmission. My car was less than four years old, but had more than the 60,000 miles that would apply under a warranty. I am now reading online. This is a widespread problem involving Toyota Highlanders. Can't get a new transmission for three months or more.

527. On May 15, 2025, the owner of a 2021 Toyota Highlander submitted the following message to NHTSA:[527]

> Vehicle is displaying a whining noise, especially when reaching 3rd gear / 35+ mph. Per mechnical review, it is the transmission failing. Only option is to replace the transmission. Similar to an issue already reported on similar models for both 2021 and 2022 Toyota Highlanders. No current recalls exist

---

[525] NHTSA ID: 11660682.

[526] NHTSA ID: 11660920.

[527] NHTSA ID: 11661187.

528. On May 15, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[528]

> It started to make whining noise while accelerating. The noise is coming from transmission. Also, periodic erratic gear changes have started to occur. Mechanic says it is a known problem with 2018 and 2019 Camry that transmission fails and makes noises prior to failing.

529. On May 15, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[529]

> The transmission started making a whirring and grinding noise so I took it into the mechanic who notified me that Toyota put out a TSB on this issue in February 2021. I leased this vehicle in April 2021 and it was never disclosed to me that I would experience a transmission issue down the line. At the end of my lease, I purchased the vehicle and again it was never disclosed to me of this issue. I immediately took the car into the Toyota dealership where they heard the noise and confirmed it is the transmission defect that Toyota previously identified. I am ordered to bring my four minor children from Las Vegas to Los Angeles minimum once a month and my fear is getting stuck on the 15 freeway at 75 miles an hour in the heat of summer. This is a huge safety issue and this matter should have been a recall. I understand from the Toyota service manager that Toyota did not redesign the transmission so even if I get a new transmission it will experience this issue again. At $11,000 for a new transmission or $4500 for the extended warranty, it isn't right that the consumer is on the hook for a defect Toyota knew about and didn't disclose. This is auto fraud and negligent. A car is a hefty investment and Toyota took advantage of the public. They should be held accountable.

530. On May 15, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[530]

> While driving my 2018 Toyota Highlander (UA80F transmission), I began noticing a faint high-pitched whining noise between 25–45 mph around 63,000 miles. Over time, it progressively worsened, eventually including intermittent jerking and hard low-speed shifts, particularly during acceleration or uphill climbs. In wet conditions, the drivetrain lurches slightly under throttle, increasing risk of loss of control. I had a transmission fluid drain and fill service performed by a Toyota dealership at ~58,000 miles, along with full 4WD maintenance (differentials and

[528] NHTSA ID: 11661096.

[529] NHTSA ID: 11661175.

[530] NHTSA ID: 11661338.

transfer case). Despite this, symptoms developed shortly afterward. Toyota was notified and a corporate case was opened. I provided clear sound recordings, videos, and a full inspection history, and cited their Customer Support Program ZJC (POL19-04) for known defects related to UA80F whine and washer tab failures. Although my build date falls within the general failure range, Toyota refused coverage and claimed it was "operating to spec." Tier 1 support initially confirmed ZJC eligibility, but Tier 2 reversed course with no follow-up. Dealership service also failed to elevate the case properly to my Zurich warranty provider, who required dealer confirmation to proceed. Multiple other owners have reported similar failures around 60K–100K miles, and I believe this is a dangerous latent defect that Toyota is attempting to narrowly contain. Whining precedes jerking, and jerking precedes full failure. Many complainants, like me, are met with stall tactics, deflection, or no follow-through. There were no warning lights or diagnostic codes, but the safety risk is growing. I believe this transmission issue deserves expanded CSP eligibility and potential recall investigation.

531. On May 15, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[531]

> Upon acceleration, the engine revved high and a whine sound started once the car (2019 Highlander XLE) approached 25-40 miles per hour. It appears that this is a transmission issue that Toyota was aware about years before selling the 2019 (and later) Highlander and other models (according to consumer complaints online). The car has 92,700 miles on it and is thus out of warranty. It had a recall in 2020 though I do not know exactly what was allegedly fixed. Had Toyota disclosed these serious transmission issues, I would not have purchased the car. My local mechanic has advised that the transmission will need to be replaced at a high cost.

532. On May 16, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[532]

> I am filing this complaint due to a severe transmission failure in my 2021 Toyota Highlander XSE, which I believe poses a significant safety hazard. At approximately 70,000 miles, the vehicle's 8-speed automatic transmission failed. Prior to this failure, I reported a persistent gear noise (described as a whining or grinding sound during acceleration and gear shifts) to my Toyota dealership [Shore Toyota] when the car had less than 60,000 while the vehicle was under the 5-year/60,000-mile powertrain warranty. The dealership dismissed the noise as "normal" and did not perform diagnostics or repairs, despite my concerns. The gear noise worsened over time, leading to more frequent noise and shifting, jerking, issue failure in May 2025. The noise occurres while driving from 0 to at 35mph. I

[531] NHTSA ID: 11661165.

[532] NHTSA ID: 11661584.

later learned that the 2021 Toyota Highlander's 8-speed transmission (UA80E/UA80F) has known issues, as documented in Toyota Technical Service Bulletin (TSB) T-SB-0008-21 (issued February 2021). The TSB describes a whining noise identical to what I reported, requiring a full transmission replacement for affected vehicles. Numerous other owners have reported similar failures, with some experiencing delays of 3–6 months for replacement parts due to backorders. My vehicle's symptoms match the TSB, and the dealership's failure to address the noise during the warranty period likely allowed the defect to progress to catastrophic failure.

533. On May 16, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[533]

> 2021 Highlander has 103000 miles. Transmission started a whine that only presents under acceleration. It follows the speed of the car, not the engine speed and is getting louder. My [XXX] granddaughter asked today what is that loud whining noise. It was diagnosed by my mechanic as another bad Toyota transmission. They stated it could stop working at the most inoperative time. Could cause death. I have to wait for more than 2 months to hopefully get a new transmission. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

534. On May 18, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[534]

> This is regarding an issue with a 2022 Toyota Highlander with 79,668 miles at the dealership now waiting on a new transmission. On April 15, 2025, the vehicle was taken in to the dealership with whining noise and put on a diagnostic machine. Diagnosed as transmission. Took for second opinion at independent transmission company and stated the same issue. This vehicle is 4, 668 miles over warranty and we spoke with Toyota Brand Engagement and also district manager for this area. We are asking for help in replacement of this transmission costing over $10,000. Toyota was not willing to help in any way other than saying, "Sorry". We had to pay $5000 before the dealership would even order it. Now it has been three weeks and the transmission is still not at the dealership.We continue to make payments on a vehicle that is not even in service. I am seeing numerous incidents on the internet regarding Toyota's faulty transmissions. I am asking for a recall due to the issue of the age of the vehicle and the extreme expense of replacing a faulty transmission with no help from Toyota in any regard. This vehicle has been serviced as required and even transmission fluid change out per recommendation in Nov. 2024. There were never any warning lights that came on prior to failure. We took the vehicle

[533] NHTSA ID: 11661580.

[534] NHTSA ID: 11661699.

into the service department within a few days of whining noise.

535. On May 20, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[535]

> When accelerating there is a whining noise coming from the front of the vehicle. There was no warning lamp that came on just the noise is what prompted me to take it to Toyota of Hattiesburg to be diagnosed. The transmission is what malfunctioned. Yes Toyota confirmed the problem and said my transmission needs to be replaced. I am very disappointed because Toyota's has the reputation to last forever. As this is my 3rd Toyota and I have been very happy until now because Toyota is not taken responsibility for this problem that is continuing to arise in the transmissions. I have attached the paperwork showing what Toyota said.

536. On May 20, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[536]

> Transmission whine

537. On May 21, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[537]

> 8 speed automatic transmission started whining at 45k miles (purchased new), has been inspected, dealer confirmed transmission is bad and part is on back order (date keeps moving out),

538. On May 21, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[538]

> When applying the brakes at speeds less than 40 miles per hour, the car will surge forward at a point during braking process. This happens regularly but not every time brakes are applied. This is an issue as the car surges forward during braking.

---

[535] NHTSA ID: 11662235.

[536] NHTSA ID: 11662045.

[537] NHTSA ID: 11662250.

[538] NHTSA ID: 11662460.

539. On May 23, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[539]

> A whirring and grinding sound from transmission when put into gear. Intermittent sluggish when accelerating.

540. On May 23, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[540]

> Routine maintenance was done 5000 miles ago. Routine maintenance. At 50,151 miles and routine 50,000 mile maintenance a whistling/whining sound was noted. I was told a new transmission is needed. PLEASE MAKE THIS A RECALL. PLEASE MAKE TOYOTA STOP CHANGING OUT TRANSMISSIONS AT 50,000 miles on the regular. There is a known TSB, but so many VIN's are outside of this range experiencing the exact same issue that it is inconceivable that Toyota doesn't know they have a problem. Having a warranty that covers it is a band-aid. The wear and tear on the overall engine and parts due to transmission failure means they are knowingly selling cars that will fail. Why isn't it told to every buyer to expect transmission failure at 30-50,000 miles at the time of purchase? TELL US AND THEN LET US DECIDE IF THAT IS HOW WE WANT TO INVEST OUR MONEY IN OUR CARS. My first Toyota and my last. AND what is worse, the NHTSA KNOWS about all these incidents and just lets it ride. We have lost the consumer in the values we hold as a country. Insurance doesn't mean insurance. Transmissions are only worth 30-50,000 miles when it should be 200,000+ by now. Quality standards are there for a reason. Having a powertrain warranty that protects the manufacturing IS NOT how it was intended. FORCE TOYOTA TO FIX THIS ISSUE. STOP SELLING CARS WITH FLAWED TRANSMISSIONS. I feel taken advantage of and am stuck with a car I no longer want, (because as the service advisor said, "if it happens again, you will still be covered at no cost to you?!") - this is not ethical or technically sound.

541. On May 24, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[541]

> Less than 95k miles. Dealer says transmission needs replaced and cooler. Bought new- owned 5 years and 2 months. Many other 2019 highlanders online stating same problem.

---

[539] NHTSA ID: 11662878.

[540] NHTSA ID: 11662848.

[541] NHTSA ID: 11662944.

542. On May 24, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[542]

> The transmission on my Highlander is making a whining noise. I took it to Blackstone Toyota Service for inspection, in Fresno, CA, after my own mechanic inspected it and told me that it was a transmission problem. Toyota told me that the transmission is going out and the car can quit on me at any time and is no longer safe to drive. But since it is out of warranty now they will not do anything to help me with this problem. There has been no warning lamp, message or other symptoms yet. After my service in Nov. 2023 i noticed a slight whine when i accelerated. I had a friend mechanic look at it and he said it could be just because the tires had been rotated. A couple of months ago the whine started on deceleration. I took it to Johnson Auto in Clovis, CA and they were the first ones to tell me it was in fact a transmission problem. I then called Toyota call center and was told that the vehicle needed to be inspected by one of their dealers, and then they could help me. I explained that I didn't want to go spend more money on the inspection if Toyota would not do anything to help me, I already knew it had transmission problems. I took it to Blackstone Toyota Service Center and they confirmed that the transmission is going out, at only 7800 miles. I called the Toyota call center and was told that since it is out of warranty they will do nothing to help me with this problem. I told them the prior agent I had spoken to said that Toyota would help me. I was told they will do nothing else to help and there was no one else I could talk to about the transmission problems. I was told that they didn't know of any problems with the 2017 Toyota Highlander and that there were no recalls. I told them that there were lots of complaints about the Toyota Highlander online and I was surprised that they didn't seem to know anything about the Highlanders having transmission problems. Many people in my same circumstances with expensive repairs way too soon on their Highlanders.

543. On May 27, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[543]

> Transmission Failure. Inspection is available upon request. • We do not know if we are at risk if the transmission fails while driving. • Certified Toyota Dealership diagnosed and deemed failure – recommends full replacement • Component was inspected by a certified Toyota dealership • No warning lights

---

[542] NHTSA ID: 11662910.

[543] NHTSA ID: 11663071.

544. On May 28, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[544]

> Transmission failure at 62000 miles. Toyota issued a service bulletin in Feb 2021. I bought the vehicle new in August 2021 and was not told of service issue. Also, I took vehicle to Toyota dealership for service every 5000 miles up to 55000. I was never told about service bulletin nor advised there could be a full imminent failure of the transmission.

545. On May 30, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[545]

> At 130k miles my transmission went out. A known issue with the 8 speed automatic in the newer Camrys. I brought the car to transmission shop and they told me transmission replacement for my car is on back order and can't get it for months. This is a known issue with Toyota and no recalls or anything. No check engine light or anything in advance, just simply gave up while on the highway and went into limp mode.

546. On May 30, 2025, the owner of a 2024 Lexus NX350 submitted the following complaint to NHTSA:[546]

> The contact owns a 2024 Lexus NX350. The contact stated while driving at an undisclosed speed and making a left turn into a fast-food restaurant, the vehicle made an abnormal popping sound. The contact stated while in the drive through and shifting from park(P) to drive(D), the vehicle failed to shift into the intended gear; however, the instrument panel and the gear shifter indicated that the vehicle was in drive(D). The message "Park" was displayed. A bystander advised the contact to shift to neutral(N). The contact shifted to neutral(N); however, the message "Park" remained displayed while the vehicle was in neutral(N), and the vehicle failed to respond as needed. The contact stated that three bystanders were unable to push the vehicle. The contact's husband, who was on the phone, advised the contact to turn off the vehicle. The contact turned off and restarted the vehicle, and the vehicle responded as needed upon shifting to drive(D). The vehicle was taken to the residence. The contact stated that the failure had previously occurred; however, the dealer was unable to duplicate the failure. The dealer was contacted, and an appointment was scheduled for a diagnostic test. The vehicle was not diagnosed or repaired. The manufacturer was not notified of the failure. The failure

[544] NHTSA ID: 11663469.

[545] NHTSA ID: 11664046.

[546] NHTSA ID: 11663910.

mileage was unknown.

547. On June 1, 2025 the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[547]

> My transmission is failing in my 2021 Toyota Highlander. Has started making the high pitched whining noise. Fix is to replace the whole transmission. Dealer has confirmed and does have the transmission on order.

548. On June 2, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[548]

> There has been a high incidence of this model of Toyota Highlander having faulty transmissions. My vehicle had 129,000 when the transmission failed. It was metal shavings in the fluid. I'm hoping you will put pressure on Toyota to recall or help replace these transmissions. Thank you.

549. On June 3, 2025, the owner of a 2022 Toyota RAV4 submitted the following complaint to NHTSA:[549]

> The contact owns a 2022 Toyota Rav4. The contact stated that on several occasions while driving at undisclosed speeds and accelerating, the transmission momentarily shifted into 2nd gear and then into neutral(N), causing the vehicle to start coasting. The contact released and then depressed the accelerator pedal and instantaneously and the vehicle accelerated normally. The vehicle was taken to an independent mechanic where the transmission fluid was checked but the vehicle was not diagnosed or repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 10,000.

550. On June 3, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[550]

> Experiencing erratic transmission shifts and jerking. Intermittent in nature.

---

[547] NHTSA ID: 11664219

[548] NHTSA ID: 11664298.

[549] NHTSA ID: 11664517.

[550] NHTSA ID: 11664579.

551. On June 5, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[551]

> Final drive failing in transmisssion

552. On June 6, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[552]

> Transmission failure

553. On June 8, 2025, the owner of a 2021 Toyota Highlander the submitted the following complaint to NHTSA:[553]

> I have a 2021 Toyota highlander platinum. The car makes whining noise when accelerating my car has 70k miles and according to Toyota my warranty expired at 60k miles it's a common issue with these cars and Toyota knows that but they won't help with the fix. This affected a lot of people and they want almost 11k for a trans replacement. If it's a common issue with all their cars then they should take full responsibility and fix the cars. I hope you guys could be of help and hold they accountable.

554. On June 11, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[554]

> Whining noise from the transmission after 66K miles - Change fluids still no improvement - Known issue with UA80 transmission . Dealers knew of the issue but still sold cars

555. On June 11, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[555]

> A wine and hard shifting, toyota does not agree. I experience this issue several times

---

[551] NHTSA ID: 11665175

[552] NHTSA ID: 11665294.

[553] NHTSA ID: 11665662.

[554] NHTSA ID: 11666429

[555] NHTSA ID: 11666348.

a day. Taking it into the dealership again to try to diagnose.

556. On June 11, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[556]

> My transmission started whining at 63,000 miles and my mechanic said it needs to be replaced. However, there is a nationwide backorder on Toyota transmissions. That should be a sign to NHTSA that this is a widespread issue and needs a recall! Of course this was right after the 60,000 mile Toyota warranty. I have extended warranty but it doesn't cover consultations or taxes.

557. On June 12, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[557]

> The transmission has a whining, grinding noise and occasional jerks vehicle. I had dealership look at the vehicle and they said it's a problem with this model but Toyota has not done a recall they issued a service bulletin. I was told it needs replacement but Toyota has been reluctant to work with owners outside of the service manufacturers warranty. This proved true, I was denied any goodwill assistance, and after several days of requesting why they denied any assistance, I'm not able to get an answer. This is a safety issue that they are aware of and not taking proper acceptance and assistance in rectifying. We carry our new born and toddler grandchildren in this vehicle as well as elderly parents. The thought of a total transmission failure on a busy highway or street is terrifying, I asked the dealership service manager about the safety of driving the vehicle and he recommended not operating it until it's replaced. In my[XXX] I haven't asked the government for anything, but I am asking you to look into this matter and if called for mandate a recall.. Thanks [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

558. On June 12, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[558]

> The transmission is making a whining noise when accelerating. I took the vehicle to a Toyota dealership and they said the transmission needs to be replaced. And I asked why the Highlander only has 58 thousand miles on it. How is it already going out. And they couldn’t give me an answer

---

[556] NHTSA ID: 11666261.

[557] NHTSA ID: 11666644.

[558] NHTSA ID: 11666627.

559. On June 13, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[559]

> At around 61,000 miles, I noticed a whining sound in the vehicle when accelerating. I took the vehicle in to a Toyota dealer for diagnostics and their technicians indicated that my vehicle had transmission failure and it needed to be completely replaced - quoted at $8,000 to do the replacement. Diagnostic appointment also cost $174. Parts are on back order and no one could tell me when parts would come in - guess was one month. In reality, parts are now finally in (I'm about to take it in to be fixed) after 2 months. I was told by the dealership that I could drive it at my own risk of failure - if it were to fail, I would be stranded wherever that may be putting my family and those around me at risk due to the unknown nature of when that could happen. This failure is recorded for the same model and same UA80 transmission on several online forums: [XXX] The vehicle has been inspected by a Toyota dealer as I stated previously. Diagnostic report says "Internal component failure. Recommend transmission" No other warning lights or messages from the car to warn me of this problem even now. Just the whining sound from the failure itself. Keep in mind, Toyota's powertrain warranty period is 5 years or 60,000 miles - this vehicle just surpassed both of those limits as this problem came about. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

560. On June 13, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[560]

> The contact owns a 2018 Toyota Camry. The contact stated that while driving at an undisclosed speed, there was an abnormal whining sound coming from the vehicle. The vehicle was taken to the dealer, where it was diagnosed with transmission failure. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure, and a case was filed. The contact was advised to contact the NHTSA Hotline to report the failure. The failure mileage was approximately 130,500. The VIN was unavailable.

561. On June 14, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[561]

> Driving down the highway fine with cruise control on. Out of nowhere, I saw smoke

---

[559] NHTSA ID: 11666696.

[560] NHTSA ID: 11666775.

[561] NHTSA ID: 11666903.

> and I lost power so I started to coast to the side of the road (luckily other drivers hit their brakes when they saw the smoke). After getting the car stopped, I noticed a fluid trail on the road. I had the car towed to a shop where they found that transmission fluid had leaked out and onto the exhaust. They said that is what caused the smoke and could have caused a fire if I didn't shut it down quickly. They also said that's why I lost power, because the transmission didn't have adequate fluid in it anymore. I immediately looked online and see that these transmissions apparently are failing left and right in a bunch of cars, even with way less miles than mine has.

562. On June 15, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[562]

> Transmission makes whine noise upon accelerating. Cannot be fixed except with new transmission. The longer you drive, the longer it affects and damages other parts. Mechanic was amazed that my relatively new Toyota needed over $10k in repairs. Toyota denying there's a problem.

563. On June 17, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[563]

> Whine noise when vehicle is in motion and accelerating. Took it to the dealer for inspection, and advise to replace the transmission

564. On June 19, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[564]

> Transmission started making a whining noise. Auto shop confirmed it will need a new transmission.

565. On June 19, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[565]

> Whining sound when when pushing the gas to accelerate. When you let go of the gas it stops.

---

[562] NHTSA ID: 11666993.

[563] NHTSA ID: 11667488.

[564] NHTSA ID: 11667909.

[565] NHTSA ID: 11668011.

566. On June 19, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[566]

> Transmission making whining noise that increases with speed. Concerned about safety if transmission fails while driving Diagnostic done at Toyota and confirmed transmission is failing and needs new replacement. There are no warning lamps. Noise has increased intensity over short period of time

567. On June 19, 2025, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[567]

> We have started to experience the transmission whine at that is specified in Toyota's CSP ZJC documentation. We took our vehicle into our local Toyota Dealership Service Center and they confirmed that the whine was a transmission issue and that the only course of action to take would be to replace the transmission. Our vehicle was manufactured in the specified window (manufacture date 10/2016, manufacture data window from the program 7/2016-2/2018), it has the specified transmission model (UA80), we are within the coverage window stated in the support materials (within ten years of first use), we are experiencing the same transmission symptoms described in the program support materials (whining transmission noise), and we have been recommended by our local Toyota Service members to replace the transmission. From this information, it appears that we meet the criteria and are suffering the same issues as are referenced in the ZJC materials, but our VIN is not included in the program. I believe that is an error and the program should be expanded.

568. On June 21, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[568]

> Transmission failure- this affects the safety of others when the car decides it doesn’t want to accelerate and could potentially lead to car accidents when another vehicle runs into it. The transmission needs to be completely replaced. This issue started back in January and has been an ongoing problem since warranty and Toyota will not assist with issue of their faulty product.

---

[566] NHTSA ID: 11668004.

[567] NHTSA ID: 11667927.

[568] NHTSA ID: 11668359.

569. On June 23, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[569]

> Defect with Transmission as hundreds of other people if not, thousands have already stated. Whining noise from Transmission after only 70,000 miles such a big issue that Toyota has a backorder on replacement transmissions.

570. On June 24, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[570]

> Car suddenly began to slip out of gear and have difficulty shifting smoothly. After having car examined by 2 repair shops it was determined the UA80 Transmission needed replaced. Repair shop advised car was not safe to drive with this condition. Warning lights for Check Engine and Check AWD system and traction control came on at the same time as the slipping and rough shifting.

571. On June 24, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[571]

> The transmission has gone out on my 2021 Highlander. It was inspected by the Toyota dealer. I was told by them that this is a known issue with these trucks. There are no warning lights but just a whine when driving the car and I believe it does put my safety as well as other at risk as this could go out at any moment.

572. On June 24, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[572]

> There is a known defect with transmissions in certain model years of Toyota cars, mine being one of them, per this TSB: [XXX] The transmission can catastrophically fail but Toyota will not replace the defective part unless the vehicle is still under warranty. I had the Toyota dealer verify that the transmission is beginning to fail and requires replacement. The transmission has begun to emit a "whining" noise. Should the transmission fail catastrophically during operation, it could cause a sudden loss of power, seize a drive wheel, or another event causing a loss of vehicle control. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF

---

[569] NHTSA ID: 11668646.

[570] NHTSA ID: 11669058.

[571] NHTSA ID: 11668934.

[572] NHTSA ID: 11668835.

INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

573. On June 24, 2025, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[573]

> *Acceleration lag from a stop On June 21, 2025 - 92 degrees outside leaving store, I was making a left turn from a parking lot. I took my foot off the brake to creep forward which the vehicle did, but as I pressed the gas the car would not accelerate. I was stuck in the middle of the lanes with my car coasting. Fortunately it was a quiet street and the car coming from behind me had ample time to stop until i could coast my car to the side of the road which then it revved high and engaged. It felt like the car was in neutral but it was in drive. It lasted about 5 seconds. *It would not accelerate which was scary and very dangerous for obvious reasons. * I took the car to the dealership on the next business day and unfortunately cannot have it inspected until July 15, 2025. *No warning lamps, messages or other symptoms. *My car is available for inspection. That would be great! That's why I brought it to the dealer but they were booked. *It happened only once, but I haven't driven it much since the incident. I am now driving my 20 yr old, reliable MDX until I can get it inspected on July 15th.

574. On June 25, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[574]

> [XXX] [XXX] [XXX] [XXX] [XXX] Vin # [XXX] 2021 Toyota Highlander 4DR AWD XLE I am writing to report a potentially dangerous transmission defect in my 2021 Toyota Highlander XLE, at approx. 60-70k miles. The vehicle recently developed a high-pitched whining noise while accelerating, which a certified Toyota service technician suspects is internal to the transmission. This exact issue is outlined in Toyota Technical Service Bulletin T-SB-0008-21, issued February 9, 2021, for 2021 Highlanders equipped with the UA80E or UA80F 8-speed automatic transmission. According to the TSB, the cause is worn pinion shafts in the front carrier assembly, and the prescribed repair is complete transmission replacement. Unfortunately, my vehicle was just outside the 60,000-mile powertrain warranty window, despite experiencing the failure consistent with a known manufacturer defect. Numerous other owners have reported identical symptoms between 60,000–80,000 miles, often facing repair costs over $8,000 and multi-week delays due to part availability. This is not a typical wear-and-tear issue. A failure of the transmission at highway speeds or during critical maneuvers could lead to loss of power or control, posing a real safety risk to drivers and passengers. I respectfully urge the NHTSA to investigate this issue further. I am happy to provide: Thank you for your commitment to driver safety. [XXX] INFORMATION REDACTED

[573] NHTSA ID: 11668846.

[574] NHTSA ID: 11669227.

PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

575. On June 25, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[575]

> I have a high pitched whine noise during acceleration from the transmission area. The noise gets louder with acceleration but goes away immediately when I take my foot off the gas pedal and starts again when you press the gas pedal again.

576. On June 25, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[576]

> Whining noise started a week ago. Whenever I press the gas peddle a whining noise starts and increases as I accelerate. Took it to a Toyota dealer and they are suggesting a total transmission replacement. I have 90000 miles

577. On June 29, 2025, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[577]

> sever transmission whine started at 138k miles over a year ago.Toyota will not fix issues under recalled ua80 transmission. Said my vin doesn’t fall within recall.

578. On July 1, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[578]

> The transmission has failed after only 39,000 miles. As a result, the vehicle would not accelerate which lead to a dangerous situation while crossing an intersection. No engine light was shown and no sensors were triggered on the onboard computer so it was impossible to know there was an issue.

---

[575] NHTSA ID: 11669130.

[576] NHTSA ID: 11669343.

[577] NHTSA ID: 11670044.

[578] NHTSA ID: 11670652.

579. On July 2, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[579]

> The contact owns a 2020 Toyota Highlander. The contact stated while driving at an undisclosed speed and attempting to accelerate, there was abnormal whining sound coming from underneath the vehicle. No warning lights were illuminated. The vehicle was taken to the dealer, who diagnosed a failure with the transmission assembly. The vehicle was not repaired. After investigating the failure, the contact related the failure to Customer Support Program: POL 19-04. The manufacturer was notified of the failure, a case was opened, and the contact was referred to the NHTSA Hotline for assistance. The failure mileage was 129,000.

580. On July 4, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[580]

> I brought my 2020 Toyota Highlander to Round Rock Toyota in 09/2024 for a failed transmission, referenced in TSB T-SB-0008-21. As of today, the vehicle has been in Toyota's possession for over 10 months and remains unrepaired. My assigned case manager (Case #241003001730) has confirmed that Toyota has no ETA for the replacement part. I've also confirmed through Toyota's customer support line that their parts department cannot provide a timeline. Toyota acknowledged the issue is tied to a known defect, yet there is no resolution. I was denied a loaner vehicle until escalating the issue to the dealership's upper management. Toyota's delay has caused significant personal and financial hardship. This is a clear breach of their powertrain warranty and represents a systemic breakdown in their ability to support affected customers. I am seeking immediate federal review of this issue, as it affects vehicle safety, value, and reliability.

581. On July 5, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[581]

> 76,000 miles on my 2020 Highlander. Car was made in September 2020, less than 5 years old. Started to hear whining noise from transmission. Over past few days it has gotten louder. Took to Serra Toyota dealer today in Birmingham, Alabama. They confirmed a problem with transmission and told me I needed a new one for $8600. None are even available. I refuse to pay Toyota any money for this. This is a KNOWN issue with the UA80E transmission. The transmission may completely

---

[579] NHTSA ID: 11670858.

[580] NHTSA ID: 11671287.

[581] NHTSA ID: 11671385.

> stop working at anytime now. Dealer was unwilling to do anything to help me since car is out of 60,000 mile warranty, and no TSB's or recalls are for my particular year 2020. There is a TSB for 2021 UA80E transmissions. I am so angry about this. This is a clear manufacturing defect. When this transmission dies which will be sooner than later the car will be worthless with no transmissions available.

582. On July 5, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[582]

> My 2020 Toyota Highlander Platinum started having the well-known "whining" sound at just under 60,000k. This is coming from the transmission. The vehicle is now just over 60,000k and I did not know that the noise was a cause for concern, let alone something that was an issue (I am not tech savvy - I'm just a regular person). I will not drive this vehicle again, as it is my only transportation for my children. Toyota issued a service bulletin about this issue for 2021 Highlanders ONLY, but as I am now experiencing this problem, I see that this is something well known as a problem.

583. On July 7, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[583]

> I purchased a 2021 Toyota Highlander in June of 2024 with about 45k miles. The transmission completely failed at 67k miles, when I brought it in to have checked in April of 2024. This is not covered under warranty and is costing 7-8k in repairs and over 3k in rental vehicles. I'm told the transmissions are on back order for 3-6 months. No lights went off in the car warning me of this. I smelled burning fumes on and off and reported it to the service dept around 59k (January 2024) miles. I did feel a jump at times, but didn't report that. After my routine oil change at the end of March of 2025, I heard a whining noise only when accelerating and would immediately stop when I released my foot. Two Toyota Service departments diagnosed my car with a failed transmission. I haven't been able to drive my car for 2 months now. My family's safety has been at risk while this issue with this transmission failure has been known and not reported to the consumers prior to my purchase in June of 2024. Potential consequences to a failed transmission while driving are as follows: -Sudden Stop or Coast to a Stop: The car might stop moving entirely, especially if internal components seize or it just loses power and I coast to a stop. -No Response to Acceleration -Pressing the gas has no effect, which is dangerous if I'd be in traffic or on a highway. -Locked-Up Transmission -Rare but possible, especially in catastrophic mechanical failure which could cause wheels to lock briefly. -Stranded

---

[582] NHTSA ID: 11671361.

[583] NHTSA ID: 11671784.

584. On July 7, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[584]

> At approximately 72,000 miles, my 2020 Toyota Highlander Platinum was diagnosed by my dealership with a failing transmission that requires full replacement. I first began hearing a high-pitched whining noise during light acceleration shortly after a routine oil change, at some point between 60,000 and 70,000 miles. I did not immediately recognize it as a drivetrain issue until the symptoms worsened. This model uses Toyota's UA80 8-speed automatic transmission, which has been the subject of Technical Service Bulletin T-SB-0008-21 and a Customer Support Program (ZJC) for earlier Highlander models due to similar internal component failures. Despite clear continuity in the symptoms and transmission design, Toyota has not extended coverage or issued a recall for 2020 models like mine. The failure occurred shortly after the end of the 5-year/60,000-mile powertrain warranty, but symptoms began while the vehicle was still within warranty range. Toyota has not responded to my formal escalation through Customer Care for nearly three weeks. I am deeply concerned Toyota is not addressing what appears to be a systemic and known defect in a critical drivetrain component that can jeopardize vehicle safety. There was no warning light or dashboard alert at the time the failure developed, making this both a mechanical and safety concern. While this issue does not involve a catastrophic failure like the Takata airbag recall, Toyota's lack of response to a known, widespread transmission issue raises broader concerns about safety, transparency, and accountability. A sudden transmission failure—particularly at highway speeds—could result in loss of power or control. Given that several owners have filed similar complaints, I respectfully urge NHTSA to investigate this issue further and assess whether Toyota should issue a recall or expanded service campaign for 2020 Highlander models equipped with the UA80 transmission, particularly in light of prior coverage for earlier model years.

585. On July 15, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[585]

> UA80E or UA80F Toyota transmission require a complete replacement at 65K miles. Not covered under warranty or Technical Service Bulletin T-SB-0160-18, T-SB-0008-21

---

[584] NHTSA ID: 11671630.

[585] NHTSA ID: 11673633.

586. On July 15, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[586]

> Our vehicle has 72k miles at normal use- no towing or off roading. Due to a whining noise we took in the vehicle at a Toyota dealer and after a $200 diagnostic fee concluded we need a new transmission priced at $10,800. There was no explanation/diagnosis summary- just we need a new transmission.

587. On July 16, 2025, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[587]

> Was driving in a FastTrack/commuter lane on the Interstate at 65MPH, all of a sudden my car would not accelerate forward. It coasted a bit. I was able to stop between the Fastrack lane and an exit space, in the triangular median. I easily could have gotten hit, especially if I had been where there was no painted median I decided to walk behind the sand filled garbage cans that were infrint of the guardrail. I feared people might miss their exit and kill me. Behind those cans seemed safer. I was told by Toyota Dealer my transmission needs replacement. It's covered under manufacture warrenty. I bought car in August 2021 new from dealer.it has 51808 miles.

588. On July 17, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[588]

> Transmission is making a wheezing noise

589. On July 23, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[589]

> Incident Highway Malfunction Occurs – [XXX] While driving at a steady speed on the highway, my 2020 Toyota Camry unexpectedly shifted gears on its own. I did not bump the gear shifter or interact with the controls in any abnormal way. The gear shift occurred without warning or driver input, while the vehicle was in motion. A "Drive Start Control Malfunction" warning appeared on the dashboard at the time of the incident. Vehicle Towed to Toyota Service Center – July 11 2025 Following the incident, I brought the car to a Toyota dealership for diagnosis and

[586] NHTSA ID: 11673592.

[587] NHTSA ID: 11674125.

[588] NHTSA ID: 11674324.

[589] NHTSA ID: 11675708.

repair. I spoke with a service advisor named Rebecca, explained the situation, and clearly stated that I did not hit or touch the gear. The vehicle was kept for inspection, repair and I communicatied with Toyota. Vehicle Picked Up – July 16, 2025 I picked up my car from the Toyota dealership on Wednesday, July 16, 2025. I had not yet heard back from Toyota about coverage or resolution. I chose to wait for further communication regarding whether they would take responsibility for the malfunction. Toyota Corporate Follow-Up Call – July 23, 2025 On Tuesday, July 23, 2025, Toyota corporate called to inform me that the repair would not be covered, citing that the vehicle is out of warranty. What disturbed me most was that the representative claimed I had told Rebecca that I might have "bumped the gear," which is completely false. I made it clear from the beginning that I never touched the gear shifter, and that the malfunction occurred while I was driving normally. This false statement was either a miscommunication or a lie — and it minimizes the seriousness of a potential safety defect. Response to Toyota's Misrepresentation – July 23, 2025 During the call, I told Toyota that misrepresenting my account was unacceptable and dangerous. If Toyota is aware that this vehicle model may experience uncommanded gear changes while in motion and fails to report. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

590. On July 25, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[590]

When our vehicle reached about 70,500 miles (10,000 miles past when the powertrain warranty expired), the vehicle started making high-pitched whining noises when the gas pedal was depressed. We brought it to the Toyota dealership and were advised that the vehicle's transmission needed to be replaced and were quoted $9,700. This is for a vehicle that was only 4 years old!! We do not feel that this is a repair/issue that a consumer must bear the cost of! When we shared this with the Toyota technician, he stated that unfortunately, the Highlander's powertrain warranty expired at 60,000 miles. We understand that Toyota was aware of this issue and this should have been escalated as a NHTSA recall where the manufacturer should be responsible for the cost of repair and/or replacement, not the consumer. Please assist us with obtaining a satisfactory resolution with this.

591. On July 26, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[591]

My wife was driving on the highway, felt a bump and the engine RPMs spiked. The check engine light came on as well as a error message that the secondary collision braking system was disabled. The vehicle was taken to the dealership and we were

[590] NHTSA ID: 11676238.

[591] NHTSA ID: 11676335.

told there was a internal failure in the transmission. The vehicle has approximately 80K miles.

592. On July 29, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[592]

> I'm reporting a drivetrain and engine performance issue affecting my 2019 Toyota Highlander, which I believe is related to Toyota's T-SB-0160-18, T-SB-0008-21, and Customer Support Program ZJC (CSP ZJC). My vehicle is exhibiting the same symptoms like: 1. Intermittent engine misfires (no consistent CEL, but noticeable during driving) 2. Hesitation and shuddering during light or moderate acceleration 3. Unintended surging/lunging — the vehicle will randomly jerk forward without throttle input 4. Whining noise under acceleration, which appears to come from the engine bay These symptoms negatively affect vehicle control and driver confidence, especially when merging, passing, or driving in traffic. The behavior is unpredictable and poses a potential safety hazard. After researching, I found that Toyota issued T-SB-0160-18 and T-SB-0008-21 for this engine, acknowledging similar performance issues due to valve train irregularities and ECM programming. Toyota also released Customer Support Program ZJC, offering limited support to some VINs. However, despite my vehicle showing the same symptoms, it is not included in the CSP, and Toyota has not offered assistance without out-of-pocket costs. This issue appears to be more widespread than Toyota's internal VIN list suggests. Many Highlander owners have reported the same issues online, and I believe Toyota should take responsibility for correcting these performance defects under a recall, not a limited CSP. I respectfully request that the NHTSA investigate the scope and validity of Toyota's CSP ZJC and TSBs related to the 2GR-FKS engine and push Toyota to expand CSP ZJC or issue a formal recall to cover all affected vehicles based on symptoms, not just VINs

593. On July 30, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[593]

> Whining noise upon acceleration, replacement transmission recommended by Toyota dealer. Defective UA80F installed.

594. On July 31, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[594]

---

[592] NHTSA ID: 11677101.

[593] NHTSA ID: 11677260.

[594] NHTSA ID: 11677582.

> Whining noise on transmission at 79k miles

595. On July 31, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[595]

> My car has been making a grinding and whining noise. I took it to the dealership and the service manager stated Toyota has been having a known issue on transmission and it will have to be replaced. The vehicle can stop working while i am driving and cause a very bad accident.

596. On August 1, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[596]

> My 2020 Toyota Highlander is equipped with Toyota's UA80 8-speed transmission. At around 62, 000 miles, a loud whining noise developed. The dealership confirmed the transmission is defective. Toyota has issued multiple Technical Service Bulletins acknowledging this transmission defect across all 2020 Highlanders with the UA80, but they are refusing to cover my repair because I am slightly over the 60,000-mile powertrain warranty. Impact: This is a confirmed design flaw that affects every 2020 Highlander with the UA80 transmission. I rely on this vehicle as my only means of commuting to work—if the transmission fails, I will lose my job.

597. On August 1, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[597]

> whine when accelerating. toyota has released a tsb 0008-21 indicating to replace transmission due to incorrect installation of a retaining clip on a nut securing differential in place. Nut can Become loose and stuck in gears of internals of transmission causing transmission to lock up while driving. this will cause loss of power and could result in an accident. Toyota is aware of the issue but refuses to make repairs due to vehicle being outside of powertrain warranty. Toyota has extended warranty to 10 years on 2017 and 208 model years however the problem still exist in 2017-2024 model years with the same transmission UA80E/UA80F

---

[595] NHTSA ID: 11677424.

[596] NHTSA ID: 11677882.

[597] NHTSA ID: 11677812.

598. On August 3 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[598]

> Car started to make whining noise when accelerating, was taken to a car repair shop & it was found that the transmission will need to be replaced with only around 43k miles on the vehicle. Let it be noted that there are many other people on numerous Toyota forums complaining of the same issues.

599. On August 2, 2025, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[599]

> My transmission (UA80e) has started to steady whining noise when driving and has some choppiness when changing gears. The local Toyota dealership is recommending full replacement, the dealership said it is out of warranty. Toyota headquarters released a Customer Support Bulletin ZJC in 2019 covering this issue for the next 10 years, but they are saying they will not cover it under this bulletin even though my model year, transmission and symptoms all match the described issue.

600. On August 4, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[600]

> Two weeks ago, I had my 2022 Toyota Highlander serviced at Romano Toyota for my state inspection and regular maintenance. The dealership passed the inspection and did not mention any problems with my vehicle. However, just two days after the maintenance, the check engine light came on unexpectedly. The vehicle began to hesitate and shift roughly, with noticeable jerking during acceleration and delayed gear engagement. This created a safety hazard, especially when merging into traffic or crossing intersections, because the SUV would not respond quickly when pressing the accelerator. A diagnostic scan revealed transmission-related trouble codes (P2714 – Pressure Control Solenoid D, and/or P2757 – Torque Converter Clutch Pressure Control Solenoid Performance). I returned to the dealer, and they confirmed the issue but could not provide an immediate fix due to parts availability. They advised continuing to drive, which I feel is unsafe. The symptoms persist, and the transmission sometimes feels like it is slipping, which could result in loss of power in high-speed situations. This issue appears similar to other UA80 8-speed automatic transmission problems reported by Toyota owners from 2017–2022. Publicly available NHTSA records show over 200 similar complaints

[598] NHTSA ID: 11678108.

[599] NHTSA ID: 11677938.

[600] NHTSA ID: 11678354.

involving hesitation, rough shifting, and transmission failure. These reports suggest a potential widespread defect that may affect vehicle safety. Given the safety risk of delayed acceleration and possible transmission failure, I believe this defect needs investigation and corrective action.

601. On August 4, 2025, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[601]

> Transmission Whine and Hesitation. Low gear it will hesitate from stop. Know issue with this transmission. There should be a recall on all ua80 transmissions.

602. On August 4, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[602]

> 2019 Camry se would not accelerate and rpmâs would escalate without making car move. Car has had complete maintenance on a regular basis. There have been no prior lights on or alerts until my sonâs car stalled in traffic almost leading to side collision. Once it was plugged up to computer shows faulty transmission (complete transmission failure) and engine coolant bypass valve which I know has a TBS report on yet my local dealership refuses to do anything with it unless they charge me to hook up to their computer first and deny any issues with this car. I have read hundred of others with the same complaint and numerous lawsuits yet Toyota refuses to recall and fix the faulty transmissions in these vehicles. Something needs to be done before someone is killed, as my son could have been when his car stalled in middle of traffic and transmission failed with no prior warnings.

603. On August 5, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[603]

> My car only has just over 70,000 miles and my transmission failed. I get regular maintenance services when needed and never had any prior issues with transmission. I was driving when the transmission failed on me leaving me stuck on the road. I took the car to Toyota service center and was told it needs to be replaced and no further details.

---

[601] NHTSA ID: 11678376.

[602] NHTSA ID: 11678391.

[603] NHTSA ID: 11678450.

604. On August 8, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[604]

> The contact owns a 2019 Toyota Highlander. The contact stated that on several occasions while driving at various speeds, there was an abnormal whining sound emanating from the front of the vehicle. The vehicle was taken to a dealer where it was diagnosed that the transmission needed to be replaced; however, there was a back log on the part. The manufacturer was notified of the failure. The failure mileage was approximately 70,000.

605. On August 8, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[605]

> While driving my 2022 Toyota Highlander (VIN: [XXX] , 29,427 miles), I have experienced multiple recurring safety defects that Toyota has been unable or unwilling to repair under warranty. â¢Front collision sensors frequently trigger without any object present, creating a risk of unexpected emergency braking at freeway speeds. â¢Transmission hesitates and surges unpredictably, sometimes propelling the vehicle into traffic. â¢In heavy rain, my windshield wipers activated on their own and multiple system failure warnings appeared (including ABS failure), nearly causing a crash. â¢Persistent startability issue when fuel is below half a tank. â¢Seatbelt malfunction caused a passenger to strike their head. â¢Seat heater failure, seat separation, persistent coolant odor, and nonfunctional factory wireless charger since purchase. These defects are intermittent but recurring, and their unpredictability increases the danger. Toyota and the dealer have failed to duplicate the issues during short test drives, but they continue to occur during normal operation. This vehicle remains under factory and extended warranty, yet repairs have been denied. I believe these defects pose a serious risk to myself, my passengers, and others on the road. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

606. On August 10, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[606]

> Transmission. I believe the transmission is defective. A lot of customers has complained that toyota Highlander 2021 transmission is defective I was driving my car and the transmission went bad, I could not move my car again. I had to tow it

---

[604] NHTSA ID: 11679382.

[605] NHTSA ID: 11679297.

[606] NHTSA ID: 11679722.

to a mechanic and they diagnose that the transmission is bad

607. On August 10, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[607]

> Vehicle starts to produce humming and whining sounds as speed picks up from underneath the vehicle, likely from the transmission/final drive gear area. This problem is consistent and persistent. The whining noise stops when the throttle is released and will resume as throttle is engaged. More reported cases of transmission failure, sudden lost of propulsion and grinding noise are found on public forums. Toyota issued a service bulletin about this problem. Toyota issued extended warranty to prior model years from 2016 to 2017 of the same issue. This will affects millions of Toyota sold with the UA80, UA80E and UA80F transmissions in the US.

608. On August 11, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[608]

> Transmission failed and makes whining noise

609. On August 12, 2025, the owner of a 2020 Toyota Sienna submitted the following complaint to NHTSA:[609]

> A catastrophic failed automatic transmission; UA80E of Toyota Sienna 2020 at 85,000 miles. It occurred while I've been driving downhill. No warning lights, not overheating, no diagnostic ODB code, no other indications prior to the failure. Failure created a substantial safety risk for myself, my four passengers and other road users. Sudden loss of transmission function could lead to potential dangerous situation. Minivan was towed to the nearest Toyota dealer where transmission assembly was confirmed for replacement.

610. On July 2, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[610]

> My 2021 Toyota Highlander experienced transmission problems mainly related to the transmission models. My vehicles reported issues such as whining or grinding

[607] NHTSA ID: 11679684.

[608] NHTSA ID: 11679955.

[609] NHTSA ID: 11680231.

[610] NHTSA ID: 11670791.

noises, which were attributed to problems with the pinion shafts in the front carrier assembly.

611. On August 14, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[611]

> I was nearly in an accident because the vehicle was unable to accelerate quickly due to transmission shift delay.

612. On August 14, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[612]

> Started hearing a whining noise when I would accelerate and then my car bucked a couple of times. I brought it into Toyota on 8/07/25 to be checked out and I was told that my transmission would need to be replaced. My car is 4 years old, bought brand new in April of 2021 and have kept up on regular maintenance. In researching this I am finding out that there is a large number of people who are experiencing this same thing with their Highlanders. I have also come to find out that in February of 2021 there was a TSB put out with regards to this same issue. This was 2 months before I even purchased my car. It for some reason does not include every vehicle and only some vehicles are included leaving others with this problem out of luck. I do not understand how that can be. If I have that UA80F transmission in my car and that is what is being named as one of the transmissions that have this problem then why is that certain vehicles are not being taken care of and why is Toyota not issuing a recall? My warranty has expired so I am being expected to pay out of pocket $8,000 (not including labor) and on top of that they do not even have the parts as they are on back order. We have to hold Toyota responsible for this.

613. On August 16, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[613]

> Complaint Description: The automatic transmission in my 2022 Toyota Highlander failed completely at only 62,800 miles. Toyota Brand Engagement Center offered to cover 50% of the replacement cost, but I was informed that the transmission is on national backorder with an estimated wait time of 4–5 months. This leaves me without a safe and reliable vehicle for an extended period of time. The failure is consistent with Technical Service Bulletin T-SB-0008-21 (Feb 9, 2021), which acknowledges internal component failures and abnormal noises (whine/grind) in

---

[611] NHTSA ID: 11680571.

[612] NHTSA ID: 11680607.

[613] NHTSA ID: 11681095.

> UA80E/UA80F transmissions. A major drivetrain failure at this mileage is unacceptable and raises concerns about safety, reliability, and Toyota's handling of known transmission defects. I am requesting NHTSA to investigate this issue as it appears to be systemic and affecting many 2021–2022 Toyota Highlander owners.

614. On August 17, 2025, the owner of a 2020 Toyota Sienna submitted the following complaint to NHTSA:[614]

> I've owned the vehicle for five years, and recently I started hearing a whining noise coming from the transmission. After doing some research, I discovered that I'm not alone in experiencing this issue. The dealer told me that the transmission itself is the problem and recommended replacing the entire transmission. However, a second opinion suggested that this kind of noise isn't normal. I'm worried about safety because, although it's just a whine right now, I fear it could fail unexpectedly. I have a child in a wheelchair, and ensuring my vehicle's safety is very important to me.

615. On August 17, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[615]

> 8/15: I was informed that the had a transmission failure requiring full replacement. The highlander is a 2019 SE with a UA80 transmission which we have now discovered has multiple complaints against it. Our car only has 108,000 miles and has been maintained with all required maintenance a full transmission service.

616. On August 19, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[616]

> Whining noise coming from the transmission when under acceleration believed to be overly common with Camrys of this model year.

617. On August 20, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[617]

> My Highlander is making a whine noise due to the issue described in T-SB-0008-21. I was never made aware that this was a potential issue. My car is making the

---

[614] NHTSA ID: 11681131.

[615] NHTSA ID: 11681184.

[616] NHTSA ID: 11681699.

[617] NHTSA ID: 11682008.

> whine noise, but Toyota Of Capistrano refuses to cover the cost of fixing it because my car has 86,000 miles. I would have taken the car in sooner had I known of this issue.

618. On August 21, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[618]

> The contact owns a 2021 Toyota Highlander. The contact stated that while driving at 40 MPH, there was an abnormal whining sound coming from the front of the vehicle. There was no warning light illuminated. The dealer was contacted. The vehicle was not diagnosed or repaired. The manufacturer was not made aware of the failure. The approximate failure mileage was 49,729.

619. On August 21, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[619]

> The contact owns a 2019 Toyota Highlander. The contact stated that while driving at various speeds, upon depressing the accelerator pedal, there was an abnormal whining sound coming from the vehicle. There was no warning light illuminated. The vehicle was taken to a local dealer, where it was diagnosed, and the contact was informed that the transmission was faulty and needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure. The approximate failure mileage was 51,000.

620. On August 22, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[620]

> Transmission started whining at 90k miles and has failed

621. On August 22, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[621]

> Complete failure of transmission at approximately 53k miles. No warnings. No lights. Car had just had its 50k miles service appointment. My safety and that of my family was jeopardized when I unknowingly took this car to/from our family vacation out of state- the gears started jumping a few days after we returned, quickly

---

[618] NHTSA ID: 11682149.

[619] NHTSA ID: 11682205.

[620] NHTSA ID: 11682313.

[621] NHTSA ID: 11682344.

> followed by the grinding, whining noises. Come to find out there is a service bulletin that has been out for 4 years! T-SB- 0008-21 issued on February 9, 2021, for select 2021 Highlander models equipped with a UA80E or UA8OF.8-speed automatic transmission. Why wasn't this a recall? How is this not a safety issue? Why wasn't this disclosed by Toyota when I was sold a car with 30k miles on it for $35k miles?

622. On August 23, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[622]

> Transmission whining, harsh shifting, delayed acceleration

623. On August 25, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[623]

> August 14, 2025 while coming home from work, truck started to lose power. It slowed down on the main street and then coasted to a complete stop in the middle of the road. There were no signals or alerts until it went dead. The vehicle will start, but it will not advance when put in drive. I have had the vehicle towed to my dealership to expedite diagnosing the issue.

624. On August 25, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[624]

> At approximately 64,607 miles, my 2019 Toyota Highlander experienced a complete transmission failure. The vehicle had. been properly maintained. There were no warning lights prior to the failure. The transmission began making a high-pitched whining noise, followed by difficulty shifting. Research shows that many other 2019 Highlander owners have reported the same issue, often described as the "death whine," occurring between 50,000-100,000 miles. These failures appear related to the UA80 8 -speed automatic transmission, which has already been the subject of service programs in earlier 2017-2018 Toyota vehicles. Transmission replacement cost range from $7,000 - $10,000, with parts frequently on backorder. A major drivetrain failure at such low milage, raises significant safety concerns, and appears to be a recurring defect that warrants investigation.

---

[622] NHTSA ID: 11682549.

[623] NHTSA ID: 11682753.

[624] NHTSA ID: 11682832.

625. On August 25, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[625]

> At 119,000 miles, the UA80F transmission in our 2021 Toyota Highlander XSE started making a whining noise. A dealer confirms the transmission needs to be replaced. After much research, this is apparently a known issue and Toyota will not warranty the repair after the 60,000 mile warranty expires. Estimated repair cost is $11,000.

626. On August 26, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[626]

> Transmission in our 2021 Toyota Highlander required a full replacement due to a known part defect (front carrier assembly front pinion shaft). Toyota will not cover any portion of the $8k cost. In looking into the issue, this is very widespread with even our dealership confirming four transmission replacements by customers in a short period of time. The transmission is also back ordered (ours took 3 months), but the dealership has seen up to six months. I am guessing this is do to the high demand.

627. On August 26, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[627]

> Transmission Planetary Gears in 2020 Toyota Highlander. Makes a "whining" noise when accelerating. No warning lights or other symptoms. Many reported problems with this model but no recall. Many people are needing to pay out of pocket due to the 60k mileage powertrain warranty.

628. On August 26, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[628]

> The contact owns a 2019 Toyota Camry. The contact stated that while driving at an undisclosed speed, there was an abnormal humming sound coming from the engine. The check engine warning light was illuminated. The vehicle was taken to the dealer, where it was determined that an unknown part inside the transmission had oxidized. The contact was informed that the transmission needed to be replaced.

---

[625] NHTSA ID: 11682893.

[626] NHTSA ID: 11683118.

[627] NHTSA ID: 11683248.

[628] NHTSA ID: 11683259.

> The contact was advised that the engine mounting insulator sub-assembly and the hardware machine rotor for the braking system needed to be replaced. The vehicle was not repaired. The contact stated that the failure persisted. The contact stated that in June 2023, the transmission was replaced. The manufacturer was not made aware of the failure. The failure mileage was approximately 109,000.

629. On August 27, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[629]

> Severe whining from drivetrain car had less then 80,000 when problem started. Dealership has no answer. Car has drivetrain transmission UA80F which has numerous documented issues and has been used in many vehicles which all has same drivetrain problems. This is known problem at Toyota Motor Sales. This issue can cause vehicle transmission to just fail and leave car valueless. The whining has been getting worse every time driven.

630. On August 27, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[630]

> Whining noise upon accelerating. Diagnosed as bad transmission by a Toyota dealership. No warning indicator 62,500 miles

631. On August 27, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[631]

> UA80 transmission failure

632. On August 28, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[632]

> Transmission failure at 78,000 miles

---

[629] NHTSA ID: 11683320.

[630] NHTSA ID: 11683407.

[631] NHTSA ID: 11683442.

[632] NHTSA ID: 11683790.

633. On August 29, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[633]

> at 65,000 miles, the transmission has developed a "whining" sound consistent with TSB T-SB-0008-21.

634. On September 1, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[634]

> SUV has a pronounced whine coming from the transmission. This started at approximately 85,000 - 90,000 miles and has progressively gotten louder. The car currently has 96,000 miles on it. As I understand it Toyota has issues multiple technical service bulletin about this exact issue covering the 2017-2018 highlander but my 2019 is not covered even though it has the exact same 8 transmission. I have not taken this to the dealer as I understand it would not be covered under the factory power train warranty which is 5 years or 60,000 miles. I've purchased several Toyota vehicles over multiple decades, but with this issue on a vehicle that is not yet 7 years old I am a bit dissapointed and will not be purchasing any more toyota vehicles. Since this issue is specifically related to the powertrain it is most certainly a SAFETY related issue when this transmission fails.

635. On September 2, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[635]

> 2021 Toyota Highlander 87000 miles began making humming noise when stepping on gas and goes away when foot off gas. Toyota said metal shavings in transmission fluid and we need new transmission. We have made appointment to replace. No warning lights. No incident just filing complaint

636. On September 4, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[636]

> I am writing to express my concerns regarding my 2022 Highlander. As a loyal Toyota family, with this being my fourth Toyota, my husband's second, and my parents' fifth, we have consistently valued the Toyota brand and our dealership in Bryan, TX. Recently, I brought my Highlander with (73,000 miles) to Family

---

[633] NHTSA ID: 11683920.

[634] NHTSA ID: 11684280.

[635] NHTSA ID: 11684575.

[636] NHTSA ID: 11685112.

Toyota in Arlington due to a whining sound during acceleration. I was informed that the transmission requires replacement, at an estimated cost of $8,291. Furthermore, the transmissions are currently on back order, which would leave me without my vehicle for several months. While I have not found any official recalls addressing this specific issue, I have noted that this is a common concern with this model, and there are several class-action lawsuits pertaining to similar transmission problems across various models. I have also sought opinions from two independent transmission repair shops, both of whom have quoted a full transmission replacement. I contacted Toyota several times on what options may be available to me. They so far have left me with no rental car assistance and offered a very small discount on their known issue. I have already incurred approximately $800 in rental car and diagnostic expenses and am unable to cover the $8,291 replacement cost. It is disheartening to have owned my Highlander for less than three years, be unable to drive it, and still owe $20,000, which is not what I associate with the Toyota standard of quality. I now can not get to work and have a $47,000 piece of junk in my driveway and not even an apology from the company I once thought was #1 in customer service and reliability.

637. On September 5, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[637]

The transmission has exhibited signs of premature failure due to an internal component defect. The only indication was a whining noise when accelerating. This was first noticed around July 2025 when the car had about 78,000 miles on it. The car was later inspected by the Toyota dealer on 08/20/2025 with 79,253 miles on it. The Toyota dealer determined that "the noise being heard was the transmission becoming faulty" and prescribed replacing the transmission "as soon as possible." This is a safety concern if the transmission suddenly fails while driving, but I am not going to wait for that to happen before replacing it.

638. On September 5, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[638]

The contact owns a 2019 Toyota Highlander. The contact stated that while stopped at a traffic light, the vehicle failed to accelerate as intended while depressing the accelerator pedal. No warning lights were illuminated. A passerby helped push the vehicle to the side of the road. The vehicle was towed to the dealer, where the vehicle was inspected, and the contact was informed that the transmission had failed and needed to be replaced. The vehicle was not repaired. The manufacturer was not notified of the failure. The approximate failure mileage was 143,335.

---

[637] NHTSA ID: 11685258.

[638] NHTSA ID: 11685358.

639. On September 5, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[639]

> Transmission went out at 93,000 miles. Toyota dealer confirmed the car needs a new transmission and wants me to pay $7500 for it. This seems ridiculous for these to go out the early. I follow all the regular maintenance schedules

640. On September 6, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[640]

> Vehicle has 92,499 miles. All maintenance performed on time. Vehicle did not exhibit any issues beforehand. Vehicle judders upon acceleration and does not shift gears smoothly. The following error codes show up on the dashboard screen "Secondary collision brake system malfunction" "ICS malfunction" (Intelligent Clearance Sonar) "Pre-collision system malfunction" "Parking brake malfunction" "Check engine" Went to dealer and they recommended "replacing transmission due to multiple solenoids codes when checked is causing the lights and hard shifts when driving so recommend replacing and reprogram new transmission."

641. On September 7, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[641]

> Transmision is whining and stuttering or slipping gears

642. On September 8, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[642]

> HIGH PITCH WHINING SOUND WHEN DEPRESSING ACCELERATOR. DEALER DIAGNOSED THE ISSUE AND SAYS THE TRANSAXLE AND TORQUE CONVERTER HAS TO BE REPLACED. ALL STARTED HAPPENING JUST AFTER 60000 MILES SO OUT OF WARRANTY. $8500 REPAIR BILL

---

[639] NHTSA ID: 11685424.

[640] NHTSA ID: 11685486.

[641] NHTSA ID: 11685578.

[642] NHTSA ID: 11685709.

643. On September 9, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[643]

> 2017 Toyota Highlander XLE Why hasn't Toyota issued a recall?! My transmission failed at 2AM on the Florida turnpike 140 miles from home, after a physically and emotionally exhausting day moving my daughter to college. I slept in my car 7 hours, scared, waiting to get towed. The closest shop that was open early on a Saturday was an hour away in the other direction and when I got there, they told me they wouldn't be able to look at it until Monday. Pointless to pay 2 nights at a hotel, so I got an Uber to get a rental to get home. It wasn't bad enough when I found out the cost to replace the transmission on a car with 96k miles (my Camry had 300k when I sold it), but even if I agreed to pay, the transmission is backordered, and it could be months. Months! I had to pay the diagnostic fee - completely understandable - and I needed it moved to avoid a $75 per day storage fee. AAA would tow it 100 miles, then $7.00 per mile. When I asked to speak with someone because I had the upgraded membership that provided 200 miles, I was told they wouldn't cover any part of the tow because it was already at an auto shop. The least expensive option was to get a transport company ($300) to pickup and deliver the car to the local Toyota dealership. They're anticipating at least 3 months, but they'll pay for a rental if I agree to have them do the repair. Has Toyota fixed the issue, or will the new transmission likely to have the same problem?

644. On September 9, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[644]

> TRANSMISSION ON THIS VEHICLE FAILED AND CAUSES SUDDEN DECELERATION CAUSING A SAFETY ISSUE. SUDDEN DECELERATION. YES, TOYOTA OF VERO BEACH HAS CONFIRMED FAILURE OF THE TRANSMISSION. NO, WARNING JUST FAILED THEN GOT ALL THE WARNINGS AND LIGHTS IMMEDIATELY THEREAFTER.

645. On September 9, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[645]

> Erratic shifting, dangerous hesitancy and slow starts when pulling into traffic, whining. Took the car to the Toyota Dealer on 08/19/2025, diagnosed as having a failing transmission (detailed service invoice attached).

---

[643] NHTSA ID: 11685842.

[644] NHTSA ID: 11685919.

[645] NHTSA ID: 11686021.

646. On September 10, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[646]

> Transmisson started whining and slipping at 61000 miles. 1k miles out of warrenty. Even though toyota has a service bulletin about knowing my exact year and serial number transmisson will go bad. No recall issued and they want 9k for a repair. Rick McGill toyota on alcoa highway knoxville tennensse diagnosed it.

647. On September 10, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[647]

> Car Manufactured in April 2019. Transmission failure at 113,000 miles. Before failure, the transmission had a whine and lag when accelerating from a full stop, creating an unsafe situation when pulling into traffic. The cost to repair is over $9,000, and the part is on backorder for several months. The NHSTA facilitated a voluntary service bulletin with Toyota that extended the warranty for the Highlander model years 2017 to 2018 for issues related to the UA80F transmission. The service bulletin should extend to the 2019 model year, as the issues are the same and the transmission model is the same, and possibly for models built early in 2019, which likely have transmissions built or component parts from 2018.

648. On September 10, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[648]

> A dealership has confirmed that the transmission in my 2020 Toyota Highlander is bad. It has 101k miles on it currently. I purchased this vehicle with the mindset that I would get 200,000 or 300,000 miles of use with it. I am now having to decide if I am going to trade it in or pay $9,000 to have the transmission replaced. I have been told that there are other 2020 Toyota Highlanders having this same issue. Has there been anything to determine what is causing this issue with the transmissions and will there be a recall?

---

[646] NHTSA ID: 11686241.

[647] NHTSA ID: 11686294.

[648] NHTSA ID: 11686388.

649. On September 10, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[649]

> Transmission whine Owners of 2017–2022 Toyota Highlanders, 2017–2020 Siennas, and 2018–2020 Camrys are experiencing serious transmission issues—including high-pitched whining, erratic shifting, clunks, hesitation, and premature failure. These vehicles are equipped with the UA80F (AWD) and UA80E (FWD) 8-speed automatic transmissions.

650. On September 11, 2025, the owner of a 2017 Lexus ES submitted the following complaint to NHTSA:[650]

> I have purchased two Lexus ES350s--a 2007 and a 2017. Both cars have been serviced at Lexus of Atlanta and both have had transmission failure. On August 28, 2025, after my car passed emissions and had just been serviced a month prior at the dealership, my car abruptly jumped and stalled, and the "Traction Control" message popped up. This was extremely scary as I was driving in Atlanta traffic. I immediately had it towed to Lexus of Atlanta. I received a call from my Service Advisor with whom I have worked for many years and he said it is my transmission and quoted me $10,000+. He also had zero empathy, could not tell me why my car all of the sudden "died" and essentially said, "these things happen and it is what it is." Those were actually his exact words. No one can explain why the transmission failed when I have had the car serviced routinely by the dealership from where the car was purchased. I just had the car serviced in July. I had no indication that the car was malfunctioning. I am unsure if the transmissions need to be recalled but this is a serious safety concern.

651. On September 11, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[651]

> The transmission on this vehicle has failed - I've been told by Toyota Dealer Maintenance that I need the transmission replaced on this vehicle with under 70,000 miles and just over three years old. I began hearing a whining noise while accelerating, and brought it in for service. No system warnings.

---

[649] NHTSA ID: 11686420.

[650] NHTSA ID: 11686632.

[651] NHTSA ID: 11686665.

652. On September 11, 2025, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[652]

> My 2017 Toyota sienna has a whine noise coming from the transmission. Brought it to the dealer I have done everything at for this van and they say it's the transmission and it will cost more than it's worth. There's a CSP-zjc but my vin isn't on there. It's presenting the same exact problem as the CSP. Unbelievably, Toyota CARES isn't doing a "good will" service fix. Very disappointed in their customer service

653. On September 12, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[653]

> I have 2019 Toyota Highlander and it has less than 78k miles. A few months ago ago it started barley noticeable wheezing sound and then it got progressively worse. I took it to a the mechanic and he said it was the transmission. It expensive to fix and I saw that a lot if people are complaining about the same problem. I think Toyota should be responsible for replacing the faulty transmissions. My car has been sitting in the driveway because I can't fix it.

654. On September 13, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[654]

> On August 3, 2025, the vehicle developed a loud humming noise. After an inspection on August 12, Heritage Toyota informed me that the transmission had failed and would require replacement at an estimated cost of $9,000. This failure occurred only days past the five-year warranty and just 8,834 miles beyond the 60,000-mile powertrain limit. I immediately contacted Toyota's Brand Engagement Center (Case #250814000192). Despite speaking with multiple representatives over several weeks, my inquiries were repeatedly delayed, escalated, or dismissed. At one point, I was even informed that further follow-up on my case would be deleted through Toyota Website. Ultimately, I was offered 50% coverage of the transmission replacement. While I appreciate this offer, it does not fully address the seriousness of a transmission failure occurring under such circumstances. I also contacted Heritage Toyota directly to request assistance, but my calls to the service manager went unanswered, and the dealership declined to provide any additional support. I believe this situation raises concerns about both product quality and customer care. A transmission should not fail in under five years with fewer than

---

[652] NHTSA ID: 11686730.

[653] NHTSA ID: 11686935.

[654] NHTSA ID: 11687039.

> 70,000 miles, especially on a well-maintained vehicle serviced exclusively by Toyota. I respectfully request that Toyota be held accountable for this failure and that further review be conducted to determine whether this issue represents a larger pattern of premature transmission failures in Highlanders.

655. On September 13, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[655]

> Transmission failure. Car will not drive or reverse. Engine turns on. I'm told that transmissions are on back order with no ETA.

656. On September 15, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[656]

> Making a whinnig noise while accelerating

657. On September 16, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[657]

> TRANSMISSION GAVE OUT

658. On September 16, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[658]

> 2020 toyota highlander l Transmission..whining noise it gets louder when accelerating

659. On September 16, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[659]

> Transmission suddenly began slipping, whining leading to a loss of power, which resulted in being stuck in a busy intersection.

---

[655] NHTSA ID: 11687114.

[656] NHTSA ID: 11687246.

[657] NHTSA ID: 11687502.

[658] NHTSA ID: 11687706.

[659] NHTSA ID: 11687746.

660. On September 16, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[660]

> The vehicle's transmission makes an audible whining noise during acceleration and intensifies as the car increases speed. The vehicle has been diagnosed and inspected at the original dealer where the car was purchased and confirmed that the transmission needs to be replaced. The vehicle's powertrain warranty has just expired and this issue is a major problem and concern with similar model years.

661. On September 17, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[661]

> Transmission is defective. I do have a warranty that I purchased but I am aware that this is a faulty transmission for the 2020 and 2021 Highlander and Toyota refuses to do anything about it. Transmission is 2 - 3 months backordered and Toyota will not provide a rental.

662. On September 17, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[662]

> Transmission whine at 63k miles

663. On September 17, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[663]

> I own a 2022 Toyota Highlander XLE (UA80E transmission, ~66k mi). The vehicle exhibits a severe transmission defect: uncommanded braking/drag at 35–40 mph and sudden loss of power when accelerating from a stop, making merging/crossing intersections dangerous. Two Toyota dealers (Bryan Toyota and Plano Toyota) reproduced the issue, documented the vehicle as unsafe to drive, and recommended full transmission replacement. The failed unit is preserved at the dealer for inspection. (Toyota Corporate Case #250917001779.) This mirrors long-standing defects within Toyota's UA80 family that Toyota itself has documented: • Customer Support Program ZJC / POL19-04 (4/18/2019)—UA80 whine, harsh shifts, reduced power 2019 MC-10159730-9999 . • T-SB-0160-18 Rev1 (12/17/2018)—UA80 whine/harsh shift/MIL/reduced power 2018 MC-10198131-

[660] NHTSA ID: 11687751.

[661] NHTSA ID: 11687883.

[662] NHTSA ID: 11687904.

[663] NHTSA ID: 11687960.

9999 . • T-SB-0001-18 Rev2 (1/8/2018)—ECM/UA80 mismatch causing harsh shifts 2018 MC-10185780-9999 . • T-SB-0008-21 (2/9/2021)—UA80E/F failures in 2021 Highlander (whine/grind, pinion shaft) 2021 MC-10188917-9999 . The same safety-critical behavior now recurs in my 2022 model. I request NHTSA investigate this as an ongoing UA80 transmission safety defect trend and consider recall/coverage for affected vehicles.

664. On September 18, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[664]

> My 2020 vehicle has 75,000 miles on it. It started making a high pitched sound when accelerating. I brought my vehicle to the dealership where I bought it, to have it inspected. I was assuming it would be a belt or an easy fix. The service agent walked over and cooly explained that I need a new transmission. He continued to say that this is a common issue with this make and model. He stated that at the beginning of the year customers were having to wait a couple of months of transmission parts, but now because of the demand due to the well known power train failure, that the current wait time for transmission parts are only two weeks. He stated several times, that this is a common problem, one that car owners are expected to pay $9,000. to fix. A quick google search brings up a plethora of customers having the same exact problem. Toyota needs to make this right and issue a recall on their faulty product.

665. On September 18, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[665]

> The vehicle started having a whining noise in the transmission around 60,000 mi we took it to the Toyota dealership they said they couldn't hear anything He called Toyota itself The customer support program several times they have neglected it and it's getting worse

666. On September 19, 2025, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[666]

> Got brand new transmission put in then right after the Coolant leak started into cylinder number 2

---

664 NHTSA ID: 11688249.

665 NHTSA ID: 11688254.

666 NHTSA ID: 11688332.

667. On September 19, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[667]

> Transmission failure

668. On September 20, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[668]

> The car only has 73, 000 miles on it and Toyota said it needs a new transmission. The car starting making a "whining" sound on acceleration so we took it into Toyota for diagnostic. We also found out that the Rav 4, Sequoia and Tacoma were all recalled for this same year for transmission issues. Toyota is trying to charge us $10,000 to have the transmission replaced since it is no longer under warranty.

669. On September 22, 2025, the owner of a 2022 Lexus NX submitted the following complaint to NHTSA:[669]

> The transmission (Torque Converter) is shuddering at a certain RPM range when it is in 3rd gear (in between 1000-2000 RPM) in my case. (Roughly 15-25 mph) This could lead to an uneven acceleration and cause an accident. Especially in a bad traction situation ex)snow, rain, uneven surface and etc. Also, it could cause and accident due to unable to accelerate in time. The vehicle was inspected and dealership were saying it was the tire and balancing issue, but not fixed. There is no warning light associated with.

670. On September 22, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[670]

> TOYOTA HIGHLANDER 2020 less than 5 years 63,000 miles started making noise Dealer where i bought it; said my warranty expired with 60,000 miles , so i have to pay transmission replace close to $9,000 , obviously this is a Toyota fabrication problem they need to assume responsibility .

---

[667] NHTSA ID: 11688553.

[668] NHTSA ID: 11688640.

[669] NHTSA ID: 11688831.

[670] NHTSA ID: 11688890.

671. On September 23, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[671]

> All of the sudden around 70K miles, the transmission started to make a "whining" noise. It does not sound right and I'm afraid the transmission could fail while I'm driving. I took it to the dealer and they acknowledged that it's a known issue but that in my case the noise is not loud enough to warrant replacing the transmission. A quick research on the internet revels that this is a very common problem.

672. On September 24, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[672]

> Noticed 2021 Toyota highlander start whining around 85000 miles. Did some research on the sound and found that Toyota UA80F transmissions have all had the same issue and issued a tsb to their dealerships but not people who purchased the car. Warranty runs out and now you are on the hook for an 10k transmission replacement or risk your car breaking down at any point on the road. Car was inspected today by Toyota to receive the quote to fix at 10400 with no discussion of possible remedies for their defective transmissions. The exact quote would be "that's not our problem, you have to take it up with Toyota office, bud". So now we have a ticking time bomb on the road with the only remedy to pay 10400 to replace a defected transmission that was covered in other recalls by the same company.

673. On September 24, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[673]

> Ua80f/e transmission in the 2018-2022 Toyota Highlander are defective. Mine has a loud whistle while accelerating. Problems have been acknowledged by Toyota however they're refusing to fix.

674. On September 24, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[674]

> The contact owns a 2020 Toyota Highlander. The contact stated that while driving at 30 MPH, there was an abnormal whining sound coming from underneath the

[671] NHTSA ID: 11689199.

[672] NHTSA ID: 11689359.

[673] NHTSA ID: 11689386.

[674] NHTSA ID: 11689414.

> vehicle. No warning lights were illuminated. The vehicle was taken to the dealer, who diagnosed a failure with the transmission. The vehicle was not repaired. The manufacturer was notified of the failure, and a case was opened. The failure mileage was 78,000.

675. On September 26, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[675]

> Transmission has not been right since purchase, complaints were left unaddressed until the complete failure of the transmission, of course out of warranty. This is a safety hazard, as well as Toyota offering no type of assistance.

676. On September 28, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[676]

> The transmission was checked by Toyota at 55,000 miles for whining sound. Technician advised that it is a normal sound for that type of transmission and it is ok. The sound continued to get louder , so we took it to 2 independant garages and they advised that the noise is the transmision going bad. At 64,000 miles we took it back to the same dealer to tell them we thought it was the transmission. The technician road with us and said he thought it was the brakes or something else. After returning from the test drive with the technician, 3 technicinians looked at it and agreed that the transmission is bad and should be replaced. The factory warranty expired at 60,000 miles and Toyota is not honoring that we took it to them for the same problem prior to warranty expiration. They are advsising that it has not completely failed yet, so it's not a problem. I do not want to drive my vehicle for any distance or at highway speeds for fear of failure in a dangerous area or stranded during bad weather.

677. On September 30, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[677]

> A couple of days ago, I started hearing a faint whining noise coming from my vehicle when I pressed on the gas pedal. When I brought my vehicle into the dealership today for my 100,000 mile service, I advised them of such. After raising the concern, I was told that there was an issue with my car's transmission and that it was not covered by the warranty as the warranty for that part ended at 75,000 miles. After looking up this issue and the cost to replace, I learned that this

---

[675] NHTSA ID: 11690017.

[676] NHTSA ID: 11690151.

[677] NHTSA ID: 11690601.

> transmission issue is a prevalent issue with 2017-2021 highlanders with over 60,000 miles. This issue is so prevalent that there is a huge backorder for parts needed to fix this specific issue. I have owned multiple Toyotas because of their reliability. I had a 4 runner that I used past 225,000 miles with no issues. The fact that I'm having an issue with a transmission issue with a vehicle with less than 100,000 miles on it that I always service every 5,000 miles at the Toyota dealership I bought the vehicle at is huge red flag and is making me reconsider my allegiance to the Toyota brand. The dealer has quoted me a price of $7,500 to fix the issue. I believe that Toyota should make this right as it is clear that this is a known and prevalent issue with the highlanders. In fact, I'm surprised given the number of people complaining online that it is not the subject of a recall. As a lawyer, this sounds like an issue ripe for a class action. That being said, I am hoping that Toyota will work with me and pay for the repair and/or furnish me with a new car credit.

678. On October 1, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[678]

> Transmission failed on a major parkway. A loud noise was heard and engine over-revved. Car started to vibrate and no forward gears worked. I had to drift across two lanes of a coming high speed traffic with no drive power. I eventually got to the side of the road. I put my hazards in as soon as it happened. The vehicle was towed to the location from which it was purchased new in 2020, and serviced at all intervals. The dealership has changed ownership and is now Ourisman Toyota of Richmond. They ran a diagnostic and confirmed that the transmission has failed. There were no warning lamps, however the day prior I noticed the transmission shifting seemed off. I made an appointment to take the car in for checking at the earliest available date. However the failure occurred two days before this date.the carâs mileage is just under 85k. We purchased a 6yr 75k VSP warranty however it has expired by mileage. Car is still financed by Toyota financing. Problem has been reported to Toyota Brand engagement center and has been escalated. We have not received a resolution yet and the case is still in queue after 3 business days:

679. On October 3, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[679]

> Whining noise when accelerating. Took it to toyota dealership and confirm it was the transmission .toyota corporate would not assist repair cost as my warranty is 7k miles pass warranty mark..did a research about the transmission and there is a class action law suit about the faulty transmission

---

[678] NHTSA ID: 11690891.

[679] NHTSA ID: 11691192.

680. On October 3, 2025, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[680]

> The car transmission hesitates to accelerate at slow speeds and jerks or lurches forwards in a uncontrollable way. Dangerous at stop signs or on slow or hilly roads. Dealership does not directly acknowledge this issue, despite mechanic mentioning very clearly it is related to T-SB-0107-19 which Toyota dealerships charge to repair. No warning messages. Issue has existed as long as I have owned the vehicle 1.5 years from 61,000 miles to 71,000 miles.

681. On October 3, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[681]

> Transmission failure causes vehicle to not accelerate in low gears. Toyota has a CSP for this issue on the same model year but this "Vin" Is not a part of it. This is a major safety issue.

682. On October 5, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[682]

> ‚At approx. 76,000 miles, we begin to hear a whine with acceleration. We also begin experiencing slight hesitation? It was diagnosed at The Williams Toyota Dealership in Big Flats New York 9/22/25. The dealership indicated the final drive gear bearing is starting to fail and we need to replace the transmission at the cost of $7472.00 plus tax. We are aware of the several class action lawsuits that have been filed against Toyota regarding the UA80E/F 8-speed automatic transmissions. The litigation covers multiple Toyota models 2017 model year and onward including the Highlander.

683. On October 6, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[683]

> Hearing a whining noise when I step on the gas pedal. The toyota dealership informed me I need a new transmission on a 4 year old vehicle with about 88,000 miles on it. Toyota said because there is no recall, they will not cover the

---

[680] NHTSA ID: 11691199.

[681] NHTSA ID: 11691223.

[682] NHTSA ID: 11691454.

[683] NHTSA ID: 11691549.

replacement

684. On October 6, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[684]

> Winning sound coming from the transmission - upon seeking information online I was able to find a service bulletin from 2021 that addresses the issue - I see a large number of posts online with people having the same issue - the only solution is a transmission replacement - Toyota should be made to do a recall on these vehicles

685. On October 6, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[685]

> The 2019 hylander started whining when pressing the gas pedal. I had it checked out and found that it needs a new transmission but it is so prevalent of an issue with this vehicle that the transmission is on severe back order. Every complaint on the department of transportation website about this vehicle are about this issue save a handful. We should not be liable to pay for this repair nor for a rental car for months while we wait for the parts.

686. On October 6, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[686]

> 2020 Toyota Camry 8 speed transmission hesitant and jerking This has led to me being unable to avoid accidents. It is unsafe to accelerate to avoid bad situations. Car has been back to Toyota and they canât find the cause of the issue but have been able to reproduce it.

687. On October 7, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[687]

> The contact owns a 2019 Toyota Highlander. The contact stated that while driving at an undisclosed speed, there was a high-pitched whining sound coming from the vehicle. In addition, the contact became aware that the transmission was shifting abnormally rough. No warning lights were illuminated. The vehicle was taken to an independent mechanic where it was diagnosed with transmission failure. The

---

[684] NHTSA ID: 11691673.

[685] NHTSA ID: 11691718.

[686] NHTSA ID: 11691676.

[687] NHTSA ID: 11691808.

contact was advised to take the vehicle to the dealer. The vehicle was taken to the dealer where it was diagnosed with transmission failure. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure and a case was filed. The failure mileage was approximately 90,000. The VIN was unavailable.

688. On October 7, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[688]

> 66,564 Miles, Transmission slipped and caused a delay in power, now it has a big high pitched whine and continues to do it. This looks to be a big problem across the board for 2021 Highlanders.

689. On October 7, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[689]

> I am filing a complaint with the NHTSA regarding persistent transmission slipping in my 2020 Toyota Highlander LE equipped with the UA80-E 8-speed automatic transmission. Since reaching approximately 55,000 miles, I have experienced noticeable slipping, characterized by delayed acceleration, erratic shifting, and occasional lurching, which align with documented defects in the UA80 platform as outlined in over 430 NHTSA complaints and Toyotaâs Technical Service Bulletins (e.g., T-SB-0160-18 and T-SB-0008-21). These issues stem from a known manufacturing flaw involving a washer tab failing to secure the counter drive gearâs retaining nut, leading to gear movement, internal wear, and symptoms like mine. This defect, prompting Toyotaâs Customer Support Program ZJC for 2017â2018 models and reported in later years like 2020, compromises vehicle safety and reliability, as slipping can cause unpredictable handling. I urge the NHTSA to investigate further and hold Toyota accountable for addressing this widespread issue across affected models.

690. On October 8, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[690]

> UNKNOWN, dealers are reporting 1-2 2020-2022 Highlanders are needing completely transmission replacements at 8-10k in cost. They are all failing and toyota knows this.

---

[688] NHTSA ID: 11691844.

[689] NHTSA ID: 11691766.

[690] NHTSA ID: 11692000.

691. On October 8, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[691]

> Transmission began producing a whine sound at 58k and slipped several times.. A transmission that slips could cause a wreck involving all passengers. Requires replacement. No warning lamps. Show some integrity Toyota and stand behind your products.

692. On October 8, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[692]

> There is a known transmission issue with some 2021 Toyota Highlanders, Avalons, and Camrys. Toyota Bulletin T-SB-008-21 from February of 2021 states 'Some 2021 model year Avalon, Highlander, and Camry vehicles equipped with UA80E or UA80F transmissions may exhibit a whine or grind noise from the transmission. This condition may be caused by an issue with the front carrier assembly pinion shafts'. I have a 2021 Highlander with 127,000 miles that started to show this whine noise. Local transmission shop confirms that a new transmission is needed. I am taking it to a local Toyota Dealer next week to confirm. I started a case online with Toyota USA, and since I'm over Warranty, they started that will not assist with reimbursement. My complaint is how came a recall was not done on this? Why did Toyota do nothing and now many of their customers with these vehicles face costly repairs ($7,000 - $12,000)? Toyota should at least reimburse their customers for some of the cost of the repair needed for this, even if out of warranty.

693. On October 10, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[693]

> Started noticing a whining noise when accelerating. This appears to be drive shaft/transmission issue. Was quoted 7k to remove and replace. This should be an active recall for this issue what is Toyota doing?

694. On October 11, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[694]

> Engine revs up to 5k rpm by itself and barely moves forward when stepping on the

[691] NHTSA ID: 11692041.

[692] NHTSA ID: 11692118.

[693] NHTSA ID: 11692580.

[694] NHTSA ID: 11692735.

> accelerator. When it does move itâs only up to 40 miles per hour only and the engine will rev up to 5k rpm without moving any faster.

695. On October 14, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[695]

> While on the freeway vehicle stalled when accelerating and engine stopped, I had to pull over to the side of the road to avoid accident. Turned vehicle back on and started making a whinning noise. Vehicle was taken in and found out the transmission is no good at 89k. Also found out that a lot of people that purchased this vehicle are having the same issue.

696. On October 14, 2025, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[696]

> The contact owns a 2017 Toyota Sienna. The contact stated that while driving at an undisclosed speed and attempting to accelerate, the vehicle briefly hesitated before shifting hard into gear. The contact stated that after the failure, there was an abnormal whining sound coming from underneath the vehicle. No warning lights were illuminated. The vehicle was taken to an independent mechanic, who was unable to provide a specific diagnosis for the cause of the failure; however, the contact was informed that there were known issues with the transmission of similar vehicles. The vehicle was not repaired. After investigating the failure, the contact related the failure to the Customer Support Program Bulletin: ZJC. The manufacturer was notified of the failure, a case was opened, and the contact was referred to the NHTSA Hotline for assistance. The failure mileage was 40,000.

697. On October 14, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[697]

> Slipping and Whining transmission while driving in the Ozark mountains on [xxx]. I didn't feel I had full control of the vehicle. No warnings of any kind. Took the vehicle to Saint Charles Toyota service department on 10/2/25 where a bad transmission diagnosis was confirmed. Regards, [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

---

[695] NHTSA ID: 11693324.

[696] NHTSA ID: 11693385.

[697] NHTSA ID: 11693466.

698. On October 14, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[698]

> The transmission is experiencing harsh and sometimes delayed shifting and sometimes reduction of power. This can result in unpredictability when going from a stop and then crossing traffic. If the transmission fails while I am making an unprotected left turn it pups leave me vulnerable to side impact from on coming traffic. The dealer was able to reproduce the issue when I took it in and quoted me $11k for repair. Toyota is an aware of issues with this specific transmission (UA80) and issued a Service Bulletin for it. My transmission fell within the serial number range for replacement but didnât pass the third gate for coverage related to a speed sensor issue. That said, there is massive back order on this transmission highlighting a much broader problem with the part. To answer the final question, I never saw a warning light.

699. On October 16, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[699]

> 2021 Highlander XLE started making a whining noise when accelerating. Noise stops when you let off the gas. Took it to Toyota who said the transmission needed to be replaced. Although everywhere you look this is apparently a known problem, Toyota has yet to cover it or recall the part making the owners have to pay 9k to replace a transmission.

700. On October 18, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[700]

> On my vehicle equipped with the UA80F (AWD) and UA80E (FWD) 8-speed automatic transmission got failure without any check engine lights on the panel.

701. On October 20, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[701]

> Transmission when the car first starts up is slipping. No dipstick for checking Transmission fluid.

---

698 NHTSA ID: 11693416.

699 NHTSA ID: 11693834.

700 NHTSA ID: 11694282.

701 NHTSA ID: 11694462.

702. On October 20, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[702]

> My car was having trouble shifting gears and then every single light came on indicating a big problem. The check engine light came on, it said ABS off and went through a bunch of different things saying they all turned off and would barely roll at 2mph. I took it in and it needs a full transmission replacement at barely 73,000 miles. Upon looking into it, I saw online that this is a common issue that Toyota still has not issued an official recall for despite it being a very common issue. Itâs a 2019 Toyota Highlander XLE and should not be having these issues this early on.

703. On October 21, 2025, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[703]

> There is a known TSB out for 2019 toyota rav4 and some select other years. The issue is a slow speed transmission issue. It is due to a programming issue. At slow speeds, if you try to go from the brake pedal to the gas pedal too quickly, there is a serious lag before power is delivered to the wheels. Which is very dangerous when making specific turns. An example is what happened to my wife and myself the other day. We were in a median turning lane, cars were coming, as we were coming to almost a stop, my wife went to apply the gas. There was a serious lag before power was delivered and it almost resulted in a T bone collision. My wife went to apply gas, there was no power for several seconds, which caused her to panic and hit the brakes again. In that process, the power was finally delivered to the wheels and caused the car to pull about halfway into the oncoming traffic before it stopped from her applying the brakes. She then hard to quickly reverse to avoid the collision. The TSB calls for a flash of the TCM and a relearn procedure to be done. Which I am having done today due to the severity of the incident we had. This could have 100% caused a serious or fatal accident. The two dealerships I spoke with severely down played it as an issue. This deserves a investigation and a recall to be sent out. I was never advised of the TSB or anything.

704. On October 21, 2025, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[704]

> While driving our vehicle on the highway, the check engine light suddenly came on and traction control turned off. Within moments, the vehicle began to stall and would not accelerate. My wife and children were in the car and we were nearly hit

[702] NHTSA ID: 11694489.

[703] NHTSA ID: 11694789.

[704] NHTSA ID: 11694813.

> by another vehicle as she struggled to get the car to safety. It was a terrifying experience that put my entire family in danger, along with everyone else on the highway. Upon taking the car to the dealership, we were told the transmission failed and would need to be replaced.

705. On October 21, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[705]

> The contact owns a 2019 Toyota Highlander. The contact stated that while driving 40 MPH uphill and depressing the accelerator pedal, the contact heard a grinding sound and smelled an odor coming from the front of the vehicle. A dealer was contacted. The vehicle was towed to a dealer, where it was diagnosed and determined that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was not notified of the failure and opened a case. The approximate failure mileage was 160,000.

706. On October 22, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[706]

> 2019 Toyota Highlander XLE with 94,000 miles. This past Friday, the transmission started slipping...slow to move while pushing the gas pedal. After about 20 minutes, was slipping less. Pulled code P2757 off of OBD. By Monday, the car wouldn't move despite revving up to 3500-4000 rpm. Reverse would work, but not first gear. Called AAA and had it towed to a shop. Shop didn't give me codes, but said there were several. They reported that the transmission needed to be replaced or rebuilt.

707. On October 23, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[707]

> While driving, I began noticing a high-pitched whining or buzzing noise when pressing the accelerator, particularly at low speeds. The sound resembles an electric or remote-control car and rises in pitch with engine RPMs. The noise disappears when I release the gas pedal. A mechanic initially suspected a wheel bearing, but after further inspection, it appears the noise is coming from the transmission or drivetrain. I later discovered that this issue is widespread among 2017â2020 Toyota Highlander models equipped with the UA80E/UA80F 8-speed automatic transmission, which has been associated with internal gear and pump whine.

---

[705] NHTSA ID: 11694825.

[706] NHTSA ID: 11694968.

[707] NHTSA ID: 11695204.

> Toyota has issued Customer Support Program POL19-04 and Technical Service Bulletin T-SB-0008-21 addressing similar transmission whine and gear damage, but my vehicle is outside the standard 5-year/60,000-mile warranty and was not included in the extended coverage list, even though the symptoms match exactly. The problem appears to be a design or component defect within the UA80-series transmission, leading to premature wear and potential failure. This can affect drivability, safety during acceleration, and could result in transmission failure without warning.

708. On October 24, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[708]

> Bearly 60 k miles and transmission is going out  I got a Toyota because it was reliable did all the required maintenance and Toyota wonât even help

709. On October 27, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[709]

> Transmission is making a loud whine when accelerating. Dealer says the transmission cannot be repaired and must be replaced

710. On October 27, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[710]

> My car does have a similar transmission as the one that was recall in Siannas, and Camrys. I have experience the same  serious transmission issuesâincluding high-pitched whining, erratic shifting, clunks, hesitation, and premature failure. These vehicles are equipped with the UA80F (AWD) and UA80E (FWD) 8-speed automatic transmissions.

711. On October 28, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[711]

> 2022 TOYOTA HIGHLANDER TRANSMISSION IS MAKING A HIGH PITCH WHINING SOUND AND IS GETTING WORSE. MY WIFE DRIVES 20 MILES A DAY, 6 DAYS A WEEK AT 65 MPH TO WORK AND THE TRANSMISSION

---

[708] NHTSA ID: 11695357.

[709] NHTSA ID: 11695803.

[710] NHTSA ID: 11695941.

[711] NHTSA ID: 11696163.

NOISE IS GETTING LOUDER. IF THE TRANSMISSION FAILS AND LOCKS UP, IT COULD CAUSE AN ACCIDENT. THE VEHICLE WAS TAKEN INTO FINDLAY TOYOTA IN PRESCOTT AZ. AND WAS TOLD THE TRANSMISSION IS DEFINITELY FAILING BUT WOULD NOT WARRANTY THE ISSUE BECAUSE SHE WAS 2500 MILES PAST THE 60K WARRANTY.

712. On October 29, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[712]

> At around 45,000 miles, my 2020 Toyota Highlander started making a whining noise on acceleration. This condition seemed to get worse (whining got louder) I took it to a Toyota dealership and they said there are no codes left by the vehicle but the repair technician knows that this whine is related to a total transmission failure so the recommendation is to replace the transmission at a cost of approximately $8000, Toyota said the vehicle is out of warranty (by 4 months) so they will offer nothing to assist with the repair. Looking on the internet and this website, it is very clear that this is a common issue with this model of vehicle. Dealer said I can drive it but eventually the transmission will fail, leaving me stranded on the roadside.

713. On October 30, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[713]

> Whining noise when accelerator is pressed. Potential failed transmission.

714. On October 31, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[714]

> After my 75000 mile inspection at my Toyota dealership, which is required and I have been bring my vehicle in every 5,000 miles. I started hearing a slight whinny noise. I thought it was around my wheels or tires. Then I thought it must be a new wind noise. Which that is another issue. I took a short trip and by the time I got back it was louder. I took it to the dealership and the technician drove it and said I need a new transmission. I ask my service provider if he has seen any other vehicles having this problem? And I should not have any transmission issues at this mileage. My service provider stated that he knows of highlanders having this issues.

---

[712] NHTSA ID: 11696327.

[713] NHTSA ID: 11696644.

[714] NHTSA ID: 11696718.

715. On November 2, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[715]

> I am reaching out regarding a serious issue with my 2018 Toyota Camry xse that recently experienced a transmission failure at approximately 112,000 miles. This was completely unexpected, as I have consistently maintained the vehicle according to Toyota's recommended maintenance schedule. Oil changes, fluid checks and other regulatory services. Given Toyota's reputation for quality and durability, I was very disappointed to have a major transmission failure at this mileage especially with proper care and no signs of abuse and neglect. I strongly believe this should not occur under normal driving conditions and proper maintenance. My check engine light did NOT COME ON

716. On November 2, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[716]

> Known Transmission issues, causing the call to jerk and slow down during driving. Very dangerous issue due to 2018-2019 Direct shift 8 AT TRANSMISSIONS

717. On November 3, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[717]

> The car started making whining noises when pressing the gas pedal. Toyota reported "noise from transaxle final drive. recommend replace. vehicle ok to drive but noise will continue until transaxle is replaced." There are no warning lights, messages or other symptoms prior to the sound starting or currently. This is a known issue with its 8-speed automatic transmission (UA80E/UA80F) that can cause whining, erratic shifting, and premature failure. This issue is the subject of a Customer Support Program (CSP ZJC) and several lawsuits, but the program has limited coverage for VINs, leading to owner complaints about a lack of assistance from Toyota.

718. On November 3, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[718]

> The transmission on my 2018 Highlander is failing prematurely at 80k miles in

[715] NHTSA ID: 11696983.

[716] NHTSA ID: 11697074.

[717] NHTSA ID: 11697161.

[718] NHTSA ID: 11697270.

> alignment with known/published customer support program ZJC. My car is not a VIN covered by the program today. Symptoms include a growing whining sound coming from the transmission and confirmed by two Toyota dealership service centers.

719. On November 3, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[719]

> Started with a transmission whining. Now is setting check engine light and jerking. Toyota knows there is a manufacturing defect in the UA80 transmission in these vehicles, but continued to sell them even after the released TSB# T-SB-0008-21, and refuses to repair this under warranty. Toyota is the only company offering replacement transmissions and therefore can set there own price to scam consumers. Please help us get a resolution.

720. On November 4, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[720]

> The 8 speed automatic transmission is failing at 100k miles. Whining noises are heard and after being taken to Toyota dealerships mechanic, we were told that the gear mesh or bearing is bad and that we'll need to replace the transmission. We were told that many other highlanders have experienced the same issues. No light popped up before or during driving while the transmission is whining.

721. On November 5, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[721]

> I was unaware that there was anything wrong with my vehicle. No warnings, no nothing, and as i pulled out into traffic, all of a sudden my car would not go anywhere. I was unable to go in forward or reverse. I was almost hit by multiple other vehicles. I was stuck in the middle of a busy intersection with traffic coming at me in both directions. I ended up having to get a tow truck to have my car towed. Come to find out my transmission went out. No warning no nothing leading up to this. Not only did it pose a risk to my life, but i now have vehicle that i still make payments on that no longer runs without having the transmission replaced.

---

[719] NHTSA ID: 11697299.

[720] NHTSA ID: 11697322.

[721] NHTSA ID: 11697606.

722. On November 6, 2025, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[722]

> The contact owns a 2023 Toyota Highlander. The contact stated that the liftgate had failed to open or to close intermittently. The contact stated that the liftgate made an abnormal grinding sound while opening and would open 3-inch at a time while the contact continuously pressed the power liftgate button manually. The contact stated that the dealer had reset the liftgate; however, the failure persisted. The vehicle was taken back to the dealer, where the cause of the failure could not be determined. The vehicle was not repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 28,000.

723. On November 6, 2025, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[723]

> The contact owns a 2017 Toyota Sienna. The contact stated that while driving approximately 30-40 MPH and releasing the accelerator pedal, the vehicle made an abnormal whining sound that progressively became louder. The vehicle was taken to the dealer, where it was diagnosed, and it was determined that the transmission needed to be replaced. The vehicle was not repaired due to the cost. The manufacturer was notified of the failure and denied assistance in covering the cost of the repair. The failure mileage was approximately 136,000

724. On November 7, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[724]

> Transmission problems. Transmission makes whining noises and jerks. The car only has 56k miles on it. After doing research, a lot of people are having this issue and Toyota is not doing any types of recalls on this. I paid for a "reliable" car, but this car is far from it, not safe to drive. Dealer quoted around $10K to change transmission. What a disappoitment from Toyota.

725. On November 7, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[725]

> Transmission, whine rough shifting issues. Yes can be looked at. Tough to hear

---

[722] NHTSA ID: 11697980.

[723] NHTSA ID: 11698003.

[724] NHTSA ID: 11698054.

[725] NHTSA ID: 11698143.

> over the noise, harder to know when its going to change gears and increase speed due to slow/intermittent gear shifts. Yes they have a TSB from Toyota that descript the issue and Toyota has extend some vins warranty's for this issue but not for all affect vehicles apparently. No, not by any of those. Yes DTC have come on for awd system issues. Frist appear at 90K.

726. On November 7, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[726]

> Vehicle stalled on highway. Went into limp mode. Took to Toyota and they said I need a new transmission. The car only has 139k miles. 2019. I purchased it 1 year ago from Toyota with 101k miles.

727. On November 7, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[727]

> Automatic transmission making humming noise while driving, can potentially fail without warning and leading to loss of power and potential crash.

728. On November 8, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[728]

> Transmission failed at 143,000 miles. Initially vehicle lost acceleration and would not go over 60mph. Then vehicle would not go into drive, and instead rolled backwards. Vehicle was towed to dealership where they provided a report saying it needed a new transmission that would cost $9,000. No warning lights were ever present on vehicle, it just stopped operating.

729. On November 10, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[729]

> Dear Toyota Customer Experience Team, I am writing to report a serious and potentially widespread safety issue with my 2018 Toyota Camry XSE. The automatic transmission has failed. The vehicle exhibits slipping, hard or delayed shifting, intermittent loss of drive, and most critically, the car completely shut off while I was driving on the highway, creating an immediate risk of a serious

---

[726] NHTSA ID: 11698147.

[727] NHTSA ID: 11698282.

[728] NHTSA ID: 11698302.

[729] NHTSA ID: 11698594.

accident. The transmission is available for inspection upon request. These failures pose a direct safety hazard. The unexpected shutdown on the highway, combined with gear engagement problems, could easily lead to loss of control, collisions, or injury to myself, passengers, and other road users. The transmission failure has been confirmed by a certified independent transmission specialist, who stated that the transmission requires either a complete rebuild or replacement. The vehicle has been maintained according to Toyotaâs recommended schedule. The vehicle has not been inspected by Toyota representatives. It has been inspected by the independent specialist for diagnostic purposes. Hard shifting and gear slipping began approximately 11/08/2025. The transmission warning light hasn't even come on. Sudden hesitation during acceleration or gear changes became increasingly frequent. The most severe symptom occurred when the car completely shut off on the highway which is super dangerous. Based on my observations and the independent specialistâs evaluation, I believe this failure may be related to known issues affecting 2018 Toyota Camry XSE transmissions, potentially involving internal clutches or valve body components. I respectfully request that Toyota consider offering a goodwill repair or replacement of the transmission for my vehicle. Provide guidance to owners of similar vehicles to prevent accidents or injuries.

730. On November 11, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[730]

About 4 weeks a go i started hearing a whining noise from my Highlander. Thinking it was a belt we replaced. Whining continued to get worse only on acceleration. We are at 88,000 miles and it is now at Toyota getting a new transmission. Is there not something that can be done about this? I have read thousands of articles that show the UA 80E/F transmissions that are in the 2021-2022 models are junk. Luckily we bought a Toyota VSA and it is covering it. What about after 100,000 miles. Whats to say after another 80,000 it won't go out again which will cost me the $10,000. When the dealers put new transmissions in these vehicles are they using the same parts for the UA 80 E/F or the upgrade parts that fixed the 2023? If we have a VSA it should extended a year past the 100,000 mile mark because of the issue or they should have to replace them completely to match the 2023 models.

731. On November 11, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[731]

I called Toyota as I was concerned it was sluggish and was having trouble excelerating the appointment was given to me 2 weeks out but was told if anything happens to just bring her in. I had to bring her in the week of the appointment on a

[730] NHTSA ID: 11698714.

[731] NHTSA ID: 11698820.

tow truck as she was not moving. I was told itâs a faulty transmission I asked if itâs covered by my extended warranty and because itâs over by 4 miles itâs not.

732. On November 12, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[732]

Transmission, hesitant, wouldnât shift, whining noise, jerking from stop to go

733. On November 13, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[733]

After less than a year of usage on a Highlander with 70k miles, the transmission began malfunctioning. The reverse function would work sporadically. The gears would shift only when using the power stick function and manually switching gears. The transmission would go into overdrive and once after an oil change the car came to an abrupt stop after traveling 25 mph hour.

734. On November 13, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[734]

Transmission has failed at 73,000 miles

735. On November 13, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[735]

Transmission just started shifting extremely hard between first and second gear. Turning snow mode on stops the shifting problem so I know itâs an internal issue with the transmission. The Highlander XLE only has 67,748 miles. Way to early for a transmission issue

736. On November 14, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[736]

---

[732] NHTSA ID: 11699057.

[733] NHTSA ID: 11699270.

[734] NHTSA ID: 11699310.

[735] NHTSA ID: 11699250.

[736] NHTSA ID: 11699453.

The contact owns a 2019 Toyota Highlander. The contact stated that while driving approximately 35 MPH, there was an abnormal whining sound coming from the vehicle. There was no warning light illuminated. The contact previously owned a 2017 Toyota Highlander and heard the same whining sound coming from the transmission. The contact stated that when the 2017 Toyota Highlander was taken to the dealer where the vehicle was purchased, the contact was offered a trade of the 2017 Toyota Highlander for the 2019 Toyota Highlander. Following the failure of the 2019 Highlander, the vehicle was taken to two different dealers to be diagnosed. The first dealer had not diagnosed the vehicle but stated that the vehicle was operating normally. The vehicle was taken to another dealer, who diagnosed the vehicle and determined that the transmission needed to be replaced. The vehicle was not repaired. The contact researched the failure online and determined that the 2017 Highlander and the 2019 Highlander had the same model transmission, UA80F - CVT transmission. The manufacturer was informed of the failure and informed the contact that the vehicle was no longer under warranty. The failure mileage was approximately 133,000.

737. On November 15, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[737]

Our 2019 Toyota Highlanders transmission is gone. The car has 83,000 miles. I have been researching online and found out that Toyota is very much aware of the problem. They're refusing to help me. They're basing it on our VIN#. No recalls. I just want them to acknowledge that the issue needs to be addressed NOW.

738. On November 15, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[738]

Whining sound upon acceleration. Occasional hesitation when shifting gears or rough shifting when going from complete stop to accelerating. Dealership says need new transmission. Warranty company test drove and agreed with dealership findings. 60,000 miles .

739. On November 16, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[739]

Transmission malfunction that left us on the highway with no power and in an unsafe situation. Not confirmed as of yet. At dealership tomorrow. No inspection

---

[737] NHTSA ID: 11699542.

[738] NHTSA ID: 11699558.

[739] NHTSA ID: 11699712.

> completed by parties listed above. Check engine light appeared prior to malfunction.

740. On November 16, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[740]

> Transmission failure. Vehicle is at this time still operational however the transmission has developed the ever so common whining sound and sluggish shifting. Upon fluid inspection metal filings can be seen and replacement has been recommended by repair shop. The whining has been evident for some time but after investigating this issue decided to have inspected. This inspection was just completed on 11/14/25

741. On November 17, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[741]

> The contact owns a 2018 Toyota Highlander. The contact stated that while driving at an undisclosed speed, the vehicle inadvertently lost motive power in the middle of the roadway. The contact stated that the RPM continued to increase rapidly, but the vehicle failed to respond. No warning lights were illuminated. The vehicle was towed to an independent mechanic, who diagnosed a failure with the washer tab, designed to prevent the loosening of the nut inside the transmission, resulting in damage to the transmission. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. After investigating the failure, the contact related the failure to the Customer Support Program: ZJC. The manufacturer was notified of the failure, a case was opened, and the contact was referred to the NHTSA Hotline for assistance. The failure mileage was 104,000.

742. On November 17, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[742]

> I brought my 2021 Highlander L in for some regular maintenance and reported that within the last 2 weeks I have been hearing a whining sound when the vehicle is decelerating. I was informed at the end of the day that the transmission is bad and needs to be replaced. My vehicle is just outside of warranty (69k miles). I have always ensured my Highlander got an oil change on time, had all recommended maintenance done at that appropriate time/milage, and brought it in for safety recalls promptly. This vehicle has never been in an accident, and while I have

---

[740] NHTSA ID: 11699721.

[741] NHTSA ID: 11699881.

[742] NHTSA ID: 11699948.

> owned it (and according to Carfax when I purchased it) I have always brought it to a Toyota dealership for any and all work. There have never been any warning messages, and even though my vehicle has been into Toyota regularly for oil changes and regular maintenance, I was never notified of any other issues. I also use this vehicle at least once a year for road trips (over 200 miles) and before every trip bring it in to have it checked. I'm being told it'll be about $10K to fix. Based on my research I have discovered this is a problem MANY people with a 2021 Highlander are having, also a class action lawsuit was filed due to transmission issues but only covered Highlanders up to 2020. This seems to be the same issues those vehicles had but I'm being told it's not covered or a recall.

743. On November 19, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[743]

> To whom it may concern I hope I've chosen the proper avenue for my problem. I purchased and new 2021 Toyota Highlander. I chose Toyota for it reputation of high standards of dependability. However I took the vehicle in at 20,611 miles (9/22/2021) into the dealership for multiple transmission issues. When passing it would kick down into a lower gear and race the motor. There was also chunky shifting and a small whining noise. (service Ref #XXX). The service manager only wrote down the first symptom. Upon doing a computer diagnostic without driving the vehicle the service manager told me to just drive it more that it probably needed more breaking in. The downshifting and chunky shifting did go away for the most part, but the whining persistently got worse. Finally at 115,000 miles it got much worse and I took it back to the dealership. They informed me that the transmission needed replaced at over $9,000. I reached out to Toyota upon finding out there was a in company TSB alert for this very symptom (Case #XXX). Toyota informed me there was nothing they were willing to do since it was out of warranty even though I reported the problem with no resolution when it was in warranty. My wife and I are in our [XXX] and don't have cash like that. we don't feel we should be responsible for the repair, especially when the issue was report properly before the warranty expired. How can you help? Thank you for your attention. [XXX] [XXX] [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

744. On November 19, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[744]

> Four days ago, engine started making a whining noise when accelerating, especially in lower gears. No warning signs. 2022 Highlander Platinum is 3 years old, 80K miles, out of warranty; no extended warranty purchased due to historical, stellar

---

[743] NHTSA ID: 11700421.

[744] NHTSA ID: 11700460.

> Toyota reliability. Toyota service department at Toyota dealership today said whining is due to a bearing issue within the transmission (my personal mechanic inspected and said that is also likely) and cannot be repaired. Transmission could last another 10K-20K miles they said, before it becomes undrivable or just drops, causing a potential safety issue. Net, the entire transmission needs to be replaced to the tune of $9186. Just shocking.

745. On November 20, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[745]

> Almost caused high speed accident merging onto toll road! The vehicle is experiencing a severe transmission slippage, shudder, and grinding noise, consistent with TSB-0008-21 (UA80 transmission failure). This defect causes hesitant acceleration and erratic shifting, creating a safety hazard when merging onto highways or crossing intersections. I am concerned the transmission will fail completely while driving, resulting in a sudden loss of motive power and increasing the risk of a crash. Toyota has covered this exact safety defect in 2017–2019 models (CSP ZJC) but has failed to recall the 2021 models despite identical symptoms. First reared it's head as slipping when putting vehicle in reverse, 25k+ ago. Was told by Toyota Certified mechanics it was an operator error. Morphed into larger issue.

746. On November 20, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[746]

> While driving and/or accelerating you can feel some harsh shifts as well as slipping and shuttering with only 84k miles on this vehicle.

747. On November 21, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[747]

> Owners of 2017–2022 Toyota Highlanders, 2017–2020 Siennas, and 2018–2020 Camrys are experiencing serious transmission issues—including high-pitched whining, erratic shifting, clunks, hesitation, and premature failure. These vehicles are equipped with the UA80F (AWD) and UA80E (FWD) 8-speed automatic transmissions. Toyota quietly acknowledged the problem in Technical Service Bulletins T-SB-0160-18, T-SB-0008-21, and a limited Customer Support Program (CSP ZJC)—but only offered coverage to a narrow group of VINs. Thousands of

---

[745] NHTSA ID: 11700698.

[746] NHTSA ID: 11700700.

[747] NHTSA ID: 11700708.

other affected vehicles were left out, even though they show the same exact symptoms.

748. On November 21, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[748]

> I was leaving a doctor's office and getting on the highway. When I pressed down on the accelerator, I experienced a sudden loss of power, the check engine light came on, as well as warnings about the front collision system being deactivated. It remained dangerous for me to stay on the highway but it was also difficult to exit the highway safely given the loss of power. When I brought it to a Toyota dealership, they did a diagnostic and it said my transmission had an "internal failure" despite the fact that it only has 85k miles on it.

749. On November 25, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[749]

> Total Transmission failed putting our safety at risk on a busy highway. Problem has been taken care of by an Independant Service Center. The car would not switch gears on acceleration to merge with traffic on the interstate and made a horrible noise and Check Engine light came on. $6000 later and week without a car, it is fixed. Our previous Toyotas NEVER gave us as many problems as this model. We are so disappointed and regret our purchase. Friends say " Buy a Toyota...they last forever...NOT !!" This is one of the worst models ever. A 5 yr old car with low mileage should not have a transmission blow. Transmission specialist told us many are putting in complaints of the same situation with same model but not enough yet to cause a Recall...IT NEEDS TO BE RECALLED. Makes me reconsider ever purchasing a Toyota again.

750. On November 26, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[750]

> My vehicle was taken into Toyota dealership for diagnostics after experiencing a whine noise from transmission after driving. Toyota confirmed that I will need a new transmission. After researching I found that there is a defect in the transmissions for my specific type. It has been reported for years but Toyota has not addressed. Since it is a transmission failure this could lead to a breakdown while driving on highways and could risk my safety and other drivers. The estimated

---

[748] NHTSA ID: 11700838.

[749] NHTSA ID: 11701595.

[750] NHTSA ID: 11701630.

repair cost are currently above $8K.

751. On November 30, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[751]

> My vehicle has noise in the transmission when accelerating. They should give a voletin. thanks

752. On November 30, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[752]

> Lift gate not closing Car gas a whining noise upon acceleration

753. On November 30, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[753]

> Issue 1: I reported transmission issued to the dealership/service center where I purchased the car. They assured me its just the electronic transmission trying to find the right gear while driving. Continued to complaint about the jerks and shifting. Dealer warranty expired, then they agreed that I needed a new transmission. Fortunately I had an outside extended warranty otherwise they'd probably would have waited until that ended too. Status post the transmission, tuning, sensor replacements, spark plug replacement, and TPMS replacements all in one service. Prior to my warranty expiring, AWD, engine light and hard transmission shifts began with the new transmission. Returned repeatedly from April to November with no resolution. However, they did have me pay to replace sensors I had replaced in April several times and obtain a new battery. Issue 2: After "new" batter the car's electrical issues worsened resulting in a power failure while driving at 75 miles an hour and losing complete control of the vehicle. The power failure shut down the electronic shifter, power steering, All Wheel Drive, Traction control in raining conditions and ultimately the power assisted brakes. returned the vehicle to the service department for additional "testing" after taking a video of the fault messages were the car electrical systems shut down to auto start stop function warning light. I'm a skill driver and was able to avoid crashing during the incidents. The photos are from the latest day I dropped the vehicle off for review I took a video of the vehicle powering down for their records. They are now stating since they can't figure it out maybe I should pay them to replace the electrical wiring harnesses throughout the vehicle; a cost which exceeds the vehicle's worth to me.

---

[751] NHTSA ID: 11702091.

[752] NHTSA ID: 11702121.

[753] NHTSA ID: 11702125.

> I'm convinced now more than ever they knew there was an electrical issue with the vehicle but waited me out and if I would have crashed and died all the blame would have been on me.

754. On December 1, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[754]

> The transmission makes a whining noise, especially when pulling, as in driving up an incline. I took the 2018 Highlander to Rusty Drewing Toyota in Jefferson City, MO to be diagnosed. They said the transmission needs to be replaced. In researching the problem, I found a bulletin/recall: 7A61K20482. The bulletin says the serial number must be before 7A617E03416. I want to get on your list and hopefully, be able to get some kind of relief for this problem.

755. On December 1, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[755]

> Road noise was very loud. I thought it was a bearing and I took it to the shop and found out that the 'transfer box' on the side of the transmission had to be replaced. I was told that not replacing it could lead to major transmission failure. This cost $6000. Mechanic said it's unusual. Upon reading the internet I'm learning that I'm not the only one this and similar problems.

756. On December 2, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[756]

> The contact owns a 2018 Toyota Highlander. The contact stated that while driving uphill and depressing the accelerator pedal, the vehicle decelerated and rolled backwards unexpectedly. An independent mechanic was contacted. The vehicle was inspected by a mechanic friend and diagnosed with transmission failure. The vehicle was not repaired. The manufacturer was not notified of the failure. The approximate failure mileage was 92,000.

757. On December 2, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[757]

---

[754] NHTSA ID: 11702189.

[755] NHTSA ID: 11702304.

[756] NHTSA ID: 11702527.

[757] NHTSA ID: 11702556.

> transmission just stopped shifting yes its available for inspection. car suddenly wouldnt accelaerate on the highway. independant service center. has not been inspected by them. no warning lights prior to the incident also the junkyards want double the amount of money for these transmissions cause they say theyre in high demand because they tend to fail

758. On December 2, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[758]

> I paid off my var in June. By the ed of august my cars engine started going bad out of no where. started with oil and coolant mixing into the engine and then transmission started whining. Long story short I had to get both replaced. Oh yea my car only has 56k miles. Can you guys explain or give me any ideas on how this happened?

759. On December 2, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[759]

> Adaptive cruise control issue and transmission issue transmission is whining. Vehicle taken to the dealer and I am told nothing is wrong with the vehicle.

760. On December 2, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[760]

> •What component or system failed or malfunctioned, and is it available for inspection upon request? Transmission and power train failure during normal operation. Vehicle was occupied by mother and two small children. Vehicle produced a whining noise, delay in shifting and power failure. No warning lights appeared to give any indication of failure prior to occurring. Vehicle is available for inspection. •How was your safety or the safety of others put at risk? Vehicle stalled during normal operation. No warning indicators were present. No ability to proceed to shoulder. Traffic hazard in middle of road. Possibility of being rear ended increased. Exiting the vehicle in traffic to determine fault increase probability of being struck. Two young children seated to the rear should vehicle be rear ended due to sudden stop could cause catastrophic injuries or death. •Has the problem been reproduced or confirmed by a dealer or independent service center? Yes, vehicle was taken and diagnostic conducted by Glendora Toyota. Vehicle was kept overnight. Dealer determined that vehicle had a transmission

---

[758] NHTSA ID: 11702580.

[759] NHTSA ID: 11702582.

[760] NHTSA ID: 11702607.

failure. Multiple articles and bulletins by Toyota indicating and acknowledging transmission failures in 2019 Toyota Highlander. •Has the vehicle or component been inspected by the manufacturer, police, insurance representatives or others? Vehicle has only been inspected by Glendora Toyota service personnel. •Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? No warning lights or indicators. Whining noise was heard prior and taken to Glendora Toyota for diagnosis. They advised no problems with vehicle.

noise was heard prior and taken to Glendora Toyota for diagnosis. They advised no problems with vehicle.

761. On December 3, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[761]

The contact owns a 2019 Toyota Camry. The contact stated that while driving 25-30 MPH, the transmission slipped out of gear. There was no warning light illuminated. The contact stated that the failure progressively worsened. The contact stated that while driving, the vehicle failed to accelerate properly or exceed 15 MPH, and the vehicle stalled in the middle of the highway. The check engine warning light was illuminated. The contact was able to restart the vehicle after several attempts. The contact pulled over to the side of the road and turned off the vehicle. The contact restarted the vehicle after an extended period. The contact resumed driving, but the failure recurred. The contact was able to push the vehicle to the nearby residence with assistance. The vehicle was towed to the dealer, where it was diagnosed with transmission failure. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure, but no assistance was provided. The failure mileage was approximately 130,000. The VIN was unavailable.

762. On December 3, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[762]

Whining noise coming from transmission recall for certain CVT transmissions and Dealer advised that my VIN does not match

---

[761] NHTSA ID: 11702653.

[762] NHTSA ID: 11702696.

763. On December 4, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[763]

> The vehicleâs automatic transmission (power train) has developed a loud whining/whirring noise under acceleration. This noise increases with engine load and indicates internal mechanical failure. The transmission is still installed in the vehicle and is available for inspection upon request. This issue poses a safety risk because it causes hesitation and unpredictable acceleration behavior while merging or crossing traffic. There is also concern that the transmission could suddenly fail while driving, resulting in loss of propulsion and potentially causing an accident. The problem has been inspected and confirmed by a Toyota dealership, which advised that the entire transmission needs to be replaced at a cost of over $8,000, despite the vehicle having only approximately 77,000 miles. The vehicle has been inspected by a Toyota manufacturer service center. They identified the transmission failure but stated there are no current recall programs covering this specific VIN. No warning lights or error messages were displayed at any time before or during the failure. The first noticeable symptom was the transmission whining/whirring noise during acceleration, which began around 77,000 miles and continues to worsen.

764. On December 5, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[764]

> My transmission is going out. I bought this car brand new back in 2019. I am at 80k miles. It is available for inspection upon request. No light has came on, but there has been a loud whining noise whenever I press on the accelerator. I took it into a shop and they said my transmission is going to go out any time now.. My safety could have been put at risk because no light has came on with a warning. It's only been seen by the shop I took it to.

765. On December 5, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[765]

> My 2020 Toyota Camry SE suffered a sudden and premature transmission failure at only 114,000 miles. I am a college student and I cannot afford a major repair like this on top of my monthly car payment. The car began showing hesitation and sluggish acceleration on cold starts for a few months, but then suddenly went into limp mode with the Check Engine and Traction Control lights on. The screen

---

[763] NHTSA ID: 11703108.

[764] NHTSA ID: 11703289.

[765] NHTSA ID: 11703172.

displayed a warning saying âMalfunction in the electronic control of the engine/throttle/transmission.â The vehicle became unsafe to drive because it would barely accelerate. If this had happened while I was merging onto a highway, it could have caused an accident. Lakeland Toyota told me the transmission has âinternal failureâ and quoted me over $8,000 for a replacement. They did not provide detailed diagnostic codes or open the transmission to confirm the mechanical failure â they just saw a code and declared it dead. As a student with limited income, this puts me in a terrible financial situation. I still owe monthly payments on this car and now cannot even drive it. After researching online, I learned that MANY 2018â2020 Camry owners are experiencing similar transmission problems (UA80/UA80E), including hesitation, shuddering, harsh shifting, and early failure. Some owners have reported full transmission failure under 100k miles. There is even a public petition documenting these issues. This appears to be a PATTERN, not an isolated case. A transmission should NOT fail this early on a Toyota, and this sudden loss of power poses a serious safety risk. The vehicle is currently at a transmission specialist for a second opinion, but this may become a widespread issue affecting thousands of Camry owners. I am asking NHTSA to investigate the 2018â2020 Camry transmission problems before more drivers experience unexpected failures in traffic

766. On December 7, 2025, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[766]

Transmission has failed and been replaced. This is part of issues from 2017 to 2020 tranny failures, loud whining and needing to be replaced. Tranny failure is very dangerous to the occupants. Toyota has failed to warranty these.

767. On December 8, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[767]

Have whining from transmission. When trying to accelerate the car does not shift into gears correctly and there is hesitance and delay. Have issues merging on highway and regular traffic due to hesitance and delay. Car can jerk when accelerating. Had dealership inspect twice at different dates. The dealership said nothing was wrong and that the hesitance and delay was just how the car operates. Discovered that other Toyota Camry's had same issue under T-SB-0008-21. Would like for our model year Toyota Camry be added for repairs.

---

[766] NHTSA ID: 11703555.

[767] NHTSA ID: 11703783.

768. On December 8, 2025, the owner of a 2020 Toyota Avalon submitted the following complaint to NHTSA:[768]

> A couple of months ago, my car started running a little rough as it would sit in idle mode. When suddenly my check engine light came on. I checked the codes and they seemed to be P0445 Evaporitive emission system leak detected (large leak). And P0441 Evaporative emission system. Incorrect Purge Flow. P0505 Idle control system. And P0171 System to Lean Bank 1 and P0174 System to Lean. Bank 2 and P0172 System Too Rich and P1170 and P117B Manufacture Control. But other then just running a little rough at idle that was about all that I had noticed until I went to go fuel up back in October. My fuel was low so I went to fuel up and after wards, my car struggled really hard to start. And every time since that days itâs progressively gotten worse. Last week I kept my car running while I fueled up and as I drove away from the gas station, my car just stalled out completely. It took me about an hour and a half before my car would start again. I was waiting for the tow truck to come get me and thank God inc checked it one more time and it started. Now just recently, when I put my car in park the engine immediately Reva up super high. It started to wine really loud and rpm go through the roof. Until I shut the car off. So I am unable to sit in idle at all anymore. I decided to Google what could be going on with my car and then I seen this recall on the fuel pump off some Toyota Avalon 2019 & 2020 models. But much to my surprise, my Vin/Vehicle is not listed. Will Toyota still replace the fuel pump for free? Please contact me as soon as possible. I really need to address this issue. Thank You!

769. On December 9, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[769]

> Transmission failure. Noticed whining when driving, took to local Toyota dealership and they diagnosed transmission failure. They quoted $12,000 for transmission replacement and confirmed that this is a known issue with certain years/models of Toyota Highlander. Ours is a 2020.

770. On December 9, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[770]

> AUTOMATIC TRANSAXLE WHINING FROM 35MPH-45MPH ACCELERATION. Needs to be replaced this is the third vehicle this week the

---

[768] NHTSA ID: 11703613.

[769] NHTSA ID: 11703925.

[770] NHTSA ID: 11703973.

dealership said had the same issue.

771. On December 9, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[771]

> the transmission has been slipping for a month . I consulted with a Toyota dealer and they said the fluid was "lifetime." then without any check engine warning the Auto brake system, other systems tied to torque converter failed and check engine light came on ..... then Toyota Tustin CA performed a diagnostic test and declared car needed a replacement transmission at just 88k miles --suburban/ highway driving

772. On December 9, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[772]

> The vehicle is relatively new 2019 and mileage is low 45000 car was humming for no reason for a day or two and its well maintained, today at busy thoroughfare it stalled at intersection of ave u and another street and was behaving erratically due to know manufacture defect of Toyota Transmission UA80E/F that causes sudden stall and thank god have. I stalled on highway it would have been a catastrophe. I want NHTSA to acknowledge danger this poses to drivers if suden loss of power occurs suddenly hoping for a solution to this dangerous manufacture defect.

773. On December 9, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[773]

> Vehicle experienced whining noise when decelerating. Toyota dealer service technician documented the noise as coming from the transmission due to an issue with the pinion shafts. Our safety was put at risk by a potential for the transmission no longer working when driving. There were no warning lamps, messages, etc. prior to the failure. The failure occurred around 136,000 miles. All recommended services, including on the transmission, occurred at the same Toyota dealer service.

774. On December 9, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[774]

---

[771] NHTSA ID: 11704071.

[772] NHTSA ID: 11704115.

[773] NHTSA ID: 11704123.

[774] NHTSA ID: 11704092.

> On multiple occasions, when I accelerate â even lightly â the transmission of my 2019 Toyota Camry emits a persistent whining noise. The noise appears as I press the accelerator and increases in pitch and volume as I continue accelerating. As soon as I ease off the accelerator, the whining stops immediately. This behavior happens during normal driving â not under extreme conditions or aggressive driving â and regardless of speed (both city and highway conditions). This whining noise is not a normal transmission behavior for a properly functioning vehicle. I believe this indicates a possible defect or problem with the transmission (or transmission-related components) rather than wear-and-tear due to high mileage or neglect, because: â¢The vehicle has been regularly maintained (oil changes, scheduled maintenance, etc.). â¢I have not abused the transmission, used it for towing, nor driven in severe off-road conditions. â¢The noise occurs under normal acceleration and is reproducible. I am concerned for my safety and the safety of others, because a failing transmission â or a transmission with design/manufacturing defect â could lead to unexpected shifting issues, loss of power, or other mechanical failure while driving. According to a safety-watchdog summary of NHTSA data, there are 338 complaints submitted to NHTSA for 2019 Toyota Camry models.

775. On December 10, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[775]

> In short: I had a whining noise coming from under my hood, my car was changing gears roughly. When I was driving on I-95 N and my car lost power/ the ability to accelerate on the highway. I had to make my way to the far-right lane and exit the highway. My safety was at risk at this point (no warning lights came on my dashboard). My car lost the ability to drive. I had my car towed to the Toyota dealership. The mechanic recorded a video of my car giving details of the issue (I have the video). My transmission needs to be replaced (internal failure noted by the mechanic), and my car has yet to reach 65,000 miles! This is ridiculous. I seen many complaints on the NHTSA site regarding this vehicle and the transmission. A class action lawsuit needs to take place, and Toyota needs to pay 100% of these repairs. I can be reached at [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

776. On December 10, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[776]

> Was on drive from work in 2017 toyota highlander XLE. Noticed low whining sound coming from transmission. Made appointment with toyota dealership. They identified transmission whine as requiring full replacement and projected to fail soon. Vehicle mileage was at 116k miles. There are no ua80 trans available

[775] NHTSA ID: 11704262.

[776] NHTSA ID: 11704376.

in US and none coming in. Was told my VIN didn't qualify for CRP CJZ and TSB bulletin. The UA80 trans has known failure of this type. Replacement cost is 10K, use is dangerous, and failure is unacceptable.

777. On December 11, 2025, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[777]

> My 2019 Toyota RAV4 experienced a dangerous electrical and transmission failure that ultimately caused the vehicle to stall while driving and made me lose control. For several weeks before the incident, the vehicle showed subtle hesitation when accelerating but no warning lights. After the car stalled and spun out coming off the Ben Franklin Bridge onto I-76 near downtown Camden, police responded, confirmed the vehicle had unexpectedly shut off, and verified there was no crash damage. I later brought the car to the Toyota dealership, where they discovered corrosion on the battery cable, failed ABS sensors, and a weak battery. I paid $668 for a new battery, new cable, and ABS sensor repairs. At that time, the dealership did not inform me of any transmission issues and released the vehicle back to me. I made it only a short distance up the road before realizing the vehicle could not accelerate past 40 mph and was still malfunctioning, so I immediately returned it. The next day, the dealership initially claimed there was nothing wrong with the vehicle, but after I insisted they re-evaluate the car, they then informed me that the transmission was failing and needed replacement. This sequence of electrical instability, combined with the transmission malfunction, ultimately led to the earlier stall where I lost all power steering and braking assist and spun out into the median. The vehicle, diagnostic records, and replaced components are available for inspection. The sudden loss of power and control created a major safety risk to me and other drivers in a high-traffic area.

778. On December 11, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[778]

> 8-speed automatic transmission failing. Noticeable whining sound that increases with acceleration, however no warning lights or messages. Metal shavings found in fluid upon inspection by independent mechanic. This is exactly in line with the lawsuit, filed in the U.S. District Court for the Central District of California by plaintiff [XXX] . INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

---

[777] NHTSA ID: 11704387.

[778] NHTSA ID: 11704598.

779. On December 13, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[779]

> At around 107,000 miles, we started hearing griding/whining noises from the engine compartment. After multiple inspections from 3 different auto shops a Toyota dealership confirmed the transmission and transfer case had failed and needed to be completely replaced. There were NO warning lamps, messages or other symptoms besides the griding/whinig noise prior to the failure. After the Toyota dealership diagnosed the issue, we stopped using the vehicle until Toyota could make the necessary repairs for the vehicle to be safely driven. The Toyota dealership made the necessary repairs that we paid for on 10/28/25. We are aware that this is a known defect by Toyota on the UA80 Transmission and Technical Service Bulletins have been released. We demand a recall and our out of pocket repair cost money back of $12,623.31.

780. On December 13, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[780]

> My vehicle has always been jerky, lagging to accelerate, limp, giving the shift solenoid code error.

781. On December 15, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[781]

> The transmission has developed a transmission whining noise which Toyota has released a TSB 0008-21. My vehicle has 104,000 miles and is now out of warranty. If this is a known defect on many Toyota vehicle models a transmission replacement should be free if no longer in warranty.

782. On December 16, 2025, the owner of a 2025 Toyota RAV4 submitted the following complaint to NHTSA:[782]

> The front camera fails which does not allow for the cruise control to operate. The speed odometer does not specify the correct speed when driving the car. The feature of telling you how fast you are supposed to go does not operate correctly specifying the wrong speed you are supposed to go. The tires have already been replaced

[779] NHTSA ID: 11704853.

[780] NHTSA ID: 11704886.

[781] NHTSA ID: 11705014.

[782] NHTSA ID: 11705348.

because the metal was coming out of the tires causing the car to not operate correctly there was wobbling in the tires causing the car to feel like the tires were about to come off the tires. The transmission not shifting properly in eco mode.

783. On December 16, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[783]

Premature transmission failure

784. On December 16, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[784]

Vehicle only has 58,983 miles and already has a failing transmission. Dealership recommends full transmission replacement costing $8,000.00. I am not even done with the monthly payments and I am currently in financial burden. PLEASE HELP ME

785. On December 16, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[785]

premature failure of UA80F transmission with 80,000 miles on vehicle which has been regularly serviced and maintained. Failure symptoms demonstrated match documented cases exactly resulting in the ultimate and complete failure of the transmission resulting in the vehicle being towed in to the dealer for a repair. Repair bill upwards of $10,000 however being told parts not available leaving me with a 40k vehicle that is unable to be repaired.

786. On December 16, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[786]

Our transmission is making a high pitched whining sound when accelerating.

---

[783] NHTSA ID: 11705362.

[784] NHTSA ID: 11705368.

[785] NHTSA ID: 11705400.

[786] NHTSA ID: 11705479.

787. On December 16, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[787]

> Car developed a whining noise coming from transmission at 63,000 miles. Known manufacturing defect that will lead to transmission failure. No recall issued and Toyota would not extend warranty. I do not feel safe driving the car pending a transmission failure. Toyotaâs solution is to replace the transmission at a cost of $9000.

788. On December 17, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[788]

> The transmission failed while going up a steep hill the car lost power and shut off. Could have caused seriously property and body damage if traffic or people were around. Luckily no accident happened but could certainly cause an accident if the circumstances are different. Please make an official complain so this could be fully investigated.

789. On December 18, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[789]

> 2019 Toyota Highlander with approx 178000 miles, UA80E transmission sudden failure while traveling approximately 30 mph, on city street. Manually pushed vehicle to safety away from traffic and unto a parking lot. That same evening drove vehicle about 20 feet to a more secure parking spot. VEHICLE HAS NOT BEEN MOVED SINCE 12/15/25. No leaks, no spills etc EXTREMELY DANGEROUS.

790. On December 18, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[790]

> Car stalled while driving and needed to be towed to dealership. Dealership confirmed that there was coolant intrusion into the engine that clogged the fuel injector causing the car to stall while driving. Dealership informed us that car will need a new engine and transmission because of the coolant intrusion. The car stalled while driving and could have led to an accident or loss of life depending on where the car stalled and when. This coolant intrusion has been confirmed by the

[787] NHTSA ID: 11705248.

[788] NHTSA ID: 11705605.

[789] NHTSA ID: 11705835.

[790] NHTSA ID: 11705840.

dealership and shown to us via video they took. The vehicle has only been inspected by the dealership and we called Toyota corp to have then review this as a safety issue. They informed us the call stalling was not a safety issue. UNKNOWN on confirmed symptoms prior.

791. On December 18, 2025, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[791]

Jerks during acceleration. Lurching sensation when acceleration from a stop or after slowing down for a turn. The engine control module (ECM) not communicating effectively with the transmission, leading to searching for gears, rough shifting and low speed hesitation.

792. On December 19, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[792]

Transmission whines in low gear.

793. On December 19, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[793]

The contact owns a 2018 Toyota Camry. The contact stated that while on a construction site at work, the vehicle drove over a piece of rebar which damaged the front end of the vehicle. The contact stated that after the issue the rearview camera failed to operate as needed with a blank or distorted image on the screen. The failure persisted and the traction control, check engine, and other various warning lights illuminated on the instrument panel. The vehicle was taken to the dealer on several occasions and the dealer attempted to repair front sensors. The dealer eventually repaired the correct sensors, and the rearview camera was repaired. Recently, the contact stated while driving 65 MPH in the snow, the RPM revved high while depressing accelerator pedal and the vehicle started coasting. There was no warning light illuminated. The contact stated that the failure persisted, and the vehicle was then taken to an independent mechanic and was diagnosed with a defective CVT transmission. The vehicle was not repaired. The manufacturer was notified of the failure and a case was filed. The contact was then referred to the NHTSA Hotline to report the failure. The failure mileage was 150,000. The VIN was not available.

---

[791] NHTSA ID: 11705876.

[792] NHTSA ID: 11706060.

[793] NHTSA ID: 11706123.

794. On December 19, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[794]

> The automatic transmission has failed. The vehicle exhibits slipping, hard or delayed shifting, intermittent loss of drive, and most critically, the car completely shut off while I was driving on the highway, creating an immediate risk of a serious accident. Hard shifting and gear slipping began approximately 11/04/2025. The transmission warning light hasn't even come on. Sudden hesitation during acceleration or gear changes became increasingly frequent. The most severe symptom occurred when the car completely shut off on the highway which is very dangerous. Toyota Dealer verified the issue and informed me that the has DTCs for Torque Converter failure. Replaced Transmission at a cost of $10,150. . I respectfully request that Toyota consider offering a goodwill reimbursement for the repair of the transmission for my vehicle. Provide guidance to owners of similar vehicles to prevent accidents or injuries. I am very disappointed to have a major transmission failure at this mileage especially with proper care and no signs of abuse and neglect. I strongly believe this should not occur under normal driving conditions and proper maintenance. My check engine light did NOT COME ON

795. On December 20, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[795]

> My 2019 Toyota Camry experienced a progressive transmission failure that created a safety concern. The issue began with intermittent loss of shifting on cold starts, where the vehicle became stuck in 3rd gear. Engine RPM would increase but the vehicle would not accelerate normally. Shifting into Park and back into Drive would temporarily restore operation. Over time, the condition worsened and the transmission became stuck in a higher gear (5th gear) and would no longer reset, even after parking and restarting the vehicle. Manual shift mode did not function. This caused delayed acceleration and unsafe driving conditions in traffic. A Toyota dealership diagnosed the vehicle and reported internal transmission failure, including pressure control solenoid faults and metal found in the transmission fluid, and recommended full transmission replacement. There were no warning lights when the issue first occurred, and the failure progressed over time. I believe this represents a potential safety-related defect in transmission durability.

---

[794] NHTSA ID: 11706149.

[795] NHTSA ID: 11706226.

796. On December 21, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[796]

> The transmission in my 2019 Toyota Camry went from normal, expected operation to complete transmission failure in less than 2 weeks! There was no advanced notice of the issue until the transmission issues became so pervasive that I was already taking it in to be looked at. That was when the dashboard lit up with notifications of pre-collision system malfunction, drive-start control malfunction and secondary collision brake system malfunction followed by a notification to take it to the dealer (where I was headed when this occurred). I pulled the vehicle off the highway and had it towed to the dealer as the vehicle was not drive-able and would not stay in gear. The reason for going to the dealer was the day before, I went to a mechanic and on the way the CEL came on. The mechanic noted the scanner did not have any codes and suggested I take it to the dealer... where I was going when the above happened. I use this car to transport my children to school and the 2 days prior to the complete malfunction of the car's transmission the failure to find a gear while accelerating resulted in multiple instances where vehicles behind me came exceptionally close to a rear end collision. On one instance, I was crossing an intersection and the transmission didn't find a gear and I narrowly avoided being struck broadside by another vehicle. The service department at the Toyota dealership advised the transmission suffered complete internal failure (providing numerous codes regarding the solenoids) with a cost of $10,599.67 to replace it. It worked fine 2 weeks earlier with no prior warnings than an occasional hard shift and an instance of a slipping gear. Fluids were not excessively dirty, I changed the transmission fluid as required with Toyota Brand WS transmission fluid. No leaks exist and no excessive indication of metal particulates in the used transmission fluid. I'm waiting on Toyota for information on what they plan to do. Must be manufacturing defect.

797. On December 22, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[797]

> Transmission stutters. Only has 32000 miles.

798. On December 22, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[798]

> The contact owns a 2019 Toyota Highlander. The contact stated that while driving

---

[796] NHTSA ID: 11706400.

[797] NHTSA ID: 11706447.

[798] NHTSA ID: 11706566.

on several occasions at various speeds, the contact heard abnormal buzzing sounds coming from underneath the vehicle. The vehicle was taken to a dealer; however, the failure could not able to be replicated. The contact stated that a day or two days later, while stopped at an intersection, and attempting to accelerate, the vehicle failed to accelerate as intended. There were no warning lights illuminated. The vehicle was pulled over to the side of the road and restarted; however, the failure persisted. The vehicle was towed to a dealer, where it was diagnosed and determined that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure. The failure mileage was approximately 59,000.

799. On December 22, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[799]

early transmission failure and whining at 40,000 miles

800. On December 22, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[800]

transmission problems at 62000 miles  high pitched whine with acceleration

801. On December 22, 2025, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[801]

The contact owns a 2019 Toyota Rav4. The contact stated that while her daughter was driving at an undisclosed speed, the vehicle stalled. The contact was unsure if the vehicle could be coasted to the side of the road. Several unknown warning lights were illuminated. The vehicle was towed to a collision center. The vehicle was then towed to the dealer, where it was diagnosed and determined that the transmission had failed and needed to be replaced. The vehicle was repaired. The manufacturer was not notified of the failure. The failure mileage was 116,248.

802. On December 22, 2025, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[802]

Vehicleâs 8 speed transmission started a low pitch whine when pressing the

---

[799] NHTSA ID: 11706624.

[800] NHTSA ID: 11706634.

[801] NHTSA ID: 11706635.

[802] NHTSA ID: 11706438.

accelerator around 90,000 miles. Transmission has begun shifting roughly since 105,000 miles. Vehicle is outside of Toyotaâs manufacture date deadline for T-SB-0008-21 but this issue sounds exactly like what is described in Toyotaâs TSB.

803. On December 23, 2025, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[803]

my 2019 Toyota 8 speed transmission jerking in stop and go traffic

804. On December 23, 2025, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[804]

I drive a 2017 Toyota Highlander and am having issues with the transmission. The issues and poor craftsmanship on the UA80 8-speed transmissions. Toyota offered Technical Service Bulletins T-SB-0160-18, T-SB-0008-21, and a limited Customer Support Program (CSP ZJC). But very few VINs were included and there are tons of Highlander owners with this transmission facing $10,000+ repair bills for what is supposed to be one of the most reliable cars and car brands on the planet. This is very wrong. Toyota has not stood by its customers and have not done right by owners. Toyota needs to recall the transmissions and offer a remedy at no cost to the customer. This needs to be done now. It's completely unacceptable. Thanks for what you do and for reading! Appreciate you guys very much.

805. On December 23, 2025, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[805]

My 2021 Toyota Camry Se at 79,000 miles threw a PO705 code, neutral safety switch. I replaced it with a new part and it worked for about 10 minutes and then proceeded to throw code again and slip in the transmission

806. On December 23, 2025, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[806]

Safety issue: The vehicle experiences intermittent loss of acceleration and transmission “slip/rev” events, especially when cold, from a stop, or at low speed. At times, the vehicle revs as if in neutral, then re-engages. The driver sometimes

[803] NHTSA ID: 11706722.

[804] NHTSA ID: 11706787.

[805] NHTSA ID: 11706843.

[806] NHTSA ID: 11706878.

must press the accelerator fully to gain speed. In one instance, the vehicle was driven slowly for several miles, pulled over, shut off, restarted, and the function temporarily improved. When it started: Symptoms began immediately after a routine service visit at a Toyota dealership ([XXX]). First noted deceleration going uphill with recovery. Next day, multiple warning indicators/messages appeared and vehicle was towed to the same dealership. Dealer response: Dealership advised transmission replacement based on diagnostic codes and quoted approximately $10,000, stating fluid check was not necessary. Second opinion: Independent shop found transmission fluid level extremely low (reported approx. 1/4 full). They refilled fluid; initially vehicle drove normally, but intermittent slipping/revving continued after pickup (worse when cold/low speed). No external leaks observed by second shop at that time. Current status: Vehicle continues to show intermittent loss of acceleration/slipping behavior, creating a safety risk in traffic. No current check engine light, but symptoms persist. Codes/records available: Codes: P07457F, P28167F, P088A7F, P27137F, C137BA2, C1241, C1280, U1117, B2227. Location: New York. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

807. On December 27, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[807]

Shortly after the powertrain warranty expired, the automatic transmission in my 2020 Toyota Highlander began producing a loud whining/howling noise during normal driving. The noise appears to come from the transmission area and increases with vehicle speed. The issue was not present during the warranty period and began unexpectedly soon after expiration. The abnormal noise raises concerns about internal transmission failure and potential loss of drivability. This condition could pose a safety risk if the transmission were to fail while driving, especially at highway speeds or when merging into traffic. No warning lights or messages were displayed prior to or during the issue. The vehicle was inspected by a Toyota dealer, and the problem was confirmed to be related to the transmission.

808. On December 28, 2025, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[808]

My son was driving down Interstate 71 at approx 65 mph in our 2018 Toyota Camry when it lost power. He was able to pull off to the side of the road and turned the car off. Once the car was restarted, he was able to drive it (at a maximum speed of 35 mph) to the closest exit where he pulled into a gas station. While trying to back it into a parking spot, the car would not go into reverse. We had the car towed back to the dealership that we purchased it new from (Kings Toyota). Approximately 3

[807] NHTSA ID: 11707237.

[808] NHTSA ID: 11707418.

> days later we received word that the transmission needed to be replaced at the cost of 8200.00.

809. On December 29, 2025, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[809]

> The contact owns a 2022 Toyota Highlander. The contact stated that while driving at an undisclosed speed, the accelerator pedal was depressed, but the vehicle failed to accelerate as intended and made an unusual whining sound. No warning lights were illuminated. The contact's husband, a certified mechanic, diagnosed that the transmission had failed. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure, and a case was filed. The contact related the failure to several unknown TSBs. The contact was informed that the repair was not covered under warranty. In addition, the contact was advised to contact the NHTSA Hotline to report the failure. The failure mileage was approximately 71,000.

810. On December 29, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[810]

> My 2020 Highlander developed a whining or grinding noise consistent with the Technical Service Bulletin. I took it to a Toyota Dealership for diagnostic and they confirmed the whining and hissing sound. They said it would cost $9,000 to repair. I called Toyota to request a goodwill repair and they denied me. Toyota case number: 251229000423. The car does not feel safe to drive. We worry that at any moment the car could break down with our children inside. The problem was reproduced at a dealer and inspected. There were no warning lamps or messages, just the obvious sound coming from the transmission.

811. On December 29, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[811]

> I have a faulty transmission that is now widely known. 2021 Highlander with the UA80 transmission. Out of warranty and Toyota wants to provide no help even know this is an ongoing issue with so many owners

---

[809] NHTSA ID: 11707457.

[810] NHTSA ID: 11707470.

[811] NHTSA ID: 11707494.

812. On December 30, 2025, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[812]

> Per my mechanic (fyi: 56k miles on vehicle): I test drove the vehicle and can hear a noticeable whine type noise when accelerating the noise goes away when getting off throttle. I put it on lift and the noise is coming from the transmission pump and sounds like cavitation. I checked the fluid level and it was overfull, very dark and has some very fine metal debris in the fluid. Something is coming apart inside the transmission has caused a catastrophic failure. The transmission will need replaced. I called Toyota to check availability and these transmission are on a restricted order. The dealer would need to call corporate Toyota to see what is needed to even order one. Usually a restricted order means they are on the edge of a back-order or having problems with the part and are working on a resolution or update. I did not see any recalls, service campaigns, or technical service bulletins for this transmission, but it sounds like the 2017-2021 V6 AWD UA80F transmissions are having issues. It is a long shot, but given the low mileage, you could try contacting Toyota to see if there is anything they can do for you. I know the factory warranty is 60 months or 60,000 miles on the powertrain. You are out on the time, but if they are having a known issue, then maybe they will help you.

813. On December 30, 2025, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[813]

> The contact owns a 2021 Toyota Highlander. The contact stated that while driving at various speeds and depressing the accelerator pedal, the contact heard an abnormal whining sound coming from the front of the vehicle. The vehicle was taken to an independent mechanic, where the contact was informed that it was a known failure. The vehicle was then taken to the dealer, where it was diagnosed, and determined that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure and advised the contact to work with the dealer to have the transmission repaired. The failure mileage was 66,000.

814. On December 30, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[814]

> The contact owns a 2019 Toyota Camry. The contact stated that during the cold season, the vehicle would need to warm up to function as intended. The contact

---

[812] NHTSA ID: 11707790.

[813] NHTSA ID: 11707861.

[814] NHTSA ID: 11707884.

> stated that while driving while the vehicle had not warmed up, the transmission slipped and slowly shift gears. In addition, the contact noticed an abnormal sound coming from the transmission. The vehicle was taken to the dealer, where it was diagnosed that the transmission had failed and needed to be replaced. The vehicle was not repaired. The vehicle was taken to a transmission specialist, where it was confirmed that the transmission had failed, metal shavings were found in the transmission fluid, and the transmission fluid looked burnt. The vehicle was not repaired. The manufacturer was not made aware of the failure. The failure mileage was approximately 117,000.

815. On December 30, 2025, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[815]

> There is a very widely known issue with Toyota Camrys 2018 to 2024 due to the 8 speed automatic transmission. My safety reason for reporting is without warning I was accelerating to pull out at a intersection and it just started reving up to a high rpms and would not hardly move . This is gonna get some one killed this is very dangerous. Toyota already has 2 class action lawsuits due to these transmissions and just in the usa alone from speaking to Toyota dealership in California and in North Carolina that they have over 100 on national backorder. This is a serious safety hazard. Time will show I am right.

816. On December 31, 2025, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[816]

> The contact's wife owns a 2020 Toyota Highlander. The contact stated that soon after purchasing a new set of tires, the vehicle made an abnormal rattling sound upon acceleration. The vehicle was taken to a dealer for an oil change and tire rotation, and the contact was informed that no defect was found on the vehicle. As the failure persisted, the vehicle was taken back to the shop, where the tires were purchased. The contact was informed that there was no defect in the tires, and the failure might be related to the differentials of the vehicle. The vehicle was taken back to the dealer, where it was diagnosed with transmission failure. The manufacturer was then notified of the failure, and the contact was offered partial financial assistance towards the purchase of a new engine. The vehicle was not repaired. The failure mileage was approximately 55,000.

---

[815] NHTSA ID: 11707939.

[816] NHTSA ID: 11708000.

817. On December 31, 2025, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[817]

> The contact owns a 2020 Toyota Camry. The contact stated that while the local dealer was performing preventive maintenance on the vehicle, there was an abnormal winding sound detected. The dealer determined that the transmission needed to be replaced. There were no warning lights illuminated. The contact had not experienced a failure prior to the service appointment. The vehicle was not repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 82,000.

818. On January 1, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[818]

> * My transmission failed. * The transmission started to slip when on the highway. * I called Toyota and told them about it. I had it serviced at the Toyota Dealership and was told that the transmission had internal problems and needed to be replaced. * No, I actually just got it service a week prior and everything was fine.

819. On January 1, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[819]

> My car would not go passed 10mph at times. When going up hill it would barely move. At the time I had to drive up hill to leave home on a main road & this put myself & others in danger. I took my car to the dealership where they told me I needed a new transmission. At this time the car had less that 100k miles on it. There were no warning lights on the vehicle. I called the the manufacturer who said it could only be covered if it fit the TSB 0152-19 which the dealer claimed it didn't. I ended up having to pay out of pocket.

820. On January 2, 2026, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[820]

> My husband and I bought this van brand new 6 years ago. We have taken very good care of it and have had it serviced only at the dealership. We haven't had any problem with the van outside of regular maintenance. On 10/29/25, I had a van full

[817] NHTSA ID: 11708017.

[818] NHTSA ID: 11708198.

[819] NHTSA ID: 11708202.

[820] NHTSA ID: 11708394.

> of children when I felt a slip in my acceleration and a warning light came on that read, " A malfunction in the electronic control of the engine, throttle, or automatic transmission has been detected. Contact your dealer in order to have your vehicle inspected immediately." Thankfully, I was able to get it to the parking lot. The van didn't leave that parking lot until the next morning when we took it directly to the dealership. That is when we were told the solenoid and the transmission had gone out. We had to have the whole thing replaced. The van only had 89,388 miles on it.

821. On January 2, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[821]

> I bought my 2021 Toyota Highlander on 11/17/2025 and approximately one month later, I heard a whining noise when the car accelerates past 25 mph. The whining noise gets progressively louder the more the car accelerates. In addition, when driving over a bump or hump, there is a grinding/creaking noise that occurs. I took my car into the Toyota dealership on 12/29/2025 and the service technicians were able to replicate my issues. They even stated that the issue is caused by a bearing failure inside the transmission. I also purchased an extended warranty but unfortunately the inspector sent by the warranty company wants me to get a transmission fluid exchange because they think that will solve the issue. The entire transmission needs to be replaced.

822. On January 2, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[822]

> I own a 2017 Toyota Highlander with 6 cylinders (engine model 2GR-FKS). It has 107,000 miles. I brought it to my dealer for inspection and service, and noted that it was making a whirring/whining sound upon acceleration. There were no warning messages on the dashboard to alert me of any issues. The dealer reported back to me that the transmission was failing and quoted $11k to fix it. Upon researching this issue, I learned that this is a known problem with 2017 model Highlanders.

823. On January 3, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[823]

> Toyota camry began shifting rough and jerking when accelerating between 2nd and 3rd gear. Next there was an audible whine and rumble while the car was driving. This occured for approximately 1 week with no indicator lights. On January 1st,

---

[821] NHTSA ID: 11708422.

[822] NHTSA ID: 11708451.

[823] NHTSA ID: 11708585.

> there was a total transmission failure and failure of automatic break system and the camry lost power when accelerating. The vehicle only had 64,000 miles and was outside of warranty.

824. On January 5, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[824]

> My 2017 Sienna has whine noise coming from transmission, the vehicle was inspected by Toyota dealership and confirmed that the noise is coming from Transmission. Toyota has already issued a recall for the 2017 Sienna with Transmission UA80 under program ZJC. My vehicle has the same issue, however, it is not being covered as it is UA80E. This issue seems common among all the 2017 model irrespective of transmission number. However, Toyota is not providing support to all customer and have limited to a only one transmission number.

825. On January 5, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[825]

> We began to hear a whine coming from the front of our 2019 Highlander. The tone of the whine got higher as we picked up speed. We went immediately for a preliminary review at the dealer who indicated that it was a known transmission problem in several model years, and the whine would only become more pronounced. We further understood that the very same transmission in our 2019 Highlander has been covered by a recall in years just prior and after 2019, but not for our particular VIN. Nevertheless, it is obvious to even the Toyota dealer mechanic that it is the same issue. The car has been carefully used and maintained since purchasing it new--it only has approximately 74,000. We expect our transmission fix or replacement to be covered.

826. On January 5, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[826]

> With under 80,000 miles, my 2019 Toyota Highlander XLE needed a full transmission replacement. Noticed some rough gear changes for about 2-weeks (mostly changing from Park to Drive), then on my drive home from work, the RPM spiked high and all the sensor lights came on (AWD, Check Engine, etc). I drove the rest of the way with hazard lights in limp-mode. Took my car into a Toyota dealer service center (Kenosha WI), they did not make any repairs - just disabled

---

[824] NHTSA ID: 11708831.

[825] NHTSA ID: 11708838.

[826] NHTSA ID: 11708872.

> the sensor lights and did a test drive - ended up keeping a 2nd day and replaced transmission fluid since they were seeing oddities with shifting. Within 1 week, the same thing happened. This time, I could hardly make it above 20 mph, basically no acceleration. Received 2 quotes from independent transmission specialists / repair shops - both confirmed I needed a new transmission. They said the car is unsafe to drive until it is replaced. This was right near my 6-year 100,000 warranty. Perhaps a few months beyond 6 years. Toyota opted not to make any repairs / improvements. Left the car in unsafe condition for me and my kids. Toyota then quoted $16,346 for a new transmission. Other quotes I received were $10,000 LESS than Toyota, using new Toyota parts. Seemed like price gauging to me.

827. On January 5, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[827]

> After 3 weeks of inconsistent shifting with the automatic transmission and whining and clunking, the car failed to go into gear at all yesterday 1/5/26 while driving near Dulles airport. I had it towed, was told the transmission failed and then I found that this is a systemic design issue with the 2017-2022 cohort of gas V6, 8 speed, AWD Highlanders. Repair will be between $5K and $10K.

828. On January 5, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[828]

> -- What component or system failed or malfunctioned, and is it available for inspection upon request? This report is regarding a premature transmission failure in our 2017 Toyota Highlander equipped with the UA80F 8-speed automatic transmission. Our highlander is currently stuck at High Tech Automotive in Wenatchee, WA 150+ miles from home after experiencing a transmission failure on the highway. -- How was your safety or the safety of others put at risk? During the transmission failure while driving on the highway the Check Engine Light came on as well as ABS light and vehicle went into a limp mode. The transmission failure and subsequent limp mode rapidly decreased our speed while traveling on the highway and forced us to limp the vehicle at low speeds across traffic putting ourselves and others traveling on the highway at risk. This vehicle has been well maintained and serviced in accordance with Toyota's recommended maintenance schedule. Despite this, the transmission failed unexpectedly during a recent family road trip to Wenatchee, WA, leaving us stranded far from home. -- Has the problem been reproduced or confirmed by a dealer or independent service center? Yes, the vehicle was towed to High Tech Automotive in Wenatchee WA (where it is currently stranded). The diagnostics report there confirmed proper transmission fluid level and a failed transmission with burnt transmission fluid. -- Has the

[827] NHTSA ID: 11708929.

[828] NHTSA ID: 11708965.

vehicle or component been inspected by the manufacturer, police, insurance representatives or others? Not yet. A request for assistance was sent to Toyota today. -- Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? There were no warning lamps, or messages. We've had the vehicle maintained and there was a whirring sound which we had inspected at Dougs Auto Tune and Repair thinking it could be the timing chain or alternator but there was no indication of transmission issues.

829. On January 6, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[829]

Transmission stopped working while I was driving. Could not drive the car.

830. On January 6, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[830]

1)The following components failed:Symptoms and Diagnostic Trouble Codes TRANSMISSION P0741 - Torque Converter Clutch Circuit Performance/Stuck Off P2757 - Torque Converter Clutch Pressure Control Solenoid Control Circuit Performance/Stuck Off P2714 - Pressure Control Solenoid 'D' Performance/Stuck Off P2817 - Pressure Control Solenoid 'H' Performance/Stuck Off P08BB - Pressure Control Solenoid 'L' Performance/Stuck Off P0740 - Torque Converter Clutch Circuit/Open P08BA - Pressure Control Solenoid 'L' P2116 - Throttle/Pedal Position Sensor 'E' Minimum Stop Performance P2713 - Pressure Control Solenoid 'D' P2756 - Torque Converter Clutch Pressure Control Solenoid C1241 - ABS Hydraulic Pressure Differential Switch Input Short Circuit To Ground 2)My family safety was put at risk because the car stopped moving forward suddenly on the freeway traveling from New York to New Jersey during a family trip. This occurred at 11:45 PM and we were stranded for 1.5 hours waiting for a tow truck. 3) Yes see advisory notes from Aamco: "internal failure, fluid burnt" similar diagnosis provided by Island Toyota in Staten Island. 4)Yes, AAA Auto Repair in Fairfax VA serviced the transmission a month prior after initial gear slipping. 5)The car did not change gears smoothly at about 7 PM during at arrival in NY. At 11 PM during drive back, it stopped accelarating and would not climb inclines. No major warnings, such warning lights until the car stopped shifting in gear on highway.

---

[829] NHTSA ID: 11709152.

[830] NHTSA ID: 11709274.

831. On January 6, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[831]

> Transaxle (Transmission) failure. Whining noise then failed while driving freeway. Towed to dealer/mechanic and confirm failure. There was a whining sound but no engine light warnings prior to complete failure. Toyota put out a TSB for this but was never informed - POL19-04. Toyota needs to expand CSP ZJC coverage to all UA80F/UA80E-equipped vehicles exhibiting symptoms, regardless of VIN range.

832. On January 7, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[832]

> My transmission is making acceleration unreliable, whining noise and unreliable. No accident yet but I took to toyota and they quoted $8K for entire new transmission when it appears this is a known ongoing issue for toyota highlanders. They should be recalled and fixed.

833. On January 8, 2026, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[833]

> My 2020 Toyota Camry is experiencing a premature and progressive transmission failure that creates serious safety risks. Symptoms include hesitation and loss of power during acceleration, harsh and delayed shifting, RPMs increasing without vehicle movement, failure to properly engage gears (including reverse), and loud whining/grinding noises. These issues make the vehicle unsafe to drive, especially when merging, crossing intersections, or accelerating from a stop. Toyota and the dealership have confirmed the transmission is failing, yet Toyota has stated that no new or used replacement transmission is available and no repair timeline exists. The vehicle was returned to me despite being unsafe. Toyota has provided no transportation assistance, no repair ETA, and no remedy, leaving me with an undrivable vehicle and ongoing financial obligations. I am aware of numerous similar consumer complaints and ongoing litigation involving Toyota's 8-speed automatic transmissions exhibiting the same symptoms. This appears to be a systemic defect that poses a safety risk to drivers and the public. I am requesting NHTSA review and investigation.

---

[831] NHTSA ID: 11709292.

[832] NHTSA ID: 11709492.

[833] NHTSA ID: 11709566.

834. On January 8, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[834]

> Transmission failed at 75K with no warning lights or prior evidence.

835. On January 9, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[835]

> I had problems in gear shift the car when start moving it's go very slow it's need about 1 minute to change the shift. The Toyota dealership recommended me to change the transmission with the cost $11,000

836. On January 9, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[836]

> My 2018 Toyota Camry with 132,000 started experiencing transmission issues in the last 10,000 miles or so - with hesitation in shifting. Now at 132,000 my transmission has officially fully failed. Upon bringing it to a reputable transmission repair shop, I learned that the repair would cost me over $8000 between parts (hard to find) and labor. This is wild as I expected a Toyota to last up and over 200k miles easily. This has absolutely tarnished my views on Toyota reliability! I even called corporate and they were absolutely no help!

837. On January 10, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[837]

> In May 2021 I purchased my Highlander XLE with 5 miles on the odometer. In Feb 2021 dealerships were notified of Toyota Technical Service Bulletin (T-SB-0008-21) dated Feb 2021 was a problem. I have never been notified of the TSB for transmission whine/grinding noise. At approximately 75,000 miles (out-of-warranty) and regular servicing, my vehicle developed a noticeable whine from the transmission. Now at 102,000 miles I am stuck with a transmission replacement ($7500-$9000) looming at sometime in the future. Very disappointed. I have been reprimanded by grandkids that "You drive like a Grandpa" so, I am not hard on my vehicles. My 1993 Chevy S10 had over 388.000 miles when sold. it was solid!. I think Toyota should be forced to do the right thing and cover any cost of

[834] NHTSA ID: 11709774.

[835] NHTSA ID: 11709998.

[836] NHTSA ID: 11710023.

[837] NHTSA ID: 11710072.

replacement and temporary rental. Seems replacements are back ordered for months!

838. On January 10, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[838]

> Initially had issues with acceleration with RPM's going high with car moving very slowly. Five days after that started, car broke down 3 times in one trip & would not drive or go in reverse. Per dealership, the car needs a new transmission even though it's only a 2019 with 110,000 miles.

839. On January 11, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[839]

> Transmission is presenting a high-pitched whining noise.

840. On January 12, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[840]

> Transmission issues when shifting from park to drive, reverse to drive, and randomly when driving. Numerous times when pulling out in traffic from dead stop after shifting from park to drive car didn't accelerate leaving car drifting into oncoming traffic until gear engaged which is very dangerous to the point I wouldn't let my wife drive the car. Warning light has came on a handful of times and had been dismissed as not an issue until this past time of putting it in the shop. Car was in shop for this issue 4 times starting in 5/25 and is currently in shop now. My visit in June I expressed same concerns and service center told me my transmission was fine. This current visit at service center they told me I'm going to need a new transmission. Vehicle has 70k miles and transmission is already failing due to a faulty product. Toyota needs to be held responsible for this as it is a major safety concern and they advertise as a reliable car maker but with these transmission issues that numerous people are also dealing with that can't be true and is false advertising

841. On January 12, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[841]

---

[838] NHTSA ID: 11710131.

[839] NHTSA ID: 11710248.

[840] NHTSA ID: 11710283.

[841] NHTSA ID: 11710429.

> Transmission started to make a whining noise. After a month the sound increased in loudness and took to dealer to check. Came back with needing transmission replaced due to bad bearing. Was replaced with aftermarket warrenty protection.

842. On January 12, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[842]

> Transmission began to manifest gear shifting issues. Took to mechanic shop to have diagnosed and found premature wear. The recommendation was to replace this transmission. However there are no factory replacements for this transmission and the only alternative is a used transmission replacement. Parts can't be sourced for even a rebuild. This vehicle has 96k miles on it. In review of recommended, routine services for this vehicle, transmission service is not recommended due to being a "sealed" transmission. Apparently this is a known issue as documented by Toyota under TSB "CSP ZJC". In this particular situation there have not been any warning lights. Replacement quote for a used transmission was $15,000 on 01/12/2025.

843. On January 12, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[843]

> The transmission has started making a whining sound just like the cars/transmissions effected buy the TSB from Toyota related to 8-speed auto transmission failures. My dealer said they have seen a lot of them and mine sounds like it, but they claim I'm not part of the TSB allowing for replacement. Toyota has a real problem with the transmissions in 2018 highlanders but they refuse to fix the problem.

844. On January 13, 2026, the owner of a 2023 Toyota Camry submitted the following complaint to NHTSA:[844]

> The contact owns a 2023 Toyota Camry. The contact stated that while driving at various speeds, the vehicle was hesitating and shuddering, and the check engine warning light was illuminated. The vehicle was taken to the local dealer, who diagnosed the vehicle with a transmission fault and that the transmission needed to be replaced. The contact was informed that the transmission failure was caused by a failure with the valve body and pressure solenoid. The vehicle was not repaired. The manufacturer was notified of the failure, but no assistance was offered. The

---

[842] NHTSA ID: 11710505.

[843] NHTSA ID: 11710548.

[844] NHTSA ID: 11710710.

failure mileage was 67,000.

845. On January 13, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[845]

> Whine noise when you accelerate coming from the automatic transmission. Car is hesitant in shifting gears when needing to accelerate causing safety issues/concerns while driving due to the inconsistency. Toyota dealer as inspected the vehicle and recommended a transmission replacement. Dealer has filed a claim with Toyota to see if it will be covered or not. Total price of repair quoted from dealer was $8700.00. I am also being told there is a back order on parts related to the repair of the vehicle and that the amount of vehicles with this issue are increasing in numbers each day. I purchased this vehicle new in 2020 and have been the sole owner.

846. On January 14, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[846]

> Good Morning, I purchased a 2019 Toyota Highlander at a Toyota dealership and the transmission has died at 68,000. It died while driving in heavy traffic with my kids in the car. Toyota has completed an inspection of the transmission and determined that it needed to be replaced. They also said that because the transmissions are in back order due to all of the failures, I would have to wait 45-60 days to get a remanufactured transmission. I've also heard that they are replacing these transmissions with the same ones that are failing and only offering a 1 year warranty. Ive already spoke with Toyota Brand engagement and they told me that there was nothing that they could do.

847. On January 14, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[847]

> FAULTY TRANSMISSION RESULTED IN LOSS OF POWER WHILE DRIVING AT HIGH SPEED

848. On January 15, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[848]

---

[845] NHTSA ID: 11710814.

[846] NHTSA ID: 11710875.

[847] NHTSA ID: 11711015.

[848] NHTSA ID: 11711087.

> WHILE DRIVING HOME FROM WORK , ON A MAJOR HIGHWAY, MULTIPLE WARNING LIGHTS CAME ON MY DASHBOARD AND MY CAR WOULD NOT ACCELARATE. I IMMEDIATELY PULLED OVER AND SHUT THE CAR OFF, TURNED IT BACK ON AND THE CAR WAS AGAIN DRIVABLE, HOWEVER ALL THE LIGHTS WERE ON. I WENT DIRECTLY TO MY MECHANIC AND DROPPED THE CAR OFF, FOR FURTHER INSPECTION. THE NEXT DAY I WAS INFORMED THAT THE ERROR CODE CAME UP AS SLIPPAGE AND HE RECOMMENDED REPLACING THE TRANSMISSION. THE CAR ONLY HAS AROUND 130,000 MILES ON IT. I HAVE READ THAT THERE ARE CLASS ACTION SUITS AGAINST TOYOTA, AND MY CAR MAKE AND MODEL ARE IN THE GROUP. HOWEVER I CAN NOT FIND AN ACTIVE CLASS ACTION SUIT TO JOIN, AS I JUST WANT MY CAR FIXED AND SHOULD NOT HAVE TO PAY FOR IT, ESPECIALLY IF TOYOTA KNEW THIS TRANSMISSION WAS FAULTY.

849. On January 15, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[849]

> Purchased my 2017 Highlander in June of 2017. At 4912 miles noticed the transmission was slipping. Contacted the dealership and was told from an employee that in his 20 plus years he had never had a transmission do that. Took it to the dealership and it was the transmission. It was replaced under warranty. In January of 2026 took it to the dealership after noticing a weird whinnying sound when running. After running a diagnostic test I was informed that my transmission needed replaced again. It only has 72,426 miles. Was told that the transmission was on back order and when asked if safe to drive, told yes.

850. On January 15, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[850]

> Transmission failure resulted in sudden loss of power while driving, creating a safety risk in traffic. Vehicle was unable to accelerate and required immediate repair. Put myself and my children at risk, as the car suddenly died while I was driving it. Prior to this, there were not issues. Has been routinely maintained and only has approx 83k miles. Toyota agreed that the transmission is the only issue with my car but won't cover the cost to replace it (10k) or the cost of a loaner vehicle. I have been without a car for almost a month while the (refurbished) transmission is on backorder.

---

[849] NHTSA ID: 11711173.

[850] NHTSA ID: 11711297.

851. On January 16, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[851]

> My 2022 Toyota Highlander experienced transmission-related issues that affected the vehicle's performance, reliability, and overall value. These problems caused inconvenience, safety concerns, and additional stress, and in some cases required diagnostic visits, repairs, or time without use of the vehicle. As a consumer who purchased the vehicle with the reasonable expectation of dependable operation, I believe compensation is warranted for the diminished value, disruption, and potential repair costs resulting from this defect.

852. On January 16, 2026, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[852]

> Transmission has been whining. A P27137F Code appeared and the vehicle is only in 2WD mode currently. Concerned to drive vehicle due to further damaging transmission or getting stuck while on the road.

853. On January 17, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[853]

> TANSMISSION DIED AT 102,000 MILES, 2,000 MILES OVER THE WARRANTY. Toyota said it will pay $6,000 for parts. I HAVE TO PAY TAX AND LABOR. I have been waiting over a MONTH for the parts, while my HIGHLANDER SITS ON THE Toyota DEALER'S LOT IN RIVERHEAD, NY. My wife took the car there, since the "check engine" light had turned on. After the inspection, We were afraid to take it out of the parking lot. Code P275614 torque converter presure control solenoid; faulty transmission problem. Recommended a new transmision for $11,303 plus tax. Many class action suits are being filed about TRANSMISSION PROBLEMS in HIGHLANDERS!

854. On January 18, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[854]

> I have experienced ongoing transmission problems, including but not limited to rough shifting, delayed acceleration, jerking while driving, and abnormal noises.

---

[851] NHTSA ID: 11711367.

[852] NHTSA ID: 11711540.

[853] NHTSA ID: 11711651.

[854] NHTSA ID: 11711712.

> These issues have significantly affected the safety, reliability, and drivability of my vehicle. This transmission failure significantly undermines Toyota's long-standing reputation for reliability and has substantially reduced the value of my vehicle.

855. On January 18, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[855]

> The transmission started slipping in December 2025. It is been in the repair shop since approximately December 22, 2025. The shop can't find replacement parts or a used transmission. The list for a new transmission is over a 1,000 nationwide.

856. On January 19, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[856]

> Premature transmission failure. Vehicle had less than 100K miles. Took the vehicle in for an oil change before a long trip. Mentioned a "whine" during acceleration. Told us that the entire transmission would need to be replaced immediately at a cost of over $10,000. Made an appeal to Toyota to help with the cost of replacement and we were denied.

857. On January 19, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[857]

> Transmission yes it's available for inspection rite now on vacation on a very steep hill the transmission quit pulling at the top of the hill in the middle of a very narrow street and we had to ease backwards down to a place on the hill to turn around and get to level ground all this happened with no previous warning

858. On January 19, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[858]

> Our 2020 Highlander with 45,000 miles started making a whining noise when accelerating. After the Toyota garage looked at it we were told that we needed a full transmission replacement. No warning lights came on alerting of us of problem. We were also told by the service depart that they are not surprised there hasn't been a recall due to how many transmissions they have replaced on these vehicles and

---

[855] NHTSA ID: 11711781.

[856] NHTSA ID: 11711802.

[857] NHTSA ID: 11711914.

[858] NHTSA ID: 11711916.

> especially this type of transmission. Upon researching this particular issue, It is a wide known issue with class action lawsuits. New transmissions are also only carrying a 1 year warranty. That is hardly a warranty on a costly repair. It will cost us out of pocket $8,000 for a vehicle that is meticulously maintained and with only 44,000 miles. These vehicles are still being sold putting myself, my family and many more Americans as risk.

859. On January 20, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[859]

> The contact owns a 2017 Toyota Sienna. The contact stated that while starting the vehicle, reversing, and then while driving 20 MPH, there was an abnormal whining sound coming from the front of the vehicle. A dealer was contacted. The vehicle was taken to the dealer and was currently being diagnosed. The vehicle was not repaired. The contact related the failure to Technical Service Bulletin: TSB-0160-18 (Transaxle Whine Noise, Harsh Shift, MIL ON, or Reduced Power); however, the VIN was not included in the bulletin. The manufacturer was notified of the failure and referred the contact to the NHTSA Hotline to report the failure. The failure mileage was 120,000.

860. On January 20, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[860]

> The contact owns a 2018 Toyota Highlander. While operating the vehicle, there was a whining sound coming from the engine compartment. The sound was also heard through the dashboard. The vehicle was taken to the local mechanic, who diagnosed that the transmission was faulty and needed to be repaired or replaced. The vehicle was not yet repaired. The local dealer and manufacturer were notified of the failure, but no assistance was offered. The contact was informed of an unknown TSB related to the failure. The failure mileage was 85,000.

861. On January 20, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[861]

> Transmission starting making a wining noise, and was told it will fail. Toyota is well aware of this issue.

---

[859] NHTSA ID: 11712079.

[860] NHTSA ID: 11712082.

[861] NHTSA ID: 11712116.

862. On January 20, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[862]

> In early January 2026 there was rough/delayed shifting, whining noises, and fluid leaks. Probably linked to the faulty UA80E/F transmission type. The check engine light came on 1/15/26, I took it into a local repair shop. The mechanic flushed and changed the transmission fluid, replaced all of the spark plugs and the serpentine belt. I picked it up on 1/16/26. There was still shuddering, strange sounds (whining/grinding), and hesitation. On 1/20/26 I drove it and the rough/delayed shifting, whining noises, hesitation and burning smell started happening. The car completely broke down on the freeway and wouldn't drive at all. I had to slowly pull over to the shoulder of the freeway and have the car towed to the repair shop. They inspected it and said I need a new transmission, and it cannot be fixed. I believe the next steps are to have it towed to the toyota dealership to have it looked at.

863. On January 20, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[863]

> I am experiencing a turbine whining noise from my transmission while under load. This has been reported to be an issue that stem from incorrect assembly of the locking washer to the locking nut in the UA80F 8 speed transmission. Toyota only provided extended warranty to 2017-2018 vehicles but not all vehicles that were manufactured with the same exact transmission. This whine is a sign of premature transmission failure that can occur at any given time while driving which is an extreme safety hazard. Please do something to force Toyota to be held accountable of their poor manufacturing and fix this safety hazard via recall. There is a law suit from James LeBoutheller pertaining to this issue.

864. On January 21, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[864]

> 2019 highlander has a winding sound coming from engine area, no warning lights turned on but winding sound only occurs when in drive and accelerating. vehicle has 90000 miles and winding sound started around 80000 miles. i brought highlander to toyota service and they stated they heard the sound but didnt diagnose it.

---

[862] NHTSA ID: 11712131.

[863] NHTSA ID: 11712233.

[864] NHTSA ID: 11712316.

865. On January 21, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[865]

> On Monday December 15, 2025 our transmission failed as we began to drive up a small grade in between two sets of railroad tracks at the intersection of Cary, Ushers and Coons Crossing Road in the county of Saratoga, NY. If it had failed on one of the two sets of tracks it may have endangered us. On December 17, 2025 Northway Toyota in Latham, NY diagnosed the transmission failure at their dealership. I had attached the appropriate documents. The only warning for failure was a whining sound a few days leading up to the failure, but we thought it was a normal sound from the engine which we have subsequently learned was a sign of a failing transmission as we investigated prior complaints from others.

866. On January 21, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[866]

> While accelerating, the transmission is causing a whining sound that is consistent. Vehicle only has 94K miles on it. This is causing safety concerns with premature power train failure that could happen while a driver is in the road, which could lead to an accident. I have taken the vehicle to my local Toyota dealership and they did confirm that this is something they have been very often in the 8th Generation Toyota Camry's. They also confirmed that this is an issue with the transmission and is going into transmission failure. There has been no warning lights or indications for this matter except for the noise you hear while accelerating. After countless hours of research, Toyota has put out a TSB for this issue (TSB-0043-19). Unfortunately, this TSB has not fixed the issue with the power train. Currently, the UA80 8-speed automatic transmission is on a 60-90 day back order for how many transmissions are needing to be replaced for this issue. Not only is this a severe safety concern for the transmission to give out whilst driving in traffic, but it is a financial issue for many drivers having to pay up to $8,000 for this issue to be resolved.

867. On January 21, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[867]

> I bought this car used with about 100k miles, took it for a test drive around the block at the local dealership and didn't hear anything at the time. When I took it on the freeway for the first time I heard the Whining noise. It only happens when there

[865] NHTSA ID: 11712359.

[866] NHTSA ID: 11712382.

[867] NHTSA ID: 11712516.

> is a load on the transmission and gets louder as the speed increases. On top of that, it seems like it starts out in second or third gear sometimes I can't move until it downshifts which is extremely dangerous considering I've been sticking out in the street and other cars are coming! This apparently was a new design starting in 2018 and many people have been cursed by this transmission the more I keep reading up on this. I've owned many toyotas in the past and I've never had any issues, especially with the transmission. I've been quoted anywhere from $6k to $10k to replace the transmission and I cannot even remotely be able to afford that at this time. I feel like I'm driving a ticking time bomb, I need to listen to music to not drive me nuts and I can still hear the whine! If it weren't for this problem I couldn't really have any other complaints, but unfortunately this is a Very Big problem. The more I read this was a first year design and it looks like it failed miserably, I would call it a lemon. Every day I drive this car it slips while shifting gears, shifts too often or not enough. This thing should be replaced. Please, I am a loyal Toyota customer and hate that this has changed my mind. Please replace these faulty 8 speed transmissions.

868. On January 21, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[868]

> I am reporting a safety-related transmission failure in my 2019 Toyota. The vehicle suddenly lost the ability to drive forward without any warning. There were no check engine lights, warning lights, or alerts before or during the failure. The vehicle would only go in reverse and became completely undrivable. At the time of the failure, my children and my elderly mother were in the vehicle, creating a serious safety risk. Had this occurred in traffic or at an intersection, it could have resulted in an accident. After the failure, I contacted over 30 transmission shops and mechanics, and none are willing to rebuild or repair the transmission due to known and recurring issues with this Toyota transmission model. I contacted Toyota directly and was provided a repair estimate of approximately $8,000, which is unreasonable for a 2019 vehicle and makes repair financially impossible. The vehicle was towed and remains undrivable. I am currently paying $30 per day for a rental vehicle, causing financial hardship. I am submitting this complaint so this issue is documented as a potential safety defect

869. On January 22, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[869]

> The contact owns a 2021 Toyota Highlander. The contact stated that while driving at an undisclosed speed, the vehicle jerked abnormally and failed to accelerate as intended while depressing the accelerator pedal. The contact pulled to the side of

---

[868] NHTSA ID: 11712582.

[869] NHTSA ID: 11712736.

the road. The vehicle failed, then failed to respond while in drive or reverse. No warning light was illuminated. The contact called for Roadside Assistance and had the vehicle towed to a safe location. The vehicle was then towed to an independent mechanic, who diagnosed the vehicle and informed the contact that the transmission had failed and needed to be replaced. The vehicle was not repaired due to the cost. The manufacturer was not notified of the failure. The failure mileage was unknown.

870. On January 22, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[870]

> Vehicle experienced sudden loss of power and severe hesitation from a stop. Acceleration is extremely weak from approximately 0–20 mph, then returns to normal once moving. Traction control system automatically disables itself and check engine light illuminates. Vehicle feels unsafe when pulling into traffic or intersections due to delayed acceleration. Diagnostic trouble codes retrieved: P0740 (Torque Converter Clutch Actuator Stuck On), P0745 (Pressure Control Solenoid A Stuck Off), and P2713 (Pressure Control Solenoid D Stuck Off). Dealer recommended full transmission replacement costing over $11,000 at only 79,000 miles. Dealer stated this failure is common on this model. Similar failures have been reported by other owners of Toyota vehicles equipped with the UA80 8-speed automatic transmission. No recall currently exists for this issue. This condition presents a safety concern due to delayed acceleration when entering traffic and loss of traction control functionality. Vehicle is being driven minimally until repaired.

871. On January 23, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[871]

> 128,000 Miles and the transmission is making a whining sound that progressively gets worse with acceleration. Also has occasional erratic shift associated with no throttle response. Sound is obnoxiously loud on the freeway deeming it almost undriveable.

872. On January 23, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[872]

> The car started making a wining noise while accelerating. The car was brought to my local dealer where I always have my service done and they said I need a new

---

[870] NHTSA ID: 11712764.

[871] NHTSA ID: 11712854.

[872] NHTSA ID: 11713029.

> transmission. The cost will be approx. $9,300.00. The car has less than 84,000 miles on it and is just 6 years old. Every recommend service has been done to date.

873. On January 24, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[873]

> We have been hearing whining coming from the front of the vehicle for months. Over the life of our time with this car, we have reported to Toyota multiple times about the sound, and about how sometimes the engine seems slow to shift. The whining increases as you press the gas pedal. Toyota is aware of this issue with Highlanders, but has told us they aren't going to fix it, as there is no recall on the issue. Turns out, there's a TSB related to the exact issue that we have with our Highlander. Now that we are out of warranty, we are looking at potentially replacing the transmission of a vehicle that Toyota has a record of intentionally avoiding to repair. Multiple independent service centers have confirmed the issue. They all have referred us back to Toyota because of the severity of the issue. There were no warning lamps or lights or the issue. However, the "whining" is audible every time in the vehicle.

874. On January 24, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[874]

> I started hearing a winning noise that got louder with speed, this month I took it to the dealership in Austin, TX and they said it needed a new transmission. It only has 67,219 miles. My 2008 was sold at 219k miles with no problems. I see online there has been problems with this type of transmission for many years. They are replacing it with the very same transmission....

875. On January 24, 2026, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[875]

> My 2019 Toyota RAV4 8 speed transmission has died. There are 105,000 miles on it. I've read that my year and model of car have deficient transmissions and multiple class action lawsuits on this issue.

---

[873] NHTSA ID: 11713066.

[874] NHTSA ID: 11713091.

[875] NHTSA ID: 11713131.

876. On January 25, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[876]

> Technical Service bulletin was issued for my 2021 Highlander car in February of 2021 for a well documented transmission issue (whine and grind noise). We are now put in a position that requires us to replace the transmission at a substantial cost. This expense is budget crushing and any assistance in getting Toyota to assist with the expense would be greatly appreciated.

877. On January 25, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[877]

> Just after the 60,000 mile warranty, the car started making a whining noise when pushing the accelerator. This is part of the well known transmission problem. Transmission will need to be replaced.

878. On January 25, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[878]

> The vehicle experienced a malfunction of the 8-speed automatic transmission(UB80E). The transmission began slipping unpredictably, jerking when accelerating from a stop, and shifting extremely harshly between first and second gear. These symptoms occurred randomly and worsened over a short period of time. The vehicle would hesitate or surge when attempting to move from a stop, creating a loss of control risk in traffic and at intersections. Warning indicators, including the check engine light, illuminated as the condition progressed. The issue was reproducible during normal driving and did not develop gradually over extended use. The vehicle became unsafe to operate and is currently undrivable. The transmission has been inspected by manufacturer-affiliated service personnel, who indicated that similar transmission behavior is commonly reported in other vehicle models equipped with the same 8-speed automatic transmission (UB80E), though fewer reports are currently associated with this specific model. This failure presents a safety concern due to unpredictable power delivery, delayed acceleration, and violent low-speed shifting. The vehicle and transmission are available for inspection upon request.

---

[876] NHTSA ID: 11713180.

[877] NHTSA ID: 11713234.

[878] NHTSA ID: 11713286.

879. On January 26, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[879]

> Transmission failed catastrophically at 133,000 miles while vehicle was in operation at a busy intersection. Vehicle became immobilized and unable to move. Unable to safely exit vehicle due to traffic. Stranded for 60-90 minutes with multiple vehicles nearly striking the disabled vehicle, creating a serious safety hazard. Police were called but failed to show up. Prior to failure: Vehicle exhibited loud whining noise during initial startup that would sometimes lessen or stop. This symptom appeared sometime within the last 1,000 miles of operation. Toyota dealer service at 132k miles noted transmission fluid was "Ok" during routine maintenance. At 133k miles transmission failed catastrophically. Independent transmission service center reports burnt-smelling transmission fluid indicating severe thermal damage and transmission failure. Problem confirmed by two independent service centers. Transmission is available for inspection upon request. Vehicle is not drivable.

880. On January 26, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[880]

> Transmission has failed, making high pitched whining noise while accelerating. Will need full replacement the car only has 66k miles on it - just out of warranty

881. On January 26, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[881]

> - The vehicle has been experiencing shifting issues (its an automatic vehicle) when driving in all instances and at all speeds that has progressively gotten worse over the past 4-8 weeks. - As it seems to be a transmission issue (and a known one pending litigation) the safety issue is if the transmission fails during operation of the car. - It was brought to a dealership to be inspected after it was initially felt as more of a vibration than the more harsh shifting/engine sounds and issues that it is currently experiencing. The dealership thought it to be the front hub assembly/bearing that was the issue. I had the front driver side replaced and the issue still remains and has continued to worsen. It has not been inspected by the manufacturer, police, or insurance representative. - There have been no warning lamps or messages at all. - Through research it appears this is a known issue with ongoing litigation (2 class action lawsuits currently in litigation related to UA80F

---

[879] NHTSA ID: 11713296.

[880] NHTSA ID: 11713431.

[881] NHTSA ID: 11713495.

transmissions of which it appears that our VIN is in the affected group).

882. On January 27, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[882]

> i HAVE BEEN TAKING MY CAR TO TOYOTA FROM I HAD THE CAR, JUST NORMAL RECOMMENDATIONS. 2 WEEKS A GO NOTHING WAS WRONG WITH MY CAR WHEN I TOOK IT TO NALLEY STONECREST IN GA, NO ONE SAID ANYTHING TO ME ABOUT ANYTHING FEELING AWAY OR NOTHING ABOUT A CHECK ENGINE LIGHT( THAT'S WHEN I KNEW SOMETHING WASN'T RIGHT). IN LESS THEN 2 DAYS THE CHECK ENGINE LIGHT CAME ON AND INSTANTLY THE CAR STARTED TO DRAG AND LOOSE ACCELERATION AND WOULDN'T GO IN TO GEAR WHILE I AM ON THE HIGHWAY AND STUCK IN THE MIDDLE OF THE ROAD. I WENT TO NALLEY TOYOTA OF STONE CREST WHICH I SHOULDN'T AND EXPLAINED TO THEM WHAT HAPPEN. NOT EVEN LOOKING AT AT THE CAR THEY INSTANTLY SAID ITS A TRANSMISSION NEED TO REPLACE.( REMIND YOU THEY DIDN'T EVEN LOOK AT IT YET CAUSE I HAVE NOT TOWED IT YET. THEY WONT CHECK IT TO SEE IF THERE IS A PROBLEM THAT THEY MIGHT HAVE CAUSED OR ANYTHING, JUST QUICK TO SELL YOU A TRANSMISSION. SOMETHING NEED STO BE DONE CAUSE IF THIS MANY CARS ARE HAVING THE SAME PROBLEM SOMETHING NEED TO JUSTIFIED.

883. On January 27, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[883]

> My 2019 Toyota Camry has 75,000 miles and is experiencing a premature and progressive transmission failure that creates serious safety risks. Symptoms include hesitation and loss of power during acceleration, harsh and delayed shifting, RPMs increasing without vehicle movement, failure to properly engage gears (including reverse), and loud whining/grinding noises. These issues make the vehicle unsafe to drive, especially when merging, crossing intersections, or accelerating from a stop. Toyota and the dealership have confirmed the transmission is failing, yet Toyota has stated that no new or used replacement transmission is available and no repair timeline exists. The vehicle was returned to me despite being unsafe. Toyota has provided no transportation assistance, no repair ETA, and no remedy, leaving me with an undrivable vehicle and ongoing financial obligations. I am aware of numerous similar consumer complaints and ongoing litigation involving Toyota's 8-speed automatic transmissions exhibiting the same symptoms. This appears to be a systemic defect that poses a safety risk to drivers and the public. I am

---

[882] NHTSA ID: 11713718.

[883] NHTSA ID: 11713796.

requesting NHTSA review and investigation.

884. On January 27, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[884]

> The transmission is whining and is going out it is shifting hard now.

885. On January 28, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[885]

> 1. What component or system failed or malfunctioned? System: Power Train: Automatic Transmission Specific Component: UA80 8-Speed Automatic Transmission (Internal Failure) Available for Inspection: Yes, the vehicle is currently available. 2. How was your safety or the safety of others put at risk? While merging onto the highway, the transmission failed to upshift, resulting in a sudden and unexpected loss of acceleration. The vehicle could not reach or maintain highway speeds (speed limit). This created an immediate hazard as I was unable to keep up with the flow of traffic, forcing me to make an emergency exit across multiple lanes while moving significantly slower than other vehicles. The loss of motive power increased the risk of a high-speed rear-end collision. 3. Has the problem been reproduced or confirmed by a dealer? Yes. The problem was confirmed by Heritage Toyota Service. The technicians confirmed an internal transmission failure. A secondary consultation with a transmission specialist (AAMCO) also identified the failure as a known mechanical defect common to this transmission model. 4. Has the vehicle been inspected by the manufacturer... or others? Yes, it has been inspected by the authorized Toyota Dealership listed above. I have also reported the issue to Toyota Brand Engagement (National), but a corporate field inspection (DSPM) has not yet been performed. 5. Were there any warning lamps... or other symptoms? Symptoms: A distinct whining noise from the engine/transmission area that increased with vehicle speed. Prior Events: The vehicle was taken to the dealer specifically for this noise. The dealer performed a fluid change and released the vehicle. The catastrophic failure (loss of power) occurred less than 24 hours after leaving the dealership. No dashboard warning lights illuminated prior to the loss of power.

886. On January 28, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[886]

---

[884] NHTSA ID: 11713807.

[885] NHTSA ID: 11713876.

[886] NHTSA ID: 11713985.

> The contact owns a 2018 Toyota Highlander. The contact stated that while driving at an undisclosed speed, the vehicle was idling roughly with an abnormal sound. The vehicle was driven to the shoulder of the road. No warning lights were illuminated. The vehicle was towed to the dealer where it was diagnosed with transmission failure. The vehicle was not repaired. The contact ordered the parts to repair the transmission but was informed that the parts were not available nationwide. The contact stated that the failure was a known failure. The manufacturer was not made aware of the failure. The failure mileage was approximately 98,340.

887. On January 28, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[887]

> The contact owns a 2018 Toyota Corolla. The contact stated that while driving at 15 MPH, while attempting to depress the accelerator pedal, the vehicle failed to respond. A dealer was contacted. The vehicle was towed to dealer where the vehicle was diagnosed and determined that the transmission needed to be replaced. The transmission was replaced, and the vehicle was repaired. The manufacturer was notified on the failure but offered no assistance. The approximate failure mileage was 118,000.

888. On January 29, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[888]

> Issue: loud whining coming from transmission during acceleration, rough shifting, transmissions slips. Rough shifting noticed shortly after 25k warranty. More details: I had purchase my vehicle new at Dublin Toyota and have serviced my vehicle regularly recommended by Toyota dealer. Took into dealer for 90k service which included transmission fluid change. After the service I noticed that the bill didn’t include transmission fluid on the materials list. I called the service advisor and asked if it had been changed. The service advisor said he couldn’t prove it as it was not listed so he asked that I bring it back in and he will make sure it is changed. I brought the car back in.. The service team never mentioned any concerns with transmission. Whining started a couple weeks after. I took my car to transmission shop, who inspected a found black burnt transmission fluid with metal pieces. I informed them that I brought my car in for service which was supposed to include a transmission fluid change. They said it didn’t look like it was changed, and if it was, the the service tech would have noticed the black fluid and should have advised of transmission concerns. I was advised that the transmission is damaged beyond being rebuild and needs to be replaced. This failure is a known and acknowledged issue with Toyota UA80F/E transmissions. Technical Service

[887] NHTSA ID: 11714017.

[888] NHTSA ID: 11714098.

Bulletins T-SB-0160-18, T-SB-0008-21

889. On January 29, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[889]

Jerking shifting hard stalled in traffic

890. On January 30, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[890]

Transmission has High pitch when accelerating

891. On January 30, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[891]

Bought car in April 2025. Has 80,000 miles. Transmission failed.

892. On January 30, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[892]

THE TRANSMISSION FAILED SUDDENLY.

893. On January 30, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[893]

> While driving my 2018 Toyota Camry in active traffic, the vehicle suddenly stopped accelerating despite pressing the accelerator pedal. The engine remained on, but the vehicle would not move when pressing accelerator pedal. This occurred without warning and created an immediate safety hazard because surrounding traffic was moving normally and I was unable to maintain speed or clear the roadway. The loss of acceleration occurred while the vehicle was already in motion, not during startup, and placed me at risk of being rear-ended. There were no dashboard warnings prior to the failure. The condition appeared intermittent and

---

[889] NHTSA ID: 11714218.

[890] NHTSA ID: 11714395.

[891] NHTSA ID: 11714590.

[892] NHTSA ID: 11714593.

[893] NHTSA ID: 11714599.

> unpredictable. This issue is extremely dangerous because a driver cannot rely on the vehicle to accelerate when needed to avoid collisions or safely merge, cross intersections, or keep up with traffic flow. What Happened After the Failure The vehicle required pulling over / restarting / limping to safety due to inability to accelerate normally. This defect makes the vehicle unsafe to operate in normal traffic conditions. Γ╕╗ Additional Safety Concerns I have discovered numerous consumer complaints and ongoing litigation involving 2018 Toyota Camry automatic transmission failures, including reports of hesitation, loss of power, and failure to accelerate. This suggests a systemic transmission defect, not normal wear and tear. This failure presents a serious risk of crash, injury, or death, especially in intersections, highways, or congested traffic. Requested Action I am requesting that NHTSA: •Investigate this issue as a potential safety defect •Review similar complaints involving 2018 Toyota Camry automatic transmissions •Require corrective action, including recall or mandatory repair, if a defect is confirmed

894. On January 31, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[894]

> whinning noise during acceleration on the road and gear shift problems

895. On February 2, 2026, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[895]

> The contact owns a 2018 Toyota Sienna. The contact stated that while driving 30 MPH and ascending a hill, the vehicle started making an abnormal whining sound and hesitated while accelerating. The vehicle was driven to the dealer to be diagnosed. The vehicle was diagnosed with transmission failure. The manufacturer was notified of the failure. The failure mileage was approximately 126,000.

896. On February 3, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[896]

> Current Mileage is Approximately 82,000. Vehicles Transmission slips, harsh shifting, and sudden jerking when cold (but after Cold Start Protocol) Accelerator also has this issue, where the car will struggle to accelerate, jerking instead until foot is let off the accelerator and then reapplied. All services have been done at the dealer and on time. Original Transmission fluid changes reported metal shavings, and Transmission fluid was changed early. Vehicle is not subject to harsh/rough

---

[894] NHTSA ID: 11714697.

[895] NHTSA ID: 11715126.

[896] NHTSA ID: 11715273.

driving habits. Seems to be signs of premature Transmission Failure.

897. On February 3, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[897]

> Transmission starting making a whining noise failing at 106,950 miles. Inspection by transmission shop shows issue related to UA80E/F transmissions. Concerns or increased inspection for transmission were never mentioned during prior maintenance with dealerships or any notices sent out to owners. No warnings or codes recorded on system ECO. •Toyota Tech Tip T TT 0410 •Bulletin T SB 0160 18 •Bulletin T SB 0008 21 •Bulletin T SB 0122 20 •Bulletin T SB 0087 23

898. On February 3, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[898]

> 1. ABS TRACTION control on, PCS system activated, Secondary brake collision activated and will be available upon inspection. 2. happened mid street with cars in traffic and my daughter in the back seat 3. They are stating transmission but do not want to check ABS system faults. Car was new off the lot unsure why this problem got triggered. I went to Toyota Alhambra and Longo Toyota they do not want to address C codes this is a safety defect that needs to be brought up 4. Will be filing with corporate but wanted to address this issue as this is not the only Toyota with this issue. 5.UKNOWN from my acknowledgement there were no warnings before this happened. Toyota is assuming it is transmission refuses to check ABS system and address C codes

899. On February 4, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[899]

> On Sunday, February 1st 2026 during sub-freezing temperatures The vehicle's 8-speed automatic transmission (UA80) experienced a complete mechanical failure while driving. This resulted in a sudden and total loss of vehicle propulsion, requiring the car to be towed. Prior to the failure, the vehicle's AWD system indicator light was illuminated. The failure was diagnosed by Alexandria Toyota on February 3rd of 2026 as a catastrophic internal transmission failure requiring full replacement of the transmission Assembly with cooler (see attached quote). This defect causes an unreasonable safety risk by potentially stranding the vehicle

[897] NHTSA ID: 11715286.

[898] NHTSA ID: 11715418.

[899] NHTSA ID: 11715481.

in moving traffic or causing a crash due to unexpected loss of power.

900. On February 4, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[900]

> Failed UA80/F Transmission needs replacement for poor manufacturing

901. On February 5, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[901]

> While driving, the vehicle experiences unintended braking and refusal to accelerate. ABS, traction control, pre-collision system, and secondary collision brake warnings illuminate. Toyota dealer diagnostics documented ABS and brake system fault codes C1201 and C1A50. The vehicle also produces a loud whining/buzzing noise from the brake actuator area while stationary. Dealers have recommended transmission replacement despite active ABS/PCS fault codes and safety system involvement. The condition temporarily resets after battery disconnect but returns. This presents a safety risk due to unintended braking and loss of vehicle control. When this happened I was in the street with my daughter in the back we could have got injured.

902. On February 5, 2026, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[902]

> Around 67,000 miles I've been noticing a whining sound whenever accelerating. Sound disappears whenever foot is off the gas pedal.

903. On February 6, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[903]

> Vehicle makes a loud noise when under 65mph. Car shakes when breaking. Transmission needs to be replaced.

---

[900] NHTSA ID: 11715664.

[901] NHTSA ID: 11715961.

[902] NHTSA ID: 11716022.

[903] NHTSA ID: 11716074.

904. On February 6, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[904]

> I had the 60,000 mile service on February 2,2026 and after the service was completed I left the dealership and got on the freeway to go home. I heard a whining noise and immediately turned around and took it back to the dealer. I took the mechanic who worked on my car for a drive and he was able to hear the winding noise and we returned to the dealership. It took the mechanic three hours to come to the conclusion that I needed a new transmission. They still have my car and I have not heard anything about coverage or when it will be done.

905. On February 6, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[905]

> Complete transmission replacement for failure. Toyota said it is an unknown issue but has not issued a recall for 2020/2021 models. THIS NEEDS TO BE A RECALL. Toyota should be responsible, especially because they will not cover it if you go over your manufacturer warranty of 60k. I purchased this car last week, and had to get a full new transmission the following week because they did not disclose to me that it was failing!

906. On February 6, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[906]

> My Toyota was just in the shop for 100,000 mile service and investigation of whining noise upon acceleration. Was notified that the transmission needs replaced and will cost over $7500 . Transmissions are supposedly on back order. Upon further investigation, discovered there is a known issue with 2017-2019 Highlander transmissions that Toyota failed to issue a recall and failed to notify owners of these models. Repairs have not been made as transmissions are on backorder due to the magnitude of the issue.

907. On February 6, 2026, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[907]

> 2021 Camry, original owner. Maintained through lot through Toyota Care, whining

[904] NHTSA ID: 11716077.

[905] NHTSA ID: 11716104.

[906] NHTSA ID: 11716180.

[907] NHTSA ID: 11716336.

> noise began at 67k miles, after 3-4 years of ownership.(with in timeframe, but outside of 60k warranty) Toyota Vacaville quoted 12k for total transmission replacement.

908. On February 7, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[908]

> vehicle started making a nasty whining noise. Talked to Toyota, they stated it was normal. ive kept up on the transmission service as noted, and performed all said services before they were due, vehicle just rolled over to 108k and the whining noise got louder, and now the transmission is bad, called a friend at a different Toyota dealer and he stated that they have a lot of camrys with bad transmissions, and that toyota knows about it but wont acknowledge the issues.

909. On February 8, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[909]

> Transmission was slipping and hesitating from 50,000 miles up until it went completely out at 96,956. The day it went out, I pulled out onto the highway and there was no acceleration, it wouldn't move. It was flashing "traction control turned off" "check engine visit dealer" "check awd system" and the check engine light was on as well as the orange triangle with explanation point. Toyota said my vin wasn't covered under the TSB, so my extended warranty paid for most, but not all, of the transmisson and parts. They put in a new transmission but the new one does the same thing. It hesitates and slips with currently only 10,000 miles on the new one.

910. On February 8, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[910]

> I am reporting a complete" transmission failure on my 2018 Toyota Camry (2.5L Gas, UB80E 8-speed). The vehicle suddenly failed to engage 'Drive' or 'Reverse' properly. Even after a professional fluid service at a transmission is stuck in a 'limp mode' or high gear, requiring high RPMs just to move slowly. This is a well-documented issue among 2018 Camry owners involving harsh shifting and premature internal failure. Toyota refuses to provide a reasonable repair option, only offering a full replacement at an exorbitant cost ($5,000+), despite this being a known manufacturing defect in the UB80E units. This failure poses a significant

---

[908] NHTSA ID: 11716379.

[909] NHTSA ID: 11716517.

[910] NHTSA ID: 11716519.

safety risk, especially when the vehicle fails ".to accelerate in traffic

911. On February 8, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[911]

> While driving, my vehicle experienced a sudden transmission failure. The vehicle began to lose power and was unable to shift properly, making it difficult and unsafe to continue driving. I had the vehicle inspected and the transmission is currently being rebuilt. The mechanic performing the rebuild has stated that the failure was caused by a faulty build and a manufacturer defect, not normal wear and tear. I am currently awaiting written documentation from the mechanic confirming this, which will be submitted once received.

912. On February 8, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[912]

> We began noticing a whining sound that has progressively gotten louder and more frequent upon acceleration. After taking it to the dealership, they claim it requires a transmission replacement. According to the dealership themselves and information online, this seems to be a common defect with 2021 Highlanders.

913. On February 9, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[913]

> Poor acceleration and lose of transmission control ….complete safety hazard and the car has a failure to lose power while driving…..a humming noise and the car jerks while shifting gears

914. On February 9, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[914]

> I am writing about my 2021 Toyota Highlander XLE AWD VIN # [XXX] . I purchased this vehicle brand new on 3/29/2021 at 'Koons Easton Toyota' in Easton, MD. In October 2025 I started hearing whining noise from the engine compartment. It was audible only when accelerating the vehicle and would go away if I took my foot off the accelerator. On 10/22/2025, I took the vehicle for inspection

---

911 NHTSA ID: 11716528.

912 NHTSA ID: 11716593.

913 NHTSA ID: 11716628.

914 NHTSA ID: 11716805.

to 'Ourisman Toyota 40' dealership in Edgewood, MD. The technician told me that this is a known issue in this model/year and recommended to replace transmission as there was no other fix. He gave me a $9,995 estimate for transmission replacement. I subsequently learned that there was technical service bulletin on this exact defect released by Toyota on 2/9/2021. It said that models with UA80F transmission will make whining noise and then fail. The only remedy was to replace the transmission with brand new transmission part number 30500-0E160. This bulletin was posted on NHTSA website also. [XXX] This bulletin was released 50 days before I purchased the brand-new vehicle on 3/29/2021. My frustration and disappointment came from the fact that Toyota had known about this issue for 50 days and still proceeded to sell this vehicle to me. This is unacceptable as there should have been a recall on this defect or Toyota should have pulled the vehicle from the market. This is not about the powertrain warranty running out as that would apply to unforeseen issues that neither manufacturer nor buyer knew about in advance. It is about knowingly selling the customer a defective product even after disclosing the major defect publicly. Transmission failure can be a serious safety issue because it could have caused sudden loss of power and difficulty controlling speed. I request NHTSA to investigate these widespread Highlander transmission issues the same way Ford F150 transmission issues are being investigated. Thanks INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

915. On February 10, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[915]

My 2018 Toyota Highlander with 143k miles has poor acceleration shift lag and a whining noise from transmission. Dealer diagnosed and found transmission is failing and in need of replacement. They quoted $9624.00 to replace and the part is on backorder and could take months to get. Toyota customer assistance has declined any assistance with the repair even though they have a extended warranty program and a customer support program for the same year vehicle and with the exact same symptoms offering complete repair coverage regardless of mileage but declined my saying I'm not eligible due to the production date of my vehicle. I feel this vehicle is now unsafe to drive due to the possibility of complete transmission failure possibly at any time on the roadway.

916. On February 10, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[916]

•The transmission malfunctioned and developed an abnormal internal noise at approximately 67,000 miles, which is an unexpected failure at low mileage. The

[915] NHTSA ID: 11716924.

[916] NHTSA ID: 11717006.

> vehicle had been properly maintained and had no prior mechanical issues. Atlanta Toyota inspected the vehicle and confirmed the transmission had failed and required full replacement. The dealer also stated that as a result of the transmission failure, other related components showed excessive and abnormal wear. A second independent service center inspected the vehicle and confirmed the same diagnosis. The vehicle is available for inspection upon request. • This unexpected transmission failure created a serious safety risk due to the possibility of sudden loss of power, inability to accelerate, or complete transmission failure while driving. I rely on this vehicle daily to transport my child to school and to commute to work. A sudden failure while in traffic could result in becoming stranded or involved in a collision. • The vehicle was inspected by an authorized Toyota dealer and an independent service center. Both stated that the failure was unusual given the low mileage and normal use of the vehicle. • There were no warning lights, messages, or diagnostic trouble codes prior to the failure and afterward. The only symptom was an abnormal internal noise from the transmission, which began suddenly at approximately 66,000 miles. • The vehicle has received regular maintenance and is used for normal daily driving. There was no abuse, heavy towing, or unusual use that would explain a transmission failure at this mileage.

917. On February 10, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[917]

> The transmission in my 2021 Toyota Highlander began making a loud whining/whirring noise that increases with vehicle speed. The vehicle was inspected by a Toyota dealership, and I was told the transmission has failed and needs to be replaced. Toyota stated the repair would be out of pocket, despite the vehicle's age and proper maintenance. There were no warning lights prior to the failure. This condition affects drivability and raises safety concerns, including the risk of sudden transmission failure or loss of power while driving, especially at highway speeds. I believe this is a premature transmission defect and am reporting it for investigation.

918. On February 10, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[918]

> Toyota is asking me to pay for a brand new transmission replacement in my car that is only 5 years old, 74,000 miles on it. The cost is $10,000. How is it possible a brand new vehicle is needing this? I have read a lot of reviews that Toyota is knowingly using the transmission type that they even had to recall on earlier models. Why are they still making vehicles using this type of transmission when it continues to need total transmission replacement so early on? And Offer zero

[917] NHTSA ID: 11717098.

[918] NHTSA ID: 11717119.

assistance. We bought Toyota because we thought it was the best. I will never buy Toyota again, this is a huge cost for a young family with a teachers salary.

919. On February 11, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[919]

UA80 Transmission failure @ 3.5 yrs old and 89k miles.

920. On February 12, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[920]

Known transmission failure.whining noise when accelerating. T-SB-0008-21

921. On February 12, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[921]

Transmission whining, hard shifting on 1 and 2 and 3 JP Pauley toyota claim my 2018 Highlander is not part or TBD and neew transmission is required to fix issue quote $7300. to repair current mileage 156K

922. On February 12, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[922]

Transmission failure after 145k miles; confirmed by 3 independent service centers. ICS Malfunction appeared two days prior to car being sent to mechanic shop

923. On February 13, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[923]

2021 toyota highlander AWD limited - Car started making a whirling (whirring, whining) noise upon acceleration. It ramps up as accelerating. There are no warning lights showing. It stops when you take foot off of gas. Problem had been confirmed by 2 toyota dealers as needing a new transmission. One said it was in last gear, the

---

919 NHTSA ID: 11717264.

920 NHTSA ID: 11717532.

921 NHTSA ID: 11717595.

922 NHTSA ID: 11717642.

923 NHTSA ID: 11717730.

> other simply said noise was coming from the transmission and based on the NSB in 2021 it was transmission so would need to be replaced. One was $9700+, the other was $8600+. Went back and forth with Toyota to see if they would provide any help. They won't cover any of the cost. Husband has a 2019 toyota highlander XLE making the same exact noise. Haven't taken it yet for diagnostics

924. On February 13, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[924]

> Transmission shifting issues even with regular fluid changes. Struggles to find gear and occasional slip especially when its colder outside. Seems to be a widespread issue that needs to be addressed.

925. On February 14, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[925]

> Transmission failed at 63,000 miles, new transmission was installed.

926. On February 16, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[926]

> I purchased my brand new Highlander on January 31, 2021 and was told today that I need a transmission replacement. My vehicle started about two month ago with a whining sound while accelerating. My vehicle currently has 78,000 miles and is out of the extended warranty of 60,000/5 year. I learned that Toyota released a bulletin on February 9, 2021 stating transmission issues for particular Toyota models, the Highlander being one. After researching the issue, there are several stories of Highlander owners who are experiencing the same issue. It's a shame that they knew of the problem in February 2021 and with the transmission replacements on vehicles less than 5 years old and haven't issued a formal recall for this known defect.

927. On February 16, 2026, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[927]

---

[924] NHTSA ID: 11717913.

[925] NHTSA ID: 11717969.

[926] NHTSA ID: 11718225.

[927] NHTSA ID: 11718234.

Transmission

928. On February 16, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[928]

> Transmission failure. Unexpectedly failed while driving. Failure to accelerate before total failure. Repaired with used transmission since new ones are unavailable. Called Toyota to report the failure. No acknowledgement of any failure mechanism.

929. On February 17, 2026, the owner of a 2024 Toyota Camry submitted the following complaint to NHTSA:[929]

> I have a 2024 Toyota Camry with a ua80 transmission and started having problems around 92000 miles and I'm starting to have a lot more at 109,000 miles which is a little ridiculous for a transmission that is way too early very concerned for my safety on a pretty new vehicle with not that many miles

930. On February 17, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[930]

> The transmission started making a whining sound. There is a Toyota customer support bulletin pol19-04 that mentions this issue however the dealer says this car is not covered

931. On February 17, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[931]

> 2018 Toyota Highlander Platinum started with a whine noise, vibration, and went into limp mode. The transmission has been noted to needing to be replaced. I am currently at 75,453 miles and started to hear the whine at around 65,000 miles. This car is not safe to drive.

---

[928] NHTSA ID: 11718334.

[929] NHTSA ID: 11718572.

[930] NHTSA ID: 11718664.

[931] NHTSA ID: 11718672.

932. On February 18, 2026, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[932]

> 2021 Toyota Camry Transmission failure. On November 28th, 2025, my car started doing a hard shudder. I pulled over, then turned my car off. When I started my car back up, it would only drive in reverse but not forward. I had my car towed to a Toyota dealership and explained to the man at the front desk what happened. The guy went to talk to the mechanic then came back and told me that the mechanic said that there is no need to do a diagnostic test and that I just need to get another transmission. Toyota never bothered to look at my car but gave me a quote for almost $8,000, then preceeded to tell me that they may not even be able to get the transmission at all. Now, I have a car that I'm still paying for and can't drive.

933. On February 18, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[933]

> I’m concerned that my transmission was defective. My vehicle has 94K miles and was told by dealer I needed a new transaxle. We have never used our vehicle to tow or ever been stuck. It just doesn’t make sense why it would be defective. I was able to locate a Toyota bulletin regarding this.

934. On February 18, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[934]

> The contact owns a 2019 Toyota Highlander. The contact stated that while driving at various speeds, there was an abnormal whining sound coming from the transmission. Later, while the contact’s wife was driving approximately 50 MPH, the vehicle went into LIMP Mode and decelerated unexpectedly. The contact diagnosed the vehicle and determined that there was a failure with the torque converter. The local dealer was notified of the failure, but no assistance was provided. The vehicle was not repaired. The manufacturer was not yet notified of the failure. The failure mileage was 128,000.

935. On February 18, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[935]

---

[932] NHTSA ID: 11718703.

[933] NHTSA ID: 11718729.

[934] NHTSA ID: 11718876.

[935] NHTSA ID: 11718883.

> I am reaching out regarding our 2021 Toyota Highlander which currently has $65 K miles and is just out of warranty. Recently we noticed a wining noise during acceleration. We took the vehicle to the dealer who told us that the transmission will need to be REPLACED. $9500 repair. This is a known issue with Toyota and they will not work with us on this. We are stuck! No customer goodwill! Thank you!

936. On February 18, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[936]

> The 2019 model year UA80 transmission abruptly failed while driving at under 88,000 miles, just a bit beyond the warranty period. I have to sell the car as is and take a $10,000 loss because of this defect by Toyota. My mechanic has photos and will document all the details. My safety was absolutely at risk when the vehicle abruptly stopped on the road while driving during a major rain storm but luckily nothing bad happened. Thankfully I was on a local surface street and not the freeway or a busy intersection. I was towed to my mechanic that has been servicing my vehicle since 2021. My mechanic did a thorough inspection and determined the transmission had failed. He also confirmed this is a chronic problem with several make and model years for several Toyota and Lexus vehicles that use the UA80 transmission. I also learned several class action lawsuits against Toyota were recently filed. There was really no warning other than it ran a little rough in the morning 2 days prior to the car stopping abruptly on the road. This was just a week or so after being with my mechanic for regular service. There are no replacement UA80 units available from Toyota, they are on back order due to all the failures, so my only option is to walk away and take a huge loss or spend $9,000 on a used unit that will ultimately have the same issue. I am probably going to sell at a loss and get a different vehicle.

937. On February 19, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[937]

> The contact owns a 2021 Toyota Highlander. The contact stated that while driving at an undisclosed speed, there was an abnormal whining sound coming from the transmission. The contact was concerned about the sound and contacted a dealer. The vehicle was driven to the dealer and was diagnosed with transmission failure. The vehicle was not repaired. The manufacturer was notified of the failure. The failure mileage was 60,347.

---

[936] NHTSA ID: 11718896.

[937] NHTSA ID: 11719094.

938. On February 19, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[938]

> Transmission failure of 2022 Toyota Highlander LE at 82,329 miles. Safety compromised due to possible roadside failure.

939. On February 20, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[939]

> In July of 2025 my 2017 Sienna started making a whine noise. Took it to mechanic and he stated it was likely coming from transmission but recommended we take it to Toyota dealership to confirm. So we took it to Toyota and sure enough they said the transmission was failing. They said it was due to high mileage but it only had just over 150,000 at time of incident. After doing some research on line and talking with other Sienna owners I believe our Sienna should fall under the UA-80 recall.

940. On February 20, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[940]

> At approximately 120,000 miles, the vehicle began exhibiting a pronounced shudder or vibration between 40–50 mph under light acceleration or steady cruising. The condition progressed to delayed shifting and intermittent loss of acceleration response. The most concerning issue is hesitation and reduced acceleration when attempting to merge into traffic or increase speed. On multiple occasions, the vehicle failed to respond promptly to throttle input, creating a potential safety hazard due to loss of propulsion. The vehicle was evaluated at two authorized Toyota dealerships. Both indicated that the condition is consistent with torque converter or transmission failure. Full transmission replacement was recommended at an estimated cost of approximately $9,000. No whining or grinding noises are present; symptoms primarily involve shuddering and hesitation. The vehicle has not been driven since October 21, 2025, due to safety concerns and to prevent further damage. The vehicle has been regularly maintained at Toyota dealerships and has not been used for towing. This complaint concerns loss of acceleration, transmission shudder, and potential premature failure of the 8-speed automatic transmission.

---

[938] NHTSA ID: 11719234.

[939] NHTSA ID: 11719297.

[940] NHTSA ID: 11719509.

941. On February 21, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[941]

> I have been hearing a high pitched whirling noise. I took it to my dealership and the diagnostic report said it was an internal transmission problem. They said there was no code identified when they ran the diagnostic test, but they could also hear the noise. There were no other symptoms of an issue other than the noise I heard. I have done all scheduled maintenance for this car since I leased, then purchased it in 2019. When I researched the issue further, I found that vehicles from 2019 are known to have been built with faulty transmissions. I did not know this at the time of purchase.

942. On February 21, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[942]

> Transmission failed in May 2025, around 95,000 miles. Had to have entire transmission replaced. Shop said metal filings were found in the fluids, leading to the breakdown and need for full replacement. No other warning lights or lamps indicated a problem. A high pitched whining noise was the indicator, which then led to several visits to the shop, monitored the issue, changed fluids, but the transmission eventually failed. Transmission failed in May of 2025, it took 3 months for a new transmission to be built and shipped to the midwest for install in Aug 2025.

943. On February 23, 2026, the owner of a 2018 Toyota Sienna submitted the following complaint to NHTSA:[943]

> My 2018 Sienna had developed a whining noise when accelerating. After taking it in to the mechanic, they advised the transmission was failing. Estimated price tag of $6500-7000 to repair. The vehicle has less than 140K miles. Looking at different issues with this make/model and year, it seems like its rather common. I bought a Toyota for its reputation of getting at least 200K if not more miles. I called both the dealer and Toyota themselves. Both said too bad, so sad - nothing they could do for me.

---

[941] NHTSA ID: 11719544.

[942] NHTSA ID: 11719603.

[943] NHTSA ID: 11719964.

944. On February 23, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[944]

> Ua80 transmission failed.

945. On February 24, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[945]

> My 2020 Toyota Highlander, with 83k miles, started making a whining noise when accelerating. I took the vehicle to a local auto shop and they advised there was a transmission issue. There were never any warning signs of issue. I then took the vehicle to Antwerpen Toyota in Clarksville, MD (where the vehicle was purchased) and paid $185 for a diagnostic appointment. On February 20, 2026, The dealership provided a written estimate for "Replace automatic transmission assy" with a total cost of $9,403.77. I am very concerned for the safety of myself and others continuing to drive the vehicle without proper repair. The vehicle is otherwise in great condition and I keep up with all regular maintenance.

946. On February 25, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[946]

> The contact owns a 2018 Toyota Highlander. The contact stated that while driving at an undisclosed speed, the vehicle made grinding sounds while accelerating. Additionally, the vehicle jerked while shifting into gear. The vehicle was taken to the dealer, who determined that the transmission fluid was dirty and that the transmission assembly and torque converter needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure. The failure mileage was approximately 107,700.

947. On February 25, 2026, the owner of a 2024 Toyota Highlander submitted the following complaint to NHTSA:[947]

> Detailed Description of the Incident: I am reporting a recurring powertrain safety issue regarding the 8-speed automatic transmission (UA80-series) in my vehicle. [Symptoms] During cold-start conditions (outside temperatures below 30°F), the vehicle consistently experiences a violent jerk/shock and an audible clicking noise

---

[944] NHTSA ID: 11720025.

[945] NHTSA ID: 11720132.

[946] NHTSA ID: 11720442.

[947] NHTSA ID: 11720553.

during the first 2nd-to-3rd gear transition. This physical impact is severe enough to be felt directly by the driver through the accelerator pedal. The issue is highly predictable, occurring once after every "Cold Soak" period (6+ hours of sitting). [Dealership Failure] I presented the vehicle to an authorized Toyota dealership for diagnosis. Although the conditions for the issue were met, the technician stated they "could not feel or verify" the shock that I, as the primary driver, clearly experience. By failing to acknowledge a physical powertrain shock, the dealership is dismissing a potential mechanical failure as "normal operation" simply because no Diagnostic Trouble Codes (DTCs) are triggered. [Safety Risk] The failure to verify this symptom does not eliminate the safety risk. This unexpected shift shock causes a momentary hesitation in power delivery. If this occurs while merging into traffic or navigating an intersection immediately after a cold start, it creates an unpredictable vehicle response, significantly increasing the risk of a rear-end collision. [Request] I request NHTSA to investigate this specific 2-3 shift shock in 2023-2024 Toyota Highlanders. Toyota's reliance on electronic codes to diagnose physical transmission defects is leaving drivers at risk of sudden powertrain failure or accidents in cold climates.

948. On February 26, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[948]

My vehicles transmission suddenly failed on the highway and caused me to almost crash; I lost control of the vehicle but no damage was sustained to the car. the transmission failed without any incident or reason; further research indicates multiple class action lawsuits against toyota for knowingly selling malfunctioning UA80 Transmissions in many of there 2018-2024 models, including my 2018 Camry XSE. 7grand for a repair on a vehicle that I purchased for 30k and the vehicle was certified by toyota.

949. On February 26, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[949]

Whining noise upon acceleration

950. On February 26, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[950]

---

[948] NHTSA ID: 11720677.

[949] NHTSA ID: 11720774.

[950] NHTSA ID: 11720831.

> Transmission failed at early miles around 90k

951. On February 26, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[951]

> Tramision it no good make nose and power go off transmisi├│n lose power and make smoke

952. On February 27, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[952]

> At around 70,000 mi the transmission started making noises and at the 80,000 mile marker I took it in for its maintenance they found debris in the transmission fluid and I was just told it's either a replace it now or replace it when it falls out of the vehicle. A vehicle with less than 100,000 mi and I am the only owner, for the transmission to go out or start going out and Toyota not solve problems is ridiculous

953. On February 27, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[953]

> I began noticing louder noises coming from my Camry over the last couple months. The car started jerking forward more, stalling and hesitating to pick up speed, and I became increasingly concerned about my ability to control the car. Took the car in on Tuesday February 24th for a routine oil change at suburban Toyota of Troy and I informed them of the issue. Completed oil changed and They informed me that transmission fluid looked good, we just flushed it last year, and there was nothing they could notice right away wrong. They said they initially could not detect a problem but eventually noticed hesitation and jerking of the car when testing it. The dealer informed that a software update might help the jerking. I was told there was no guarantee that the update would help. There were also no warning lights on the dash at any time. I was not told that I should do the update right away and so I planned to bring the car back. Two days later, on 2/27/26, upon driving my car for five mins, it began jerking, making very loud sounds, and failed to accelerate. I had never experienced this issue to this degree and It was very scary and dangerous to experience this during rush hour traffic. The car then completely gave out, stopped driving altogether and the car began smelling like something was burning. I had it towed back to the dealer. the dealer told me that the transmission is a complete failure. The car is in otherwise good condition. This is extremely

[951] NHTSA ID: 11720836.

[952] NHTSA ID: 11720897.

[953] NHTSA ID: 11721020.

> disappointing because I just paid this vehicle off and now I have to pay Toyota 8900 for a new transmission or get a new car.

954. On February 28, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[954]

> Vehicle: 2020 Toyota Highlander XLE Purchased: August 2020 Owner: Original owner Transmission: UA80F Dealer quote for "Transmission assembly remove and replace: $8,666.22 +tax The vehicle is experiencing delayed acceleration (lagging power) and a loud whirring noise from the transmission when the accelerator pedal is pressed. The whirring noise immediately stops when the accelerator pedal is released. The Toyota Highlander had just exceeded the 60,000 mile/5 year powertrain warranty. Vehicle has 68,079 miles and is 5 1/2 years old. The delayed acceleration creates a serious safety hazard, particularly when starting from a complete stop while attempting to make a turn into traffic. On multiple occasions, the vehicle failed to respond promptly when the accelerator was pressed, placing the vehicle at risk of being struck by oncoming traffic. On February 17, 2026, Oakbrook Toyota diagnosed the vehicle with a failed/bad transmission after charging a $200 diagnostic fee to investigate the whirring noise and power delay. This failure occurred on a vehicle that has been properly maintained and has not been modified. Upon searching the Internet, there are many, many complaints regarding the UA80 transmissions failing between 60,000 and 70,000 miles. There are also multiple lawsuits filed for failed transmissions.

955. On March 1, 2026, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[955]

> Delayed acceleration, jerking shifting between gears and whining noise

956. On March 2, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[956]

> Transmission began making a whining noise around 70,000 miles. Transmission completely failed at 90,000 while driving on the highway and lost all forward gears and neutral. Only reverse gear works.

---

[954] NHTSA ID: 11721186.

[955] NHTSA ID: 11721278.

[956] NHTSA ID: 11721487.

957. On March 2, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[957]

> 2018 toyota highlander awd. Whining noise when gas is pressed. Whining stops when gas pedal not engaged. Started at 116000 mileage. Regular service done at dealer. Slippage/ delay in gear shifting (automatic). No light on dash to show there may be an issue. Bought a toyota, because they are supposed to be great cars that run long time. Not real happy to hear that they know they have quality and training issues that can seriously hurt people, and they are not doing anything about it. And "their"consumers have to eat the cost for their mistake. I hope nhtsa files another motion to cover move of the vehicle having the powertrain issue

958. On March 3, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[958]

> The contact owns a 2021 Toyota Highlander. The contact stated that while driving at an undisclosed speed, there was a whining sound coming from the vehicle. There was no warning light illuminated. The vehicle was taken to the dealer, where it was diagnosed with transmission failure. The dealer stated that the transmission needed to be replaced. The vehicle was repaired. After the vehicle was parked and turned off, there was transmission fluid leaking from the vehicle. There was no warning light illuminated. The vehicle was taken back to the dealer, where it was diagnosed and determined that the head gasket had failed and needed to be replaced. The vehicle was repaired. The contact then noticed fluid leaking from the transfer case while the vehicle was parked and turned off. The vehicle was taken back to the dealer, where it was diagnosed and determined that the transfer case had failed and needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure. The approximate failure mileage was 74,700.

959. On March 4, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[959]

> My vehicle is experiencing a transmission safety issue that has been diagnosed by the authorized Toyota dealer service center (Toyota of Scranton). During my most recent service visit on 3/2/26, the dealer reported that the transmission is "failing and whining" and recommended full transmission replacement. This condition creates unsafe driving behavior, including abnormal whining noise during acceleration and the concern for sudden transmission failure while driving. The

---

[957] NHTSA ID: 11721585.

[958] NHTSA ID: 11721799.

[959] NHTSA ID: 11722041.

Highlander started exhibiting issues with the transmission within the past 7 days. This issue appears consistent with the known transmission defect referenced in Toyota Technical Service Bulletin T-SB-0008-21, which addresses whining and grinding noises caused by internal transmission component failure in 2021 model-year vehicles equipped with UA80-series transmissions. Multiple independent reports indicate that this condition can worsen and may lead to loss of power or drivability while the vehicle is in motion. For safety reasons, I am submitting this complaint so the issue can be evaluated as part of any ongoing or future defect investigations. I am concerned about the potential risk of transmission failure while driving, which could increase the chance of a crash.

960. On March 6, 2026, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[960]

It takes time to accelerate. The car jerks and shakes before moving

961. On March 6, 2026, the owner of a 2019 Lexus ES submitted the following complaint to NHTSA:[961]

I am reporting a potential transmission issue with my 2019 Lexus ES 350. At around 70,000 miles, the vehicle began developing a whining noise at low speeds when the accelerator pedal is depressed. The noise has persisted and appears to be gradually worsening. The symptoms match numerous complaints I have seen from other owners regarding premature failure of the UA80 transmission, particularly the whining sound during low-speed acceleration. This issue began approximately one year ago and raises concerns about a possible widespread defect affecting this transmission model. I want Lexus to repair my vehicle free of charge as it appears to be a manufacturing defect.

962. On March 6, 2026, the owner of a 2020 Lexus ES submitted the following complaint to NHTSA:[962]

Car has been stalling, jerking and revving of the engine! Transmission service was done around 100,000 miles, about 30000 miles later, car was taken back to dealer and they were unable diagnose a problem. Issue got worse until it became undriveable. Car towed back to dealership only to be told I need a transmission on a pre owned certified car!

---

[960] NHTSA ID: 11722511.

[961] NHTSA ID: 11722597.

[962] NHTSA ID: 11722630.

963. On March 7, 2026, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[963]

> Transmission is staying in a higher gear at lower speeds and making vehicle shutter. You have to push on gas quite a bit to finally get it to downshift.

964. On March 8, 2026, the owner of a 2021 Toyota RAV4 submitted the following complaint to NHTSA:[964]

> The entire transmission failed according to the Toyota Service Center in Hyannis, MA. My vehicle is only 5 years old, only has 42,245 miles, no history of any accidents, I am the only owner, and had regular and consistent service. My vehicle is available for inspection. I am now part of the class action lawsuit against Toyota for knowingly selling cars with the defect in the UA80 8-speed automatic transmissions and torque converters. The transmission failed while I was on the road driving, which could have been a potentially very dangerous situation. The vehicle was inspected by the independant Ira Toyota Service Center of Hyannis. There were 5 different warning lights that suddenly came on while I was driving, and I immediately went straight to the nearest Toyota center as soon as the lights came on. Apparently, according to the class action lawsuit, engineers warned Toyota about the flaws in the UA80 8-speed automatic transmissions and torque converters, but they sold vehicles with them anyway. I am not the only victim. I informed toyota of the issue, but they will not repair it. Here is information about the class action lawsuit that many others are part of now too: [XXX] Here is another lawsuit in NJ for the same issue: [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

965. On March 10, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[965]

> High pitch wine when accelerating

966. On March 11, 2026, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[966]

---

[963] NHTSA ID: 11722683.

[964] NHTSA ID: 11722853.

[965] NHTSA ID: 11723209.

[966] NHTSA ID: 11723465.

> My transmission is making a whining noise that starts round 20 mph and gets louder the faster I drive.

967. On March 12, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[967]

> Our 2019 Toyota Highlander currently has 54,605 miles. In August 2025, when the vehicle had 50,236 miles, we brought it to the Toyota dealership to address a whining noise coming from the transmission. At that time, the vehicle was still under the manufacturer's warranty. The dealership performed a transmission service during that visit. Within the following weeks, however, the whining noise returned, and the vehicle began experiencing hard and delayed shifting. Our children and grandchildren have recently moved to Washington, and we had planned to drive there to visit them. Unfortunately, we are now reluctant to drive the vehicle due to safety concerns, as we have been advised that the transmission may be failing. The dealership has now recommended a full transmission replacement. Because the original concern was reported while the vehicle was still under warranty, we believe the issue should have been properly diagnosed and resolved at that time. However, the problem was not addressed, and the vehicle is now outside the warranty period, with Toyota declining to cover the cost of the replacement transmission. Given that the problem was first reported while the vehicle was under warranty, we are requesting that Toyota reconsider covering the transmission repair or replacement.

968. On March 12, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[968]

> The transmission in my 2019 Toyota Camry failed prematurely at approximately 99,854 miles and causes the vehicle to fail to engage properly when shifting into drive. The dealership confirmed the transmission requires replacement. Because this defect affects the vehicle's ability to move safely from a stopped position, it represents a potential safety hazard.

969. On March 13, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[969]

> 1. The vehicle's transmission appears to be failing. I was driving my 2020 Toyota Highlander on the freeway at about 75 mph with my family in the vehicle when the

---

[967] NHTSA ID: 11723801.

[968] NHTSA ID: 11723853.

[969] NHTSA ID: 11724164.

> car suddenly lost power and would not accelerate properly even though the engine was still running. Because of the sudden loss of power, I had to carefully move the vehicle to the shoulder of the freeway. At the time I did not realize it may have been related to the transmission. 2.Recently I brought the vehicle to an authorized Toyota dealership for a routine oil change and because I had started hearing a whining noise when accelerating, especially above about 30 mph. After inspecting the vehicle, the dealership informed me that the transmission needs to be replaced and provided a repair estimate of approximately $9,800. The vehicle currently has around 72,000 miles and the transmission is available for inspection upon request. 3.The sudden loss of power on the freeway created a dangerous situation because traffic around us was moving at highway speeds. My family was in the vehicle and I had to maneuver the car to the shoulder while vehicles were passing at high speed, which could have resulted in a serious accident. 4.The issue has been confirmed by the authorized Toyota dealership service department. When the incident occurred and we were stopped on the shoulder of the freeway, we contacted the highway patrol because we were concerned about our safety while stopped on the highway. 5.No warning lights or messages appeared on the dashboard prior to the loss of power. The only symptom noticed before bringing the vehicle in for service was a whining noise during acceleration.

970. On March 13, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[970]

> Vehicle makes a whining noise like a siren when accelerating at 40mph or more when you let go of the accelerator the noise stops. I've been told by a mechanic its the transfer case or related transmission component. Toyota should declare a recall since it can cause an accident if the car stops in the middle of the highway.

971. On March 14, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[971]

> Vehicle produces a noticeable whining noise under acceleration. Shifting is completely normal and no other drivability issues are present. Issue matches the pattern described in TSB T-SB-0008-21 (UA80E/UA80F front carrier assembly pinion shaft bearing failure). Multiple owners report dealers are diagnosing this as requiring full transmission replacement at $8,000–$12,000, with no partial repair or recall offered despite Toyota's prior knowledge of this defect in earlier model years (ZJC Warranty Enhancement Program for 2017–2018). Requesting NHTSA investigation

[970] NHTSA ID: 11724185.

[971] NHTSA ID: 11724257.

972. On March 14, 2026, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[972]

> Started hearing a whining noise upon acceleration. Took car to Toyota for a diagnostic check. Discovered transmission is failing. Recommended repair is a full transmission replacement, quoted $10,000. After bringing to a local mechanic for a second opinion, he claims this is a widespread issue with Toyota Siennas in similar years. After some research, Toyota quietly claims there was an issue in the manufacturing of these transmissions however won't take accountability

973. On March 14, 2026, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[973]

> I purchased my vehicle from a certified used car dealership in Connecticut in 2020 with a little over 1800 miles. Since purchasing the vehicle, it has been very reluctant to down shift and had slight transmission whine. I was notified of a recall for I believe the TCM a few months after purchasing it, which i had remedied by the dealership. Over the years, my car has been maintained completely to Toyotas manufacturer standard. Around 50,000 miles i started experiencing shuddering during shifts and slipping during shifts and a louder whine Around 89,000 miles my transmission symptoms worsened. Sporadic shifting, obvious whine, grinding and clunking during shifts and shifting between gears, and clicking from a stop. At 97k i serviced the transmission fluid which seemed to help a little bit but did not get rid of the symptoms fully. The fluid was dark brown, which was serviced 3,000 miles before Toyotas recommended interval. I then replaced the driver side cv axle shaft which also did not remedy any symptoms and i was notified by my shop that it was premature transmission failure. Now at 100,998 miles, my transmission grinds and clunks during all lower gear shifts, will shift through gears while maintaining steady speed, and whines audibly from the exterior and interior. My car is still running and driving for now, but after research this is a very common issue with the UA80E transmission and Toyota has knowingly sold these cars with these production errors putting people at risk of injury and financial nightmares.

974. On March 15, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[974]

> My wife was driving here Highlander at freeway speeds when the vehicle started slowing and would not respond to the throttle. No warnings lights. It would drive

[972] NHTSA ID: 11724299.

[973] NHTSA ID: 11724323.

[974] NHTSA ID: 11724453.

> but not accelerate to any reasonable speed. She pulled off the freeway and found a parking lot to test, restart car, etc. Again, no warning lights. Once in park, the vehicle would not shift into gear but only revved. The vehicle could not be driven and towed to a Toyota dealer and after a number of tests, it was diagnosed as a blown transmission. It was replaced at great expense. I do not know what the dealer did with the transmission but it was not tested. The safety issue is the sudden and expected loss of power/drive train on a freeway. The vehicle has been well maintained. At 100K, plugs and transmission fluid were replaced. Although the vehicle had around 130K miles, the transmission should not have failed in my opinion.

975. On March 16, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[975]

> Transmission began making high pitch whining sound with hard shifting to second gear. Within one year the transmission completely went out and was stuck in third gear.

976. On March 16, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[976]

> My 2020 Toyota Highlander experiences transmission jerking and hesitation during low speed acceleration. The issue was first reported to the dealership while under warranty but was not diagnosed. The vehicle now requires transmission replacement 7k miles over the warranty despite the issue being reported during the warranty. Toyota has refused a repair under warranty and has violated their terms of powertrain warranty. This 8 speed transmission commonly has issue during production years 2017-2022 and toyota has admitted to a production defect. Despite that they have refused a goodwill repair or a warranty repair.

977. On March 16, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[977]

> My transmission is slipping / hesitating / delay shifting. I have always had it serviced on time and taken very good care of it. I even went and had the fluid flushed & refreshed and it is still happening. It makes driving unpredictable and makes me feel extremely unsafe in my car. There aren't any lights on, on my

---

[975] NHTSA ID: 11724657.

[976] NHTSA ID: 11724730.

[977] NHTSA ID: 11724751.

dashboard. It has not been inspected by the manufacturer, police, or insurance.

978. On March 16, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[978]

> The transmission began making a wheezing sound. The dealership looked at the vehicle and determined it needed a new transmission. This is a known problem. Toyota issued a service bulletin on the issue in February 2021. I purchased the vehicle a few months after that. T-SB-0008-21

979. On March 17, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[979]

> During acceleration above 25 mph a noticeable whining sound is heard from the transmission. When not acceleration the sound goes away. The vehicle only has 72300 miles

980. On March 18, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[980]

> My 2021 Toyota Highlander is experiencing a transmission issue causing a high pitched whining. It has the problematic UA80F. Toyota has declined to remedy the problem even with it being a known issue.

981. On March 18, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[981]

> 2021 Toyota Highlander xse all-wheel drive model. Transmission failure: unusual sounds started just after 60,000 miles. Transmission began to whine mid-70,000 miles. Repair costs $8,000. Transmission business recommends rebuilding the Transmissions due to poor design and known issues.

---

[978] NHTSA ID: 11724783.

[979] NHTSA ID: 11724906.

[980] NHTSA ID: 11725246.

[981] NHTSA ID: 11725270.

982. On March 19, 2026, the owner of a 2023 Toyota RAV4 submitted the following complaint to NHTSA:[982]

> The 2023 Toyota RAV4 8-speed transmission is catastrophically defective and poses an immediate safety hazard. It exhibits severe hesitation, slipping, and lurching when accelerating from a stop or low speed, and when attempting to merge into high-speed traffic (I-15/Las Vegas), creating a high risk of rear-end collisions. During these events, the RPMs spike and fall rapidly but the vehicle fails to accelerate. Furthermore, the vehicle lunges forward while the brakes are applied. The engine actively fights the braking system, requiring extreme physical force to stop the car and prevent front-end collisions. This lunging has repeatedly triggered the Pre-Collision System, causing the seatbelts to lock and tension against the driver's body. Additionally, the vehicle exhibits steering resistance and feedback during turns, making it difficult to maneuver safely. The local dealership (AutoNation Toyota Las Vegas) inspected the vehicle and claimed these life-threatening behaviors are "normal" for this model.

983. On March 19, 2026, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[983]

> Reported issues of lag in acceleration and harsh shifting into reverse, the vehicle has been brought to the dealership multiple times stemming from shortly after previous, there are no warnings lights on. I requested the dealership provide in writing if the deemed the vehicle safe for operation. They would not do so. I requested a loaner while my vehicle is being reviewed for repurchase and was denied. When my repurchase claim was denied, I requested a reconsideration and again a loaner.

984. On March 21, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[984]

> Automatic transmission. Whining noise from transmission only while accelerator is pressed, goes away when let off the accelerator pedal.Transmission can quit working unexpectedly. 8 speed transmission that there are a lot of complaints on internet about this problem.

---

[982] NHTSA ID: 11725439.

[983] NHTSA ID: 11725473.

[984] NHTSA ID: 11726089.

985. On March 22, 2026, the owner of a 2023 Toyota RAV4 submitted the following complaint to NHTSA:[985]

> The vehicle exhibits a consistent and reproducible malfunction in the powertrain system, specifically related to acceleration response and drivetrain engagement. While driving at a steady speed, when the accelerator is pressed gradually (approximately 50–60%), the engine RPM increases but the vehicle does not accelerate accordingly. There is a delay in power delivery. When the accelerator is released, the engine may continue revving briefly, followed by a sudden and jerky engagement of the drivetrain. This issue occurs consistently under the same driving conditions and can be reproduced every time. The vehicle is available for inspection upon request. This malfunction creates a safety risk when merging into traffic, entering intersections, or making turns. The vehicle does not respond when acceleration is required, which can lead to dangerous situations where other vehicles may approach at higher speeds. After the delay, the vehicle may surge forward unexpectedly, increasing the risk of collision. The issue has been reported to multiple authorized Toyota dealerships on several occasions within the first 15 months of ownership. The vehicle has been inspected by dealership technicians, but the concern has not been diagnosed or repaired. Dealerships have stated that the behavior is normal, despite the repeatable nature of the issue. No warning lights, error messages, or diagnostic indicators have appeared at any time. No diagnostic trouble codes have been reported. The vehicle is equipped with an 8-speed automatic transmission, and the behavior appears consistent with a possible transmission, torque converter, or drivetrain control malfunction affecting acceleration response. The condition is not related to driver input and occurs under controlled, repeatable conditions.

986. On March 22, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[986]

> Transmission whining sound

987. On March 22, 2026, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[987]

> The transmission needs to be replaced per the dealership. I was told this on 3/7/26 with mileage of 69K. The transmission has been reported as defective to Toyota since 2016-2017 with multiple lawsuits that have been filed. According to the

[985] NHTSA ID: 11726160.

[986] NHTSA ID: 11726165.

[987] NHTSA ID: 11726218.

> lawsuits found online, Toyota knowingly used the defective UA80 transmissions and failed to inform consumers when purchasing the vehicles or inform consumers the need to replace prior to the 60k warranty expiration. The 2024 Grand Highlander has been listed as one of the affected vehicles and the transmission can fail at any time which is a safety risk.

988. On March 23, 2026, the owner of a 2020 Toyota RAV4 submitted the following complaint to NHTSA:[988]

> The contact owns a 2020 Toyota Rav4. The vehicle was previously taken to a dealer for maintenance, and it was discovered that there was an oil leak underneath the vehicle. The contact stated that the transmission was shifting roughly while driving. The vehicle was driven to a local dealer, where it was diagnosed with transmission failure. There were metal fragments found in the transmission fluid. The vehicle was not repaired. The manufacturer was not notified of the failure. The failure mileage was 133,000.

989. On March 23, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[989]

> Transmission failure @110,000miles and a $9000.00 replacement cost. Service advisor at Toyota Dealership indicated they have seen other similar failures on this Highlander Platinum Model at their dealership but unit is out of warranty by a few thousand miles

990. On March 23, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[990]

> On March 19, 2026, I was driving to work when traffic began to slow, and I reduced my speed accordingly. As traffic started to return to normal speed, I pressed the accelerator; however, although the engine revved, the vehicle did not accelerate beyond approximately 15 mph. I safely moved to the side of the road and turned the car off. After restarting the vehicle, shifting into drive, and pressing the accelerator, the same issue occurred. I subsequently took the car to two separate mechanics, both of whom reported that the transmission needs to be replaced. This is unexpected, as the vehicle has fewer than 100,000 miles and has received regular maintenance.

---

[988] NHTSA ID: 11726424.

[989] NHTSA ID: 11726514.

[990] NHTSA ID: 11726515.

991. On March 24, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[991]

> I heard Whining Noise from Drivetrain side under Engine Room first time about a month ago. There is a possibility sure It was generated early that Noise longer than when I heard it. and I visited Toyota Dealership Vacaville CA about this issue, Requested to Diagnosis my Highlander 2019 XLE Gas type Vehicle. Technician said, "FOUND WHINE COMING FROM TRANSAXLE ASSEMBLY INDICATING INTERNAL FAILURE". Service Advisor recommended to replace "UA80E TRANSAXLE ASSEMBLY + TORQUE CONVERTER AND RECHECK". And I found Issue about There is a Document (TSB 0008-21) about this my Highlander 2019 XLE. I did not receive any information or recall or contact from TOYOTA until When I realized it.

992. On March 24, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[992]

> A loud winding noise coming from transmission only while foot is on the gas. Sound goes away when foot is not in the accelerator. This is a severe issue that can cause the transmission to go out while driving.

993. On March 24, 2026, the owner of a 2021 Toyota Camry submitted the following complaint to NHTSA:[993]

> I bought this car a couple of years ago. I didnt think much of it because I never owned a Toyota. I noticed that the transmission was doing some weird hesitation when going from 1st to 2nd gear. There is an intermittent lag on when the transmission kicks in. You can actually feel the car stutter into the 1st and 2nd gear. Also, while driving on the highway at a steady pace, the transmission has a delayed gear that kicks in out of nowhere. It feels like it goes up a gear without accelerating. It feels like a gear is catching up to where it is supposed to be. I plan on having the transmission looked at by the Toyota dealer.

994. On March 24, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[994]

---

[991] NHTSA ID: 11726586.

[992] NHTSA ID: 11726593.

[993] NHTSA ID: 11726660.

[994] NHTSA ID: 11726685.

> My 2019 Toyota Highlander started making a whining noise from 0mph to 40mph-- and at times would shift hard. I took it to first mechanic who stated it was definitely a transmission issue. I took it to a transmission shop who also confirmed it was a transmission issue. I had vehicle towed to Toyota Dealer who performed a Multipoint Inspection and vehicle was placed on a scanner. The codes indicated "internal failure" on transmission and quoted me $10,500 to remove and replace. Parts are backordered for 8 weeks+. Current transmission is only at 63,000 miles and I am the 2nd owner.

995. On March 24, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[995]

> Noticed a sound coming from the car. I took it to the dealership which they said I would need my transmission replaced. They could only get me a refurbished one, which after parts and labor, it would cost 10,000 dollars. Upon talking with the technician, the transmission my car uses has been known to be faulty and having issues, usually after the warranty. So much so that Toyota did a recall on previous car years to extend the warranty for the transmission. The technician said they are replacing them often, which is why the supply is so low. These transmissions are the ones Toyota has been using since 2016, which have had many defects and causing issues. If this was known for years, why did Toyota continue to use them?

996. On March 24, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[996]

> UA80 transmission problems like everyone else. Just paid it off and it's under 100k and the transmission gave out. It's $11k to fix it. I have it l the proper maintenance at Toyota.

997. On March 25, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[997]

> The contact owns a 2022 Toyota Highlander. The contact stated that while driving at various speeds, there was an abnormal sound coming from the engine while the accelerator pedal was depressed. No warning light was illuminated. The vehicle was taken to a local dealer, where it was diagnosed and determined that the transmission needed to be replaced. The vehicle was repaired out-of-pocket. The manufacturer was made aware of the failure. The failure mileage was

[995] NHTSA ID: 11726694.

[996] NHTSA ID: 11726846.

[997] NHTSA ID: 11726915.

approximately 125,000.

998. On March 25, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[998]

> Rough switching between gears since purchase; Whining noise in transmission when pressing on the gas.

999. On March 26, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[999]

> My transmission is now missing the 3rd gear and left me and my kids stalled in traffic as I was turning in oncoming traffic. Toyota dealership confirmed that was the problem upon inspection.

1000. On March 26, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1000]

> The transmission torque convertor clutch, transmission pressure control, transmission solenoid fault. The vehicle is available to inspection. The lost power while driving on the highway putting myself and other drivers at risk. I have spoken with several Toyota repair centers and this is a known issue. Currently, my car along with 3 others are sitting at Miller Toyota with the same issue. The vehicle will be inspected by an insurance representative. The warning light came on after the vehicle lost power.

1001. On March 27, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1001]

> The contact owns a 2018 Toyota Camry. The vehicle was taken to a dealer, and the contact was informed that there was a transmission leak and ball joint failure. The vehicle was repaired. While driving at various speeds, the vehicle jerked while depressing the accelerator pedal. The vehicle was taken back to the dealer, and the contact was informed that the transmission needed to be replaced. The

---

[998] NHTSA ID: 11726959.

[999] NHTSA ID: 11727156.

[1000] NHTSA ID: 11727285.

[1001] NHTSA ID: 11727475.

> manufacturer was notified of the failure, and the contact was informed that the part was on backorder. The vehicle was not repaired. The failure mileage was approximately 80,000.

1002. On March 27, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[1002]

> The transmission began making a whining noise at about 70,000 miles. It gradually became more noticeable. We had recently completed a thorough service, including transmission fluid exchange at 68,538 miles at a Toyota dealer. In March 2026 we took it to a Toyota dealer at 75,196 miles to report the noise and the dealer said the noise was coming from the transaxle and advised replacing the transaxle, which will require replacing the transmission. This was confirmed by a second Toyota dealer a few weeks later. Upon further research, it is clear that this is a significant safety issue and I will need to expend between $6k - $8k for repair from an independent shop and at a much higher expense if done through a Toyota dealer.

1003. On March 27, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1003]

> Upon inspection at my local Toyota dealership, the UA80F 8-speed transmission on my 2021 Toyota Highlander has a known whining noise attributed to a failed transmission pump. The whining noise occurs when the car accelerates from 0 to around 50 miles per hour. When it gets to highway speeds, there is no noise. Anyone in the car can be put at risk if the transmission stops functioning on the roadways, and we're left stranded or we're suddenly blocking traffic. This issue is a known issue according to T-SB-0008-21, and there are many people online who seemed to have encountered this issue even beyond the warranty limits of 5 years/60,000 miles. Even my local AAMCO tells me that this is a dreaded and known issue of past customers. This issue first appeared around the 60,000 miles of distance traveled. There is no warning for this problem. You just have to be fortunate enough to discover the noise before the warranty deadlines. I discovered the noise at around 58,000 miles around June 2025, but I didn't know it was an issue back then. Had I known about this, I would've still qualified for the warranty. This noise has been reproduced and confirmed by my local Toyota dealership, and they're quoting me $11,506.53 to fix this issue. Other 3rd party transmission shops are quoting me ~$6,000. I'm frankly frustrated that Toyota did not issue a recall for this known issue that I did not cause. I wanted to drive this car for life, but I'm unsure what to do now. Either pay an exorbitant amount of money or sell it.

[1002] NHTSA ID: 11727607.

[1003] NHTSA ID: 11727608.

1004. On March 28, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1004]

> My 2021 Toyota Highlander was my first car I purchased that I saved up for and has had a sudden issue accrue with a winning sound out of now where. I took it to the dealer ship and they told me I need a new transmission. My vechile only has 73k miles and I noticed this sound is getting worst and worst. I don't know what to do so I turned to the internet and I was blow away to see how many people have this same issue with the same year and it's been happing to so many people. I am a father of a special needs child and I sport my family on my own I can not afford to replace this and they won't do anything for me. I beg anyone that reads this to please help us out cause this is not fair they we pay our hard earned money to get hit with this unexpected issues that they obviously know about but want do anything cause it will ruin there rep.

1005. On March 28, 2026, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[1005]

> At 92,000 miles my transmission went out and Toyota told me I need a brand new one. It goes in for routine services. It's available for inspection. For the last few years I addressed the issues of jerky shift motion and it was blown off every time. It is only 7 years old. It stalled out in a busy intersection and wouldn't move forward or backwards. There were no warning lamps before it went out.

1006. On March 29, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1006]

> My transmission completely failed. It has been diagnosed by an auto body shop. It is available for inspection upon request. It has not been inspected by any of the named above. One day it was fine; driving normal, no erratic behavior. The next day the transmission starts slipping gears, shifting harshly, car shaking, and getting stuck in gear. Driving with my car acting up, having to pull over and turn the car off and back on just to try and get the transmission under control; which didn't work. My check engine light didn't even come on until AFTER my transmission completely failed. I have been without my car since February 2nd 2026 because I simply cannot afford to have my vehicle repaired. I bought a Toyota because of the reliability; but now I regret it.

---

[1004] NHTSA ID: 11727622.

[1005] NHTSA ID: 11727709.

[1006] NHTSA ID: 11727746.

1007. On March 29, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[1007]

> Purchased a brand new 2017 Toyota Highlander XLE 9 years ago. I followed all recommended maintenance and service schedules from the manufacturer. There has always been a faint whine noise present during acceleration. In December of 2023 and about 112,000 miles the transmission began to slip in gears 3 and 4. I brought the vehicle into Balise Toyota in West Springfield, MA for diagnostic services. It was determined that my automatic transmission was failing and needed replacement. Luckily I had purchased an extended warranty through All State and the repairs were covered under warranty. The cost of this repair was upwards of $9,000, so at the time I felt extremely fortunate. That was 2 years ago but my luck would only last so much. Since the remanufacturered transmission was installed by Toyota there has always been a faint whine noise during acceleration. I summed it up to a bad serpentine belt, pulley or alternator because how could it be the new transmission that had been installed? There is only 37,000 driven miles on it and you would expect it to last much longer. Well expectations are just that, expectations. The reality is I am now back to square one because my transmission is beginning to fail yet again. I experienced the transmission slip between 3rd and 4th gears twice on my way home from work yesterday. I set up an appointment at Balise Toyota in West Springfield, MA for tomorrow 03-29-26. My question is how can an 8 1/2 year old vehicle with 150,000 miles on it be in need of a third transmission? The answer is because of defective manufacturing and engineering. There are several class action lawsuits that have been filed in as many months due to the UA80 transmission found in Toyota Highlanders 2017 - present. There are documented claims that Toyota knowingly installed defective UA80 transmissions into these vehicles.

1008. On March 29, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1008]

> Transmission has started to whine, my understanding is this is common for the transmission I have. I have had this verified by 2 different garages. There are no engine lights showing. The noise started around 90K.

1009. On March 29, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1009]

---

[1007] NHTSA ID: 11727784.

[1008] NHTSA ID: 11727805.

[1009] NHTSA ID: 11727852.

Transmission. Taken to dealership immediately. Notified that the transmission was going to have to be replaced. Notified there were no transmissions available or re-manufactured transmissions available, that our warranty was up 3 months prior to this date and we would have to spend in the range of $8500-$12,200 to get it fixed when a transmission was available. Warranty company did decide to cover some of the cost, but we were out of pocket almost $4000. This problem did not gradually appear, it was instant on the date the incident occurred. Filed a complaint with Toyota, they will not take responsibility and reimburse us any money. This should not be a problem with a Toyota with this many miles on it and they should take responsibility.

1010. On March 31, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1010]

The vehicle experienced a complete transmission failure following a period of abnormal operation. The component that failed is the automatic transmission (8-speed). Prior to total failure, the vehicle began exhibiting multiple symptoms, including delayed engagement when shifting into drive and reverse, hesitation during acceleration, and inconsistent power delivery at low speeds. At times, the engine RPM would increase without corresponding acceleration, followed by sudden jerking or surging once the transmission engaged. These issues created unsafe driving conditions, particularly when attempting to merge into traffic or accelerate from a stop, as the vehicle did not respond predictably or immediately to driver input. This posed a safety risk to both the driver and surrounding vehicles. The symptoms progressed over time and ultimately resulted in a complete transmission failure, rendering the vehicle undrivable. The problem has been confirmed by a dealership, which diagnosed the vehicle as requiring a full transmission replacement. The transmission is available for inspection upon request. There were no prior warning lights or dashboard indicators before the onset of symptoms. The initial symptoms appeared suddenly and worsened over a short period of time. The vehicle has been regularly maintained according to recommended service schedules, with no known gaps in maintenance. Based on the nature of the failure and similar reports of transmission issues in comparable vehicles, this appears to be a premature component failure rather than normal wear and tear. This issue appears consistent with broader reports of transmission malfunction in similar model vehicles, raising concerns about reliability and safety.

1011. On March 31, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1011]

My Wife drove to work yesterday with no issues. After her shift she stops at the

[1010] NHTSA ID: 11728186.

[1011] NHTSA ID: 11728320.

> local gas station by her job, she puts the car in park but the car continues to roll forward( as if it was in neutral). Applies the brake and puts the E-brake on(car is now stationary). Puts in some gas, turn car back on, puts in drive and the car is makes a grinding like noise. We get the car towed home, jack it up, drain the fluid. The color of the fluid was darkish but still had a reddish tone to it, very slight sparkle look to it..didn't see or feel any metal shavings to it.. highly confused on what failed for the transmission to be like that. Haven't gotten it to the shop yet but a lot of research is showing something internal. No leaks, maintenance has always been serviced on time.

1012. On April 1, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[1012]

> The component that has been deemed in need of replacement is the UA80 8-speed transmission. It is available for inspection as of today's date, April 1, 2026. My and my family's safety has been put at risk of the transmission failing, especially at highway speeds. The problem was reproduced and diagnosed at both a local repair garage in Westwood, MA and the Nucar Toyota dealership in Norwood, MA. Both facilities inspected the transmission, heard a high-pitched whining noise, and determined it was irreparable and needs to be replaced. This high-pitched whining noise is a known and well-documented problem with these transmissions and needs to be included in a widespread manufacturer's recall.

1013. On April 1, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1013]

> The contact owns a 2021 Toyota Highlander. The contact stated that the vehicle experienced transmission failure while driving. There was an abnormal whining sound coming from the vehicle while accelerating, and the sound increased in volume while driving. There was no warning light illuminated. The vehicle was taken to the local dealer, where it was diagnosed with an internal transmission failure. The vehicle was not repaired. The manufacturer was notified of the failure, but no assistance was provided. The failure mileage was approximately 55,803.

1014. On April 2, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1014]

> The vehicle is a 2020 Toyota Highlander experiencing a transmission system

---

[1012] NHTSA ID: 11728533.

[1013] NHTSA ID: 11728609.

[1014] NHTSA ID: 11728866.

> malfunction, specifically involving the automatic transmission and/or torque converter. Component/System Failure: The transmission produces a noticeable whining noise during acceleration and exhibits abnormal shifting behavior, including hesitation and delayed response when pressing the gas pedal. The issue appears to originate from the internal transmission components. The vehicle is available for inspection upon request. Safety Risk: This condition creates a serious safety concern, as the hesitation and delayed acceleration can impair the driver's ability to safely merge into traffic, cross intersections, or respond to changing road conditions. The unpredictable response increases the risk of a collision, especially in high-speed or congested traffic environments. Reproducibility / Confirmation: The issue is consistently reproducible and occurs whenever the vehicle is accelerated. The problem has not yet been fully resolved and is in the process of being addressed with a dealership/service center. Inspections: The vehicle is scheduled to be inspected by a Toyota dealership. At this time, it has not yet been inspected by the manufacturer, police, or insurance representatives. Warning Signs / Symptoms: There were no warning lights or dashboard messages prior to or during the issue. The first symptom noticed was the whining noise during acceleration, followed by abnormal shifting behavior and hesitation. These symptoms have progressively become more noticeable over time. This issue appears consistent with reported transmission problems in similar model vehicles, raising concern that this may be a broader defect affecting vehicle safety. I took my vehicle to 3 different mechanics and they told me that my vehicle is not safe to drive long term without a total transmission replacement. Thank you!

1015. On April 6, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1015]

> At 138,000 miles my 2019 Toyota Highlander's transmission failed. I noticed a whining sound when I pushed on the accelerator, so I scheduled a service appointment to have it looked at. The day I brought it into the mechanic it began stalling at stop signs. I was driving my children to school when the vehicle began stalling, fortunately I was able to get it looked at that day. My local mechanic diagnosed it as a failed transmission having to do with something inside the transmission. I called Toyota and they said in order to qualify for support through their service program I needed to have the vehicle diagnosed by at a Toyota dealership. I had the vehicle towed to the dealership, where they too confirmed the transmission had failed due to something inside the transmission, which they diagnosed with a telescope. They quoted me $12K for a new transmission! I had routine maintenance performed throughout the life of the vehicle, primarily at the Toyota Service Center. Just 20 months prior to this happening I had the suggested transmission services completed at the dealership. The only services I had completed outside of the dealership over the last 20 months were regular oil changes and tires. The transmission in my 2019 Highlander is the same failed

[1015] NHTSA ID: 11729546.

> transmission as the ones in the 2017-2018, which Toyota issued a bulletin on, the same transmission Toyota has received numerous complaints about. The same transmission with hundreds of other customer's have filed incident reports on. The transmission they knew was problematic yet continued to put into new vehicles. I've been a loyal Toyota customer, this is my 5th Toyota. I can't believe that there is nothing Toyota is willing to do to support their customers. I thought Toyota prides itself on being a trusted brand with loyal customers, because they make vehicles that last and take care of them when they don't. I was wrong.

1016. On April 7, 2026, the owner of a 2022 Toyota Camry submitted the following complaint to NHTSA:[1016]

> I heard a noise thought it was my brakes, my mechanic said it was a transmission. Now it stalls when take off and at lower speeds very loud

1017. On April 7, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1017]

> A whining noise was observed at around 78k miles. Brought to the dealer and they indicated parts in the transmission are failing and it requires replacement. They said this has been happening more frequently on 2021 Highlanders (also see T-SB-0008-21). It's also a well-documented issue online. My contact with Toyota was that they did not intend to cover any repairs as the vehicle is out of warranty, even though it's not an isolated issue. They would not disclose how many vehicles have reported this issue. I believe it has reached safety recall-level.

1018. On April 8, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1018]

> When accelerating at all, the engine emits a whining noise. The only time the whine stops is when the foot is removed from the pedal. It does not whine at idle. I believe it is the transmission going bad. The problem has been confirmed by a local service center. No warning lamps or messages have appeared.

---

[1016] NHTSA ID: 11729588.

[1017] NHTSA ID: 11729765.

[1018] NHTSA ID: 11729882.

1019. On April 8, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1019]

> The contact owns a 2019 Toyota Highlander. The contact stated that while attempting to start the vehicle, there was an abnormal grinding sound coming from the vehicle. No warning lights were illuminated. The vehicle was taken to an independent mechanic, where it was diagnosed with transmission failure. The independent mechanic replaced the transmission fluid; however, the failure reoccurred. The vehicle was towed back to the independent mechanic, where it was diagnosed with transmission failure. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The contact was informed that parts were on back order. The manufacturer was made aware of the failure, and a case was filed. The contact was advised to contact the NHTSA Hotline to report the failure. The failure mileage was approximately 128,669.

1020. On April 8, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1020]

> I am reporting a documented safety defect in my 2018 Toyota Highlander (VIN: [XXX] ). On March 31, 2026, a certified technician at Groove Toyota (Work Order #XXX) performed a diagnostic inspection to investigate a severe 'airplane whine' noise. The technician verified the noise and used a stethoscope to pinpoint the source as 'very loud coming from final drive,' officially recommending a full transmission replacement at an estimated cost of $8,475. This failure is a direct mechanical match for a known factory assembly error (insufficiently bent locking tab) acknowledged by Toyota in Technical Service Bulletin T-SB-0160-18 and Customer Support Program ZJC. Despite the technician's formal diagnosis that the vehicle is mechanically unsound and requires immediate replacement for safe operation, Toyota Corporate denied my request for assistance (Case #XXX) on April 8, 2026. Toyota cited my vehicle's VIN does not fall into the customer support program, although it's essentially the same transmission, effectively refusing to remedy a documented manufacturing defect. This vehicle has excellent service records, and Toyota's refusal to honor the spirit of the ZJC program leaves me with a documented safety risk that the manufacturer refuses to address. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

---

[1019] NHTSA ID: 11729991.

[1020] NHTSA ID: 11730065.

1021. On April 8, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1021]

harsh/delayed shifting, acceleration hesitation, and, total transmission failure

1022. On April 9, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1022]

> The UA80 8-speed automatic transmission failed catastrophically without any prior warning symptoms while driving on the highway. During normal acceleration to pass another vehicle, the engine revved to 5,000 RPM as the transmission slipped, then dropped to 3,000 RPM coasting. After exiting the highway approximately one mile later and coming to a stop at a red light, the transmission would no longer engage in any forward gear. The engine revs freely when placed in drive and the accelerator is pressed. Reverse still functions. The vehicle had to be towed from the roadside. This created a serious safety hazard. The driver was stranded on the side of a busy road and lost all forward propulsion without warning while operating at highway speed. The failure occurred suddenly with zero prior symptoms. The vehicle was operating normally around town earlier the same day. The driver had no advance warning of any kind, no warning lights, no unusual noises, no shifting irregularities, before the catastrophic highway failure. This is consistent with reports from other UA80 owners who describe sudden, total transmission failure at similar mileage. The loss of forward propulsion at highway speed posed an immediate safety risk to the driver and surrounding traffic. The driver had to navigate to the shoulder and then reverse off the roadway to reach a safe location to wait for a tow truck. I contacted Toyota Customer Experience at 800-331-4331 and was assigned a case number. Goodwill assistance was denied twice. I was told the system would not allow the representative to proceed. I was disconnected twice during attempts to escalate to a supervisor. My case was then closed without resolution. Over 430 NHTSA complaints have been filed regarding UA80 transmission failures across multiple Toyota and Lexus models from 2017-2024. The pattern of failure is well documented. I am requesting NHTSA investigate this transmission platform and the adequacy of Toyota's limited CSP ZJC coverage.

1023. On April 10, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1023]

The vehicle experienced a transmission failure at approximately 62,000 miles,

[1021] NHTSA ID: 11730072.

[1022] NHTSA ID: 11730276.

[1023] NHTSA ID: 11730329.

which required a transmission replacement. Toyota replaced the transmission with a rebuilt transmission. Immediately after the repair, the vehicle began experiencing multiple issues that were not present prior to the repair. The vehicle initially would not reverse, and the battery was drained shortly after the repair was completed. Following the repair, the vehicle has continued to experience ongoing electrical malfunctions, including dashboard warning lights, system alerts, and dash lights flashing during remote start. The vehicle has also developed a rattling noise underneath the vehicle. The exact failed component has not been clearly identified. The dealership has provided changing diagnoses and has not provided written diagnostic documentation despite requests. The vehicle has been inspected by the dealership multiple times; however, the issues have not been resolved. During a recent diagnostic, the dealership stated that the catalytic converter is now the issue, but this does not address the ongoing electrical problems. These issues raise safety concerns due to unpredictable vehicle behavior and potential failure of critical systems while driving. Warning lights and system errors began appearing after the transmission repair and have continued since that time. The vehicle is available for inspection upon request.

1024. On April 11, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1024]

The transmission went out at 85k miles. I change the oil every 5k-7k miles. Has been very well maintained. Replaced it , it started to get jumpy and fail AGAIN even brand new transmission. It cost me $6,000 (I worked at Toyota) where it would have costed me $8,000+ … Toyota used to be very reliable… what happened ?

1025. On April 12, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1025]

I am writing to you as a deeply loyal Toyota customer who is facing a distressing and financially significant situation with my 2019 Toyota Highlander. Our family has been committed Toyota owners for several decades. Over the years, we have owned a Toyota Corolla, Camry, and multiple Highlanders — and we currently drive two Toyota vehicles. We have consistently chosen Toyota over other brands because of the trust we place in your engineering, reliability, and the value Toyota stands behind. We even replaced all of our Honda vehicles with Toyotas because of that trust. We purchased our 2019 Toyota Highlander during the COVID-19 pandemic, paying above market value because we believed in the Toyota brand and its long-standing reputation for durability. We have never regretted that decision — until now. At approximately 95,000 miles, our Highlander began exhibiting a high-

[1024] NHTSA ID: 11730516.

[1025] NHTSA ID: 11730682.

pitched humming noise and gear slippage. We brought the vehicle to our Toyota dealership, who diagnosed the issue as a complete transmission failure. The repair estimate provided was $17,000. We were also informed that this repair would not be covered under any existing warranty. We are not only shocked by the severity and cost of this failure on a well-maintained, 7-year-old vehicle — we are also deeply concerned by what we discovered in our research. There appear to be hundreds of complaints from other Toyota Highlander owners reporting the exact same transmission issue, across the same model years, suggesting this may be a widespread and systemic defect rather than an isolated incident. Given this context, we respectfully ask Toyota to consider the following: 1. A goodwill warranty exception or partial/full coverage of the transmission repair cost, in recognition of our long-standing loyalty and the apparent prevalence of this issue across multiple vehicles. 2. An acknowledgment of the reported pattern of transmission failures in the 2019 Highlander, and whether Toyota is investigating or plan

1026. On April 13, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1026]

Currently at 113k miles. VIN # is not on the recall or extended warranty list for transmission issues, shift lag has been noticed way before 100k miles. vehicle is making squealing noise on drive, and when gas petal is press. Since no recall, but per research, I may have a faulty transmission that is left out of the Customer support program zjc, t-SB-0160-18.

1027. On April 14, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1027]

Transmission Failure. Had to have it replaced.

1028. On April 15, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1028]

Transmission has failed as have many others of the same year make and model without acknowledgement of a manufacturer defect

---

[1026] NHTSA ID: 11730955.

[1027] NHTSA ID: 11731272.

[1028] NHTSA ID: 11731278.

1029. On April 15, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1029]

> I own a 2019 Highlander at just barely over 55,000 miles. I began hearing a humming noise while accelerating and brought it into Toyota. They told me that bearings are worn in the transmission and I need a new transmission replacement, which will cost $11,569.21. I am shocked Toyota has not issued a recall and corrected this well-known issue. I am disappointed in Toyota, being a loyal customer over the years, if they can't guarantee quality or assist in the issue they know about, I will not trust Toyota again.

1030. On April 15, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1030]

> This appears to be a fuel pump or something with the fuel issue on a 2021 Toyota Highlander L series. While driving it would stop and switch off at stop lights and stop sign. The codes that come up have to do with fuel being lean. However this also affects the braking system and causes it to be very hard to steer with this issue. The problem I have is that it cuts off without even you knowing what's happening and I was almost rear-ended twice. My car is now sitting outside unable to start. It doesn't even have 85,000 miles on it with all these issues. I believe it also said something about my transmission but unsure because the codes were flashing off and on.

1031. On April 16, 2026, the owner of a 2019 Toyota Sienna submitted the following complaint to NHTSA:[1031]

> 2019 Sienna XLE with 77,000 miles has a UA80 Transmission is whining at the final gear per Imperial Toyota Milford MA service center. They want to replace the transmission for 9,000 USD and Toyota Corporate refuses assistance. It appear to be a common defect which could lead to transmission lockup if the gear fails.

1032. On April 16, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1032]

> I am an owner of a 2021 Highlander XLE AWD (bought new). In October of 2024

---

[1029] NHTSA ID: 11731370.

[1030] NHTSA ID: 11731434.

[1031] NHTSA ID: 11731560.

[1032] NHTSA ID: 11731578.

around 34000 miles the transmission started to make a whining noise and seemed to be surging/bucking , hesitation and hunting for gears. Toyota determined it fit the criteria of a TSB to have the transmission replaced. The dealership had my car for two months and then eventually replaced the transmission with a remanufactured unit. This “new” unit still has the issues of surging/bucking , hesitation and hunting for gears. I fear that this “new” transmission is in the process of failing again with less than 10k on it. Of course I will be out of warranty when it does and I’ll be on the hook for a $10000 repair. I’m appalled that Toyota has not done a true fix for this issue and has not even put an extended warranty on it either. I purchased this vehicle from Toyota on good faith that it would last and be reliable. 34k one transmission died and I’m sure this one will follow suite. Ultimately UA80 transmission is ticking time bomb and Toyota needs to be held accountable for this.

1033. On April 16, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[1033]

My transmission has started with a whining noise, Toyota knows about this issue with thousands of cases regarding the faulty transmission, yet only a few are being covered under a customer support bulletin ZJC. We need to hold Toyota responsible for this issue. We were just told today they won't help us at all. Yet now we are left with a van that we can't use and if we decide to fix it for 10k they are saying the transmission is backordered for months We had to pay Toyota $180 to diagnosis what we already knew was wrong with the vehicle so they would even consider if they would cover it.

1034. On April 16, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1034]

UA80 8 Speed transmission on 3.5V6 AWD transmission whine with transmission failure

1035. On April 16, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[1035]

I am reporting a premature transmission failure on a 2022 Toyota Highlander LE at approximately 85,000 miles. The vehicle began exhibiting a whining noise. When brought into the Toyota Dealership, I was notified that it needs a full transmission replacement. The vehicle was inspected by an authorized Toyota

---

[1033] NHTSA ID: 11731611.

[1034] NHTSA ID: 11731638.

[1035] NHTSA ID: 11731743.

dealership, which determined that the transmission has failed and requires full replacement at an estimated cost of approximately $9,400. There were no warning lamps or messages of the problem prior to the failure. A transmission failing at this mileage creates a significant safety risk, especially when merging into traffic, accelerating from a stop, or maintaining highway speeds. This vehicle has been regularly maintained, with service performed through authorized Toyota dealerships. Despite this, Toyota has declined to provide assistance for the repair. This has caused a massive financial stress and strain. There is a documented pattern of similar transmission failures involving Toyota Highlander vehicles equipped with the 8-speed automatic transmission (UA80 platform) across multiple model years.This appears to be part of a broader pattern of premature transmission failures that may indicate a defect affecting vehicle safety. The consistency of complaints across multiple vehicles and model years suggests this is not an isolated incident. I am requesting that NHTSA investigate this issue for potential safety defects and determine whether further action, including recall or manufacturer accountability, is warranted.

1036. On April 17, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[1036]

> Loss of power highway speeds, jerky shifting, "sealed" transmission leaking fluid. Check engine light and service required light. I have noticed poor performance with this vehicle before and reported it to the dealer to no avail. Toyota has enacted "customer support program ZJC" but the dealership will not honor.

1037. On April 17, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1037]

> My automatic transmission failed per the dealership and is just outside of the warranty but is considered a premature failure based on the expected life of the vehicle.

1038. On April 18, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[1038]

> To Whom It May Concern, I am submitting this complaint to report a serious mechanical issue involving the transfer case on my 2022 Toyota Highlander. This problem raises concerns regarding the safety, reliability, and overall performance

---

[1036] NHTSA ID: 11731925.

[1037] NHTSA ID: 11731942.

[1038] NHTSA ID: 11732007.

of the vehicle. While driving, I began hearing a grinding noise coming from the vehicle. Concerned, I brought the vehicle to an authorized dealership for a diagnostic inspection. I was informed that there is a transmission-related issue and that the vehicle requires a transfer case replacement. At the time of diagnosis, the vehicle had approximately 77,000 miles and has been primarily driven locally under normal conditions. This type of major drivetrain failure at such mileage is unexpected and concerning, especially given that the vehicle has been properly maintained. The failure of a critical component such as the transfer case can significantly affect vehicle control and drivability, posing a potential safety risk. This raises concerns about a possible defect in the drivetrain system or a broader issue affecting similar vehicles. I respectfully request that this matter be investigated to determine whether this is an isolated incident or part of a wider pattern. If necessary, appropriate corrective actions should be taken to ensure consumer safety. Thank you for your attention to this matter. I am available to provide any additional documentation, including service records and diagnostic reports, upon request.

1039. On April 18, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1039]

At approximately 75,000 miles the vehicle had a whining noise coming from the engine area. Took it to the dealer and they tested it, listened to it and determined that the transmission needed replaced. They confirmed the t-case oil is in good condition and level. No maintenance issues or concerns. Just that the transmission had gone bad. Toyota wants $8,000 to replace a transmission with low miles for a 2020 vehicle.

1040. On April 19, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1040]

The car started jerking and the RPMs heratic while driving but would not advance pressing the accelerator on the freeway could have crashed or been involved in a major accident on the freeway was able to move out in time because pressing the accelerator did not work not did it move the car it completely lost power once on the side of road try reversing and noting happened could not drive or reverse completely dead on the side of the road without warning no lights came on the transmission no longer functions happened 4-18-2026 is being towed turns on but can't drive out move only wining noise

---

[1039] NHTSA ID: 11732069.

[1040] NHTSA ID: 11732259.

1041. On April 19, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1041]

> Loud whining noises from transmission, repeated unpredictable shifts making pulling out/merging unsafe

1042. On April 20, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1042]

> A wining started on my 2019 Toyota highlander. I took to mechanic and they confirmed it was transmission. There was no warning.

1043. On April 21, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1043]

> Traveling at approximately 60-65 mph on interstate 95 in Wakefield the vehicle suddenly downshifted causing a rapid deceleration to around 40 mph. It would not upshift requiring us to pull into the breakdown lane.

1044. On April 21, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1044]

> 2021 Toyota Highlander transmission failure

1045. On April 23, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1045]

> Hi. I have a Toyota 2019 Highlander EXL. My problems is the transmission started to have the small whining noise every time I accelerates and I it's happened over 18 months ago and I didn't know that is the issues until I brought it to the Toyota Dealer for 75k maintenance. The Dealer has told me that the noise was abnormal and it's from the transmission and it's will cost me $13 K to replace with a new one. I believe in Toyota quality but now I will have to really think about it again for the

---

[1041] NHTSA ID: 11732275.

[1042] NHTSA ID: 11732308.

[1043] NHTSA ID: 11732599.

[1044] NHTSA ID: 11732875.

[1045] NHTSA ID: 11733240.

next purchase ?. I don't understand why Toyota has known this issues because of many reported but never intend to fixed it. I'm not so happy with this . Please ask ToyoTa Corp to answer and do take the responsibility before someone is getting hurds Thanks Tom le

1046. On April 23, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1046]

> The contact owns a 2021 Toyota Highlander. The contact stated that there was an abnormal winding sound coming from the vehicle while accelerating. There were no warning lights illuminated. The vehicle was taken to the local dealer, where it was diagnosed with transmission failure. The vehicle was not repaired. The contact called a transmission shop and was informed that the part to repair the vehicle was on back order. The manufacturer was contacted, opened a case, and referred to the NHTSA Hotline to report the failure. The failure mileage was approximately 106,000.

1047. On April 26, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1047]

> On [XXX] about [XXX] I was driving North on the [XXX] about a quarter mile north of the [XXX] exit and [XXX] 4 of a mile south of the [XXX] exit. The transmission in my 2019 Toyota Camry started to slip and failed to transfer power to the wheels. The engine reved to about 2800 RPM. Thankfully I was in the second to slowest lane to the right and was able to coast and change to the slowest lane and continued to coast and stopped on the shoulder, not blocking the flow of traffic. This was while the traffic was extremely heavy and it had begun to drizzle. It was extremely dangerous and other drivers patiently allowed me to get to the shoulder of the road where b y that time the vehicle had ZERO power to move at all. AAA was called and they towed mehome. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

1048. On April 27, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[1048]

> Goodwill Repair for my 2022 Highlander transmission whine, referencing TSB T-

[1046] NHTSA ID: 11733296.

[1047] NHTSA ID: 11733817.

[1048] NHTSA ID: 11733925.

SB-0008-21."

1049. On April 27, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1049]

> Car makes a high pitched whining noise at low speeds of approx. 10-30 mph

1050. On April 27, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1050]

> Transmission developed a "whine" just before 87,000 miles resulting in the transmission and torque converter needing to be replaced as the transmission was failing.

1051. On April 27, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1051]

> I have a 2020 Toyota Highlander Limited, at 140k my car began whining with acceleration, I took it to the dealership and a new transmission and was quoted 9,790 alone for a new transmission. I have had Toyotas since I began driving, I have never put more than breaks and battery's in them. It seems this transmission has been a constant problem and failing early in life. I am not sure how there is not a recall for as many reports that there is.

1052. On April 27, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1052]

> 2021 Toyota Highalnder UA80F Transmission Whine / Known Defect - Potential for Sudden Failure  I own a 2021 Toyota Highlander Platinum V6 AWD (UA80F 8-speed automatic transmisstion) purchased in July 2021. Current milage is 78k. Starting 3 days ago I noticed a faint whine noise coming from the transmission. The pitch changes with speed and when the throttle is depressed (It's louder under load/acceleration). This matches the exact symptoms described in Toyota TSB T-SB-0008-21 for whine/grind noise caused by the front carrier assembly pinion shaft issues in 2021 Highlanders with UA80 transmissions.  On April 27, I went to a Toyota dealer to confirm the source of the noise and diagnose. As per their

---

[1049] NHTSA ID: 11733929.

[1050] NHTSA ID: 11734003.

[1051] NHTSA ID: 11734052.

[1052] NHTSA ID: 11734132.

diagnosis report "Tech took vehicle on road test to duplicate concern, after confirming complaint vehicle was then lifted up and inspected while under a load, tech as able to isolate noise to transmission at this time, fluid level and condition was inspected to ensure there were no signs of shavings or discoloration and after inspection tech found nothing abnormal during fluid level check. Tech then ran a health check to ensure there were no DTC present related to transmission concern and found no DTC present. Recommend replacing transmission and torque converter at this time". They provided a quote of $9,392. This condition represents a safety concern because the internal wear can progress to harsher shifting, loss of power, limp mode, or complete transmission failure while driving, potentially causing a crash or stranding the vehicle in traffic. I have audio/vehicle recordings of the whine and service records showing regular Toyota dealer maintenance. I am requesting the the NHTSA investigate this ongoing UA80 transmission issue as it appears to be a known manufacturing or design defect tat continues beyond the narrow TSB applicability and warranty limits.

1053. On April 28, 2026, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[1053]

The vehicle hesitates and does not accelerate immediately from a complete stop. This occurs more frequently when the car is on a slight incline. The delay in acceleration creates a safety concern, especially when attempting to merge into traffic or pull out onto a roadway. I have reported this issue to the dealership multiple times, but they have not taken action because they have been unable to reproduce the problem.

1054. On April 29, 2026, the owner of a 2024 Toyota Grand Highlander submitted the following complaint to NHTSA:[1054]

While traveling at highway speed on I-75 northbound, the vehicle experienced a complete and total loss of electrical power. and propulsion. The following conditions were present simultaneously: - Complete loss of propulsion - Inability to shift transmission to neutral — vehicle could not be moved out of the active traffic lane - Complete loss of hazard lights — no ability to warn approaching traffic - Vehicle remained stranded in active highway traffic for approximately 15 minutes - Electrical power spontaneously restored after approximately 15 minutes - Vehicle was then driven off the interstate under its own power That was a life-threatening event. My wife and I could have been struck from behind by highway traffic with no warning lights, no ability to move the vehicle, and no way to signal distress. DEALER VISIT 1 — SATURDAY, APRIL 26, 2026 Dealer: Sarasota Toyota, Sarasota, Florida Complaint presented: Complete electrical shutdown on I-75 the

---

[1053] NHTSA ID: 11734376.

[1054] NHTSA ID: 11734470.

previous day as described above Action taken by dealer: Performed recall repair for black screen issue Outcome: Vehicle returned to customer same day Post-repair symptom: Low voltage warning appeared on drive home from Sarasota Toyota Saturday afternoon Note: Dealer did not perform full electrical diagnostic. Dealer did not flag battery failure. Dealer did not retain vehicle for further investigation despite being informed of complete highway electrical shutdown the previous day. DEALER VISIT 2 — MONDAY, APRIL 28, 2026 Dealer: Germain Toyota of Naples, Naples, Florida Complaint presented: Complete electrical failure on I-75, low voltage warning after Sarasota repair, battery failure Findings: Battery confirmed dead. Alternator confirmed functioning normally. Dealer assessment: Condition described as unusual. Case escalated to Toyota Field Technical Specialist. Current status: Vehicle retained at Germain Toyota of Naples. Rental vehicle provided to customer.

1055. On April 29, 2026, the owner of a 2021 Toyota RAV4 submitted the following complaint to NHTSA:[1055]

Front seat can not be moved back and forth without grinding noise.

1056. On April 29, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1056]

This vehicle safety complaint is regarding my 2019 Toyota Highlander XLE, VIN [XXX] . A Toyota-authorized dealership, Sansone Toyota in Avenel, New Jersey, documented that the front driver axle is prone to freezing in the differential. This is a serious safety concern because if the axle seizes while the vehicle is in motion, it could cause sudden loss of control. This vehicle is used regularly as our family vehicle, including to transport our family of 6 with our young children. I am extremely concerned about continued operation of the vehicle while this documented condition remains unresolved. In addition to this safety-related axle issue, this vehicle has a broader history of serious mechanical problems. On May 13, 2022, after a recent service visit at DCH Brunswick Toyota, I reported that when I pressed the gas the vehicle was making an unusual noise like an old car, that the car delayed to speed when I pressed the gas, that I had to press the gas all the way in order for the car to move faster, and that it was not like this prior to service. At approximately 25,000 miles, I also asked that the brakes be checked because when we drove the vehicle and used the brakes, the car made a startling sound. In 2023, I also reported hard/heavy steering and jerking while driving. I reported transmission-related abnormal noises and drivability concerns while the vehicle was still within Toyota's powertrain warranty period, but the condition was not properly diagnosed at that time. The transmission has since been confirmed by

1055 NHTSA ID: 11734632.

1056 NHTSA ID: 11734722.

authorized Toyota dealerships to require full replacement. The vehicle also has a documented engine oil leak, leaking shock absorber, and prior recall history involving a stalling condition. I've filed this complaint with NHTSA due to the axle-related safety risk. Toyota is now on written notice of that condition. Mileage: approximately 101,000 Documenting safety issue: Sansone Toyota, Avenel, NJ Please review this potential safety defect. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION

1057. On May 1, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1057]

> The transmission failed after 56,000 miles. Based on the research this UA80 transmission has a lot of problems and Toyota has issued TBS and even extended warranty for the previous year models in the past. The transmission failed right after the time allowance for the 5 years 60,000 mile powertrain warranty, but within the mileage.

1058. On May 4, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1058]

> Transmission. My 2021 Toyota Highlander with approximately 94,500 miles developed a consistent whining noise during acceleration. The issue occurs daily during normal driving and appears to be worsening. A Toyota dealership diagnosed the problem and confirmed the noise is coming from the transmission and that the transmission requires replacement. This appears to be a premature failure of a major drivetrain component. The condition could lead to loss of power or transmission failure while driving, creating a potential safety risk. There was no prior warning, and the vehicle has been properly maintained.

1059. On May 4, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1059]

> Car was making whining sound with acceleration at 62k miles. Dealer told me I need to spend 8k on a replacement.

---

[1057] NHTSA ID: 11735103.

[1058] NHTSA ID: 11735494.

[1059] NHTSA ID: 11735560.

1060. On May 4, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1060]

> My car all of a sudden has this sudden humming/high pitch sound. I had mechanic checked and he said coming from the transmission. I checked the Toyota forum and there's a widespread issues with their transmission. The issue started with the year 2017, These vehicles are equipped with the UA80F (AWD) and UA80E (FWD) 8-speed automatic transmissions. My 2019 is equipped with the UA80E. Toyota already recognized that they have problems with the transmission but only issued a recall for vehicles 2017-2018. They need to include Toyota highlander 2019.

1061. On May 5, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1061]

> I noticed transmission whining shortly after purchasing on 3/12/24. Odometer reading at purchase 62,347. I justified whining to myself as luck of the draw. Until a few months ago I started hearing grinding noise coming from the transmission. Had transmission diagnosed at Lancaster Toyota on 4/22/2026. Approximate odometer reading, 78,700. Was told that a replacement transmission was needed. Cost 9,526.17 No warning lamps or messages appeared. Transmission type UA80F SN A4A20J O 4195

1062. On May 5, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[1062]

> The transmission is whining when i coast. I fear the transmission might be dying.

1063. On May 5, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1063]

> Around Halloween 2025 my Toyota's Transmission started slipping. I called a few places and no one except Toyota would address the issue except a local shop in [XXX] , Ridge Auto Repair who after checking out the vehicle said they can't repair it because the parts are not available November 6th, 2025, The Shop LAG LLC was recommended to me by a family member, and they came to check out the Toyota, and they were convinced it was the Torque Converter and wanted

[1060] NHTSA ID: 11735699.

[1061] NHTSA ID: 11735742.

[1062] NHTSA ID: 11735774.

[1063] NHTSA ID: 11735861.

$1300 to fix it. I paid them and after a few weeks they claimed it was the Transmission and wanted more money which they were paid. Weeks went by and no updates from them and they weren't responding to my messages. When they finally responded they started saying the starter was bad, the differential, the fly wheel, etc, Again, we paid them more money, and again weeks went by without any updates. We paid a total of $9000.00 Their last attempt to fix the vehicle also failed and I'm left with a vehicle with no transmission, the entire front end taken apart and scattered all over my property and this was their last response. "Oh lord. So the original place we got the transmission from denied the warranty, but at the time it wasnt a problem we have insurance. So we summited a claim and thats why it was going to be shipped from another place. Well they kept telling me that it was coming this day then that day. I got a letter denying the claim Instead. I have tried to fight it, but they ended up dropping us after that. We are willing to install one in for free if your able to get your hands on one, because this whole ordeal has been a nightmare, but we got denied due to mileage with the claim. There was a difference in our timestamped pictures and the adress of where it went once it left. So they said it was driven on with a problem, because it was moved to there with a problem thats what they are denying my claims to fight it. I didn't want to say anything until it was final and we kne INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMA

1064. On May 5, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1064]

Vehicle jerked and then a metal grinding sound. Vehicle would then not even roll in neutral on an incline. Had to be towed to dealer. Transmission has a crack in the case. Need a whole new transmission. I was left on the road. No warning whatsoever.

1065. On May 6, 2026, the owner of a 2021 Toyota RAV4 submitted the following complaint to NHTSA:[1065]

Transmission failed at 105,000 miles Quotes to replace $8000

1066. On May 6, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1066]

The contact owns a 2018 Toyota Camry. The contact stated that while driving at

---

[1064] NHTSA ID: 11735905.

[1065] NHTSA ID: 11735971.

[1066] NHTSA ID: 11736083.

various speed the vehicle had experienced acceleration hesitation and had stalled on several occasions. The vehicle eventually towed to the local dealer who diagnosed that the transmission was faulty and needed to be replaced. The vehicle was not yet repaired. The manufacturer was notified of the failure, but no assistance was offered. The failure mileage was 100.

1067. On May 7, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[1067]

> DESCRIPTION OF DEFECT: My 2017 Toyota Highlander experienced a complete transmission failure under normal driving conditions. The vehicle began showing symptoms including delayed shifting, hesitation when accelerating, and eventual loss of proper drivability. The issue was diagnosed by an authorized Toyota dealership, which confirmed internal transmission failure. The estimated repair cost provided by the dealer was approximately $9,000. I opened a case with Toyota Customer Experience and submitted an escalation request, but no assistance was provided and the claim was declined or ignored. MY CAR HAD A HISTORY OF REGULAR MAINTENACE DONE BY A CERTIFIED TOYOTA DEALERS My case # :XXX Due to the urgency of transportation needs and lack of manufacturer support, I have been forced to proceed with an independent transmission replacement. Which will cost me anywhere between $6,000 and $7,500 This failure occurred without warning severe enough to prevent continued safe use of the vehicle and raises serious safety concerns regarding sudden loss of power and drivability. SAFETY IMPACT: The transmission failure caused unsafe driving conditions including hesitation during acceleration and potential loss of power while in traffic, which could increase risk of collision. ADDITIONAL INFORMATION: VIN: [XXX] Mileage at failure: 168000 Dealer diagnosis confirmed transmission failure Manufacturer case opened and escalated with no resolution I am submitting this complaint to document a potential systemic defect and to support ongoing safety investigation and consumer protection review. [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

1068. On May 8, 2026, the owner of a 2024 Toyota Highlander submitted the following complaint to NHTSA:[1068]

> The vehicle started stalling out randomly on the highway even with it being automatic, after getting home and parking it , it would not back up or drive . Took it to Toyota dealership and they said it's an internal failure of the transmission which is a UA80 model , it only has 92,000 miles on it they can't figure out what caused it . There are lawsuits with this vehicle already from other people and Toyota

---

[1067] NHTSA ID: 11736373.

[1068] NHTSA ID: 11736517.

is not fixing the issue and won't help with mine even after they have known what it is. I took it to one shop before Toyota to get a diagnostic it shown two codes one being in the transmission but they fixed that part and the vehicle still did not drive nor back up and then Toyota got the vehicle right after and they even said that it's internal failure . Pictures listed below is how much for the tow truck fee, the part fee that I paid that was one code that was on the diagnostic tear down list , even after fixing payments and still not working and it going to Toyota and the messages from Toyota after everything got done and them saying the internal failure also . So not only 1 but 3 business that said internal failure .

1069. On May 8, 2026, the owner of a 2020 Toyota Sienna submitted the following complaint to NHTSA:[1069]

My Toyota sienna is a 2020, has 83,000 miles and has recently been squealing when I accelerate. I took the van to a local body shop and they said it seems to be my transmission. I called Toyota immediately and they knew that the transmissions were faulty and that they would try to work with Toyota to get it fixed. There is no way I can pay 9k for a new transmissions because they put in faulty ones.

1070. On May 8, 2026, the owner of a 2025 Lexus ES submitted the following complaint to NHTSA:[1070]

The Pre-Collision System (PCS) activated twice in the last couple of weeks with absolutely no reason. Both times it activated with transmission in reverse and vehicle in process of backing up. But there was no vehicle or person within the vicinity. The sudden braking startled the driver and passengers giving concern about the viability of the vehicle operating in a safe manner for the rest of the trip. The problem has not been seen or inspected by the dealer or service personnel.

1071. On May 9, 2026, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[1071]

My 2019 Toyota RAV4 Adventure suffered a sudden catastrophic transmission failure while driving on the highway on April 28, 2026, resulting in loss of forward gears and a dangerous situation. On April 28, 2026, while traveling in [XXX] , my 2019 Toyota RAV4 Adventure (159,173 miles) experienced a sudden transmission failure with no prior warning symptoms. The vehicle began slipping, made a whining noise, would not properly upshift or hold speed (became stuck in 3rd gear),

---

[1069] NHTSA ID: 11736554.

[1070] NHTSA ID: 11736701.

[1071] NHTSA ID: 11736751.

and eventually lost all forward propulsion, creating a safety hazard on the road. I had the vehicle towed to Zanesville Toyota in [XXX] . Their diagnosis (copy of repair order attached) revealed severe internal damage including: Torque converter clutch actuator stuck off Multiple pressure control solenoids stuck Transmission slipping and complete loss of all forward gears Fluid full but contaminated with metal debris and clutch material Whining noise The dealer quoted approximately $15,000 for a full transmission + torque converter replacement and denied goodwill assistance. This appears to be part of a known issue with the 8-speed automatic transmission (UB80) in 2019+ Toyota RAV4 models. I am concerned this is a safety defect that can cause sudden loss of power while driving, increasing the risk of a crash. I have attached the Zanesville Toyota repair order dated 04/30/2026 documenting the failure. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

1072. On May 11, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1072]

The contact owns a 2020 Toyota Highlander. The contact stated while driving at 35 MPH, depressing the accelerator pedal the vehicle to respond as intended and the contact could smell smoke while stopped. A dealer was contacted. The vehicle was taken to a dealer to where the diagnosed the transmission needed to be replaced. The vehicle was repaired, as the shift selector switch was replaced. The manufacturer was notified on the failure and offered to cut five thousand dollars off the cost of repair. The vehicle was not repaired. The approximate failure mileage was 41,800.

1073. On May 11, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1073]

UA80F Transmission failure at 100k miles for the 2018 Toyota highlander SE. No warning lights, engine noise (high pitched whine while driving). Took to the dealer and was told the transmission needed to be replaced.

1074. On May 12, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1074]

The transmission failed. It is available for inspection. Should the transmission have completely failed on the road, it could have lead to an accident. Per the

---

[1072] NHTSA ID: 11737031.

[1073] NHTSA ID: 11737178.

[1074] NHTSA ID: 11737362.

dealership diagnostic: replace transmission and torque converter assembly with applicable seals due to internal transmission failure. It has not been inspected by anyone else. No warning lights. This is a widespread problem in 2017-2020 Toyota Highlanders. Failure frequently happens right after the expiration of the manufacturer warranty and Toyota refuses to pay for it.

1075. On May 13, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1075]

My 2021 Toyota Highlander equipped with the UA80 transmission developed a whining/grinding noise under acceleration around 73,000 miles. Toyota diagnosed internal transmission failure and recommended full replacement costing approximately $9,000. Toyota issued TSB T-SB-0008-21 acknowledging defects involving the front carrier assembly pinion shafts in these transmissions. This defect creates a potential safety hazard due to possible loss of power or drivability during highway operation. I am requesting that NHTSA investigate the widespread transmission failures affecting 2021 Highlanders and related Toyota vehicles.

1076. On May 13, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1076]

The contact owns a 2018 Toyota Camry. The contact stated while driving at an undisclosed speed, the accelerator pedal was depressed, however the vehicle failed to accelerate as intended. The contact stated that the vehicle's speed slowly reached 20 MHP. In addition, the contact stated that while driving, the accelerator pedal was depressed, and the vehicle lost motive power and seized. The vehicle was towed to the dealer where it was diagnosed with a failed transmission. The contact was informed that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure and a case was filed. The contact was advised to contact the NHTSA Hotline and report the failure.

1077. On May 13, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1077]

The transmission went on my 2018 Toyota Highlander. The other day as I was driving on highway, lost power as I was driving in neutral. I went from 70mph to 10 or less mph, would not accelerate. All of a sudden all warning lights. Check AWD, check engine light came on, many messages at once. There were no warning

---

[1075] NHTSA ID: 11737540.

[1076] NHTSA ID: 11737571.

[1077] NHTSA ID: 11737584.

lights displayed prior to this. I was able to get off an exit. Could not move the car anymore was not in a safe area, called police for assistance. The car was towed to an independent service center who confirmed it was a transmission issue.

1078. On May 13, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1078]

Whining noise on a cold start and at acceleration. Transmission fluid was replaced less than 1000 miles ago and noise has gotten louder.

1079. On May 13, 2026, the owner of a 2021 Toyota RAV4 submitted the following complaint to NHTSA:[1079]

Car makes a whining noise Toyota Pinellas park said it was normal but the transmission is jolting/slipping not accelerating vs the first test drive. Both cv axles were bad tires were bald when sold to me tps sensors were bad. Had to get a new set of tires and paid the Toyota for work on the vehicle

1080. On May 13, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1080]

The contact owns a 2019 Toyota Highlander. The contact stated while driving 70 MPH, on the highway. the contact notice an abnormal noise coming from the transmission. A dealer was contacted. The vehicle was taken to the dealer where it was diagnosed the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was notified on the failure and they informed him this will not b escalated and offered no further assistance. The approximate failure mileage was 133, 000.

1081. On May 14, 2026, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[1081]

Right after vehicle passed 60k miles mark (manufacturer warranty ended) I noticed a whining noise under load. During acceleration the noise is most noticeable between 30-50 mph speed range. If a gas pedal released the noise is gone and if pressed again the noise is coming back. The pitch increases with a speed increase.

---

[1078] NHTSA ID: 11737598.

[1079] NHTSA ID: 11737608.

[1080] NHTSA ID: 11737673.

[1081] NHTSA ID: 11737849.

> I took the car to dealership (current odometer reading 61,037 miles) and they diagnosed transmission failure. Apparently it is a very common issue with the current transmission family (UA80/UA81).

1082. On May 14, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[1082]

> I am writing to report a safety defect regarding the 8-speed automatic transmission in my 2017 Toyota Sienna. The vehicle exhibits severe hesitation during acceleration, harsh shifting, and a high-pitched whining noise, specifically consistent with the 'whine of death' described in Toyota's Customer Support Program ZJC and related Technical Service Bulletin T-SB-0160-18.Despite these identical symptoms, my vehicle's VIN is not included in the coverage list. This hesitation during acceleration creates a serious safety issue, as the car fails to accelerate unexpectedly when attempting to merge or cross traffic. My vehicle is equipped with the UA80F/E transmission, which is documented to have a faulty assembly (improperly bent washer tab). I request that NHTSA investigate the exclusion of my VIN from this program, as the defect poses a significant risk to passenger safety and the safety of others on the road.

1083. On May 14, 2026, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[1083]

> The check engine light illuminated on my 2020 Toyota Camry XSE 2.5L with approximately 132,798 miles. An OBD2 scan revealed fault code P26AE — Engine Coolant Bypass Valve 'B' Control Circuit High. This is a known widespread defect affecting 2018-2022 Toyota Camry, RAV4, and Corolla vehicles equipped with the 2.5L Dynamic Force engine. The plastic valve casing is prone to cracking, allowing coolant to seep into the electrical connector and corrode the pins, triggering the fault. Toyota has acknowledged this issue through a Customer Support Program offering free replacement on qualifying vehicles, however many owners are still being quoted $900-$1,300 at dealerships. The faulty valve affects the engine coolant flow control system and transmission cooling circuit. Warning light appeared suddenly after a routine fuel fill. Vehicle has not yet been inspected by dealer. Component is available for inspection upon request."

---

[1082] NHTSA ID: 11737861.

[1083] NHTSA ID: 11737879.

1084. On May 14, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1084]

> This Toyota Highlander make whining sound when I try to speedup, even a little bit. I had a transmission shop checked, and I was informed there is metal pieces in transmission fluid. I am concerned it will break one day on highway while driving.

1085. On May 14, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1085]

> 60k miles on the car and the transmission needs to be replaced out of pocket due to a gear pinon wearing down. This is a 10k dollar repair and just happens to be after the warranty has expired.

1086. On May 15, 2026, the owner of a 2022 Toyota Camry submitted the following complaint to NHTSA:[1086]

> The contact owns a 2022 Toyota Camry. The contact stated while driving at an undisclosed speed, she notices that the vehicle grinds it's gears very loud while in transition, hesitate to accelerate and does not want to shift between gears. The dealer was notified of the failure were it was diagnosed to need a new transmission. The vehicle was not repaired. The manufacturer was notified of the failure. The failure mileage was 120,000.

1087. On May 16, 2026, the owner of a 2019 Toyota RAV4 submitted the following complaint to NHTSA:[1087]

> The 8-speed automatic on my 2019 RAV4 (2.5L 4 Cyl) has been shifting super rough at lower speeds, to the point to where downshifts can send the revs into redline territory, but the car really doesn't move. No warning lights, passed state inspection, recently serviced. purchaced this car in Janurary with 50k miles on it and noticed it within a few weeks of driving. I am now at 57k and the issue is signifigantly worse than it was before. Will be taking it to Toyota soon. The safety issues arise when I do not know how the car is going to accelerate or respond to throttle input in traffic. I don't trust the car to handle any fast throttle input if I need

---

[1084] NHTSA ID: 11737887.

[1085] NHTSA ID: 11737945.

[1086] NHTSA ID: 11738027.

[1087] NHTSA ID: 11738293.

to move out of the way quickly.

1088. On May 16, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1088]

> 2021 Toyota Highlander XSE AWD with approximately 60,400 miles. Vehicle has developed a noticeable driveline/transmission humming/whining noise during acceleration, beginning at lower speeds and increasing with vehicle speed under throttle. Noise is most noticeable while pressing the accelerator and appears consistent with Toyota T-SB-0008-21 regarding transmission whine/grind concerns on UA80F transmissions.

1089. On May 18, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1089]

> What component or system failed or malfunctioned, and is it available for inspection upon request? - Transmission is in the process of failing. Yes it is available for inspection. How was your safety or the safety of others put at risk? - Loss of power train while driving could put the operator and the public at risk. Has the problem been reproduced or confirmed by a dealer or independent service center? - Yes, I've been told by two separate Toyota dealers that my transmission needs to be replaced. Has the vehicle or component been inspected by the manufacturer, police, insurance representatives or others? - Yes. Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? - No.

1090. On May 18, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1090]

> Transmission making noise and getting worse. Can’t get repaired or replaced for at least six months. Engine warning light is now on. Recently told this is a known issue with several class action suits being filed.

1091. On May 18, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[1091]

---

[1088] NHTSA ID: 11738297.

[1089] NHTSA ID: 11738535.

[1090] NHTSA ID: 11738620.

[1091] NHTSA ID: 11738660.

> Transmission is making a winning sound. Toyota had issued a Customer Support Program (Program ZJC/POL19-04) for some of that year but it seems to affect more than what they have allowed

1092. On May 18, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1092]

> Transmission failing/confirmed by dealer at 70k. No slipping, no warning messages, just whining prompted me to have it inspected. There are multiple lawsuits regarding these UA80 transmissions and Toyota is refusing to fix or acknowledge the manufacturing flaw.

1093. On May 19, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1093]

> Bought the car in july 2025. Transmission completely failed in January 2026. Transmission is on nationwide back order and i was told I am looking at june now. I have waited almost 6 months and am paying for a car I dont have

1094. On May 20, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1094]

> When accelerating, started hearing a whining noise. Took to mechanic, said it was the transmission. Called Toyota and they had us bring it in for diagnostics. Also said we needed a new transmission. Quoted at over 13K - could fail at any time. This should not be happening in a 2019 vehicle and seems to be a known issue that Toyota is not doing anything to address.

1095. On May 21, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1095]

> The vehicle recently began making a whining noise when the gas pedal is pressed that is consistent with premature failure of the transmission. I took it to my local dealership and they recommended replacing the transmission and limiting usage of the vehicle to short trips until that is done because the transmission could fail while driving which would result in loss of power to the wheels which could lead to an

---

[1092] NHTSA ID: 11738669.

[1093] NHTSA ID: 11738715.

[1094] NHTSA ID: 11739004.

[1095] NHTSA ID: 11739243.

accident.

1096. On May 21, 2026, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[1096]

> This 2020 Camry's transmission will be fine and then when you let off the throttle it will begin to slow as it should. However, when you reapply the throttle the transmission slams very forefully into gear and jolts the car forward violently. Idl'd heard about this on numsrous Camry's before, but until I owned one I had no idea how bad this is... it is not safe. Toyota needs to correct this problem for all their vehicles.

1097. On May 21, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1097]

> My car start with a noise and just lost power in the middle of the road causing almost an accident. This was caused due to the manufacture issue for the transmissions with my car model and brand.

1098. On May 22, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1098]

> Check engine light came on getting to highway speeds about 50 mph. Transmission went into limp mode at around 75k miles. Dealership told me my transmission was low on fluid. I had a transmission issue due to that same week. They told me to hold off on the flush because it was odd that a Toyota transmission is going in limp mode and with a check engine light at this mileage.

1099. On May 22, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1099]

> Transmission is giving a whining noice when accelerating. Took it to Toyota dealer, they said the transmission needs to be changed and it will cost me $11,000 . There are many complaints online about these UA80 Transmissions and the root cause is listed to an assembly problem during production but Toyota will not accept this and

---

[1096] NHTSA ID: 11739363.

[1097] NHTSA ID: 11739373.

[1098] NHTSA ID: 11739437.

[1099] NHTSA ID: 11739457.

will not help to replace it

1100. On May 22, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[1100]

> The transmission went out. It wouldn't shift going 45-55 mph. We stopped at a light and put it into Park, then put it into drive but it wouldn't go. We were stuck at a light in traffic 10:30pm. We had to call 911 to get a cop to sit behind us so we wouldn't get hit. My wife, my 3 kids, and I were in the minivan. While waiting for the tow truck I saw on reddit that many 2017/2018 Toyota Sienna's had transmission problems. The vehicle is at Milton Martin toyota in Gainesville, GA. Toyota says it isn't covered by Bulletin ZJC. Toyota said the transmission is the issue.

1101. On May 23, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1101]

> My 2021 Toyota Highlander makes a whining sound when driving. Took vehicle to dealership and was told it is a $10,000 repair and repair is critical.

1102. On May 23, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1102]

> The UB80E (Front-Wheel Drive) transmission had a total failure at only 70,000 miles. The vehicle started to make unusual noises with harsh and delayed shifting. No warning lights or messages were displayed at any time. The mechanic who replaced the transmission stated my trans fluid was burned up possibly due to faulty overheated components and in his experience many Toyota models were suffering the same premature transmission issues. My cost for a rebuilt transmission was $7,700 plus 667.00 for a rear trans mount, as well as the cost of a rental car. I have all repair receipts for inspection. This defect in the UB80E transmission warrants immediate investigation by the NTSB as is a legitimate safety issues for the passengers of these Toyota models.

---

[1100] NHTSA ID: 11739526.

[1101] NHTSA ID: 11739665.

[1102] NHTSA ID: 11739683.

1103. On May 23, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1103]

> Premature transmission failure due to factory defect. All maintenance was done on time and at dealership.

1104. On May 24, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[1104]

> There is a known issue with the transmission in my 2017 Toyota Highlander that causes premature failure. This is noted in a Toyota Customer Support Program Bulletin. The issues symptoms are the same as those my car has: a whining noise from the transmission while driving, harsh shifting, reduced power, and master warning light/check engine light illumination. I have contacted Toyota and explained this to them, but they have told me that my car's VIN number does not match the identified vehicles. I am reaching out as I believe there are vehicles with this problem that Toyota has not identified, and it could be a dangerous issue.

1105. On May 25, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[1105]

> I have a 2017 Sienna AWD with a UA80 Transmission and the Check AWD System light appeared. I was able to drive it to Towne Toyota in Ledgewood, NJ and they detected the Sienna having DTC Codes P07407E, P27137F and P27567F. They they recommended a transmission replacement costing $9260.84 before tax that I can't afford right now. I am still able to drive the Sienna but Towne Toyota said that the Transmission will eventually fail. After some research, I discovered there is "ZJC UA80 Warranty_Enhancement" by Toyota. I am troubled that the service folks in Towne Toyota did not make me aware of this program! I am afraid to drive the vehicle knowing that the Check Engine Light may reappear. Or worse, the transmission can completely fail unexpectedly that may prevent me or other vehicles from avoiding a collision. It could also strand me on a busy highway and can possibly put my family at risk.

---

[1103] NHTSA ID: 11739685.

[1104] NHTSA ID: 11739802.

[1105] NHTSA ID: 11739882.

1106. On May 25, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1106]

> I brought my 2018 Toyota Camry in for servicing a few days before 12/09/2024. They gave me no bad reports. However DAYS AFTER I received my car back, it just stopped on [XXX] with me and my [XXX] grandson in the car. I got no warning lights, I had no symptoms that it was failing. When I towed it to Toyota, it was closing time, so the next day I was told it was my TRANSMISSION, for the price of $10k!! I was livid!! Then I started looking into the Camrys issues and found that ALL THESE CARS WERE HAVING THE Ame issues after they changed transmission parts. When I confronted the service manager he knocked the price down to $5,500 but I'm on [XXX] and that was an astronomical price especially after I had paid the car off a week prior. Toyota had my car for TEN MONTHS, it was backed up due to so many cars having issues, and tariffs. I could've had a baby by the time I got it back, then my hood strut broke when they had it but they didn't know how that happened≡ƒñ¼ INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

1107. On May 26, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1107]

> My 2021 Toyota Highlander was making a high pitched whine sound upon acceleration with the sound level holding steady at a consistent speed. We took the vehicle to a Toyota dealership to have it looked at and were told the transmission needs to be replaced. No other warnings were received. We are concerned about our safety if the transmission goes out while on the road.

1108. On May 26, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1108]

> I own a 2021 Toyota Highlander with approximately 100,500 miles. The vehicle has developed a noticeable whining noise coming from the transmission/drivetrain area that continues to worsen over time. The noise is most noticeable during acceleration and while driving at highway speeds. I brought the vehicle to Toyota for inspection and was informed that the issue is related to the transmission. However, Toyota denied repair assistance because the vehicle is outside the powertrain warranty period. After researching the issue, I discovered multiple similar complaints involving 2021 Toyota Highlanders equipped with the UA80

---

[1106] NHTSA ID: 11739924.

[1107] NHTSA ID: 11740214.

[1108] NHTSA ID: 11740232.

> transmission, including Toyota Technical Service Bulletin T-SB-0008-21 regarding "Whine or Grind Noise From the Transmission." The symptoms described in the bulletin closely match the symptoms my vehicle is experiencing. Toyota appears aware of this transmission-related issue, yet many owners outside the warranty period are being denied coverage despite similar failures and complaints. I am concerned this may represent a broader transmission defect that could lead to premature transmission failure, unsafe driving conditions, hesitation, loss of power, or expensive repairs for consumers. I believe this issue should be investigated further by NHTSA due to the growing number of similar complaints involving whining transmission noises and transmission failures in Toyota Highlander vehicles. At this time, the vehicle has not yet experienced a complete transmission failure, but the condition is worsening and raises significant concerns regarding reliability and safety.

1109. On May 26, 2026, the owner of a 2020 Toyota Camry submitted the following complaint to NHTSA:[1109]

> Transmission began failing. Whining coming from transmission when accelerating and shifting becoming more rough. Dealership said transmission is failing and needs to be replaced. Mileage is at 89,000 miles. Rough shifter made it dangerous to drive on the highways. Was inspected by warranty adjuster. No warning lamps or lights ever appeared.

1110. On May 28, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1110]

> I own a 2018 Toyota Camry equipped with the UA80 8-speed automatic transmission. I have experienced the following symptoms: burning smell coming from the transmission, hesitation and jerking during acceleration, and previously noticed a knocking/clunking noise that eventually stopped on its own. These symptoms are consistent with the known UA80 transmission defect involving excessive heat buildup, premature fluid degradation, and torque converter failure. I am aware that Toyota has known about this defect since at least 2016 and has issued multiple Technical Service Bulletins without offering a permanent fix or recall. The transmission has not yet been inspected by a dealer. I am filing this complaint to add to the public record and support a formal NHTSA investigation.

---

[1109] NHTSA ID: 11740255.

[1110] NHTSA ID: 11740517.

1111. On May 28, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1111]

> When driving, the car would go into limp mode and wouldn't get out of 2nd gear. it was super jerky as well. when taken to a mechanic, it was diagnosed with malfunctioning transmission among some other things such as brakes and tires. we take fairly great care of our vehicles and get them seen for regular maintenance. once the car started acting up, the check engine light came on. it is now unsafe to drive and two mechanics have confirmed an issue with the transmission, which is now also in a class action lawsuit for transmission failures. it's had hiccups before over the past two years (started around 85000 miles) but never to that extreme and every time we took it into a mechanic they never saw the issue before until now. the hiccups we just delayed shifting and simultaneous RPM increase but stoped after a few seconds and letting off the gas, and then would correct itself. mechanics chocked it up to just needing a tune up and never saw the issue themselves, it happened randomly and just every once in a while.

1112. On May 28, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1112]

> Transmission failure (whining noise similar to the well-documented issue with UA80F 8-speed transmissions). I reported the noise and requested a specific diagnosis at approximately 95k miles --- no warning lamps/warnings were visible, just noticeable noise while driving without the radio on. On May 22, 2026, Torrington Toyota confirmed that the transmission was failed, but vehicle is drivable. As I purchased a Toyota Extended warranty, Toyota has approved the order of a remanufactured unit, which is on back order, so repair date is TBD/unknown. I lack confidence in the long-term viability of remanufactured unit, as this UA80F transmission continues to have issues, and will cost me $12k+ after the warranty expires, in the likely case that the remanufactured unit fails. There should be a long-term fix to this expensive issue.

1113. On May 28, 2026, the owner of a 2019 Toyota Highlander submitted the following complaint to NHTSA:[1113]

> Transmission is whining on speeds between 25-55 mph. Pointing to pre-mature internal failure of components in Transmission.

---

[1111] NHTSA ID: 11740557.

[1112] NHTSA ID: 11740566.

[1113] NHTSA ID: 11740619.

1114. On May 28, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1114]

> I took my car in for service and I noticed my car is making a loud whining noise. I asked the mechanic about it and he said my transmission is going out. I found on the web several people complaining about the 8-speed Toyota transmission and how it will stop working shortly. The complaints are numerous and it listed all the of the technical bulletins that Toyota issued and they knew about the problem years ago. I am taking my car to shop to have it fixed or replace. Based upon all my research, I am concerned that the car will stop working and leave me in an unsafe situation. I am not happy that Toyota is selling such a defective product.

1115. On May 29, 2026, the owner of a 2019 Toyota Camry submitted the following complaint to NHTSA:[1115]

> Transmission whines on acceleration. Checked by dealership shop and they found fluid full of metal and material and recommended replacement of the transmission. Has 108,000 miles on it as of 3/23/2026 and whining started during August 2025. Still using vehicle as of 05/29/2026. New transmission and/or parts are currently on indefinite backorder from Toyota, so it cannot be repaired at this time.

1116. On May 30, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1116]

> The transmission on the 2018 Toyota Camrys are the worst. Ever since I got my car it has had loss of power with acceleration it jerks randomly when driving and it's very unpredictable. It makes me nervous every day I drive it & it gives me anxiety that at any second my transmission will just completely fail. I did research and soooo many people are having the same issue. This needs to be fixed.

1117. On May 31, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1117]

> Subtle issues showed early when trying to accelerate to get on the freeway, the transmission would stall. It was intermittent so, difficult to show at the dealership. At around 50,000 miles I began feeling a drag in the transmission, like it was put

---

[1114] NHTSA ID: 11740733.

[1115] NHTSA ID: 11740905.

[1116] NHTSA ID: 11741074.

[1117] NHTSA ID: 11741117.

in downhill mode. Again, it happened intermittently. At 60,000 it would lunge slightly forward when I put it in park. At 63,000 I started hearing a whining sound at acceleration. The dealership did not address my concerns until it was out of warranty and then they said I needed a new transmission.

1118. On June 1, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1118]

> We purchased our 2021 Highlander XLE in the spring of 2024. It came with a powertrain warranty up to 60,000 miles. Unfortunately for us, we're at 65,000 miles and recently started hearing a high-pitched, whining noise when we accelerate. We took it to the Toyota dealership and they told us we need the transmission replaced. A new transmission is around $9,000, before taxes and service fees. We haven't had any other issues and haven't had an accident. There's already a class-action lawsuit against Toyota regarding their Highlander models having UA80 transmission issues. Because of this, we called corporate in hopes they will pay for it under their Goodwill Assistance program. However, because we never had the Highlander serviced at a Toyota dealership before, they told us they won't cover anything. We've routinely serviced this vehicle. We happened to purchase it at a Nissan dealership, so getting maintenance at Toyota didn't cross our minds. Regardless of where we got the car serviced, it's obvious there's a recurring problem with the Highlander's transmission that Toyota has refused to acknowledge, which is costing consumers around $9,000 apiece. We feel cheated by Toyota, and we hope they eventually have to make things right.

1119. On June 2, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1119]

> Complaint: I am writing to report a transmission defect in my 2018 Toyota Highlander AWD (UA80 8-speed automatic transmission). Prior to the check engine light illuminating, I noticed a burning smell coming from the vehicle. Subsequently, the following fault codes were retrieved: •P0741 – Torque Converter Clutch Circuit Performance/Stuck Off •P2714 – Pressure Control Solenoid "D" Performance/Stuck Off •P2757 – Torque Converter Clutch Pressure Control Solenoid Circuit Performance/Stuck Off These symptoms are consistent with the known defect described in Toyota's Customer Support Program ZJC (POL19-04), which acknowledges a manufacturing defect involving an improperly bent washer tab inside the UA80 transmission. However, my VIN was not included in the covered vehicles under this program, despite experiencing identical symptoms. I am also aware that multiple class action lawsuits were filed in December 2025 against Toyota alleging the company knowingly concealed this defect from

---

[1118] NHTSA ID: 11741319.

[1119] NHTSA ID: 11741442.

> consumers for years. I am requesting NHTSA to investigate whether Toyota's CSP ZJC coverage should be expanded to include additional affected VINs, and to consider issuing a mandatory recall for all vehicles equipped with the defective UA80 transmission.

1120. On June 2, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1120]

> Transmission is broken at 110,000 miles. It's happening to everyone that owns Toyota's.

1121. On June 2, 2026, the owner of a 2023 Toyota Highlander submitted the following complaint to NHTSA:[1121]

> My 2023 Toyota Highlander was experiencing a high pitch whiny noise when accelerating. I looked up on line and saw that this could be a failing transmission issue. I took it into the Toyota Dealership , 6321 West Canal Drive, Kennewick, WA 99336. They confirmed my concerns. They said the transmission was toast and I could not drive it until repaired. They informed me they would have to order a replacement transmission under warranty. They further informed me that there is a backlog of requests for replacement transmissions because this is a major problem with Toyota. They have no idea how long it will be. It could be weeks or it could be months. In looking online, it appears that Toyota has been aware of this issue with the 8 speed transmission and has not been addressing the problem. My question, why isn't Toyota addressing this problem? Why does it take weeks or months to building a replacement transmission? Something needs to be done about this.

1122. On June 2, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[1122]

> At 119500 miles a eev whining noise started. Only had all repairs done at a dealership.

---

[1120] NHTSA ID: 11741449.

[1121] NHTSA ID: 11741497.

[1122] NHTSA ID: 11741694.

1123. On June 3, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1123]

> The transmission on the 2021 Toyota Highlander failed at only 5 1/2 years old (66,000 miles). This is a known issue from Toyota and they should be held responsible to cover items just barely out of warranty for well maintained vehicles.

1124. On June 3, 2026, the owner of a 2022 Toyota Highlander submitted the following complaint to NHTSA:[1124]

> Whining sound, when acceleration

1125. On June 4, 2026, the owner of a 2017 Toyota Highlander submitted the following complaint to NHTSA:[1125]

> Vehicle had history of hard shifting from 1st drive. On January 24, 2026 we heard a ringing sound as we were driving. Approximately 10 minutes after the noise began, the Check Engine light illuminated. We drove back home and connected our code reader to find P0741, P2714 and P2757. Had the vehicle towed to my Toyota Service Center and upon inspection, was informed that the transmission had failed and would require replacement. I was informed that although it was a 2017 with the UA80E manufacturered in April 2017 - it did not qualify for free replacement under Toyota. A rebuilt unit was secured and installed on 2/11/26. Toyota authorized $2000 Goodwill Assistance and their Warranty Labor Rate. I paid the remainder of the bill. The 'new' transmission also shifts hard and just doesn't feel like it it working right.

1126. On June 4, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1126]

> Transmission leak requiring torque converter replacement

---

[1123] NHTSA ID: 11741801.

[1124] NHTSA ID: 11741949.

[1125] NHTSA ID: 11741956.

[1126] NHTSA ID: 11742152.

1127. On June 4, 2026, the owner of a 2018 Toyota Camry submitted the following complaint to NHTSA:[1127]

> The contact owns a 2018 Toyota Camry. The contact stated that while driving 60 MPH on the highway, the vehicle unintendedly accelerated to 100 MPH, and the vehicle started to slow down independently. The contact removed the foot off the accelerator pedal for a second, depressed the accelerator pedal again, and the vehicle worked as intended. The vehicle was not taken to a dealer and an independent mechanic to be diagnosed, and it was determined that the transmission needed to be replaced. The vehicle was not repaired. The manufacturer was not notified on the failure. The approximate failure mileage was 102,000.

1128. On June 4, 2026, the owner of a 2020 Toyota Highlander submitted the following complaint to NHTSA:[1128]

> My 2020 Hylander, which has under 50,000 miles, started to whine with any use of gas pedal/acceleration. None of the warning lights were triggered. My mechanic informed me today it needs a new transmission, and for safety reasons, the car shouldn't be driven. I've been reading how there are known problems with Toyota's transmissions for my age car—this is negligence on their part—these cars should be recalled and fixed by Toyota.

1129. On June 4, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1129]

> My car had around 52,930 miles on it when the transmission suddenly went out and left me stranded in [XXX]. I always took my car to the North Hollywood Toyota dealership regularly, twice a year since I bought the car for regular service maintenance. When I was quoted nearly $7,000 to replace the transmission, I sold the car. Why would a 2018 Japanese car with such low mileage and in great condition suddenly have transmission problems? Something doesn't add up. I had to get towed home. I'm wondering if other Toyota Highlander owners have experienced unexplained transmission problems as well. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

---

[1127] NHTSA ID: 11742176.

[1128] NHTSA ID: 11742207.

[1129] NHTSA ID: 11742220.

1130. On June 5, 2026, the owner of a 2017 Toyota Sienna submitted the following complaint to NHTSA:[1130]

> We experienced a high whine for a couple of months. No codes were being read by any mechanics. Then the transmission started slipping between 2nd and 3rd gears, and then we couldn't reverse. Now it's not switching gears at all. There is a recall for our year and type of transmission, for this issue, but our vin number is not included in that recall.

1131. On June 5, 2026, the owner of a 2021 Toyota Highlander submitted the following complaint to NHTSA:[1131]

> 2021 Highlander began with whining noise around May 15, 2026 and just outside the warranty. Had the vehicle inspected at the Toyota dealer for repair. They informed me the transmission failed and needs replaced for a price of $9600. Found on the internet that many folks are having the same transmission issue on several Toyotas made in 2021 with a UA80E or UA80F transmission. Toyota issued a Technical service bulletin (T-SB-0008-21) on FEBRUARY 9, 2021! We received no warning until the whining noise. We attempted a "goodwill case" to get Toyota to help pay but were denied for the simple reason we used our own mechanic. This has absolutely no effect on this transmission failure. Since Toyota was always aware of this issue I feel they should be held accountable. This is a major faulty product.

1132. On June 7, 2026, the owner of a 2018 Toyota Highlander submitted the following complaint to NHTSA:[1132]

> Transmission failed at 65,000 miles right after the warranty expired. Cost to fix is $8,000. This is an epidemic issue with Toyota Highlanders built from 2017 to 2023. Tried to get dealer to cover but they said they refuse. They said that Toyota Corporate settled by paying all dealerships for potential repairs due to this issue, however all funds have been depleted. Basically no help at all. Pursued issue with Toyota Corporate for several weeks of escalations and appeals. In the end they completely refused to offer any solution other than for me to pay out of pocket. This issue should have been a nationwide recall due to the systemic failure on thousands of Toyota Highlanders. Sincerely, [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT

---

[1130] NHTSA ID: 11742281.

[1131] NHTSA ID: 11742367.

[1132] NHTSA ID: 11742599.

(FOIA), 5 U.S.C. 552(B)(6)